UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANN ALTMAN,
    Plaintiff(s),

v.    Case No. 4:25-cv-00017

SAMUEL ALTMAN,
    Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Ann Altman** and notifies the court of the intent to use
(Plaintiff or Defendant)

**McDowell & Associates, Ltd**
(name and address of process server)

**12213 Big Bend Road**

**St. Louis, MO 63122**

To serve: **Samuel Altman** in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

01/06/2025       *KMahoney* (signature)
(date)       (attorney for Plaintiff)

     (attorney for Defendant)