IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN ALTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00017 |
| ) | |
| SAMUEL ALTMAN, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Ryan J. Mahoney of Mahoney Law Firm, LLC and hereby enters his appearance as counsel for Plaintiff, Ann Altman.

                        Respectfully submitted,

By: _/s/ Ryan J. Mahoney_
      Ryan J. Mahoney, #61489 (MO)
      MAHONEY LAW FIRM, LLC
      2220 S. State Route 157, Suite 250
      Glen Carbon, IL  62034
      Telephone:     618-961-8288
      Facsimile:     618-961-8289
      ryan@themahoneylawfirm.com
      ***Attorneys for Plaintiff***