IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN ALTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00017 |
| ) | |
| SAMUEL ALTMAN, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Leigh M. Perica of Mahoney Law Firm, LLC and hereby enters her appearance as counsel for Plaintiff, Ann Altman.

Respectfully submitted,

By: */s/ Leigh M. Perica*
Leigh M. Perica, #68780 (MO)
MAHONEY LAW FIRM, LLC
2220 S. State Route 157, Suite 250
Glen Carbon, IL  62034
Telephone:    618-961-8288
Facsimile:     618-961-8289
leigh@themahoneylawfirm.com
***Attorneys for Plaintiff***