IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN ALTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:25-cv-00017 |
| v. | ) |
| | ) |
| SAMUEL ALTMAN, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW *Thomas J. Magee and HeplerBroom LLC* and hereby enters his appearance on behalf of *Defendant Samuel Altman.*

HEPLERBROOM LLC

By:    */s/ Thomas J. Magee*
       Thomas J. Magee No. 32871
       701 Market St., Suite 1400
       St. Louis, MO 63101
       314-241-6160
       314-241-6116 Fax
       tmagee@heplerbroom.com
       *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Thomas J. Magee*