UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN ☑ DIVISION

| | |
|---|---|
| ANN ALTMAN ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:25-cv-00017 |
| ) | |
| SAMUEL ALTMAN ) | |
| Defendant. ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Xiaonan April Hu, move to be admitted pro hac vice to the bar of this court for the purpose of representing Samuel Altman in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
  Xiaonan April Hu

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

  Name: Munger, Tolles & Olson LLP
  Address: 601 Massachusetts Avenue NW, Suite 500 E
  City, State Zip: Washington, D. C., 20001
  Phone No.: (202) 220-1100
  Fax No.: (202) 220-2300

(c) Email for movant-attorney;
  April.Hu@mto.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
  Yale Law School (2017)

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| District of Columbia | 2021 | 1684593 |
| California | 2018 | 321354 |
| | | |
| | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)      Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Xiaonan April Hu

*was duly qualified and admitted on August 13, 2021 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 09, 2025.*

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.