UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN ☑ DIVISION

| | |
|---|---|
| ANN ALTMAN ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:25-cv-00017 |
| ) | |
| SAMUEL ALTMAN ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Dane P. Shikman, move to be admitted pro hac vice to the bar of this court for the purpose of representing Samuel Altman in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)   Full name of the movant-attorney;
   Dane P. Shikman

(b)   Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: Munger, Tolles & Olson, LLP
   Address: 560 Mission Street, 27th Floor
   City, State Zip: San Francisco, CA 94105
   Phone No.: (415) 512-4000
   Fax No.:

(c)   Email for movant-attorney;
   dane.shikman@mto.com

(d)   Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   George Washington University Law School (2016)

(e)   Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| California | 2016 | 313656 |
| | | |
| | | |
| | | |

(f)   The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 17, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANE P. SHIKMAN, #313656 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 2016; that from the date of admission to July 2, 2024, they were an ACTIVE licensee of the State Bar of California; that effective July 2, 2024, they were enrolled as an INACTIVE licensee of the State Bar of California for failure to comply with the client trust account protection program requirements; that on July 30, 2024, they were reinstated as a licensee eligible to practice law in California; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records