IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANN ALTMAN, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) No. 4:25-cv-00017-SEP |
| v. | ) |
| | ) |
| SAMUEL ALTMAN, | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

**DEFENDANT/COUNTERCLAIM-PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND BRIEFING DEADLINES**

COMES NOW Defendant/Counterclaim-Plaintiff, Samuel Altman (hereinafter "Defendant"), by and through his attorneys, and moves for an extension for additional time to respond to Plaintiff/Counterclaim-Defendant's (hereinafter "Plaintiff") (1) Memorandum in Opposition to Defendant's Motion to Dismiss (Dkt. 21), and (2) Motion to Dismiss and/or Strike Defendant's Counterclaims Motion to Dismiss and Counterclaims (Dkt. 22, 23). In support thereof, Defendant states as follows:

1. On January 6, 2025, Plaintiff filed her Complaint in this action (Dkt. 1);

2. On March 7, 2025, Defendant filed (1) a motion to dismiss and/or strike common-law claims and punitive damages (Dkt. 16, 17), and (2) an Answer to the Complaint and Counterclaims (Dkt. 18);

3. On March 17, 2025, the Court granted Plaintiff's unopposed motion to extend her deadlines to respond to Defendant's motion and pleadings;

4. On April 23, 2025, Plaintiff's filed a (1) Memorandum in Opposition to Defendant's Motion to Dismiss (Dkt. 21), and (2) Motion to Dismiss and/or Strike Defendant's Counterclaims Motion to Dismiss and Counterclaims (Dkt. 22, 23);

5. Under the default briefing deadlines, Defendant's deadline to reply to Plaintiff's opposition (Dkt. 21) is May 5 (10 days after the opposition is filed), and Defendant's deadline to oppose Plaintiff's motion to dismiss (Dkt. 22, 23) is May 7 (14 days after the motion is filed).

6. The Court may, for good cause, extend the time for a party to respond. Fed. R. Civ. P. 6(b). "'The primary measure of good cause is the movant's diligence' in attempting to meet deadlines." *Albright ex rel. Doe v. Mountain Home Sch. Dist.*, 926 F.3d 942, 951 (8th Cir. 2019) (quoting *Rahn v. Hawkins*, 464 F.3d 813, 822 (8th Cir. 2006)). Defendant's counsel are preparing responsive submissions with diligence. Defendant requests additional time for his counsel to respond to the numerous legal issues raised by Plaintiff's same-day filings, which were filed after an unopposed multi-week extension. Defendant respectfully submits that additional time will permit his counsel time to prepare responses that are most helpful for the Court in resolving the pending motions. In addition, Defendant's counsel with primary responsibility for the briefing of these motions is traveling this week for another matter, and next week will be preparing for a hearing in a matter scheduled for May 12.

7. Defendant does not seek this extension for any improper purpose or delay. The requested extension will not impact any existing deadlines, as there is no scheduling order or trial date set in this matter. Nor will the extension impose any prejudice on the parties. Plaintiff does not oppose this motion.

WHEREFORE, Defendant requests that this Court issue an Order extending the time to respond to Plaintiff's April 23 filings by 14 days, such that the new deadlines for Defendant's responsive submissions are as follows: (1) Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss (Dkt. 21) will be due May 19; (2) Defendant's opposition to Plaintiff's motion to dismiss and/or strike (Dkt. 22, 23) will be due May 21.

DATED:  April 28, 2025         HEPLERBROOM LLC

By:     */s/ Thomas J. Magee*
         Thomas J. Magee No. 32871
         701 Market St., Suite 1400
         St. Louis, MO 63101
         314-241-6160
         314-241-6116 Fax
         tmagee@heplerbroom.com

*Attorneys for Defendant/Counterclaim-Plaintiff*

MUNGER, TOLLES & OLSON LLP

By:     */s/ Jonathan I. Kravis*
         Jonathan I. Kavis (pro hac vice)
         Xiaonan April Hu (pro hac vice)
         601 Massachusetts Ave. NW, Suite 500E
         Washington, D.C. 20001-5369
         202-220-1100
         202-220-2300 Fax

         Hailyn J. Chen (pro hac vice)
         Cordell A. Brown (pro hac vice)
         350 South Grand Ave., 50th Floor
         Los Angeles, CA 90071-3426
         213-683-9100
         213-687-3702 Fax

         Dane P. Shikman (pro hac vice)
         560 Mission St., 27th Floor
         San Francisco, CA 94105
         415-512-4000
         415-512-4077 Fax

*Attorneys for Defendant/Counterclaim-Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

                                                                                             */s Thomas J. Magee*