# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANN ALTMAN, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant ) | |
| ) | Case No. 4:25-cv-00017-SEP |
| v. ) | |
| ) | |
| SAMUEL ALTMAN, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff ) | |

## CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendant Samuel Altman, with the consent of Plaintiff Ann Altman, hereby moves that the Court enter the attached Stipulated Protective Order. The proposed Stipulated Protective Order has been reviewed and agreed upon by counsel for both Plaintiff and Defendant.

DATED: April 28, 2025                HEPLERBROOM LLC

By:   */s/ Thomas J. Magee*
Thomas J. Magee No. 32871
701 Market St., Suite 1400
St. Louis, MO 63101
314-241-6160
314-241-6116 Fax
tmagee@heplerbroom.com

*Attorneys for Defendant/Counterclaim-Plaintiff*

MUNGER, TOLLES & OLSON LLP

By:   */s/ Jonathan I. Kravis*
Jonathan I. Kavis (pro hac vice)
Xiaonan April Hu (pro hac vice)
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
202-220-1100
202-220-2300 Fax

Hailyn J. Chen (pro hac vice)
Cordell A. Brown (pro hac vice)
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426

>213-683-9100
>213-687-3702 Fax
>
>Dane P. Shikman (pro hac vice)
>560 Mission St., 27th Floor
>San Francisco, CA 94105
>415-512-4000
>415-512-4077 Fax
>
>*Attorneys for Defendant/Counterclaim-Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s Thomas J. Magee*