# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANN ALTMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL ALTMAN, )<br>)<br>Defendant. ) | Case No. 4:25-cv-00017 |

**UNDERTAKING PURSUANT TO STIPULATION AND ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL DISCOVERY MATERIAL**

I have read the Stipulation and Order Governing the Production and Exchange of Confidential and Highly Confidential Discovery Material (the "Stipulation") in the above-captioned action. I understand its terms and agree to be fully bound by them, and I hereby submit to the jurisdiction of the U.S. District Court for the Eastern District of Missouri for purposes of enforcement of the Stipulation.

I further agree not to disclose or use any Confidential Discovery Material or Highly Confidential Discovery Material (as defined in the Stipulation) for purposes other than those permitted under the Stipulation.

2

_____
Signature

_____
Name

_____
Affiliation

_____      _____
Date                                                                  Title