# Exhibit 2

HOUSE PERFECTION CALENDAR

INDEX OF SUMMARIES BY

BILL NUMBER

(19) Allows law library fees to be used for courtroom renovation and for debt service on bonds in any county not on the nonpartisan court plan;

(20) Allows Cass County to assess a $10 surcharge in criminal cases to fund the operation of the county judicial facility;

(21) Adds certain types of property to the list of property that is exempt from attachment and execution;

(22) Provides that in rent and possession actions pursuant to Chapter 535, the strict notice requirements for termination of month-to-month tenancies in Section 441.060 are not applicable; and cases will be heard by a court without a jury;

(23) Allows for an appeal of denials of class action certification;

(24) Revises provisions relating to trial de novo in small claims court and landlord tenant actions;

(25) Allows injunctions to be granted by a circuit judge or an associate circuit judge;

(26) Revises the provisions relating to the public notice of a name change for individuals who are victims of a crime involving domestic violence or child abuse;

(27) Removes the requirement that the notice in landlord tenant proceedings be made by certified mail;

(28) Revises the statute of limitations for a civil action for recovery of damages suffered as a result of childhood sexual abuse from five to 10 years after the victim reached the age of 21 or within three years of when the victim discovered that the injury or illness was caused by childhood sexual abuse;

(29) Allows for the application and issuance of search warrants and arrest warrants by facsimile or other electronic means;

(30) Adds documents of historical significance with a fair market value of $500 or more to the items specified in Section 570.030, relating to stealing;

(31) Revises the definition of "library" and the crime of library theft;

(32) Specifies that certain records of investigations by peace officers must be made available to hiring law enforcement