**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ANN ALTMAN, ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim-Defendant ) | |
| ) | |
| v. ) | Case No.: 4:25-cv-00017-SEP |
| ) | |
| SAMUEL ALTMAN, ) | |
| ) | |
| Defendant/ | |
| Counterclaim-Plaintiff | |

**DEFENDANT'S RESPONSE TO IMPROPER SUR-REPLY OPPOSING DEFENDANT'S MOTION TO DISMISS OR STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES**

Plaintiff sought and obtained leave "to file a short sur-reply for the limited purpose of addressing" a single argument that she contended was raised for the first time on reply in support of Mr. Altman's motion to dismiss or strike punitive damages.  ECF No. 31 ¶¶ 4, 6.  Plaintiff's subsequently filed sur-reply exceeded this scope, introducing new arguments that are directly responsive to points Mr. Altman made in his opening memorandum and which Plaintiff could have made in her opposition.  *See, e.g.*, ECF No. 33 at 2-3 (attempting to distinguish *Advanced Physical Therapy, LLC v. Apex Physical Therapy, LLC,* No. 6:20-CV-03043-RK, 2022 WL 303345 (W.D. Mo. Feb. 1, 2022)).  Had Plaintiff timely raised these arguments in her opposition, Mr. Altman would have had the opportunity to respond and assist the Court in evaluating them.  The Court should therefore not consider those portions of the sur-reply.  *See, e.g.*, *Hogan Logistics, Inc. v. Davis Transfer Co., Inc.*, 2018 WL 341733, at *6 n.3 (E.D. Mo. Jan. 9, 2018) (declining to consider sur-reply contentions that "reopen[] argument on previously briefed issues" rather than "respond to any new argument raised by Davis in its reply"); *accord United States v. Boston Scientific Corp.*, 2021 WL 3604848, at *9 n.2 (D. Minn. Aug. 13, 2021).  If the Court believes that a response from Mr. Altman would assist in evaluating his motion, Mr. Altman would be glad to provide a short responsive submission addressing the meritless arguments Plaintiff improperly raised in her sur-reply.

DATED:  May 29, 2025                             HEPLERBROOM LLC

                                         By:      /s/ *Thomas J. Magee*
                                                    Thomas J. Magee No. 32871
                                                    701 Market St., Suite 1400
                                                    St. Louis, MO 63101
                                                    314-241-6160
                                                    314-241-6116 Fax
                                                    tmagee@heplerbroom.com

                                                    *Attorneys for Defendant*

1

MUNGER, TOLLES & OLSON LLP

By:   */s/ Jonathan I. Kravis*
     Jonathan I. Kavis (pro hac vice)
     Xiaonan April Hu (pro hac vice)
     601 Massachusetts Ave. NW, Suite 500E
     Washington, D.C. 20001-5369
     202-220-1100
     202-220-2300 Fax

     Hailyn J. Chen (pro hac vice)
     Cordell A. Brown (pro hac vice)
     350 South Grand Ave., 50th Floor
     Los Angeles, CA 90071-3426
     213-683-9100
     213-687-3702 Fax

     Dane P. Shikman (pro hac vice)
     560 Mission St., 27th Floor
     San Francisco, CA 94105
     415-512-4000
     415-512-4077 Fax

     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Dane P. Shikman*