**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

ANN ALTMAN

      **Plaintiff,**

v.                                                                     **Case No. 4:25-CV-17-ZMB**

SAMUEL ALTMAN

      **Defendants.**

## ENTRY OF APPEARANCE

Nathan S. Perlmutter of The Simon Law Firm, P.C., 1001 Highlands Plaza Dr., Suite 300,

St. Louis, Missouri 63110, hereby enters his appearance on behalf of Plaintiff in the above-

referenced matter.

**THE SIMON LAW FIRM, P.C.**

By:   /s/ *Nathan S. Perlmutter*
        John G. Simon, #35231
        Timothy M. Cronin, #63383
        Nathan S. Perlmutter #73896
        1001 Highlands Plaza Dr., Suite 300
        St. Louis, Missouri 63110
        Phone: (314) 241-2929
        Fax: (314) 241-2020
        jsimon@simonlawpc.com
        tcronin@simonlawpc.com
        nperlmutter@simonlawpc.com

        ***Attorneys for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record via this Court's ECF system on December 5, 2025.

/s/ *Nathan S. Perlmutter*