**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ANN ALTMAN | |
| **Plaintiff,** | |
| v. | **Case No. 4:25-CV-17-ZMB** |
| SAMUEL ALTMAN | |
| **Defendant.** | |

## ENTRY OF APPEARANCE

John G. Simon of The Simon Law Firm, P.C., 1001 Highlands Plaza Dr., Suite 300, St. Louis, Missouri 63110, hereby enters his appearance on behalf of Plaintiff in the above-referenced matter.

THE SIMON LAW FIRM, P.C.

By:   /s/ *John G. Simon*
John G. Simon, #35231
Timothy M. Cronin, #63383
Nathan S. Perlmutter #73896
1001 Highlands Plaza Dr., Suite 300
St. Louis, Missouri 63110
Phone: (314) 241-2929
Fax: (314) 241-2020
jsimon@simonlawpc.com
tcronin@simonlawpc.com
nperlmutter@simonlawpc.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record via this Court's ECF system on December 5, 2025.

/s/ *John G. Simon*