**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **ANN ALTMAN** | |
| **Plaintiff,** | |
| **v.** | **Case No. 4:25-CV-17-ZMB** |
| **SAMUEL ALTMAN** | |
| **Defendant.** | |

**ENTRY OF APPEARANCE**

Timothy M. Cronin of The Simon Law Firm, P.C., 1001 Highlands Plaza Dr., Suite 300, St. Louis, Missouri 63110, hereby enters his appearance on behalf of Plaintiff in the above-referenced matter.

**THE SIMON LAW FIRM, P.C.**

By:   /s/ *Timothy M. Cronin*
John G. Simon, #35231
Timothy M. Cronin, #63383
Nathan S. Perlmutter #73896
1001 Highlands Plaza Dr., Suite 300
St. Louis, Missouri 63110
Phone: (314) 241-2929
Fax: (314) 241-2020
jsimon@simonlawpc.com
tcronin@simonlawpc.com
nperlmutter@simonlawpc.com

*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record via this Court's ECF system on December 5, 2025.

/s/ *Timothy M. Cronin*