UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANN ALTMAN

      Plaintiff,

v.

SAMUEL ALTMAN

      Defendant.

Case No: 4:25-CV-17-ZMB

## ENTRY OF APPEARANCE

Mary Simon of The Simon Law Firm, P.C., 1001 Highlands Plaza Dr., Suite 300, St. Louis,

MO 63110, hereby enters her appearance on behalf of Plaintiff, in the above referenced matter.

THE SIMON LAW FIRM, P.C.

By:   /s/ *Mary Simon*
     John G. Simon, #35231
     Timothy M. Cronin, #63383
     Mary Simon, #70357
     Nathan S. Perlmutter #73896
     1001 Highlands Plaza Dr., Suite 300
     St. Louis, Missouri 63110
     Phone:  (314) 241-2929
     Fax:  (314) 241-2020
     jsimon@simonlawpc.com
     tcronin@simonlawpc.com
     msimon@simonlawpc.com
     nperlmutter@simonlawpc.com

     *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby affirm that the forgoing document has been furnished to all counsel of record via this Court's ECF system on January 30, 2026.

_/s/ *Mary Simon*_