**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ANN ALTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 4:25-cv-00017 |
| | ) |
| SAMUEL ALTMAN, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Comes now Plaintiff and Defendant and Jointly move to amend the scheduling order as follows:

1. The Parties have conferred regarding the scheduling plan set forth in the Court's Case Management Order (ECF #43)

2. In working through the schedule, based on scheduling conflicts, the parties believe adjustments are necessary to the schedule.

3. The revised schedule does not alter the dates set by the Court for pretrial conference or trial.

4. The parties herby request the Court modify the scheduling order as follow:

| Event | Deadlines per Scheduling Order (ECF No. 43) | [Proposed] Revised Deadlines |
|---|---|---|
| Close of Fact Discovery | August 31, 2026 | October 23, 2026 |
| Plaintiff's Expert Reports and Disclosures | June 1, 2026 | August 3, 2026 |
| Deadline to Depose Plaintiff's Experts | June 29, 2026 | August 28, 2026 |
| Defendant's Expert Reports and Disclosures | July 20, 2026 | September 21, 2026 |
| Deadline to Depose Defendant's Experts | August 17, 2026 | October 16, 2026 |
| Daubert and MSJ Deadline | September 30, 2026 | November 16, 2026 |

| Opposition to Daubert and MSJ Deadline | October 30, 2026 | December 16, 2026 |
|---|---|---|
| Reply in Support of MSJ Deadline | November 13, 2026 | December 30, 2026 |
| ADR Referral | December 1, 2026 | January 5, 2027 |
| ADR Completed By | February 1, 2027 | February 15, 2027 |
| Pretrial Conference | April 21, 2027 | April 21, 2027 (no change) |
| Jury Trial | May 3, 2027 | May 3, 2027 (no change) |

Wherefore, the Parties request the Court grant this motion.

MAHONEY LAW FIRM LLC

By:  */s/ Ryan J. Mahoney (w/consent)*
Ryan J. Mahoney No. 61489
Leigh M. Perca, #68780
ryan@themahoneylawfirm.com
leigh@themahoneylawfirm.com
2220 S. State Route 157, Suite 250
Glen Carbon, IL 62034
Telephone: 618-961-8288
Facsimile: 618-961-8289

THE SIMON LAW FIRM, P.C.

By:  */s/ Timothy M. Cronin (w/consent)*
John G. Simon #35231
Timothy M. Cronin #63383
Mary Simon #70357
Nathan S. Perlmutter #73896
1001 Highlands Plaza Dr. Suite 300
St. Louis, MO  63110
Telephone (314) 24102929
Fax:  (314) 241-2020
Jsimon@simonlawpc.com
Tcronin@simonlawpc.com
Msimon@simonlawpc.com
nperlmutter@simonlawpc.com

*Attorneys for Plaintiff*

DATED:  Februrary 10, 2026

HEPLERBROOM LLC

By: */s/ Thomas J. Magee*
Thomas J. Magee No. 32871
thomas.magee@heplerbroom.com
701 Market Street, Suite 1400
St. Louis, MO 63101
Telephone:      (314) 480-4212

MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan I. Kravis*
JONATHAN I. KRAVIS (*pro hac vice*)
jonathan.kravis@mto.com
XIAONAN APRIL HU (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:      (202) 220-1100
Facsimile:      (202) 220-2300

HAILYN J. CHEN (*pro hac vice*)
hailyn.chen@mto.com
CORDELL A. BROWN (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

DANE P. SHIKMAN (*pro hac vice*)
dane.shikman@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

*Attorneys for Defendant*