UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN            DIVISION

|  |  |  |
|---|---|---|
| ANN ALTMAN | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.  4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN | ) | |
| Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _Adeel Mohammadi_ , move to be admitted pro hac vice to the bar of this court for the purpose of representing _Samuel Altman_ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
        Adeel Mohammadi
(b)    Name of the firm or letterhead under which the movant practices.  Include the address, telephone number and fax number of the firm;

   Name: _Munger, Tolles & Olson, LLP_
   Address: _350 S Grand Ave. 50th Floor_
   City, State Zip: _Los Angeles, CA 90071_
   Phone No.: _(213) 683-9100_
   Fax No.:_____

(c)    Email for movant-attorney;
        adeel.mohammadi@mto.com
(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
        Yale Law School (2019)
(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)    Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

**ATTACHMENT TO PRO HAC VICE APPLICATION**

**Adeel Mohammadi - Courts Admitted to as of March 26, 2026**

I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated:

| Court | Yr. Admitted | Reg. Number |
|---|---|---|
| California | 2022 | 343137 |
| District of Columbia | 2020 | 1673037 |
| U. S. District Court, Central District of California | 2023 | N/A |
| U.S. Court of Appeals, Third Circuit | 2024 | N/A |
| U.S. Court Of Appeals, Tenth Circuit | 2024 | N/A |
| U.S. Court of Appeals, Second Circuit | 2025 | N/A |



# Supreme Court of California

### JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ADEEL MOHAMMADI*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ADEEL MOHAMMADI, #343137, was on the 23rd day of February 2022 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 27th day of March 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*T. Ma, Deputy Clerk*