UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN ☑DIVISION

ANN ALTMAN )
Plaintiff, )
)
V. )          Case No. 4:25-cv-00017-ZMB
)
SAMUEL ALTMAN )
Defendant. )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _Miles W. Unterreiner_ , move to be admitted pro hac vice to the bar of this court for the purpose of representing _Samuel Altman_ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
       Miles W. Unterreiner

(b)    Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

       Name: Munger, Tolles & Olson, LLP
       Address: 560 Mission Street, 27th Floor
       City, State Zip: San Francisco, CA 94105
       Phone No.: (415) 512-4000
       Fax No.: (415) 512-4077

(c)    Email for movant-attorney;
       miles.unterreiner@mto.com

(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
       Stanford Law School (June 13, 2021)

(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| California | 2022 | 347959 |
| Ninth Circuit Court of Appeal | 2023 | |
| Northern District of California | 2024 | |
| Central District of California | 2023 | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)   Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MILES WILLIAM UNTERREINER

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that MILES WILLIAM UNTERREINER, #347959, was on the 22nd day of December 2022 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 27th day of March 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*T. Ma, Deputy Clerk*