**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES

COMES NOW, Defendant Samuel Altman[1], by and through his attorneys, for his Motion to Strike Plaintiff's Prayer for Punitive Damages, states as follows:

1.      Punitive damages are unavailable as a matter of law under Mo. Rev. Stat. § 537.046.  The Court should therefore strike the request for punitive damages with prejudice.

2.      Alternatively, if the Court does not strike punitive damages in their entirety, it should strike the request for punitive damages for any alleged conduct while Mr. Altman was a child, which are unavailable as a matter of law.

### Punitive Damages – Unavailable Under Section 537.046

3.      Punitive damages are not available as a matter of law under section 537.046.

4.      The statute does not reference punitive damages, but instead expressly limits recovery to "damages from injury or illness."  § 537.046.2.  The statute also does not codify a common-law tort.

5.      The Court should therefore strike Plaintiff's request for punitive damages.

### Punitive Damages – Unavailable for Childhood Conduct

6.      If the Court does not strike punitive damages entirely, it should dismiss the request for punitive damages for any alleged conduct while Mr. Altman was a child, which comprises the majority of substantive allegations in the Amended Complaint.

7.      If the Court finds that section 537.046 codified the common-law, then the scope of that codification tracks the scope of the common law, which did not authorize punitive damages for the conduct of children.

---

[1] Counsel apologizes that Defendant's prior filing, at Doc. 29, did not comply with Local Rule 2.01(A)(1).  That filing used 24-point line spacing—i.e., twice the 12-point font size—which counsel understood to constitute "double spaced."  Counsel has only recently become aware that this differs from, and is slightly more compact than, Microsoft Word's "double-spaced" setting. This formatting error was not intended to circumvent the Local Rule's page limits.

8.      Constitutional avoidance principles additionally counsel against adopting an interpretation of section 537.046 that allows for punitive damages for childhood conduct.

**Conclusion**

9.      In further support of this Motion, Mr. Altman adopts and incorporates herein his Memorandum of Law in Support of His Motion to Strike Plaintiff's Prayer for Punitive Damages, which is contemporaneously filed with this Motion.

WHEREFORE, Defendant Samuel Altman respectfully requests that this Court strike Plaintiff's request for punitive damages (or alternatively, strike the request for punitive damages for any alleged conduct while Mr. Altman was a child).

DATED:  April 15, 2026                 HEPLER BROOM LLC

By:          /s/ Thomas J. Magee
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone:     (314) 480-4212

LIU SHUR KRAVIS LLP

By:          /s/ Jonathan I. Kravis
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone:     (202) 240-7100

2

MUNGER, TOLLES & OLSON LLP

By: ___*/s/ Hailyn J. Chen*___

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant*

3