UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANN ALTMAN

       Plaintiff,

v.

                                   **Case No: 4:25-CV-17-ZMB**

SAMUEL ALTMAN

       Defendant.

**MOTION TO WITHDRAW APPEARANCE
AS COUNSEL FOR PLAINTIFF BY SLF ATTORNEYS**

COME NOW attorneys of The Simon Law Firm P.C., including John G. Simon, Timothy M. Cronin, Mary Simon and Nathan Perlmutter, and pursuant to Rule 4-1.16(b) of the Rules of Professional Conduct, respectfully move this Court for leave to withdraw their appearance as counsel on behalf of Plaintiff Ann Altman.

1.      The Mahoney Law Firm originally undertook representation of Plaintiff in this matter, and filed the initial Complaint on January 6, 2025. The Simon Law Firm, P.C. was subsequently hired to assist in the litigation and entered its appearance as co-counsel on December 5, 2025.

2.      The Simon Law Firm, P.C. and its above-named attorneys move to withdraw pursuant to Rule 4-1.16(b)(1) and (6) of the Missouri Rules of Professional Conduct. Due to professional considerations and circumstances of a privileged and confidential nature, including an unfortunate general breakdown in the attorney-client relationship, continued representation of Plaintiff in this matter is impracticable. Professional considerations thus require termination of the representation.

1

3.      The Simon Law Firm understands that The Mahoney Law Firm is likewise moving to withdraw as counsel for Plaintiff.

4.      On April 13, 2026, and pursuant to Rule 4-1.16(c) and applicable rules, The Simon Law Firm, P.C. provided written notice to Plaintiff of its intent to withdraw, and that said Motion to Withdraw would be filed with the Court fourteen (14) days after said notice was sent. Plaintiff has acknowledged receipt. A copy of this Motion, and a notice of hearing on this Motion, will be promptly sent to Plaintiff in accordance with applicable rules.

5.      Plaintiff, along with a Missouri attorney acting as her personal counsel, have been advised of all known pending deadlines, Court settings, and of the need to obtain substitute counsel. It is Counsel's understanding that efforts to secure substitute counsel to represent Plaintiff in this matter have either already been successful or are well underway.

6.      Counsel has and will take all reasonably practicable steps to protect Plaintiff's interests, including facilitating transfer of the file to successor counsel, and is in the process of promptly gathering and producing Plaintiff's file materials to her as has been requested.

7.      Plaintiff has been advised of her right to object to this Motion.

8.      Plaintiff's last known contact information can be provided to the Court, preferably outside of a public filing, so the Court can contact Ms. Altman directly if need be, though it is anticipated that will be unnecessary once substitute counsel enters its appearance.

9.      Withdrawal of The Simon Law Firm, P.C. can be accomplished without material adverse effect on Plaintiff's interests. This matter is not set for trial until May 2027.

WHEREFORE, undersigned counsel respectfully request the Court grant this Motion allowing The Simon Law Firm, P.C. to withdraw from its representation of Plaintiff in this matter.

**THE SIMON LAW FIRM, P.C.**

By:   /s/ *Timothy M. Cronin*
     John G. Simon, #35231
     Timothy M. Cronin, #63383
     Mary Simon, #70357
     Nathan S. Perlmutter #73896
     1001 Highlands Plaza Dr., Suite 300
     St. Louis, Missouri 63110
     Phone:  (314) 241-2929
     Fax:  (314) 241-2020
     jsimon@simonlawpc.com
     tcronin@simonlawpc.com
     msimon@simonlawpc.com
     nperlmutter@simonlawpc.com

     ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby affirm that the forgoing document has been furnished to all counsel of record via this Court's ECF system on April 27, 2026.

     /s/ *Timothy M. Cronin*

3