IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW APPEARANCE**
**AS COUNSEL FOR PLAINTIFF BY MAHONEY LAW FIRM, LLC**

COME NOW attorneys of Mahoney Law Firm, LLC, including Ryan J. Mahoney and Leigh M. Perica, and pursuant to Rule 4-1.16(b) of the Rules of Professional Conduct, respectfully move this Court for leave to withdraw their appearance as counsel on behalf of Plaintiff Ann Altman.

1.      Mahoney Law Firm, LLC and Ryan J. Mahoney are lead of counsel of record in this matter for Plaintiff.

2.      Mahoney Law Firm, LLC and its above-named attorneys move to withdraw pursuant to Rule 4-1.16(b)(1) and (6) of the Missouri Rules of Professional Conduct. Due to professional considerations and circumstances of a privileged and confidential nature, including an unfortunate general breakdown in the attorney-client relationship, continued representation of Plaintiff in this matter is impracticable. Professional considerations thus require termination of the representation.

3.      It is the undersigned's understanding that The Simon Law Firm, P.C. has likewise filed a motion to withdraw as counsel for Plaintiff.

4.      On April 13, 2026, and pursuant to Rule 4-1.16(c) and the applicable rules, Mahoney Law Firm, LLC provided written notice to Plaintiff of its intent to withdraw, and that its Motion to Withdraw would be filed with the Court fourteen (14) days after the date of the notice. Plaintiff has acknowledged receipt. A copy of this Motion, and a notice of hearing on this Motion, will be promptly sent to Plaintiff in accordance with applicable rules.

5.      Plaintiff, along with a Missouri attorney acting as her personal counsel, have been advised of all known pending deadlines, Court settings, and of the need to obtain substitute counsel. It is the undersigned's understanding that efforts to secure substitute counsel to represent Plaintiff in this matter have either already been successful or are well underway.

6.      Counsel has and will take all reasonably practicable steps to protect Plaintiff's interests, including facilitating transfer of the file to successor counsel, and is in the process of promptly gathering and producing Plaintiff's file materials to her as has been requested.

7.      Plaintiff has been advised of her right to object to this Motion.

8.      Plaintiff's last known contact information can be provided to the Court, preferably outside of a public filing due to privacy concerns, so the Court can contact Plaintiff directly if need be, though it is anticipated that will be unnecessary once substitute counsel enters its appearance.

9.      Withdrawal of Mahoney Law Firm, LLC can be accomplished without material adverse effect on Plaintiff's interests. This matter is not set for trial until May 2027.

WHEREFORE, the undersigned counsel respectfully request the Court grant this Motion allowing Mahoney Law Firm, LLC and its attorneys, Ryan J. Mahoney and Leigh M. Perica to withdraw from its representation of Plaintiff in this matter.

Respectfully submitted,


By:   /s/ Ryan J. Mahoney
      Ryan J. Mahoney #61489
      Leigh M. Perica, #68780
      MAHONEY LAW FIRM, LLC
      2220 S. State Route 157, Suite 250
      Glen Carbon, IL  62034
      Telephone:    618-961-8288
      Facsimile:    618-961-8289
      ryan@themahoneylawfirm.com
      leigh@themahoneylawfirm.com
      *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I, Ryan J. Mahoney, hereby certify that on April 27, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record. The undersigned further certifies that a copy of this motion was sent to Plaintiff, Ann Altman.


/s/ Ryan J. Mahoney