IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANN ALTMAN,                           )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        No. 4:25-cv-00017-ZMB
                                      )
SAMUEL ALTMAN,                        )
                                      )
        Defendant.                    )

**PLAINTIFF'S MOTION TO EXTEND
PLEADING AND DISCOVERY DEADLINES**

COMES NOW Plaintiff, Ann Altman, by and through her undersigned attorneys, and moves for an extension of additional time to respond to Defendant's Motion to Strike Plaintiff's Prayer for Punitive Damages and to Defendant's Counterclaims and for an extension of additional time to respond to all pending discovery deadlines. In support thereof, Plaintiff states as follows:

1.      Plaintiff filed her First Amended Complaint on April 1, 2026 [Dkt. No. 53].

2.      On April 15, 2026, Defendant filed a Motion to Strike Plaintiff's Prayer for Punitive Damages and Supporting Memorandum of Law [Dkt. Nos. 55 and 56].

3.      On that same date, Defendant filed his Answer to the First Amended Complaint and Counterclaims against Plaintiff [Dkt. No. 54].

4.      The Court's briefing schedule and the applicable Local Rules direct that Plaintiff respond to Defendant's motion to dismiss within 14 days, or no later than April 29, 2026 under Fed. R. Civ. P. 6(a)(1).

5.      Fed. R. Civ. P. 6(b) dictates that this Court may, for good cause, extend the time for a party to respond. "'The primary measure of good cause is the movant's diligence' in

attempting to meet deadlines." *Albright ex rel. Doe v. Mountain Home Sch. Dist.*, 926 F.3d 942, 951 (8th Cir. 2019) (quoting *Rahn v. Hawkins*, 464 F.3d 813, 822 (8th Cir. 2006)).

6.      Plaintiff seeks additional time to respond to Defendant's Motion to Strike Plaintiff's Prayer for Punitive Damages and Defendant's Counterclaims as her counsel of record have filed motions to withdraw and Plaintiff is in the process of securing new counsel.

7.      Plaintiff likewise seeks additional time to respond to various discovery deadlines that are currently pending, including an agreed deadline of April 23, 2026 for Plaintiff to answer Defendant's Second Set of Interrogatories and a deadline to provide defense counsel with Plaintiff's available dates of her deposition and IME. These are agreed deadlines between counsel and are not contained in the Amended Case Management Order [Dkt. No. 47].

8.      Given Plaintiff's counsels' motions to withdraw, Plaintiff desires to have her new counsel respond to the pending Motion to Strike, Counterclaims, and all applicable discovery deadlines. Moreover, it places extreme prejudice on Plaintiff to respond to the aforementioned deadlines in light of her counsels' intent to withdraw and current lack of authority from Plaintiff to do anything but seek this extension.

9.      Plaintiff does not seek this extension for any improper purpose or delay.

10.     Defendant's counsel does not consent to this request.

WHEREFORE Plaintiff, Ann Altman, requests that this Court issue an Order extending the time to respond to Defendant's Motion to Strike Plaintiff's Prayer for Punitive Damages [Dkt. Nos. 55 and 56], Defendant's Counterclaims (Dkt. No. 54), and to all pending discovery deadlines, up to and including fourteen (14) days after new counsel for Plaintiff enters their appearance in this matter, and for such other and further relief as the Court deems just.

Respectfully submitted,


By:  /s/ Ryan J. Mahoney
      Ryan J. Mahoney, #61489 (MO)
      Leigh M. Perica, #68780 (MO)
      MAHONEY LAW FIRM, LLC
      2220 S. State Route 157, Suite 250
      Glen Carbon, IL  62034
      Telephone:    618-961-8288
      Facsimile:    618-961-8289
      ryan@themahoneylawfirm.com
      leigh@themahoneylawfirm.com

and


      John G. Simon, #35231
      Timothy M. Cronin, #63383
      Nathan S. Perlmutter, #73896
      THE SIMON LAW FIRM, P.C.
      1001 Highlands Plaza Drive, Suite 300
      St. Louis, MO 63110
      Telephone:    314-241-2929
      jsimon@simonlawpc.com
      tcronin@simonlawpc.com
      nperlmutter@simonlawpc.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2026, a copy of the foregoing document was electronically filed with the United States District Court for the Eastern District of Missouri, and that copies were electronically sent to all counsel of record.


      /s/ Angie Rucker