UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANN ALTMAN,                              )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )          Case No. 4:25-CV-17-ZMB
                                         )
SAMUEL ALTMAN,                           )
                                         )
          Defendant.                     )

## **ORDER**

This matter is before the Court on Plaintiff Ann Altman's Motion to Extend Pleading and Discovery Deadlines, Doc. 59, and the parties' joint oral motion to set a second status conference in 2-3 weeks, Doc. 61. The Court grants these requests, at least in part.

As discussed at today's status hearing, Annie and her current counsel have had a complete breakdown in their relationship, which constitutes good cause for a limited extension of the existing deadlines to allow her to secure substitute counsel. However, given the potential prejudice to Defendant Samuel Altman and the need to effectively manage its docket, the Court will not delay the case indefinitely, as Annie effectively requests. *See* Doc. 59. To balance these competing concerns, the Court will give Annie 3 weeks to secure substitute counsel from what effectively will be a "quiet period' in the case. *See Sanford v. Maid-Rite Corp.*, 816 F.3d 546, 550 (8th Cir. 2016). Otherwise, the Court will assume that she will proceed without representation. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) ("In civil cases, there is no constitutional or statutory right to appointed counsel."). Either way, she or her new attorney will have at least 2 weeks to comply with the pending deadlines highlighted in her motion for extension. *See* Doc. 59.

Accordingly, the Court **GRANTS IN PART** Plaintiff Ann Altman's [59] Motion to Extend Pleading and Discovery Deadlines. No later than June 5, 2026, Annie must file any response to Defendant Samuel Altman's Motion to Strike, Doc. 55; file an answer to his First Amended Counterclaim, Doc. 54; and comply with outstanding discovery requests, *see* Doc. 59. Further, the Court **GRANTS** the parties' [61] oral motion for a second status conference and sets a virtual status conference on **Friday, May 22, 2026, at 1:30 p.m.** via Zoom. Unless a substitute attorney enters in the meantime, Annie and her current counts will be required to attend the conference, at which point she will proceed pro se.

The Court directs Annie's current counsel of record to send a copy of this order to her and ensure she is aware of her obligation to appear at the second status conference.

So ordered this 1st day of May 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE

2