**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANN ALTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:25-cv-00017-ZMB** |
| | ) | |
| **SAMUEL ALTMAN,** | ) | |

**Defendant.**

**MOTION FOR EXTENSION OF TIME**

Dear Court,

I am writing requesting an extension of one month, please. I am open for a two month extension too; asking for what the Court deems reasonable and fair.

I am currently recovering from major ankle surgery, and am also managing some post-surgery complications that require extra attention. To give more information, the surgery included: a right ankle synovectomy, a peroneus brevis repair and debridement, an ORIF open-reduction internal fixation of the syndesmosis, and Brostrom procedure with an internal brace installed. This operation occurred on May 15, 2026, after over a decade of ankle pain. The major part of the recovery is at least six weeks without any weight bearing, and then at least six weeks in a walking boot. Physical therapy includes my ankle and knee and more. I am open to provide whatever notes from my orthopedic surgeon, primary care doctor, and physical therapist that the Court may not have already.

The status conference was exactly one week after this surgery, while I was on painkillers for recovery. Two weeks after the status conference were three due dates. I then received an extensive list of clarifications, several of which were matters I thought my previous

counsel had already submitted or already answered. I am looking through to see what may have been miscommunicated, in addition to asking my medical team what is a reasonable timeline for the scheduling requests. It seems unproductive for my IME and deposition to occur in July or the first half of August, while I'm in a walking boot and still recovering from surgery. I did two family therapy sessions in 2020 while in walking boot, and it was challenging to focus well on things beyond the boot and ankle pain. I already informed opposing counsel that I'm open to appear via Zoom for the other depositions they have scheduled for July.

I am still seeking new counsel. I am also in part requesting an extension due to the specific challenges with this case in signing new counsel. Many potential attorneys have said they were very interested, but expressed concern for their safety given the home invasion and more I've experienced since publicly discussing the case matter. Many other potential attorneys have said they were very interested, but unable to represent me due to investment conflicts of interest with their firm. Several attorneys were even unaware of said conflict of interest, until checking with their firm to learn more.

My current focuses are firstly to recover properly from ankle surgery, and secondly to find new counsel. Given these specific contexts, and the learning curve of this interim of Pro Se, some amount of extension time seems reasonable to request. Again it seems unhelpful for the case for my IME and deposition to occur while I am in a walking boot for ankle surgery recovery. I am not asking for an indefinite pause, rather am requesting a specific and court-structured pause time for these two focuses. I write this motion with concerns that a delay in my surgery recovery could delay the whole case, and my whole life. I believe having a short pause structured by the Court would greatly help my surgery recovery, so that I may better focus on moving forward with new counsel.

Thank you for considering my request,
Annie Altman

Signed: Ann Altman
Dated: June 12, 2026