**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Sam Altman opposes Plaintiff Ann Altman's request for an extension of the current discovery schedule. Plaintiff's proposed one- to two-month extension is unnecessary. The day before Plaintiff filed her extension motion, the defense sent her an email proposing a discovery schedule that would defer her deposition until the second half of August—when Plaintiff says she will be available—without extending any of the current discovery deadlines. (The defense has advised Plaintiff that her deposition can take place in Hawaii.) Plaintiff's motion does not explain why this schedule is unworkable.[1]

Plaintiff's request for an extension of the discovery schedule to give her additional time to find new counsel is unwarranted. Plaintiff has been on notice of her former counsel's intent to withdraw since April 13—more than a month before her ankle surgery. Dkts. 57 at 2, 58 at 2. The Court gave Plaintiff a specific period of time—three weeks—"to secure substitute counsel," and an additional two weeks to respond to various court filings. Dkt. 62 at 1. In total, Plaintiff has

---

[1] Plaintiff's assertion that she "already informed opposing counsel that I'm open to appear via Zoom for the other depositions they have scheduled for July," Dkt. 69 at 2, is incorrect. Plaintiff has repeatedly declined to confirm any deposition dates, including dates for third-party depositions. As a result, no depositions have been scheduled.

1

had *two months* to find new counsel, during which time case-related deadlines were largely paused. Any additional extension will substantially delay resolution of this case, prejudice Defendant, and negatively affect the Court's ability to "effectively manage its docket," as the Court has previously recognized.  Dkt. 62 at 1.

The Court should deny Plaintiff's extension motion and order her to make herself available for discovery proceedings—including her deposition—in mid-August.  If the Court is inclined to give Plaintiff additional time to complete discovery, the defense requests that the Court schedule a status conference to set a discovery schedule that extends the current deadlines no further than absolutely necessary.

DATED:  June 15, 2026              MUNGER, TOLLES & OLSON LLP


By:            */s/ Hailyn J. Chen*

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

2

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

HEPLER BROOM LLC

By:          */s/ Thomas J. Magee*
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone:     (314) 480-4212

LIU SHUR KRAVIS LLP

By:          */s/ Jonathan I. Kravis*
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone:     (202) 240-7100

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2026, the foregoing was served electronically via email on Ann Altman, Plaintiff proceeding pro se, at Annie.F.Altman@gmail.com.

/s/ Hailyn J. Chen