**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SAMUEL ALTMAN'S SECOND AMENDED COUNTERCLAIMS IN
REPLY**

1.      Defendant Sam Altman has never sexually abused his sister.  Sadly, the First
Amended Complaint filed by Plaintiff Ann Altman is not the first time that Plaintiff has made
these hurtful and untrue claims.  Rather, Plaintiff has made false accusations against her family
members—including her brother Sam Altman—when her demands for money and other
assistance were not met.  For years, Sam Altman and other members of Plaintiff's family have
provided her with monthly financial support, as well as offers to assist with medical expenses,
housing, and employment.  Based on concerns about Plaintiff's mental health, her family has felt
the need to be deliberate and thoughtful about the support they provide her.  When her family
refused her demands for greater and unrestricted financial assistance out of concern for her
wellbeing, Plaintiff began posting on social media false accusations that Sam Altman—the
wealthiest individual member of her family—sexually abused her as a child.  This lawsuit is just
one more attempt by Plaintiff to use false accusations of sexual abuse to extort her family into
providing her with greater and greater financial support without regard for her family members'

1

concerns about how best to support her, including through placing compassionate guardrails around such financial support in light of her mental health condition.

## PARTIES

2.      Plaintiff and Counterclaim Defendant Ann Altman has alleged she is a resident and citizen of the State of Hawaii.

3.      Defendant and Counterclaim Plaintiff Sam Altman is a resident and citizen of the State of California.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

5.      This Court has personal jurisdiction over Ann Altman because she filed her Complaint in the Eastern District of Missouri.  Ann Altman has further subjected herself to personal jurisdiction in this District because she has engaged in minimum sufficient contacts with this District and has purposefully availed herself of the benefits and protections of the United States such that the exercise of jurisdiction over her would comport with due process requirements.

6.      Venue is proper in this District because Ann Altman filed her Complaint here and thereby consented to venue.  Venue is also proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Sam Altman's claims occurred in this District.  Alternatively, venue is proper under 28 U.S.C. § 1391(b)(3) because Ann Altman is subject to the personal jurisdiction of this Court.

2

**FACTUAL BACKGROUND**

7. Sam Altman and the other members of the Altman family have provided Ann Altman with significant financial support over the years. Sam Altman and the other family members currently provide Ann Altman with monthly financial support through their late father's estate, and they have offered to pay for medical expenses and other bills and to help her find employment.

8. However, Ann Altman suffers from serious mental health issues and is prone to harmful behavior.

9. As a result, Sam Altman and the other members of the Altman family have felt the need to be deliberate and thoughtful about the support they provide her. For example, they have offered to buy Ann Altman a house through a trust so that she would have her own home but could not sell the house immediately.

10. When Sam Altman and the other members of the Altman family have not agreed to Ann Altman's demands for greater and unrestricted financial support, she has made false claims against them.

11. Most significantly, she has begun a sustained campaign to publicly defame Sam Altman (and to a limited extent, their brother Jack Altman) by accusing him of sexually assaulting her as a child.

12. Angry about Sam Altman's refusal to provide more financial support to her, and unable to secure unrestricted financial support from the Altman family, Ann Altman has now invoked the machinery of the judicial process to escalate the pressure against her family, and against Sam Altman in particular.

13.     To that end, Ann Altman filed this lawsuit in a Missouri federal court against Sam Altman on January 6, 2025—just two days before her legal claim would expire under the pertinent statute of limitations.  *Altman v. Altman*, No. 4:25-cv-00017 (E.D. Mo.).  The lawsuit alleges that Sam Altman sexually abused Ann Altman when she was a child.  She seeks compensatory and punitive damages.

14.     This action was filed to try to embarrass Sam Altman in the eyes of the public and in his community, to retaliate against him and the Altman family for their failure to provide greater and unrestricted support in the past, and to pressure them to relent to her demands for greater and unrestricted financial support going forward.

15.     When it became clear that Ann Altman was not getting the unrestricted financial support she demanded from the Altman family, she began publishing knowingly false statements that Sam Altman sexually abused her when she was a child.

16.     Her false public allegations against Sam Altman began on November 13, 2021, when she posted on Twitter (now known as X):  "I experienced sexual, physical, emotional, verbal, financial, and technological abuse from my biological siblings, mostly Sam Altman and some from Jack Altman."  From that point forward, Ann Altman has published a continuous stream of false sexual abuse allegations against Sam Altman across her many social media and blog channels.

17.     For example, on March 14, 2023, she posted on Twitter (now known as X):  "I'm not four years old with a 13 year old 'brother' climbing into my bed non-consensually anymore. (You're welcome for helping you figure out your sexuality.)."  Readers would have reasonably concluded this post refers to Sam Altman, who is her only brother who would have been 13 years old when she was 4 years old.

18.     On September 30, 2023, she posted on X:  "I experienced every single form of abuse with him – sexual, physical, verbal, pharmacological (forced Zoloft, also later told I'd receive money only if I went back on it), and technological (shadowbanning)."

19.     Less than a week later, on October 4, 2023, she posted again on X:  "If only there was little sister with a bed you could uninvited crawl in, or sick 20-something sister you could withhold your dead dad's money from, to cope."

20.     This barrage of false statements continued over the last year.  Although Sam Altman is not mentioned explicitly by name in each separate publication, Ann Altman had established a history of voluminous posts specifically about Sam Altman, so it would be apparent to readers that he is the primary individual whom she claims sexually abused her.  Some examples are listed below.

21.     On April 17, 2024, Ann Altman published a book (available on Lulu.com) titled *HumAnnie Grief Poems*, which contains poems she authored.  The first poem reads:  "Disturbing my bedtime with disturbing demands . . . Seeking his pleasure with no regard for its impact, Pimped out to the pimp himself, and one of his/my brothers, before I could walk."  Having established in the public domain that her sexual abuse allegations centered on Sam Altman, readers would have understood this to be a reference to Sam Altman.

22.     On August 9, 2024, Ann Altman posted on X that her "long term home was broken into one month after these tweets," and then included a screenshot of her prior November 2021 post in which she explicitly alleged that "Sam Altman" (and Jack Altman) subjected her to "sexual, physical emotional, financial, and technological abuse."  By reposting her prior allegation—and adding an insinuation that her home break-in was connected to that allegation—

5

Ann Altman affirmatively reiterated her false accusation explicitly against Sam Altman for a new and different audience.  Her August 9, 2024 post on X has received nearly 45,000 views.

23.    On ~~August 20, 2024~~ <u>May 29, 2022</u>, Ann Altman posted a video on TikTok in which she displays text stating that she was "touched by older siblings."  In the context of other videos and statements she has made, viewers would have understood this claim to have at least included Sam Altman.

24.    On October 8, 2024, she posted a video on TikTok in which she stated that "an almost tech billionaire" was "terrified of the little sibling" that he "repeatedly molested and physically abused."  In context, viewers would have understood that she was referring to her brother Sam Altman.

25.    These false statements have been painful and damaging to Sam Altman and his family.

**<u>COUNT I</u>**
**Abuse of Process**

26.    Sam Altman repeats and realleges the allegations above as if fully set forth herein.

27.    Ann Altman made an illegal and improper use of the judicial process by filing a baseless lawsuit against Sam Altman.  Her allegations of sexual abuse against Sam Altman are entirely fabricated, and there is no basis in truth for her claims.

28.    Ann Altman had an improper purpose in filing her lawsuit.  Ann Altman has been frustrated by the Altman family's refusal to provide unrestricted financial support to her in the past, so she filed this lawsuit to retaliate against Sam Altman and the family, to embarrass him, and to pressure him to accede to future demands for unrestricted financial support.

6

29.     Sam Altman has, and will continue to, sustain damages as a result of Ann Altman's improper use of the judicial process.  These damages include, but are not limited to, the costs of defending the suit, and the reputational injuries stemming from her allegations.

## COUNT II
### Defamation

30.     Sam Altman repeats and realleges the allegations above as if fully set forth herein.

31.     Ann Altman made repeated false statements to the public alleging that Sam Altman sexually abused her when she was a child.

32.     Members of the public reasonably understood that Ann Altman's statements about childhood sexual abuse involved alleged abuse by Sam Altman, whether or not she mentioned Sam Altman by name.

33.     Members of the public reasonably understood Ann Altman's statements to mean that Sam Altman had sexually abused her as a child.

34.     Ann Altman knew these statements were false or had serious doubts about the truth of these statements.  At a minimum, Ann Altman failed to use reasonable care to ensure the truth or falsity of her statements.

35.     Sam Altman has suffered reputational injury and emotional pain as a consequence of Ann Altman's false statements.  These false statements have been a substantial factor in causing those harms.

## PRAYER FOR RELIEF

WHEREFORE, Defendant and Counterclaim Plaintiff Sam Altman respectfully prays for the following relief:

1.     That judgment be entered for Sam Altman on ~~Plaintiff's First Amended Complaint and~~ Sam Altman's ~~First~~ <u>Second</u> Amended Counterclaims.

7

2.       That Sam Altman be awarded nominal damages in the amount of one (1) dollar on his Counterclaims, as Sam Altman does not want to harm his sister financially but does want a verdict in his favor that the statements by Plaintiff are not true.

3.       That Sam Altman be granted such other relief as the Court may deem just and proper.

Respectfully submitted this 24th day of June, 2026.

HEPLER BROOM LLC

By:       */s/ Thomas J. Magee*
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street, Suite 1400
St. Louis, MO 63101
Telephone:      (314) 480-4212

LIU SHUR KRAVIS LLP

By:       */s/ Jonathan I. Kravis*
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone:      (202) 240-7100

MUNGER, TOLLES & OLSON LLP

By:       */s/ Hailyn J. Chen*
HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP

350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant*

9

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 24th, 2026, the foregoing was served electronically via email on Ann Altman, Plaintiff proceeding pro se, at Annie.F.Altman@gmail.com.


*/s/ Hailyn J. Chen*