**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:25-cv-00017-ZMB |
| v. | ) | |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM**

COMES NOW, Defendant Samuel Altman, by and through his attorneys, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), files his Second Amended Counterclaim to correct the posting date for the social media content referenced in Paragraph 23 of the First Amended Counterclaim.

DATED:  June 24, 2026          HEPLER BROOM LLC

By: _____*/s/ Thomas J. Magee*_____
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone:     (314) 480-4212

LIU SHUR KRAVIS LLP

By: _____*/s/ Jonathan I. Kravis*_____
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone:     (202) 240-7100

Case: 4:25-cv-00017-ZMB Doc. #: 73-1 Filed: 06/24/26 Page: 2 of 3 PageID #: 457

MUNGER, TOLLES & OLSON LLP

By: _____ */s/ Hailyn J. Chen* _____
HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 24, 2026, the foregoing was served electronically via email on Ann Altman, Plaintiff proceeding *pro se*, at Annie.F.Altman@gmail.com.

*/s/ Hailyn J. Chen*