# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

ANN ALTMAN,                                  )
                                             )
Plaintiff,                                   )
                                             )
v.                                           )          No. 4:25-cv-00017-ZMB
                                             )
SAMUEL ALTMAN,                               )
                                             )
Defendant.

### Answer to Defendant's Second Amended Counterclaim

Plaintiff denies the allegations of defendant's second amended counterclaim.  [ECF #73]

**Signed:** *Ann Altman*
**Dated: July 17, 2026**