# Perez Injury Lawyers

**Santos A. Perez, Esq., NJ, PR**
The Perez Law Firm
sperez@njlawcounsel.com

**MORRIS COUNTY:**
150-152 Speedwell Ave.
Morristown, NJ, 07960
Phone: (973)910-1647
Fax:    (973)910-1922

**BERGEN COUNTY**
Phone:  (201)875-2266
Fax:     (201)875-3094

*August 7,  2026*

**Honorable Judge Zachary M. Bluestone, USDJ**

U.S. District Judge,

United States District Court for the Eastern District of Missouri,

Thomas F. Eagleton U.S. Courthouse,

111 South 10th Street, Chambers 14.82,

St. Louis, MO 63102

**RE:    Altman v. Altman**
         **Docket**: 4:25-cv-00017-ZMB

**Dear Honorable Judge Zachary M. Bluestone, USDJ**,

This office represents the Plaintiff in the above-referenced matter.    This is to advise the Court that   my office is currently exercising due diligence in light of the Amended Case Management Order ("CMO") [ECF No. 47, entered Feb. 17, 2026].

I am actively working to transition the underlying discovery materials to my office, and to ensure a complete understanding of the outstanding issues, discovery, and discovery deficiencies. Because this transition and review is physically ongoing, Plaintiff cannot logistically comply with the Court's upcoming August 10, 2026 document production deadline, the August 17, 2026 deposition schedule, , or the scheduled August Independent Medical Examination (IME), for reasons I will discuss with defense counsels.

As such, the undersigned will promptly arrange a meet and confer with defense counsels, and any unresolved issues, including amendment of the CMO, will be properly brought before this Court in a joint memorandum as required by the operative CMO.

Www.NJLawCounsel.Com
sperez@njlawcounsel.com

**Honorable Judge Zachary M. Bluestone, USDJ**
Page 2 of 2


      I anticipate one to two weeks to complete my review,  followed by the meet and confer, and if necessary thereafter a joint memo and conference with your honor.

                                                  Sincerely,
                                                  *Santos A. Perez, Esq.*
                                                  SANTOS A. PEREZ, ESQ.

SAP/mp
Cc:\\all parties of record via ECF
Cc:\\Ms. Ann Altman


Www.NJLawCounsel.Com
sperez@njlawcounsel.com