**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO AMENDED CASE MANAGEMENT SCHEDULE**

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 29(b) and Paragraph I(c) of the Court's Amended Case Management Order, Dkt. No. 47, Defendant Sam Altman and Plaintiff Ann Altman (collectively, "the Parties") jointly stipulate to an amended schedule for certain deadlines relating to the Parties' expert witnesses and Plaintiff's independent medical examination ("IME"). The Parties have met and conferred pursuant to Local Rule 3.04(A) and Paragraph I(c)(v) of the Court's Amended Case Management Order, Dkt. No. 47, and are unable to resolve issues related to the scope of Plaintiff's IME. Accordingly, the amended schedule includes agreed-upon[1] deadlines for briefing regarding a protective order limiting the scope of the examination.

## II. PROPOSED AMENDED SCHEDULE

***A. Expert Discovery***. No later than **September 10, 2026**, Plaintiff must designate all expert witnesses and provide the reports and disclosures required under Rule 26(a)(2). Plaintiff must make her expert(s) available for deposition no later than

[1] Plaintiff notes the parties appeared before the Honorable Judge Zachary M. Bluestone, on August 21, 2026, whereupon this Court stated that plaintiff's request for a three month extension of all deadlines would not be granted. Plaintiff has therefore agreed to abide by this interlocutory ruling or directive, and in doing so has waived no procedural or substantive rights, including the right for further review or modification of said ruling denying the requested extension.

**September 16, 2026**. Likewise, no later than **October 16, 2026**, Defendant must designate all expert witnesses and provide Rule 26(a)(2) reports and disclosures. Defendant must make his expert(s) available for deposition no later than **October 23, 2026**.

***B.*** ***IME Protective Order Briefing***. Plaintiff's IME is scheduled for **September 16, 2026.** As discussed at the August 21, 2026 status conference, Plaintiff consents to an IME while reserving the right to file a motion limiting the scope of the IME, and therefore the defense is not required to file a motion for an IME under Rule 35. No later than **August 29, 2026**, Plaintiff must file her motion for a protective order limiting the scope of the IME. The Defendant's opposition must be filed no later than **September 4, 2026**.

***C.*** All other deadlines set forth in the Amended Case Management Order remain in effect, including the **October 23, 2026** deadline for the completion of discovery.

***D.*** The Court will refer this case to alternative dispute resolution on **October 23, 2026**, and the reference will terminate on **December 7**.

***E.*** Nothing set forth above shall be construed to alter or modify any other deadlines in this case.

DATED: August 24, 2026

HEPLER BROOM LLC

By: *<u>/s/ Thomas J. Magee</u>*
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212
LIU SHUR KRAVIS LLP

By: *<u>/s/ Jonathan I. Kravis</u>*
JONATHAN I. KRAVIS #973780(DC) (pro hac vice)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100
MUNGER, TOLLES & OLSON LLP

By: *<u>/s/ Hailyn J. Chen</u>*
HAILYN J. CHEN #237436(CA) (pro hac vice)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (pro hac vice)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (pro hac vice)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (pro hac vice)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (pro hac vice)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (pro hac vice) miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*

By: *<u>/s/ Santos A. Perez</u>*
Santos A. Perez, Esq.
sperez@njlawcounsel.com
THE PEREZ LAW FIRM
150-152 Speedwell Ave.
Morristown, NJ 07960
Telephone: (973) 910-1647
Facsimile: (973) 910-1922
Telephone:

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2026, the foregoing was served electronically via email on Santos A. Perez, Esq., counsel for Plaintiff Ann Altman, at sperez@njlawcounsel.com.

*/s/ Thomas J. Magee*