IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>v.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE AND CONDITIONS OF PSYCHIATRIC INDEPENDENT MEDICAL EXAMINATION** |

Plaintiff Ann Altman, by and through undersigned counsel, **Santos A. Perez**, pursuant to Federal Rules of Civil Procedure 26(b) and 26(c), and in accordance with Rule 35, respectfully moves for entry of a protective order limiting the scope and conditions of the September 16, 2026 psychiatric independent medical examination ("IME") proposed by Defendant and to be conducted by Defendant's designated examiner, **Dr. James Hudson, MD**.

*/s/ Santos A. Perez, Esq.*
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Attorney for Plaintiff***
***Pro Hac Vice***

DATED: August 29, 2026