# PLAINTIFFS EXHIBIT A

ANN ALTMAN August 18, 2026 Deposition Excerpts

TEMPORARILY CONFIDENTIAL AS PER THE 4/20/2025 PROTECTIVE ORDER (ECF 28), PARAGRAPH 8(b)[1]

[redacted]

[1] *"All depositions and other pre-trial testimony shall be treated as Highly Confidential Discovery Material* ***until the expiration of the tenth business day after counsel receive a copy of the final transcript,*** *after which such deposition and other pre-trial testimony will be treated in accordance with its confidentiality designation,* ***if any****."*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]