**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**ARON GEORGE - SEXTON** **CIVIL ACTION NO. 5:06-6120-SJ-HFS**

**VERSUS**

**GARRY LEWIS D/B/A GARRY LEWIS PROPERTIES**

**************************************************

**MOTION FOR COMPULSORY PHYSICAL/MENTAL EXAMINATION**

Defendant Garry Lewis moves the Court for an order requiring Plaintiff Aron George to submit to a physical/mental examination made at the office of Jeffrey Kline, Ph.D. at Drury Inn, Columbia, Missouri 65201 on July 25, 2008 at 9:00 a.m. The examination is for determining the exact nature and extent of her claim of mental injury, suffering and Post Traumatic Stress Syndrome.

The grounds of this Motion; are that there is a controversy between the Plaintiff and Defendant as to physical injuries and emotional distress as alleged in Paragraph 30 of the allegations labeled "Facts." Additionally, the examination is required because Plaintiff claims that Paragraph 53 of Count IV "Plaintiff sustained medically diagnosable and significant emotional distress and was thereby damaged."

Defendant has denied allegations of unlawful contact, unlawful conduct, sexual interaction and damages. Therefore, a controversy exists between Plaintiff and Defendant as to the occurrences and as to her claimed medically diagnosable injury.

Plaintiff has listed as an expert witness a social worker who has claimed a diagnosis of Post Traumatic Stress Syndrome in the Plaintiff. Defendant denies the claim of Post Traumatic

Stress Syndrome and requires a psychological examination to determine the existence or non-existence of this claimed injury.

The examination is necessary because the Defendant must defend as to the claimed injuries of the Plaintiff and are shown on the attached Affidavit in support of this Motion.

This Motion is timely filed, and notice has been furnished to the Plaintiff's counsel. The notice includes the date, time and place of the exam and a copy of the notice is attached.

The examiner, Jeffrey Kline, Ph.D., is a licensed clinical psychologist and is qualified to conduct this examination. His qualifications are attached hereto and incorporated by reference as Exhibit "A". Dr. Kline is qualified by training, profession and licensure and has opined that this examination is necessary following a review of records furnished by the Plaintiff concerning her examination and following a review of the opinion issued by Kittie Rogers, LSW, the Plaintiff's designated expert witness.

By her pleadings the Plaintiff has put emotional status and her claimed mental disability in issue, and therefore understands that these matters may be inquired of in the litigation.

WHEREFORE for the reasons set forth above and with supporting suggestions, Defendant Garry Lewis, by and through counsel, respectfully request the Court enter an order requiring the Plaintiff Aron George to submit to a physical/mental examination with Jeffrey Kline, Ph.D., a licensed clinical psychologist, on July 25, 2008 at 9:00 a.m. at his office located at Drury Inn, Columbia, Missouri 65201, that the Plaintiff and Plaintiff's counsel being notified of the order and the requirement to attend and submit to the examination.

Respectfully Submitted,

BY: s/Cullen Cline
Cullen Cline, Mo Bar No. 19309
Cline & Dykhouse, L.L.C.
806 Locust Street
Columbia, Missouri 65201
Phone (573) 443-6244 Fax (573) 874-3640

Jill L. Craft, #20922, Pro Hac Vice
Attorney at Law, LLC
721 North Street
Baton Rouge, Louisiana 70802
Phone (225) 663-2612 Fax (225) 663-2613
E-mail: jcraft@bitworx.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of June, 2008, I have served a copy of the above and foregoing Motion For Compulsory Physical/Mental Examination with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Timothy R. Brownlee, Rita Hoop and Francis C. Cline by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 26th day of June, 2008.

s/Cullen Cline
Cullen Cline

# *Jeffrey S. Kline, Ph.D.*
# *Vita*

**Private Practice**
2101 West Broadway
PMB 109
Columbia, Missouri 65203
573-808-1079 • 573-441-2619 (Fax)
jsk@jklinephd.com
http://www.jklinephd.com/

**Mid-Missouri Mental Health Center**
#3 Hospital Drive
Columbia, MO 65201
573-884-1300 • 573-884-1070 (Fax)

**Fulton State Hospital**
Biggs Forensic Center
600 East Fifth Street
Fulton Missouri, 65251
573-592-2615
jeffrey.kline@dmh.mo.gov

## *Education & Certifications*

| | |
|---|---|
| **Certificate** | Forensic Examiner, Missouri Department of Mental Health, June 2000 |
| **License** | Psychologist, State of Missouri, 01881, June 1998 |
| **Doctorate** | Counseling Psychology. Indiana State University, Terre Haute, Indiana. APA approved program. August 1991 to December 1996. |
| **Masters** | Counseling Psychology. University of Missouri at Columbia. May 1987 to August 1989. Additional coursework including group practicum and theory. August 1989 to May 1990. |
| **Bachelors** | Psychology. Minor in Anthropology. University of Missouri at Columbia. August 1983 to May 1987. |

## *Current Clinical Positions*

**Private Practice**
Forensic Psychology
June 1999 - Present

Part time private practice focused on forensic assessment. I perform forensic criminal evaluations examining the issue of responsibility, competency to proceed to trial, diminished capacity, sexually violent predator risk, mitigation, and other relevant issues. I also perform Personal Injury Evaluations, Social Security Disability evaluations, Independent Psychological Exams, workplace violence evaluations, and other assessments.

**Certified Forensic Examiner**
**Psychologist II**
**Fulton State Hospital and Mid-Missouri Mental Health Center**
**Missouri Department of Mental Health**

January 1999 – March 2003 Part Time
March 2003 - Present Full Time

I function as a full time Certified Forensic Examiner for the Department of Mental Health. I complete court ordered evaluations for competency to proceed to trial, responsibility at time of offense, diagnoses, need for further hospitalization, conditional release, pre-sentence recommendations, sexually violent predator risk assessment, and diminished capacity. Offenses range from misdemeanor to capitol cases and involve trial testimony and depositions. From January 1999 to February 2003 this was a part time position at Mid-Missouri Mental Health Center. In February of 2003 I began completing these evaluations part time for Fulton State Hospital and began completing them full time in March of 2003. I also function as a voting member of the Forensic Review Committee, which offers opinions to the Hospital Administration regarding changes in status of criminally committed patients.

I also act as a supervisor for other Forensic Examiners at Fulton State Hospital, providing supervision of cases, instruction, and administrative duties. I also act as a supervisor in Fulton State Hospital's Predoctoral Internship. I also provide seminars and training to clinical staff on assessment, malingering, forensic issues, and psychopathology.

## *Past Clinical Positions*

**Psychologist I - Psychosocial Rehabilitation Program**
**Guhleman Forensic Center**
**Fulton State Hospital**
February 2003 – March 2003

This part time position involved working as part of a multi-disciplinary treatment team, which provided long term treatment to clients admitted to an intermediate security forensic hospital. I worked as a primary therapist with an emphasis on psychological assessment, clinical interviewing, individual therapy, group therapy, and psychological consultation. Patients had a wide range of diagnoses including personality disorders, Major Depression, Bipolar Disorder, and Schizophrenia. This was an interim position that lasted approximately one month until I began full time as a forensic examiner.

**Psychologist I / Associate Psychologist II - Adult Inpatient**
**Mid-Missouri Mental Health Center**
September 1995 – February 2003

This full time position involved working as part of a multi-disciplinary treatment team, which provided acute psychiatric inpatient care to 18 counties in central Missouri. I worked as a primary therapist with an emphasis on psychological assessment, clinical interviewing, individual therapy, family therapy, and psychological consultation. The client population ranged in age from 17 to 90+ years. Patients had a wide range of diagnoses including personality disorders, Major Depression, Bipolar Disorder, and Schizophrenia. I also provided supervision for Interns from the Mid-Missouri Health Sciences Psychology Internship Consortium, an APA approved pre-doctoral internship program.

**Assistant Admissions Officer - Adult Inpatient**
**Mid-Missouri Mental Health Center**
January 1996 – February 2003

This part time position required me to provide additional coverage for the Admissions Officer for Adult Inpatient at an acute care psychiatric hospital, which provided inpatient care to 18 counties in central Missouri. The Admissions Officer coordinates all admissions to the inpatient Adult Services ensuring compliance with state regulations, judicial orders, and hospital policies.

## *Seminars and Instruction*

Presentations on psychological assessment, malingering, and forensic examination to Predoctoral interns and staff at Missouri Health Sciences Psychology Internship Consortium. 1996 to 2002.

Presentations on psychological assessment, malingering, and forensic examination Internship to Predoctoral interns and staff at Fulton State Hospital. 2003 to Present.

### *Invited Presentation*

**Mental Retardation From an Evaluator's Perspective –** Missouri Prosecutor's Capital Litigation Conference. April 15, 2008

### *Conferences and Training*

**Legal and Ethical Risks and Risk Management in Professional Practice**
Eric Harris, J.D., Ph.D., April 17, 2008

**Psychopathy Checklist – Revised**
Stephen Hart, Ph.D., April 26 and 27, 2006, Columbia, MO

**American Family and Conciliatory Courts – 6th international Symposium on Child Custody Evaluations , October 14-16, 2004**

> **Should Evaluators Recommend? The Ultimate Question (Part I)**
> **Negotiating the Ultimate Question (Part II)**
> **The Trial–The Ultimate Question (Part III)**
> > Randy Fuerst, J.D., Lake Charles,LA
>
> **Advanced Institute on Psychological Testing**
> > James R. Flens, Psy.D., Brandon, FL
>
> **Drug and Alcohol Assessment in Child Custody Evaluations**
> > Claude Schleuderer, Ph.D., Ulster County Mental Health, Kingston,NY
>
> **Interviewing Children**
> > Mindy F. Mitnick, Ed.M., M.A., Licensed Psychologist,Minneapolis,MN
>
> **Assessing Children's Feelings and Perceptions in Divorcing Families**
> > Mary Elizabeth Lund, Ph.D., Santa Monica, CA
> > Angus Strachan, Ph.D., Santa Monica, CA
>
> **The Investigative Component in Child Custody Evaluations**
> > William G. Austin, Ph.D., Steamboat Springs, CO
> > Jonathan W. Gould, Ph.D., Charlotte, NC
> > David A. Martindale, Ph.D., ABPP, Morristown,NJ
>
> **Post-Evaluation Procedures and Ethical Considerations**
> > David A. Martindale, Ph.D., Morristown,NJ
> > Barbara F. Steinberg, Ph.D.,Ormond Beach, FL
> > Jan Tyler, Ph.D., Burlington,VT

**Advanced Seminar on Custody Evaluations**
Jonathon Gould, Ph.D., September 9-10, 2004

**Performing Sexually Violent Predator Evaluations**
Richard Scott, Ph.D., Missouri Department of Mental Health, October 22, 2003

**Legal and Ethical Risks and Risk Management in Professional Practice II: Special High Risk Populations**
Ed Harris, M.ED, JD, American Psychological Association Insurance Trust, April 11, 2003

**Assessment of Workplace Violence**
George Hargrave, Ph.D., American Academy of Forensic Psychology, October 27, 2002

**Violence and Threat Assessment**
Reid Meloy, Ph.D., September 30 & October 1, 2002.

**The Sexually Violent Offender**
Roy Hazelwood, (FBI, Ret.) May 2-3, 2002

**Missouri Department of Mental Health Forensic Conference**
April 2001

**Relapse in Schizophrenia**
June 2000

**Missouri Department of Mental Health Forensic Conference**
April 2000

**Missouri Department of Mental Health Forensic Conference**
April 1999

**MMPI-2 Conference**
Metropolitan Psychiatric Center Missouri November, 1998

**Detection of Malingering and Deception**
Randy K. Otto, Ph.D., American Academy of Forensic Psychology, November 1998

**Violence and Risk Assessment**
Stephen Hart, Ph.D., American Academy of Forensic Psychology, November 1998

**Violence and Psychopathology**
October 1998

**Dangerous Liaisons - Violence and Attachments**
Metropolitan Psychiatric Center, Missouri Institute of Mental Health, October 1997

## *Pre-Doctoral Internship Experience*

**Mid-Missouri Health Sciences Psychology Internship Consortium**
September 1, 1994 to August 31, 1995
#3 Hospital Drive, Columbia, MO 65201, 573-884-1300

## *Other Professional Clinical Experiences*

**Outpatient Therapist**
Family Counseling Center of Missouri, Inc.
Columbia, Missouri
September 1990 to August 1991

**Unit Therapist**
Cope Care of Moberly - Moberly, Missouri
August 1989 to August 1990

## *Professional Memberships*

American Psychological Association
American Psychology -- Law Society

## *Research*

Kline, Jeffrey S. (1996). "Male College Students' General Satisfaction With Different Styles Of Therapy And Different Sexed Therapists." Unpublished Dissertation, Indiana State University., Terre Haute, Indiana.

Kline, Jeffrey S. (1989). "Comment Constructiveness in Peer Review Groups." Unpublished masters thesis, University of Missouri - Columbia.

## *References*

Available on Request