**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

---------------------------------------------------------------------------X

JANE DOE, an individual,

Plaintiff,

Civil Case No.:
1:22-cv-00381-LEW

vs.

MISSIONARY OBLATES OF MARY IMMACULATE EASTERN PROVINCE, MISSIONARY OBLATES OF MARY IMMACULATE, INC., and U.S. PROVINCE OF THE MISSIONARY OBLATES OF MARY IMMACULATE, INC.,

Defendants.

---------------------------------------------------------------------------X

**DECLARATION OF DR. JAMES I. HUDSON IN SUPPORT OF DEFENDANT'S MOTION TO CONDUCT MENTAL EXAMINATION**

James I. Hudson, M.D., Sc.D. declares pursuant to 28 U.S.C. § 1746:

1. I am a Professor of Psychiatry at Harvard Medical School and Director of the Biological Psychiatry Laboratory at McLean Hospital in Belmont, MA, which is Harvard's principal psychiatric teaching hospital. I am certified by the American Board of Psychiatry and Neurology. I have more than 40 years of clinical experience treating and consulting on the treatment of patients with a wide range of psychiatric disorders, including hundreds of individuals who have reported experiences of sexual abuse.

2. I have been retained by the Defendant to serve as an expert witness in this case and submit this Declaration in support of the Defendant's request for an independent mental examination of the Plaintiff.

3. If permitted by the Court, I intend to conduct a standard psychiatric examination that involves an assessment of the Plaintiff's past and present mental health, as well as the

Case 1:25-cv-00381-ZMB Doc. #: 94-2 Filed: 08/21/25 Page: 22 of 22 PageID #: 7104

gathering of information about the Plaintiff's life and mental health prognosis. The examination will be interview-based, and I do not intend to use any written psychological tests.

4. Standard practices for such an interview involve information-gathering in the following areas:

a. Plaintiff's psychiatric history, including information about mental disorders or other conditions throughout Plaintiff's lifetime, and up to the present day, as well as any treatment received for any such disorders or conditions;

b. Plaintiff's personal history, including information about her developmental, familial, academic, social, and occupational functioning, and history of trauma or abuse, and Plaintiff's memories of any such trauma or abuse; and

c. Plaintiff's medical history, including information regarding medications or other treatments.

5. I will evaluate for the presence or absence of psychiatric symptoms (historical and present-day) and for any potential impact such symptoms might have had, or presently have, on Plaintiff's major life domains, including her social, occupational, or other important areas of functioning.

6. Gathering information in the aforementioned areas is considered routine and necessary in the course of performing a standard psychiatric examination.

Dated: September 18, 2023

James I. Hudson