# EXHIBIT 1

## CONFIDENTIAL-FILED UNDER SEAL