# EXHIBIT 2

## CONFIDENTIAL-FILED UNDER SEAL