# EXHIBIT 3

## PUBLIC REDACTED VERSION

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DR. JAMES I. HUDSON, M.D., SC.D**

I, James I. Hudson, M.D., Sc.D., declare as follows:

1. I am a board-certified psychiatrist with more than four decades of clinical and academic experience. I received my M.D. from Tufts University School of Medicine in 1979 and completed my psychiatry residency at McLean Hospital in Belmont, Massachusetts, in 1983. I also hold a Doctor of Science degree in epidemiology and a Master of Science degree in biostatistics from the Harvard School of Public Health. I have been a member of the faculty of Harvard Medical School since 1983 and have served at the rank of full Professor of Psychiatry at Harvard Medical School since 2006. I have been treating patients as a staff psychiatrist at McLean Hospital since 1983. My clinical and research work has addressed a full range of psychiatric disorders, including trauma-related conditions. My scientific publications have included papers specifically examining the effects of childhood sexual abuse, the discredited theory of "repressed" and "recovered memories," the concept of dissociative amnesia, and numerous other psychiatric issues. Overall, I am the author of more than 500 peer-reviewed scientific communications, including articles, chapters, reviews, proceedings of meetings, and

books on many areas of psychiatry. A true and correct copy of my CV is attached as Exhibit A to this Declaration.

2. **Scope of the Independent Medical Examination.** In this matter, I have been asked to conduct an independent medical examination (IME) of the Plaintiff. The examination I propose to conduct will include a psychiatric interview using questions derived from the Structured Clinical Interview for DSM-5 (the "SCID"), as well as questions in a similar format covering other psychiatric and medical disorders, together with additional questions I determine are clinically appropriate based on Plaintiff's history, reported symptoms, and responses during the examination.

3. The SCID, which I helped to develop and test, is a semi-structured clinical interview designed to assist a trained clinician in assessing psychiatric diagnoses using the diagnostic criteria contained in the fifth edition of the Diagnostic and Statistical Manual of Mental Disorders, which is the most recent version of the Diagnostic and Statistical Manual. The SCID semi-structured format provides an organized framework of diagnostic questions while permitting the examining clinician to ask appropriate follow-up questions, clarify ambiguous responses, investigate symptoms that emerge during the interview, integrate information obtained from other sources (e.g., medical records), and exercise clinical judgment in determining whether particular diagnostic criteria are satisfied. It is a well-established diagnostic instrument used in both clinical and research settings and is often used in my field as a framework for questioning.

4. The SCID, along with other aspects of my clinical interview as described above, is intentionally broader than an interview restricted to a single psychiatric or medical disorder. My interview will cover a range of psychiatric and medical conditions, including mood

disorders, psychotic disorders, substance-use disorders, anxiety and obsessive-compulsive disorders, eating disorders, personality disorders, medical disorders that are related to psychiatric disorders (such as fibromyalgia, irritable bowel syndrome, and migraine), and trauma- and stressor-related disorders, including posttraumatic stress disorder (PTSD). That breadth is clinically essential because psychiatric symptoms may overlap across diagnostic categories and because more than one psychiatric disorder may be present, either currently or over the course of an individual's past history. A proper psychiatric assessment therefore requires consideration of alternative and co-occurring diagnoses, as well as the onset, course, and possible causes or contributing factors associated with the reported symptoms.

5. Consistent with those principles, my proposed examination will include questions concerning Plaintiff's present and past psychiatric symptoms; relevant medical and psychiatric history; personal history; family history of medical and psychiatric disorders; the events that she alleges in this action; her recollection of those events; the circumstances under which those recollections arose or changed; and other matters reasonably necessary to conduct a psychiatric differential diagnosis. The purpose of this inquiry is not to investigate matters unrelated to Plaintiff's claimed mental condition, but to obtain the information reasonably necessary to evaluate the psychiatric injuries and symptoms Plaintiff claims to suffer from and which Plaintiff has placed at issue in this litigation.

6. I understand that Plaintiff alleges in this action that she has "suffered great . . . psychological injury," including "PTSD, anxiety, severe emotional distress, mental anguish, and depression." Dkt. No. 53 ¶ 26. I further understand that Plaintiff has stated in interrogatory responses that, [redacted] I

also understand that Plaintiff has claimed in her deposition that [redacted]

7. Plaintiff's allegations involve multiple psychiatric and medical symptoms and conditions rather than a single, narrow diagnostic issue. These allegations make the history and development of Plaintiff's reported recollections clinically relevant.

8. In my professional opinion, an examination restricted to PTSD would not permit an adequate psychiatric assessment of Plaintiff's claimed conditions nor would it be in accordance with established diagnostic practices. Such a restriction would prevent me from adequately considering alternative or co-occurring psychiatric conditions and other factors that may account for or contribute to Plaintiff's reported symptoms. Such a restriction would also materially impair my ability to assess the existence, nature, severity, and cause of Plaintiff's purported symptoms and would create a substantial risk of an incomplete or misleading psychiatric assessment.

9. To use an analogy, if a patient presented to a hospital asserting kidney failure and claiming that ingestion of a toxin caused the kidney failure, a doctor would not restrict testing to just the toxin or even just the kidney. A doctor would test the kidney's function to determine if the kidney was in fact failing and then run a battery of tests—not limited to just the toxin—to determine what the underlying causes for any failure might be and whether any other organs are affected. To make this determination, a doctor would need to obtain the patient's overall medical history and family medical history, and would also need to perform a diagnostic evaluation intended to understand the patient's current physiological state. By analogy, to

complete my clinical evaluation of Plaintiff in accordance with established practices, I require a similar amount of latitude in my questioning.

10. I have reviewed Plaintiff's motion, including her proposal to limit my questioning set forth in pages 11 to 14 of the motion. That proposal does not conform to accepted clinical standards and fundamentally misapprehends basic principles of psychiatry, psychiatric diagnosis, and of a psychiatric evaluation.

11. I have reviewed materials generated through other avenues of discovery, including Plaintiff's deposition testimony, interrogatory responses, document production, and available medical and mental-health records. In my opinion, those materials do not provide sufficient clinical information to permit me to reliably assess the nature, extent, history, and potential causes of Plaintiff's claimed psychiatric and related medical conditions and complaints without conducting a direct psychiatric examination.

12. The medical records I have reviewed provide only limited insight into Plaintiff's complete psychiatric history and present mental state—[redacted] The medical records likewise provide limited information concerning the circumstances and psychological process by which Plaintiff reports that memories of the alleged events emerged or returned. Medical records created for treatment purposes also do not necessarily contain the systematic diagnostic inquiry required for a forensic psychiatric evaluation. Treating professionals may focus on the symptoms presented for treatment rather than systematically investigating alternative diagnoses, causation, the complete longitudinal history, or issues that subsequently become material in litigation. Furthermore, some of the records I reviewed [redacted]

[redacted]

13. The broad clinical interview, described above, is therefore a clinically necessary and appropriate method of evaluating the psychiatric conditions implicated by Plaintiff's allegations. It is also standard practice. In my decades of practice, I have conducted hundreds of psychiatric examinations using this framework—including dozens of independent psychiatric evaluations under Federal Rule of Civil Procedure 35. None of these examinations have been narrowed in scope the way I understand Plaintiff has requested, and it would not be clinically appropriate to do so.

14. **Purported Conflict of Interest.** Separately, I understand that Plaintiff has raised a purported conflict of interest based on an asserted relationship between me and Park Dietz & Associates ("PD&A"), as well as communications Plaintiff's former counsel allegedly had with Dr. Park Dietz. I am not aware of any conflict of interest that would prevent me from conducting the independent medical examination or serving as an expert for the Defendant.

15. I have had no communication with Dr. Dietz, or with any other representative of PD&A, concerning this matter or Plaintiff. PD&A is a forensic consulting firm that connects potential experts with potential interested clients and serves as a clearinghouse for expert engagements. I am not and have never been an employee of PD&A. My name may appear, along with the names of dozens of other professionals, on a list of forensic experts maintained by PD&A, just as it may appear on a list of potential experts prepared by any number of expert consulting firms. That list is prepared by PD&A and identifies experts whom PD&A may potentially connect with prospective clients seeking experts in particular fields. My inclusion on

that list did not create any employment, partnership, agency, or other relationship through which confidential information provided to Dr. Dietz or PD&A would have been shared with me.

16. Neither PD&A nor Dr. Dietz, or their agents, employees, or principals, has ever shared any information about Plaintiff or this case with me. Indeed, I was not aware, until Plaintiff's counsel raised this purported issue with Defendant's counsel, that Plaintiff or her counsel had spoken with Dr. Dietz or PD&A. I have never communicated with Plaintiff or Plaintiff's counsel about this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2026, at Concord, Massachusetts.

James I. Hudson, M.D., Sc.D.

# EXHIBIT A

Date Prepared: July, 2026

# CURRICULUM VITAE

Name: James Irvin Hudson, M.D., Sc.D.

Address: McLean Hospital, 115 Mill Street, Belmont, MA 02478

Place of Birth: Baltimore, Maryland

Education:

| | |
|---|---|
| 1970-1974 | B.A. cum laude with distinction in philosophy, Yale College, New Haven, Connecticut |
| 1972-1973 | Ludwig-Maximilians Universität, Philosophische Fakultät, Munich |
| 1975-1979 | M.D., Tufts University School of Medicine, Boston, Massachusetts |
| 1995-1997 | S.M. (epidemiology), Harvard School of Public Health, Boston, Massachusetts |
| 1997-2002 | Sc.D. (epidemiology), Harvard School of Public Health |
| 2001-2002 | S.M. (biostatistics), Harvard School of Public Health |
| 2025 | Chinese Language School, Middlebury College, Middlebury, Vermont |

Postdoctoral Training:

Internship and Residencies:

| | |
|---|---|
| 1979-1980 | Resident in Internal Medicine, University of Chicago Hospitals, Chicago, Illinois |
| 1980-1983 | Resident in Psychiatry, McLean Hospital, Belmont, Massachusetts |
| 1982-1983 | Chief Resident in Psychopharmacology, McLean Hospital |

Research Fellowships:

| | |
|---|---|
| 1982-1983 | Ethel Dupont-Warren Fellowship, Harvard Medical School, Boston, Massachusetts |
| 1983-1985 | Medical Foundation Research Fellowship, Boston, Massachusetts |
| 1983-1985 | Research Fellow in Psychiatry, Laboratories for Psychiatric Research, McLean Hospital |
| 1987-1988 | MacArthur Foundation Research Scholarship |
| 1998-2001 | Postdoctoral Research Fellow, Department of Biostatistics, Harvard School of Public Health |

Licensure and Certification:

| | |
|---|---|
| 1980 | National Board of Medical Examiners |
| 1980 | Massachusetts License No. 46296 |
| 1986 | American Board of Psychiatry and Neurology 28047 |
| 1991 | American Board of Sleep Medicine |

Academic Appointments:

| | |
|---|---|
| 1979-1980 | Teaching Fellow in Medicine, Pritzker School of Medicine, University of Chicago, Chicago, Illinois |
| 1980-1983 | Clinical Fellow in Psychiatry, Harvard Medical School |
| 1983-1985 | Instructor in Psychiatry, Harvard Medical School |
| 1985-1989 | Assistant Professor of Psychiatry, Harvard Medical School |
| 1989-2006 | Associate Professor of Psychiatry, Harvard Medical School |
| 2006- | Professor of Psychiatry, Harvard Medical School |

Hospital Appointments:

| | |
|---|---|
| 1983-1988 | Assistant Psychiatrist, McLean Hospital |
| 1988-1997 | Associate Psychiatrist, McLean Hospital |
| 1997- | Psychiatrist, McLean Hospital |

Other Professional Positions:

| | |
|---|---|
| 1981-1983 | Psychopharmacology Consultant, Dorchester Mental Health Center, Boston, Massachusetts |
| 1985-1999 | International Advisory Board, National Eating Disorders Organization, Tulsa, Oklahoma |
| 1991-1998 | Advisory Council, American Anorexia/Bulimia Association, New York, New York |
| 2006-2012 | Clinical and Scientific Advisory Council, National Eating Disorders Association |

Awards and Honors:

| | |
|---|---|
| 1976 | Pharmacology Prize, Tufts University School of Medicine |
| 1978 | Milton Greenblatt Award in Psychiatry, Tufts University School of Medicine |
| 1978 | Alpha Omega Alpha honor society |
| 1982 | Prize Essay Award, Harvard Medical Alumni Association |
| 1982 | Harvey M. Shein Award, McLean Hospital |
| 1992 | Best Doctors in America, Eating Disorders |
| 2000 | Partners in Excellence Award, in recognition of outstanding performance and commitment to excellence as Chair of Institutional Review Board, Partners Healthcare System, Boston, MA |
| 2001 | Highly Cited in Psychology/Psychiatry, Institute for Scientific Information, Philadelphia, PA |
| 2011 | Partners in Excellence Award, in recognition of outstanding leadership as Chair of Institutional Review Board |

Hospital Clinical Responsibilities:

| | |
|---|---|
| 1985-1986 | Psychiatrist-in-Charge, Clinical Evaluation Unit (for psychotic disorders and eating disorders), Laboratories for Psychiatric Research, McLean Hospital |
| 1989-1990 | Director, Sleep Disorders Center and Sleep Research Program, McLean Hospital |
| 2014- | Medical Director, Sleep Diagnostics and Treatment Center at McLean Hospital |

Major Administrative Responsibilities:

| | |
|---|---|
| 1984-2002 | Associate Chief, Biological Psychiatry Laboratory, McLean Hospital |
| 1985-1986 | Psychiatrist-in-Charge, Clinical Evaluation Unit (for psychotic disorders and eating disorders), Laboratories for Psychiatric Research, McLean Hospital |
| 1988-1991 | Associate Director, Mental Health Clinical Research Center, Laboratories for Psychiatric Research and Psychotic Disorders Program, McLean Hospital |
| 1989-1990 | Director, Sleep Disorders Center and Sleep Research Program, McLean Hospital |
| 1990-2000 | Chief, Clinical Neurophysiology Laboratory, McLean Hospital |
| 1999-2002 | Chair, Institutional Review Board, McLean Hospital |
| 2003- | Director, Biological Psychiatry Laboratory, McLean Hospital |
| 2003- | Director, Psychiatric Epidemiology Research Program, McLean Hospital |
| 2011-2013 | Director of Human Research Ethics and Chair, Institutional Review Board, McLean Hospital |

Major Committee Assignments:

National and Regional:

| | |
|---|---|
| 1985-1987 | Eating Disorders Advisory Committee, task force to revise *DSM-III*, American Psychiatric Association |
| 1990-1993 | Subcommittee on Sleep and Mental Disorders Research, National Commission on Sleep Disorders Research |
| 1992 | National Institute of Mental Health small grant committee, *ad hoc* member |
| 1995-2004 | Showa Denko Research Advisory Committee on Eosinophilia-Myalgia Syndrome |
| 2003-2006 | Behavioral Genetics and Epidemiology Integrated Review Group, National Institutes of Health, temporary member |
| 2012-2015 | Biobehavioral and Behavioral Processes Integrated Review Group, National Institutes of Health, temporary member |

McLean Hospital, Massachusetts General Hospital, Mass General Brigham (formerly Partners HealthCare):

| | |
|---|---|
| 1990- | Research Committee, McLean Hospital |
| 1997-2014 | Institutional Review Board, McLean Hospital |
| 1999-2009 | Resident Selection Committee, MGH/McLean Adult Psychiatry Residency Training Program |
| 1999 | Task Force for Education, Partners Psychiatry and Mental Health |
| 2005 | Search Committee for Chief of Partners Psychiatry and CEO of McLean Hospital |
| 2006 | Search Committee for Chief of Partners Psychiatry and CEO of McLean Hospital |
| 2006 | Chair, Biostatistician Search Committee, McLean Hospital |
| 2006- | Committee of Professors, McLean Hospital |
| 2010-2013 | Human Research Protection Program Leadership Committee, McLean Hospital |
| 2011-2014 | Co-Chair, Clinical Research Committee, McLean Hospital |
| 2011-2013 | Academic Integrity Committee, McLean Hospital |
| 2011-2017 | Research Committee, Harvard Medical School Department of Psychiatry |
| 2015-2021 | Data Sharing Committee, Mass General Brigham HealthCare |
| 2015-2018 | Clinical Trials Office Advisory Committee, Partners HealthCare |
| 2016-2018 | Chair, Professorial Search Committee for Director of Neuroimaging, Massachusetts General Hospital Depression Clinical & Research Program |
| 2020 | Biostatistician Search Committee, McLean Hospital |

Data Safety and Monitoring Boards (DSMB)/Independent Data Monitoring Committees (IDMC):

| | |
|---|---|
| 2013-2018 | Member, DSMB for "Naltrexone for Antipsychotic-Induced Weight Gain"; PI: Cent Tek; National Institute of Diabetes and Digestive and Kidney Diseases (R01DK093924-01) |
| 2015-2021 | Chair, DSMB for "Fixed Dose Intervention Trial of New England Enhancing Survival in SMI Patients (FITNESS)"; PI: Dost Öngür; National Institute of Mental Health (R01MH104560) |
| 2021-2026 | Member, DSMB for "Autonomic and fronto-cortical correlates of script-driven imagery of trauma-related nightmares compared with such imagery of index trauma in PTSD using ambulatory physiological and fNIRS recordings"; PI: Edward Pace-Schott; National Institute of Mental Health (R21MH121832-01) |
| 2025- | Member, IDMC for solriamfetol development program; Axsome Therapeutics |

Memberships in Professional Societies:

| | |
|---|---|
| 1978-1997 | American Medical Association |
| 1981-2021 | American Psychiatric Association |
| 1981-2021 | Massachusetts Psychiatric Association |
| 1987-1998 | American Association for the Advancement of Science |
| 1989-1991 | American Sleep Disorders Association |
| 1991-1996 | Fellow, American Sleep Disorders Association |
| 1993-2010 | Founding Member, Academy for Eating Disorders |
| 1995- | Founding Member, Eating Disorders Research Society |
| 1995-2004 | American Mathematical Association |
| 1998-2007 | American Statistical Association |
| 1999-2004 | Society for Epidemiologic Research |
| 2001-2010 | Fellow, Academy for Eating Disorders |

Editorial Boards and Other Editorial Positions:

| | |
|---|---|
| 1984-2022 | Editorial Board, *International Journal of Eating Disorders* |
| 1996-2024 | Editorial Board, *Psychotherapy and Psychosomatics* |
| 1999-2017 | Editorial Board, *Journal of Clinical Psychiatry* |
| 2026- | Distinguished Reviewer, *JAMA Psychiatry* |

Bibliography
Original Reports:


1. Goldman L, Hudson JI, Weddington WW. Lupuslike illness associated with chlorpromazine. *Am J Psychiatry* 1980;137:1613-14.

2. Hudson JI, Laffer PS, Pope HG Jr. Bulimia related to affective disorder by family history and response to the dexamethasone suppression test. *Am J Psychiatry* 1982;139:685-7.

3. Shuster L, Hudson J, Anton M, Righi D. Sensitization of mice to methylphenidate. *Psychopharmacology* 1982;77:31-6.

4. Pope HG Jr, Hudson JI. Treatment of bulimia with antidepressants. *Psychopharmacology* 1982;77:176-9.

5. Pope HG Jr, Jonas JM, Hudson JI, Cohen BM, Gunderson JG. The validity of *DSM-III* borderline personality disorder: a phenomenologic, family-history, treatment-response, and long-term follow-up study. *Arch Gen Psychiatry* 1983;40:23-30.

6. Hudson JI, Pope HG Jr, Jonas JM, Yurgelun-Todd D. Family history study of anorexia nervosa and bulimia. *Br J Psychiatry* 1983;142:133-8.

7. Hudson JI, Pope HG Jr, Jonas JM, Laffer PS, Hudson MS, Melby JC. Hypothalamic-pituitary-adrenal axis hyperactivity in bulimia. *Psychiatry Res* 1983;8:111-7.

8. Jonas JM, Hudson JI, Pope HG Jr. Treatment of bulimia with MAO inhibitors. *J Clin Psychopharmacol* 1983;3:59-60.

9. Pope HG Jr, Hudson JI, Jonas JM, Yurgelun-Todd D. Bulimia treated with imipramine: a placebo-controlled, double-blind study. *Am J Psychiatry* 1983;140:554-8.

10. Hudson JI, Hudson MS, Wentworth SM. Self-induced glycosuria: a novel method of purging in bulimia. *JAMA* 1983;251:2501.

11. Hudson MS, Wentworth SM, Hudson JI. Bulimia and diabetes. *N Engl J Med* 1983;309:431-2.

12. Pope HG Jr, Hudson JI, Jonas JM. Antidepressant treatment of bulimia: preliminary experience and practical recommendations. *J Clin Psychopharmacol* 1983;3:274-81.

13. Hudson JI, Pope HG Jr, Jonas JM, Yurgelun-Todd D. Phenomenologic relationship of eating disorders to major affective disorder. *Psychiatry Res* 1983;9:345-54.

14. Pope HG Jr, Hudson JI, Yurgelun-Todd D. Anorexia nervosa and bulimia among 300 suburban women shoppers. *Am J Psychiatry* 1984;141:292-4.

15. Pope HG Jr, Hudson JI, Yurgelun-Todd D, Hudson MS. Prevalence of anorexia nervosa and bulimia in three student populations. *Int J Eating Disord* 1984;3:45-51.

16. Jonas JM, Pope HG Jr, Hudson JI, Satlin A. Undiagnosed vomiting in an older woman: unsuspected bulimia. *Am J Psychiatry* 1984;141:902-3.

17. Pope HG Jr, Hudson JI, Poskanzer D, Yurgelun-Todd D. Familial hyperkalemic periodic paralysis and manic-depressive illness: a linkage and treatment study. *Biol Psychiatry* 1984;19:1449-59.

18. Hudson JI, Pliner LF, Hudson MS, Goldenberg DL, Melby JC. The dexamethasone suppression test in fibrositis. *Biol Psychiatry* 1984;19:1489-93.

19. Hudson JI. Bulimia: a form of affective disorder? *McLean Hosp J* 1984;9:31-45.

20. Hudson JI, Pope HG Jr, Jonas JM. Psychosis in anorexia nervosa and bulimia. *Br J Psychiatry* 1984;145:420-3.

21. Hudson JI, Hudson MS, Rothschild AJ, Vignati L, Schatzberg AF, Melby JC. Abnormal results of dexamethasone suppression tests in nondepressed patients with diabetes mellitus. *Arch Gen Psychiatry* 1984;41:1086-89.

22. Hudson JI, Hudson MS. Endocrine dysfunction in anorexia nervosa and bulimia: comparison with abnormalities in other psychiatric disorders and disturbances due to metabolic factors. *Psychiat Devel* 1984;4:237-72.

23. Hudson JI, Pope HG Jr, Jonas JM, Yurgelun-Todd D. Treatment of anorexia nervosa with antidepressants. *J Clin Psychopharmacol* 1985;5:17-23.

24. Hudson JI, Wentworth SM, Hudson MS, Pope HG Jr. Prevalence of anorexia nervosa and bulimia in young women with diabetes. *J Clin Psychiatry* 1985;46:88-9.

25. Hudson JI, Hudson MS, Pliner LF, Goldenberg DL, Pope HG Jr. Fibromyalgia and major affective disorder: a controlled phenomenology and family history study. *Am J Psychiatry* 1985;142:441-6.

26. Pope HG Jr, Jonas JM, Hudson JI, Kafka MP. Toxic reactions to the combination of monoamine oxidase inhibitors and tryptophan. *Am J Psychiatry* 1985;142:491-2.

27. Pope HG Jr, Jonas JM, Hudson JI, Cohen BM, Tohen M. An empirical study of psychosis in borderline personality disorder. *Am J Psychiatry* 1985;142:1285-90.

28. Hudson JI, Pope HG Jr, Jonas JM. Antidepressant treatment of bulimia. *Adv Behav Res Ther* 1985;7:173-9.

29. Pope HG Jr, Hudson JI, Jonas JM, Yurgelun-Todd D. Antidepressant treatment of bulimia: a two-year follow-up study. *J Clin Psychopharmacol* 1985;5:320-7.

30. Pope HG Jr, Hudson JI, Mialet JP. Bulimia in nineteenth-century France: the observations of Pierre Janet. *Psychol Med* 1985;15:739-43.

31. Pope HG Jr, Hudson JI, Nixon RA, Herridge PL. The epidemiology of ipecac abuse. *N Engl J Med* 1986;314:245-6.

32. Pope HG Jr, Hudson JI, Jonas JM. Bulimia in males: a series of 15 cases. *J Nerv Ment Dis* 1986;174:117-9.

33. Pope HG Jr, Herridge PL, Hudson JI, Fontaine R, Yurgelun-Todd D. Treatment of bulimia with nomifensine. *Am J Psychiatry* 1986;143:371-3.

34. Pope HG Jr, Hudson JI. Antidepressant drug therapy for bulimia: current status. *J Clin Psychiatry* 1986;47:339-45.

35. Pope HG Jr, Hudson JI, Zubenko GS, Jonas JM, Herridge PL. Schizoid personality disorder among psychiatric inpatients. *McLean Hosp J* 1986;11:1-9.

36. Hudson JI, Katz DL, Pope HG Jr, Hudson MS, Griffing GT, Melby JC. Urinary free cortisol and response to the dexamethasone suppression test in bulimia: a pilot study. *Int J Eating Disord* 1987;6:191-8.

37. Hudson JI, Pope HG Jr. Newer antidepressants in the treatment of bulimia. *Psychopharmacol Bull* 1987;23:52-7.

38. Pope HG Jr, Frankenburg FR, Hudson JI, Jonas JM, Yurgelun-Todd D. Is bulimia associated with borderline personality disorder? A controlled study. *J Clin Psychiatry* 1987;48:181-4.

39. Hudson JI, Pope HG Jr, Jonas JM, Stakes JW, Grochocinski VJ, Lipinski JF, Kupfer DJ. Sleep EEG in bulimia. *Biol Psychiatry* 1987;22:820-8.

40. Hudson JI, Hudson MS, Griffing GT, Melby JC, Pope HG Jr. Phenomenology and family history of affective disorder in Cushing's disease. *Am J Psychiatry* 1987;144:951-3.

41. Hudson JI, Pope HG Jr, Yurgelun-Todd D, Jonas JM, Frankenburg FR. A controlled study of lifetime prevalence of affective and other psychiatric disorders in bulimic outpatients. *Am J Psychiatry* 1987;144:1283-7.

42. Pope HG Jr, Champoux R, Hudson JI. Eating disorders and socioeconomic class: anorexia nervosa and bulimia in nine communities. *J Nerv Ment Dis* 1987;175:620-3.

43. Hudson JI, Pope HG Jr, Jonas JM, Yurgelun-Todd D, Frankenburg FR. A controlled family history study of bulimia. Psychol Med 1987;17:883-90.

44. Pope HG Jr, Hudson JI. Antidepressant medication in the treatment of bulimia nervosa. *Psychopathology* 1987;20(Suppl 1):123-9.

45. Pope HG Jr, McElroy SL, Satlin A, Hudson JI, Keck PE Jr, Kalish R. Head injury, bipolar disorder, and response to valproate. *Comp Psychiatry* 1988;29:34-8.

46. Pope HG Jr, Hudson JI. Is bulimia a heterogeneous disorder? Lessons from the history of medicine. *Int J Eating Disord* 1988;7:155-66.

47. Keck PE Jr, Pope HG Jr, Hudson JI, McElroy SL, Kulick AR. Lycanthropy: alive and well in the twentieth century. *Psychol Med* 1988;18:113-20.

48. Hudson JI, Lipinski JF, Frankenburg FR, Grochocinski VJ, Kupfer DJ. Electroencephalographic sleep in mania. *Arch Gen Psychiatry* 1988;45:267-73.

49. Hudson JI, Pope HG Jr, Wurtman JJ, Yurgelun-Todd D, Mark S, Rosenthal NE. Bulimia in obese individuals: relationship to normal-weight bulimia. *J Nerv Ment Dis* 1988;152:144-152.

50. Hudson JI, Pope HG Jr, Yurgelun-Todd D. Bulimia and major affective disorder: experience with 105 patients. *Psychiatr Psychobiol* 1988;3:37-47.

51. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Treatment of psychiatric disorders with valproate: a series of 73 cases. *Psychiatr Psychobiol* 1988;3:81-5.

52. Horne RL, Ferguson JM, Pope HG Jr, Hudson JI, Lineberry CG, Ascher J, Cato A. Bupropion in the treatment of bulimia: a multicenter controlled trial. *J Clin Psychiatry* 1988;49:262-6.

53. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Valproate in the treatment of rapid-cycling bipolar disorder. *J Clin Psychopharmacol* 1988;8:275-9.

54. Pope HG Jr, Hudson JI. Are eating disorders associated with borderline personality disorder? A critical review. *Int J Eating Disord* 1989;8:1-9.

55. Pope HG Jr, Hudson JI, Yurgelun-Todd D. Depressive symptoms in bulimic, depressed, and nonpsychiatric control subjects. *J Affective Disord* 1989;16:93-9.

56. Pope HG Jr, McElroy SL, Keck PE, Hudson JI, Ferguson JM, Horne RL. Electrophysiologic abnormalities in bulimia and their implications for pharmacotherapy: a reassessment. *Int J Eating Disord* 1989;16:191-201.

57. Hudson JI, Lipinski JF, Frankenburg FR, Tohen M, Kupfer DJ. Effects of lithium on sleep in mania. *Biol Psychiatry* 1989;25:665-8.

58. Hudson JI, Pope HG Jr, Keck PE Jr, McElroy SL. Treatment of bulimia nervosa with trazodone: short-term response and long-term follow-up. *Clin Neuropharmacol* 1989;12(Suppl 1):S38-S46.

59. Aranow RB, Hudson JI, Pope HG Jr, Grady TO, Laage TA, Cole JO, Bell I. Elevated antidepressant plasma levels following addition of fluoxetine. *Am J Psychiatry* 1989;146;911-3.

60. Pope HG Jr, Keck PE Jr, McElroy SL, Hudson JI. A placebo-controlled study of trazodone in bulimia nervosa. *J Clin Psychopharmacol* 1989;9:254-9.

61. Pope HG Jr, McElroy SL, Keck PE Jr, Hudson JI. Long-term pharmacotherapy of bulimia nervosa. *J Clin Psychopharmacol* 1989;9:385-6.

62. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Pharmacologic treatment of kleptomania and bulimia nervosa. *J Clin Psychopharmacol* 1989;9:358-60.

63. Hudson JI, Pope Jr. Fibromyalgia and psychopathology: is fibromyalgia a form of "affective spectrum disorder?" *J Rheumatol* 1989;16(suppl 19):15-22.

64. Zanarini MC, Frankenburg FR, Pope HG Jr, Hudson JI, Yurgelun-Todd D, Cicchetti CJ. Axis II comorbidity of normal-weight bulimia. *Compr Psychiatry* 1990;30:20-24.

65. Hudson JI, Pope HG Jr. Affective spectrum disorder: does antidepressant response identify a family of disorders with a common pathophysiology? *Am J Psychiatry* 1990;147:552-64.

66. Keck PE Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI. Increased eye movements during non-REM sleep in fluoxetine-induced insomnia. *Sleep Res* 1990;19:66.

67. Hudson JI, Lipinski JF, Keck PE Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG. Sleep in mania versus unipolar depression. *Sleep Res* 1990;19:166.

68. Keck PE Jr, Pope HG Jr, Hudson JI, McElroy SL, Yurgelun-Todd D, Hundert EM. A controlled study of phenomenology and family history in outpatients with bulimia nervosa. *Compr Psychiatry* 1990;31:275-83.

69. Pope HG Jr, McElroy SL, Keck PE Jr, Hudson JI. Valproate in the treatment of acute mania: a placebo-controlled study. *Arch Gen Psychiatry* 1991;48:62-8.

70. Hudson JI, Pope HG Jr, Goldenberg DL. Chronic fatigue syndrome. *JAMA* 1991;265:357-8.

71. McElroy SL, Hudson JI, Pope HG Jr, Keck PE Jr. Kleptomania: clinical characteristics and associated psychopathology. *Psychol Med* 1991;21:93-108.

72. McElroy SL, Pope HG Jr, Hudson JI, Keck PE Jr, White KL. Kleptomania: a report of 20 cases. *Am J Psychiatry* 1991;148:652-7.

73. Keck PE Jr, Hudson JI, Dorsey CM, Campbell PI. Effect of fluoxetine on sleep. *Biol Psychiatry* 1991;29:618-9.

74. Strakowski SM, Hudson JI, Keck PE Jr, Wilson DR, Frankenburg FR, Alpert JE, Teschke GC, Tohen M. Four cases of obstructive sleep apnea associated with treatment-resistant mania. *J Clin Psychiatry* 1991;52:156-8.

75. Pope HG Jr, Hudson JI. A supplemental interview for forms of "affective spectrum disorder." *Int J Psychiatr Med* 1991;21:205-32.

76. Hudson JI, Manoach DS, Sabo AN, Sternbach SE. Recurrent nightmares in posttraumatic stress disorder: association with sleep paralysis, hypnopompic hallucinations, and REM sleep. *J Nerv Ment Dis* 1991;179:572-3.

77. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI, Morris D. Correlates of antimanic response to valproate. *Psychopharmacol Bull* 1991;27:127-33.

78. Lipinski JF, Hudson JI, Cunningham SL, Aizley HG, Keck PE, Mallya G, Aranow RB, Lukas SE. Polysomnographic characteristics of neuroleptic-induced akathisia. *Clin Neuropharmacol* 1991;14:413-9.

79. McElroy SL, Satlin A, Pope HG Jr, Keck PE Jr, Hudson JI. Treatment of compulsive shopping with antidepressants. *Ann Clin Psychiatry* 1991;3:199-204.

80. McElroy SL, Pope HG Jr, Woods BT, Hudson JI, Keck PE Jr, Aizley HG. Brain electrical activity mapping in bulimia nervosa. *Ann Clin Psychiatry* 1991;3:281-6.

81. Hudson JI, Weiss RD, Pope HG Jr, McElroy SL, Mirin SM. Eating disorders in hospitalized substance abusers. *Am J Drug Alcohol Abuse* 1992;18:75-85.

82. Fluoxetine Bulimia Nervosa Collaborative Study Group. Fluoxetine in the treatment of bulimia nervosa: a multicenter placebo-controlled, double-blind trial. *Arch Gen Psychiatry* 1992;49:139-47.

83. McElroy SL, Hudson JI, Pope HG Jr, Keck PE Jr, Aizley HG. The DSM-III-R impulse control disorders not elsewhere classified: clinical characteristics and relationship to other psychiatric disorders. *Am J Psychiatry* 1992;149:318-27.

84. Pope HG Jr, Hudson JI. Is childhood sexual abuse a risk factor for bulimia nervosa? *Am J Psychiatry* 1992;149:455-63.

85. Hudson JI, Goldenberg DL, Pope HG Jr, Keck PE Jr, Schlesinger L. Comorbidity of fibromyalgia with medical and psychiatric disorders. *Am J Med* 1992;92:363-7.

86. Keck PE Jr, Hudson JI, Cunningham SL, Aizley HG, McElroy SL, Vuckovic A. Polysomnographic features of excessive daytime somnolence associated with monoamine oxidase inhibitor treatment. *Ann Clin Psychiatry* 1992;4:49-53.

87. Hudson JI, Lipinski JF, Keck PE Jr, Aizley HG, Lukas SE, Rothschild AJ, Waternaux CM, Kupfer DJ. Polysomnographic characteristics of young manic patients: comparison with unipolar depressed patients and normal control subjects. *Arch Gen Psychiatry* 1992;49:378-83.

88. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI, Faedda GL, Swann AC. Clinical and research implications of the diagnosis of dysphoric or mixed mania or hypomania. *Am J Psychiatry* 1992;149:1633-44.

89. Hudson JI, Pope HG Jr, Sullivan LE, Waternaux CS, Keck PE Jr, Broughton RJ. Good sleep, bad sleep: a meta-analysis of polysomnographic measures in insomnia, depression, and narcolepsy. *Biol Psychiatry* 1992;32:958-75.

90. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: 30 cases of imagined ugliness. *Am J Psychiatry* 1993;150:302-8.

91. Hudson JI, Pope HG, Daniels SR, Horwitz RI. Insomnia, L-tryptophan, and EMS: nature of the association remains unclear. *Sleep Res* 1993;22:35.

92. Hudson JI, Lipinski JF, Keck PE Jr, Aizley HG, Vuckovic A, Zierk KC, Pope HG Jr. Sleep in schizophrenia. *Sleep Res* 1993;22:150.

93. Hudson JI, Pope HG Jr, Sullivan LE, Waternaux CM, Keck PE Jr, Broughton RJ. A meta-analysis of polysomnography in insomnia, depression, and narcolepsy. *Sleep Res* 1993;22:210.

94. Hudson JI, Pope HG Jr, Daniels SR, Horwitz RI. Eosinophilia-myalgia syndrome or fibromyalgia with eosinophilia? *JAMA* 1993;269:3108.

95. Hudson JI, Lipinski JF, Keck PE Jr, Aizley HG, Vuckovic A, Zierk KC, Pope HG Jr. Polysomnographic characteristics of schizophrenia in comparison with mania and depression. *Biol Psychiatry* 1993;34:191-3.

96. McElroy SL, Hudson JI, Phillips KA, Keck PE Jr, Pope HG Jr. Clinical and theoretical implications of a possible link between obsessive-compulsive and impulse control disorders. *Depression* 1993;1:121-32.

97. Pope HG Jr, Katz DL, Hudson JI. Anorexia nervosa and "reverse anorexia" among 108 male bodybuilders. *Compr Psychiatry* 1993;34:406-9.

98. McElroy SL, Phillips KA, Keck PE Jr, Hudson JI, Pope HG Jr. Body dysmorphic disorder: does it have a psychotic subtype? *J Clin Psychiatry* 1993;54:389-95.

99. Hudson JI, Keck PE Jr, Lipinski JF, Aizley HG, Pope HG Jr. Polysomnographic characteristics of bipolar depression. *Depression* 1993;1:227-30.

100. Hudson JI, Pope HG Jr. The concept of affective spectrum disorder: relationship to fibromyalgia and other syndromes of chronic fatigue and chronic muscle pain. *Baillière's Clin Rheumatol* 1994;8:839-56.

101. Pope HG Jr, Mangweth B, Negrao AB, Hudson JI, Cordas TA. Childhood sexual abuse and bulimia nervosa: a comparison of American, Austrian, and Brazilian women. *Am J Psychiatry* 1994;151:732-7.

102. Phillips KA, McElroy SL, Keck PE Jr, Hudson JI, Pope HG, Jr. A comparison of delusional and non-delusional body dysmorphic disorder in 100 cases. *Psychopharmacol Bull* 1994;30:179-86.

103. Mangweth B, Hudson JI, Pope HG Jr. Familenhintergrund bulimischer Frauen: ein crosskultureller Vergleich österreichischer und amerikanischer Studentinnen. *Zeitschrift für Klinische Psychologie, Psychopathologie und Psychotherapie*1995;43:57-74.

104. Pope HG Jr, Hudson JI. Can memories of childhood sexual abuse be repressed? *Psychol Med* 1995; 25:121-6.

105. Hudson JI, Pope HG Jr. Does childhood sexual abuse cause fibromyalgia? *Arthritis Rheum* 1995;38:161-3.

106. Hudson JI, Pope HG Jr, Daniels SR, Horwitz RI, Goldenberg DL. Fibromyalgia and eosinophilia-myalgia syndrome. *J Musculoskeletal Pain* 1995;3:63-75.

107. Mangweth B, Pope HG Jr, Hudson JI. Bulimia nervosa in two cultures: a comparison of Austrian and American college students. *Int J Eating Disord* 1995;17:403-12.

108. Phillips KA, Kim JM, Hudson JI. Body image disturbance in body dysmorphic disorder and eating disorders: obsessions or delusions? *Psychiatr Clin N Amer* 1995;18:317-34.

109. Olivardia R, Pope HG Jr, Mangweth B, Hudson JI. Eating disorders in college men. *Am J Psychiatry* 1995;152:1279-85.

110. Phillips KA, McElroy SL, Hudson JI, Pope HG Jr. Body dysmorphic disorder: an OCD-spectrum disorder, a form of affective spectrum disorder, or both? *J Clin Psychiatry* 1995; 56 (suppl 4):41-51.

111. Daniels SR, Hudson JI, Horwitz RI. Epidemiology of the potential association between L-tryptophan ingestion and eosinophilia-myalgia syndrome. *J Clin Epidemiol* 1995;48:1413-27.

112. Daniels SR, Hudson JI, Horwitz RI. Continuing scientific concerns about the validity of the L-tryptophan eosinophilia-myalgia syndrome association. *J Clin Epidemiol* 1995 48:1437-40.

113. Pope HG Jr, Hudson JI. Does childhood sexual abuse cause adult psychiatric disorders? Essentials of methodology. *J Psychiatry Law*, Fall 1995:363-81.

114. Pope HG Jr, Hudson JI. "Recovered memory" therapy for eating disorders: implications of the Ramona verdict. *Int J Eating Disord* 1996;19:139-45.

115. Hudson JI, Pope HG Jr. The relationship between fibromyalgia and major depressive disorder. *Rheum Dis Clin North Am* 1996;22:285-303.

116. Gruber AJ, Hudson JI, Pope HG Jr. The management of treatment-resistant depression in disorders on the interface of psychiatry and medicine: fibromyalgia, chronic fatigue syndrome, migraine, irritable bowel syndrome, atypical facial pain, and premenstrual dysphoric disorder. *Psychiatr Clin North Am* 1996;19:351-69.

117. McElroy SL, Pope HG Jr, Keck PE Jr, Hudson JI, Phillips KA, Strakowski SM. Are impulse control disorders related to bipolar disorder? *Compr Psychiatry* 1996;37:229-40.

118. Hudson JI, Carter WP, Pope HG Jr. Antidepressant treatment of binge-eating disorder: research findings and clinical guidelines. *J Clin Psychiatry* 1996;57[suppl 8]:73-9.

119. Hudson JI, Pope HG Jr, Carter WP, Daniels SR. Fibromyalgia, psychiatric disorders, and assessment of the long-term outcome of eosinophilia-myalgia syndrome. *J Rheumatol* 1996;(suppl 46) 23:37-43.

120. Mangweth B, Pope HG Jr, Hudson JI, Biebl W. Bulimia nervosa in Austria and the United States: a controlled cross-cultural study. *Int J Eating Disord* 1996;20:263-70.

121. Suppes T, Webb A, Carmody T, Gordon E, Gutierrez-Esteinou R, Hudson JI, Pope HG Jr. Is postictal electrical silence a predictor of response to electroconvulsive therapy? *J Affective Disord* 1996;41:55-8.

122. Mangweth B, Pope HG Jr, Hudson JI, Olivardia R, Kinzl J, Biebl W. Eating disorders in Austrian men: an intra-cultural and cross-cultural comparison study. *Psychother Psychosom* 1997;66:214-21.

123. Hudson JI, Chase EA, Pope HG Jr. Eye movement desensitization and reprocessing in eating disorders: caution against premature acceptance. *Int J Eating Disorders* 1998;23:1-5.

124. Pope HG Jr, Hudson JI, Bodkin JA, Oliva P. Questionable validity of 'dissociative amnesia' in trauma victims. Evidence from prospective studies. *Br J Psychiatry* 1998;172:210-5.

125. Lalonde J, Turgay A, Hudson JI. Attention deficit hyperactivity disorder subtypes and comorbid disruptive behaviour disorders in a child and adolescent mental health clinic. *Can J Psychiatry* 1998;43:623-8.

126. Hudson, JI, McElroy SL, Raymond NC, Crow S, Keck PE Jr, Carter WP, Mitchell JE, Strakowski SM, Pope HG Jr, Coleman B, Jonas JM. Fluvoxamine in the treatment of binge-eating disorder: a multicenter placebo-controlled double-blind trial. *Am J Psychiatry* 1998;155:1756-62.

127. Pope HG Jr, Oliva PS, Hudson JI, Bodkin JA, Gruber AJ. Attitudes towards DSM-IV dissociative disorders diagnoses among board-certified American psychiatrists. *Am J Psychiatry* 1999;156:321-3.

128. Mangweth B, Hudson JI, Pope HG Jr, Oberleit S, DeCol C, Kinzl J, Biebl W. Knowledge of calories and its effect on eating behavior in overweight, normal weight, and underweight individuals. *Eating Weight Disord* 1999; 4:165-8.

129. Pope HG Jr., Kouri EM, Hudson JI. The effects of supraphysiologic doses of testosterone on mood and aggression in normal men. *Arch Gen Psychiatry* 2000;57:133-40.

130. McElroy SL, Casuto LS, Nelson EB, Lake KA, Soutillo CA, Keck PE Jr., Hudson JI. Sertraline in the treatment of binge-eating disorder: a placebo-controlled, double-blind trial. *Am J Psychiatry* 2000;157:1004-1006.

131. Klitzman RL, Pope HG Jr, Hudson JI. MDMA (ecstasy") abuse and high-risk sexual behaviors among 169 gay men and bisexual men. *Am J Psychiatry* 2000;157:1162-4.

132. Olivardia R, Pope HG Jr, Hudson JI. 'Muscle dysmorphia' in male weightlifters: a case-control study. *Am J Psychiatry* 2000;157:1291-6.

133. Pope HG Jr, Gruber AJ, Mangweth B, Bureau B, deCol C, Jouvent R, Hudson JI. Body image perception among men in three countries. *Am J Psychiatry* 2000;157:1297-301.

134. Betensky RA, Hudson JI, Jones CA, Hu F, Wang B, Chen C, Xu X. A computationally simple test of homogeneity of odds-ratios for twin data. *Genet Epidemiol* 2001;20:228-38.

135. Hudson JI, Laird NM, Betensky RA. Multivariate logistic regression for familial aggregation of two disorders: I. Development of models and methods. *Am J Epidemiol* 2001;153:500-05.

136. Hudson JI, Laird NM, Betensky RA, Keck PE Jr, Pope HG Jr. Multivariate logistic regression for familial aggregation of two disorders: II. Analysis of studies of eating and mood disorders. *Am J Epidemiol* 2001;153:506-14.

137. Kanayama G, Gruber AJ, Pope HG Jr, Borowiecki JJ, Hudson JI. Over-the-counter drug use in gymnasiums: an underrecognized substance abuse problem? *Psychother Psychosom* 2001;70:137-40.

138. Lalonde JK, Hudson JI, Gigante RA, Pope HG Jr. Canadian and American psychiatrists' attitudes toward dissociative disorders diagnoses. *Can J Psychiatry*. 2001;46:407-12.

139. Cannell J, Hudson JI, Pope HG Jr. Standards for informed consent in recovered memory therapy. *J Am Acad Psychiatry Law* 2001;29:138-47.

140. Gruber AJ, Pope HG Jr, Lalonde JK, Hudson JI. Why do young women diet? The roles of body fat, body perception, and body ideal. *J Clin Psychiatry* 2001;62:609-11.

141. Pope HG Jr, Gruber AJ, Hudson JI, Huestis MA, Yurgelun-Todd D. Neuropsychological performance in long-term cannabis users. *Arch Gen Psychiatry* 2001;58:909-15.

142. Arnold LM, Hess EV, Hudson JI, Welge JA, Berno SE, Keck PE Jr. A randomized, placebo-controlled, double-blind, flexible-dose study of fluoxetine in the treatment of women with fibromyalgia. *Am J Med* 2002;112:191-7.

143. Pope HG Jr, Gruber AJ, Hudson JI, Huestis MA, Yurgelun-Todd, D. Cognitive Measures in long-term cannabis users. *J Clin Pharmacol* 2002;42:41S-7S.

144. Arnold LM, McElroy SL, Hudson JI, Welge JA, Bennett AJ, Keck PE Jr. A placebo-controlled, randomized trial of fluoxetine in the treatment of binge eating disorder. *J Clin Psychiatry* 2002;63:1028-33.

145. Pope HG Jr., Kanayama G, Cohane G, Siegel A, Hudson JI. Testosterone gel supplementation for men with refractory depression: a randomized placebo-controlled trial. *Am J Psychiatry* 2003;160:105-11.

146. McElroy SL, Arnold LM, Shapira NA, Keck PE Jr, Rosenthal N, Karim R, Kamin M, Hudson JI. Topiramate in the treatment of binge eating disorder associated with obesity: a randomized placebo-controlled trial. *Am J Psychiatry* 2003;160:255-61.

147. Hudson JI, Mangweth B, Pope HG Jr, DeCol C, Hausmann A, Gutweniger S, Laird NM, Biebl W, Tsuang MT. Family study of affective spectrum disorder. *Arch Gen Psychiatry* 2003;60:170-77.

148. White CN, Gunderson JG, Zanarini MC, Hudson JI. Family studies of borderline personality disorder: a review. *Harvard Rev Psychiatry* 2003;11:8-19.

149. Pope HG Jr, Gruber AJ, Hudson JI, Cohane G, Huestis MA, Yurgelun-Todd D. Early-onset cannabis use and cognitive deficits: what is the nature of the association? *Drug Alcohol Depend* 2003;69:303-10.

150. McElroy SL, Hudson JI. Malhotra S, Welge JA, Nelson E, Keck PE Jr. Citalopram in the treatment of binge eating disorder: a placebo-controlled trial. *J Clin Psychiatry* 2003; 64:807-13.

151. Kanayama G, Pope HG Jr, Cohane G, Hudson JI. Risk factors for anabolic-androgenic steroid abuse: a case-control study. *Drug Alcohol Depend.* 2003;71:77-86.

152. Carter WP, Hudson JI, Lalonde JK, Pindyck L, McElroy SL, Pope HG Jr. Pharmacologic treatment of binge eating disorder. *Int J Eating Disord* 2003;34[suppl]:S74-S88.

153. Mangweth B, Hudson JI, Pope HG Jr, Hausman A, De Col C, Laird NM, Biebl W, Tsuang MT. Family study of the aggregation of eating disorders and mood disorders. *Psychol Med* 2003;33:1319-23.

154. Gruber AJ, Pope HG Jr, Hudson JI, Yurgelun-Todd, D. Attributes of long-term heavy cannabis users: a case-control study. *Psychol Med* 2003;33:1415-22.

155. Mangweth B, Hausmann A, Walch T, Hotter A, Rupp CI, Biebl W, Hudson JI, Pope HG Jr. Body fat perception in eating disordered men. *Int J Eating Disord* 2004;35:102-8.

156. Goldstein DJ, Lu Y, Detke MJ, Hudson JI, Iyengar S, Demitrack MA. Effects of duloxetine on painful physical symptoms associated with depression. *Psychosomatics* 2004;45:17-28.

157. McElroy SL, Kotwal R, Hudson JI, Nelson EB, Keck PE Jr. Zonisamide in the treatment of binge eating disorder: an open-label, prospective trial. *J Clin Psychiatry* 2004;65:50-6.

158. Arnold LM, Hudson JI, Hess EV, Ware AE, Fritz DA, Auchenbach MB, Starck LO, Keck PE Jr. Family study of fibromyalgia. *Arthritis Rheum* 2004;50:944-52.

159. Halpern JH, Pope HG Jr, Sherwood AR, Barry S, Hudson JI, Yurgelun-Todd D. Residual neuropsychological effects of illicit 3,4-methylenedioxymethamphetamine (MDMA) in individuals with minimal exposure to other drugs. *Drug Alcohol Depend* 2004;75:135-47.

160. Pope HG Jr, Kanayama G, Ionescu-Pioggia M, Hudson JI. Anabolic steroid users' attitudes towards physicians. *Addiction* 2004;99:1189-94.

161. Hudson JI, Arnold LM, Keck PE Jr, Auchenbach MB, Pope HG Jr. Family study of fibromyalgia and affective spectrum disorder. *Biol Psychiatry* 2004;56:884-91.

162. McElroy SL, Sapira NA, Arnold LM, Keck PE Jr, Rosenthal NR, Wu SC, Capece JA, Fazzio L, Hudson JI. Topiramate in the long-term treatment of binge-eating disorder associated with obesity. *J Clin Psychiatry* 2004;65:1463-9.

163. Zanarini MC, Frankenburg FR, Yong L, Raviola G, Reich BD, Hennen J, Hudson JI, Gunderson JG. Borderline psychopathology in the first-degree relatives of borderline and axis II comparison probands. *J Personal Disord* 2004;18:439-47.

164. Mangweth B, Hausmann A, Danzl C, Walch T, Rupp CI, Biebl W, Hudson JI, Pope HG Jr. Childhood body-focused behaviors and social behaviors as risk factors of eating disorders. *Psychother Psychosom* 2005;74:247-53.

165. Hudson JI, Pope HG Jr, Glynn RJ. The cross-sectional cohort study: an under-utilized design. *Epidemiology* 2005;16:355-9.

166. Hudson JI, Wohlreich MM, Kaidasz DK, Mallinckrodt CH, Watkin JG, Martynov OV. Safety and tolerability of duloxetine in the treatment of major depressive disorder: analysis of pooled data from eight placebo-controlled clinical trials. *Hum Psychopharmacol* 2005;20:327-341.

167. Halpern JH, Sherwood AR, Hudson JI, Yurgelun-Todd D, Pope HG Jr. Psychological and cognitive effects of long-term peyote use among Native Americans. *Biol Psychiatry* 2005;58:624-631.

168. Pope HG Jr, Barry S, Bodkin JA, Hudson JI. Tracking a scientific interest in the dissociative disorders: a study of scientific publication output from 1984-2003. *Psychother Psychosom* 2006;75:19-24.

169. Hudson JI, Lalonde JK, Berry JM, Pindyck LJ, Bulik CM, Crow SJ, McElroy SL, Laird NM, Tsuang MT, Walsh BT, Rosenthal NR, Pope HG Jr. Binge eating disorder as a distinct familial phenotype in obese individuals. *Arch Gen Psychiatry* 2006;63:313-319.

170. Kanayama G, Barry S, Hudson JI, Pope HG Jr. Body image, self-esteem, and attitudes towards male roles in anabolic-androgenic steroid users. *Am J Psychiatry* 2006;163; 697-703.

171. Arnold LM, Hudson JI, Keck PE Jr, Auchenbach MB, Javaras KN, Hess EV. Comorbidity of fibromyalgia and psychiatric disorders. *J Clin Psychiatry* 2006;67:1219-1225.

172. Pope HG Jr, Lalonde JK, Pindyck LJ, Walsh BT, Bulik CM, Crow SJ, McElroy SL, Rosenthal N, Hudson JI. Binge eating disorder: a stable syndrome. *Am J Psychiatry* 2006;163:2181-2183.

.

173. McElroy SL, Kotwal R, Guerdjikova A, Welge JA, Nelson EB, Lake KA, D'Allesio DA, Keck PE Jr, Hudson JI. Zonisamide in the treatment of binge eating disorder with obesity: a randomized controlled trial. *J Clin Psychiatry* 2006;67:1897-1906. Erratum in: J Clin Psychiatry 2007;68:172.

174. Hudson JI, Hiripi E, Pope HG Jr, Kessler RC. The prevalence and correlates of eating disorders in the National Comorbidity Survey Replication. *Biol Psychiatry* 2007;61:348-58.

175. Pope HG Jr, Poliakaoff MB, Parker MP, Boynes M, Hudson JI. Is dissociative amnesia a cultural artifact? Findings from a survey of historical literature. *Psychological Med* 2007;37:225-33.

176. Jacobs-Pilipski MJ, Wilfley DE, Crow SJ, Walsh BT, Lilenfeld LRR, West DW, Berkowitz RI, Hudson JI, Fairburn CG. Placebo response in binge eating disorder. *Int J Eating Disord* 2007;40:204-211.

177. Bodkin JA, Pope HG, Detke MJ, Hudson JI. Is PTSD caused by traumatic stress? *J Anx Disord* 2007;21:176-82.

178. Kanayama G, Boynes M, Hudson JI, Field AE, Pope HG Jr. Anabolic steroid abuse among teenage girls: an illusory problem? *Drug Alcohol Depend* 2007;88:156-62. PMCID1978191

179. McElroy SL, Hudson JI, Capece JA, Beyers K, Fisher AC, Rosenthal NR. Topiramate for the treatment of binge eating disorder associated with obesity: a placebo-controlled study. *Biol Psychiatry* 2007;61:1039-48.

180. McElroy SL, Guerdjikova A, Kotwal R, Welge JA, Nelson EB, Lake KA, D'Alessio D, Keck PE Jr, Hudson JI. Atomoxetine in the treatment of binge eating disorder: a randomized placebo-controlled trial. *J Clin Psychiatry* 2007;68:390-8.

181. Arnold LM, Goldenberg DL, Stanford SB, Lalonde JK, Sandhu HS, Keck PE Jr, Welge JA, Bishop F, Stanford KE, Hess EV, Hudson JI. Gabapentin in the treatment of fibromyalgia: a randomized, double-blind, placebo-controlled, multicenter trial. *Arthritis Rheum* 2007;56:1336-44.

182. Zanarini MC, Frankenburg FR, Reich DB, Silk KR, Hudson JI, McSweeney LB. The 10-year course of the subsyndromal phenomenology of borderline personality disorder. *Am J Psychiatry*, 2007;164:929-35.

183. Hudson JI, Perahia DG, Gilaberte I, Wang F, Watkin JG, Detke MJ. Duloxetine in the treatment of major depressive disorder: an open-label study. *BMC Psychiatry* 2007;7:43.

184. Javaras KN, Laird NM, Reichborn-Kjennerud T, Bulik CM, Pope HG Jr, Hudson, JI. Familiality and heritability of binge eating disorder: results of a case-control family study and a twin study. *Int J Eat Disord* 2008;41:174-79.

185. Hudson JI, Javaras KN, Laird NM, VanderWeele TJ, Pope HG Jr, Hernán MA. A structural approach to the familial coaggregation of disorders. *Epidemiology* 2008;19:431-9.

186. Javaras KN, Pope HG Jr., Lalonde JK, Roberts JL, Nillni YI, Laird NM, Bulik CM, Crow SJ, McElroy SL, Walsh BT, Tsuang MT, Rosenthal NR, Hudson JI. Co-occurrence of binge eating disorder with psychiatric and medical disorders. *J Clin Psychiatry* 2008;69:266-73.

187. Wilfley DE, Crow SJ, Hudson JI, Mitchell JE, Berkowitz RI, Blakesley V, Walsh BT, The Sibutramine Binge Eating Disorder Research Group. Efficacy of sibutramine for the treatment of binge eating disorder: a randomized multi-center placebo-controlled double-blind study. *Am J Psychiatry* 2008;165:51-8.

188. Guerdjikova AI, McElroy SL, Kotwal R, Welge JA, Nelson E, Lake K, D'Alessio D, Keck PE Jr, Hudson JI. High-dose escitalopram in the treatment of binge-eating disorder with obesity: a placebo-controlled monotherapy trial. *Hum Psychopharmacol* 2008;23:1-11.

189. Brennan BP, Roberts JL, Fogarty KV, Reynolds KA, Jonas, JM, Hudson JI. Memantine in the treatment of binge eating disorder: an open-label, prospective trial. *Int J Eat Disord* 2008;41:520-6.

190. Kanayama G, Hudson JI, Pope HG Jr. Long-term psychiatric and medical effects of anabolic-androgenic steroids: A looming public health concern? *Drug Alcohol Dep* 2009;98:1-12. PMCID2646607

191. Brennan BP, Fogarty KV, Roberts JL, Reynolds KA, Pope, HG Jr., Hudson JI. Duloxetine in the treatment of irritable bowel syndrome: an open-label pilot study. *Hum Psychopharmacol* 2009;24:423-8.

192. Kanayama G, Hudson JI, Pope HG Jr. Features of men with anabolic-androgenic steroid dependence: a comparison with nondependent AAS users and with AAS nonusers. *Drug Alcohol Depend* 2009;102:130-7. PMCID2694450

193. Kanayama G, Brower KJ, Wood RI, Hudson JI, Pope HG Jr. Issues for DSM-V: clarifying the diagnostic criteria for anabolic-androgenic steroid dependence. *Am J Psychiatry* 2009:166:642-5. PMCID2696068

194. Hudson JI, Arnold LM, Bradley LA, Choy EH, Mease PJ, Wang F, Ahl J, Wohlreich MM. What makes patients with fibromyalgia feel better? Correlations between Patient Global Impression of Improvement and changes in clinical symptoms and function: a pooled analysis of 4 randomized placebo-controlled trials of duloxetine. *J Rheumatol*. 2009;36:2517-22. PMCID19833743

195. Zanarini MC, Barison LK, Frankenburg FR, Reich DB, Hudson JI. Family history study of the familial coaggregation of borderline personality disorder with axis I and nonborderline dramatic cluster axis II disorders. *J Pers Disord* 2009;23:357-69.

196. Arnold LM, Hudson JI, Wang F, Wohlreich MM, Prakash A, Kajdasz DK, Chappell AS. Comparisons of the efficacy and safety of duloxetine for the treatment of fibromyalgia in patients with versus without major depressive disorder. *Clin J Pain* 2009;25:461-8.

197. Guerdjikova AI, McElroy SL, Welge JA, Nelson E, Keck PE, Hudson JI. Lamotrigine in the treatment of binge-eating disorder with obesity: a randomized, placebo-controlled monotherapy trial. *Int Clin Psychopharmacol* 2009;24:150-8.

198. Kanayama G, Brower KJ, Wood RI, Hudson JI, Pope HG Jr. Anabolic-androgenic steroid dependence: an emerging disorder. *Addiction* 2009;104:1966-78. PMCID2780436

199. Brennan BP, Hudson JI, Jensen JE, McCarthy J, Roberts JL, Prescot AP, Cohen BM, Pope HG Jr, Renshaw PF, Öngür D. Rapid enhancement of glutamergic neurotransmission in bipolar depression following treatment with riluzole. *Neuropsychopharmacology* 2010;35:834-46.

200. Kanayama G, Brower KJ, Wood RI, Hudson JI, Pope HG Jr. Treatment of anabolic-androgenic steroid dependence: emerging evidence and its implications. *Drug Alcohol Depend* 2010;109:6-13. PMCID2875348

201. Kanayama G, Hudson JI, Pope HG Jr. Illicit anabolic-androgenic steroid use. *Horm Behav* 2010;58:111-21. PMCID2883629

202. Hudson, JI, Lalonde JK, Coit CE, Tsuang MT, McElroy SL, Crow SJ, Bulik CM, Hudson MS, Yanovski JA, Rosenthal NR, Pope HG Jr. Longitudinal study of the diagnosis of components of the metabolic syndrome in individuals with binge eating disorder. *Am J Clin Nutr* 2010;91:1568-73.

203. Javaras KN, Hudson JI, Laird NM. Fitting ACE structural equation models to case-control family data. *Genet Epidemiol* 2010;34:238-45.

204. Pope HG, Kean J, Nash A, Kanayama G, Samuel DB, Bickel WK, Hudson JI. A diagnostic interview module for anabolic-androgenic steroid dependence: preliminary evidence of reliability and validity. *Exp Clin Psychopharmacol* 2010;18:203-13.

205. Baggish AL, Weiner RB, Kanayama G, Hudson JI, Picard MH, Hutter AM, Pope HG. Long-term anabolic-androgenic steroid use is associated with left ventricular dysfunction. *Circ Heart Fail* 2010;3:472-6.

206. Javaras KN, Laird NM, Hudson JI, Ripley BD. Estimating disease prevalence using relatives of case and control probands. *Biometrics* 2010;66:214-21.

207. Pope HG, Amiaz R, Brennan BP, Orr G, Weiser M, Kelley JF, Kanayama G, Siegel A, Hudson JI, Seidman SN. A parallel-group placebo-controlled trial of testosterone gel in men with major depressive disorder displaying an incomplete response to standard antidepressant treatment. *J Clin Psychopharmacol* 2010;30:126-34.

208. Brennan BP, Kanayama G, Hudson JI, Pope HG Jr. Human growth hormone abuse in male weightlifters. *Am J Addictions* 2010:20:9-13.

209. McElroy SL, Guerdjikova AI, Winstanley EL, O'Melia AM, Mori N, McCoy J, Keck PE Jr, Hudson JI. Acamprosate in the treatment of binge eating disorder: a placebo controlled trial. *Int J Eating Disord* 2011:44;81-90.

210. McElroy SL, Guerdjikova AI, Winstanley EL, O'Melia AM, Mori N, Keck PE Jr, Hudson JI. Sodium oxybate in the treatment of binge eating disorder: An open-label, prospective study. *Int J Eating Disord* 2011:44;262-8.

211. Halpern JH, Sherwood AR, Hudson JI, Gruber S, Kozin D, Pope HG Jr. Residual neurocognitive features of long-term ecstasy users with minimal exposure to other drugs. *Addiction* 2011;106:777-786.

212. Amiaz R, Pope HG Jr, Mahne T, Kelley JF, Brennan BP, Kanayama G, Weiser M, Hudson JI, Seidman SN. Testosterone gel replacement improves sexual function in depressed men taking serotonergic antidepressants: a randomized placebo-controlled clinical trial. *J Sex Marital Ther* 2011;37:243-54.

213. Gunderson JG, Zanarini MC, Choi-Kain LW, Mitchell KS, Jang KL, Hudson JI. Family study of borderline personality and its sectors of psychopathology. *Arch Gen Psychiatry* 2011;68:753-762.

214. Arnold LM, Clauw DJ, McCarberg BH; for the FibroCollaborative. Improving the recognition and diagnosis of fibromyalgia: concise review for clinicians *Mayo Clin Proc*. 2011;86(5):457-464.

215. Hudson JI, Coit CE, Lalonde JK, Pope HG Jr. By how much will the proposed new DSM-5 criteria increase the prevalence of binge eating disorder? *Int J Eating Disord* 2012;45:139-41.

216. Kanayama G, Hudson JI, Pope HG Jr. Culture, psychosomatics, and substance abuse: the example of body-image drugs. *Psychother Psychosom* 2012;81:73-8.

217. Pope HG Jr, Kanayama G, Hudson JI. Risk factors for illicit anabolic-androgenic steroid use in male weightlifters: a cross-sectional cohort study. *Biol Psychiatry* 2012;71:254-61.

218. Guerdjikova AI,.McElroy SL, Winstanley EL, Nelson EB, Mori N, McCoy J, Keck PE, Jr., Hudson JI. Duloxetine in the treatment of binge eating disorder with depressive disorders: A placebo-controlled trial. *Int J Eat Disord* 2012;45:281-289

219. Arnold, LM, Williams DA, Hudson JI, Martin SA, Clauw DJ, Crofford LJ, Wang F, Emir B, Lai C, Zablocki R, Mease PJ. Development of responder definitions for fibromyalgia clinical trials. *Arthritis Rheum* 2012;64:885-894.

220. Arnold LM, Clauw DJ, Dunegan LJ, Turk DC; for the FibroCollaborative. A framework for fibromyalgia management for primary care providers *Mayo Clin Proc* 2012;87(5):488-496

221. Tanofsky-Kraff M, Bulik CM, Marcus MD, Striegel RH, Wilfley DE, Wonderlich SA, Hudson JI. Binge eating disorder: the next generation of research. *Int J Eat Disord* 2013 46:193-207

222. Kessler RC, Berglund PA, Chiu WT, Deitz AC, Hudson JI, Shahly V, Aguilar-Gaxiola S, Alonso J, Angermeyer MC, Benjet C, Bruffaerts R, de Girolamo G, de Graaf R, Maria Haro J, Kovess-Masfety V, O'Neill S, Posada-Villa J, Sasu C, Scott K, Viana MC, Xavier M. The prevalence and correlates of binge eating disorder in the World Health Organization mental health surveys. *Biol Psychiatry* 2013;73:904-14.

223. Brennan BP, Jensen JE, Hudson JI, Coit CE, Beaulieu A, Pope HG Jr, Renshaw PF, Cohen BM. A placebo-controlled trial of acetyl-L-carnitine and alpha-lipoic acid in the treatment of bipolar depression. *J Clin Psychopharmacol* 2013;33:627-35.

224. Kessler RC, Shahly V, Hudson JI, Supina D, Berglund PA, Chiu WT, Gruber M, Aguilar-Gaxiola S, Alonso J, Andrade LH, Benjet C, Bruffaerts R, de Girolamo G, de Graaf R, Florescu SE, Haro JM, Murphy SD, Posada-Villa J, Sasu C, Scott K, Xavier M. A comparative analysis of role attainment and impairment in binge-eating disorder and bulimia nervosa: Results from the WHO World Mental Health Surveys. *Epidemiol Psychiatr Sci* 2014;23:27-41.

225. Pope HG Jr, Kanayama G, Athey A, Ryan E, Hudson JI, Baggish AL. The lifetime prevalence of anabolic-androgenic steroid use and dependence in Americans: current best estimates. *Am J Addictions* 2014;23:371-7.

226. Boraska V, Franklin CS, Floyd JAB, Thornton LM, Huckins LM, Southam L, Rayner NW, Tachmazidou I, Klump KL, Treasure J, Lewis CM, Schmidt U, Tozzi F, Kiezebrink K, Hebebrand J, Gorwood P, Adan RAH, Kas MJH, Favaro A, Santonastaso P, Fernández-Aranda F, Gratacos M, Rybakowski F, Dmitrzak-Weglarz M, Kaprio J, Keski-Rahkonen A, Raevuori A, Van Furth EF, Slof-Opt L, Hudson JI, Reichborn-Kjennerud T,

Knudsen GPS, Monteleone P, Kaplan AS, Karwautz A, Hakonarson H, Berrettini WH, Guo Y, Li D, Schork NJ, Komaki G, Ando T, Inoko H, Esko T, Fischer K, Männik K, Metspalu A, Baker JH, Cone RD, Dackor J, DeSocio JE, Hilliard CE, O'Toole JK, Pantel J, Szatkiewicz JP, Taico C, Zerwas S, Trace SE, Davis OSP, Helder S, Bühren K, Burghardt R, de Zwaan M, Egberts K, Ehrlich S, Herpertz-Dahlmann B, Herzog W, Imgart H, Scherag A, Scherag S, Zipfel S, Boni C, Ramoz N, Versini A, Brandys MK, Danner UN, de Kovel C, Hendriks J, Koeleman BPC, Ophoff RA, Strengman E, van Elburg AA, Bruson A, Clementi M, Degortes D, Forzan M, Tenconi E, Docampo E, Escaramís G, Jiménez-Murcia S, Lissowska J, Rajewski A, Szeszenia-Dabrowska N, Slopien A, Hauser J, Karhunen L, Meulenbelt I, Slagboom PE, Tortorella A, Maj M, Dedoussis G, Dikeos D, Gonidakis F, Tziouvas K, Tsitsika A, Papezova H, Slachtova L, Martaskova D, Kennedy JL, Levitan RD, Yilmaz Z, Huemer J, Koubek D, Merl E, Wagner G, Lichtenstein P, Breen G, Cohen-Woods S, Farmer A, McGuffin P, Cichon S, Giegling I, Herms S, Rujescu D, Schreiber S, Wichmann HE, Dina C, Sladek R, Gambaro G, Soranzo N, Julia A, Marsal S, Rabionet R, Gaborieau V, Dick DM, Palotie A, Ripatti S, Widén E, Andreassen OA, Espeseth T, Lundervold A, Reinvang I, Steen VM, Le Hellard S, Mattingsdal M, Ntalla I, Bencko V, Foretova L, Janout V, Navratilova M, Gallinger S, Pinto D, Scherer S, Aschauer H, Carlberg L, Schosser A, Alfredsson L, Ding B, Klareskog L, Padyukov L, Finan C, Kalsi G, Roberts M, Logan DW, Peltonen L, Ritchie GRS, Barrett JC, The Wellcome Trust Case Control Consortium 3, Estivill X, Hinney A, Sullivan PF, Collier DA, Zeggini E, Bulik CM. A genome-wide association study of anorexia nervosa. *Mol Psychiatry* 2014;10:1085-1094.

227. Hudson JI, Zanarini MC, Mitchell KS, Choi-Kain LW, Gunderson JG. The contribution of familial internalizing and externalizing liability factors to borderline personality disorder. *Psychol Med* 2014;44:2397-2407.

228. Huckins LM, Boraska V, Franklin CS, Floyd JA, Southam L Sullivan PFBulik CM, Collier DA, Tyler-Smith C, Zeggini E, Tachmazidou I, GCAN; WTCCC3. Using ancestry-informative markers to identify fine structure across 15 populations of European origin. *Eur J Hum Genet* 2014;22:1190-200.

229. Brennan BP, Lee C, Elias JA, Crosby JM, Mathes BM, Andre MC, Gironda CM, Pope HG Jr, Jenike MA, Fitzmaurice GM, Hudson JI. Intensive residential treatment for severe obsessive-compulsive disorder: characterizing treatment course and predictors of response. *J Psychiatr Res* 2014;56:98-105.

230. Ruocco AC, Hudson JI, Zanarini MC, Gunderson JG. Familial aggregation of candidate phenotypes for borderline personality disorder. *Personal Disord* 2015;6:75-80

231. McElroy SL, Hudson JI, Mitchell JE, Wilfley D, Ferreira-Cornwell C, Gao J, Wang J, Whitaker T, Jonas J, Gasior M. Efficacy and safety of lisdexamfetamine dimesylate for treatment of adults with moderate to severe binge eating disorder: a randomized, double-blind, placebo-controlled trial. *JAMA Psychiatry* 2015:72:235-46.

232. Valgardson JD, Merino M, Redgrave J, Hudson JI, Hudson MS. Effectiveness of inpatient insulin order sets using human insulins in non-critically ill patients in a rural hospital. *Endocrine Practice* 2015;21:794-806.

233. Athey AJ, Elias JA, Jenike MA, Pope HG Jr, Hudson JI, Brennan BP. Reduced disgust propensity is associated with improvement in contamination/washing symptoms in obsessive-compulsive disorder. *Journal of Obsessive-Compulsive and Related Disorders* 2015;4:20-24.

234. Brennan BP, Tkachenko O, Schwab ZJ, Juelich RJ, Ryan EM, Athey AJ, Pope HG Jr, Jenike MA, Baker JT, Killgore WDS, Hudson JI, Jensen E, Rauch SL. An examination of rostral anterior cingulate cortex function and neurochemistry in obsessive-compulsive disorder. *Neuropsychopharmacology* 2015;40:1866-76.

235. Kanayama G, Hudson JI, DeLuca J, Isaacs S, Baggish A, Weiner R, Bhasin S, Pope HG Jr. Prolonged hypogonadism in males following withdrawal from anabolic-androgenic steroids: an underrecognized problem. *Addiction* 2015;110:823-831.

236. Goletiani NV, Siegel AJ, Lukas SE, Hudson JI. The effects of smoked nicotine on measures of subjective states and hypothalamic-pituitary-adrenal axis hormones in women during the follicular and luteal phases of the menstrual cycle. *J Addict Med* 2015;9:195-203.

237. Kaufman MJ, Janes AC, Hudson JI, Brennan B, Kanayama G, Kerrigan AR, Jensen JE, Pope HG, Jr. Brain and cognition abnormalities in long-term anabolic androgenic steroid users. *Drug Alcohol Dep* 2015;152:47-56.

238. Hallgren M, Pope HG, Jr., Kanayama G, Hudson JI, Källmén H. Anti-social behaviors associated with anabolic androgenic steroid use among adolescent boys in Stockholm, Sweden: a cross-sectional study. *Eur Addict Res* 2015;21:321-6.

239. Kanayama G, DeLuca J, Meehan WP, Hudson JI, Isaacs S, Baggish A, Weiner R, Micheli L, Pope HG Jr. Ruptured tendons in anabolic androgenic steroid users: a cross-sectional cohort study. *Am J Sports Med* 2015;43:2638-44.

240. Nasrallah HA, Harvey PD, Casey D, Csoboth CT, Hudson JI, Julian L, Lentz E, Nuechterlein KH, Perkins, DO, Kotowsky N, Skale TG, Snowden LR, Tandon R, Tek C, Velligan D, Vinogradov S, O'Gorman C. The Management of Schizophrenia in Clinical Practice (MOSAIC) Registry: a focus of patients, caregivers, illness, severity, functional status, disease burden and healthcare utilization. *Schizophr Res* 2015;166:69-79.

241. McElroy SL, Hudson J, Ferreira-Cornwell C, Radewonuk J, Whitaker T, Gasior M. Lisdexamfetamine dimesylate for adults with moderate to severe binge eating disorder: results of two pivotal phase 3 randomized controlled trials. *Neuropsychopharmacology* 2016;41:1251-1260.

242. Brennan BP, Jensen JE, Perriello C, Pope HG Jr, Jenike MA, Hudson JI, Rauch SL, Kaufman MJ. Lower posterior cingulate cortex glutathione levels in obsessive-compusive disorder. *Biol Psychiatry Cogn Neurosci Neuroimaging* 2016;1:116-124.

243. McElroy SL, Mitchell JE, Wilfley D, Gasior M, Ferreira-Cornwell MD, McKay M, Wang J, Whitaker T, Hudson JI. Lisdexamfetamine dimesylate effects on binge eating behavior and obsessive-compulsive and impulsive features in adults with binge eating disorder. *Eur Eat Disord Rev* 2016;24:223-231.

244. Hinney A, Kesselmeier M, Jall S, Volckmar AL, Föcker M, Antel J; GCAN; WTCCC3, Heid IM, Winkler TW; GIANT, Grant SF; EGG, Guo Y, Bergen AW, Kaye W, Berrettini W, Hakonarson H; Price Foundation Collaborative Group; Children's Hospital of Philadelphia/Price Foundation, Herpertz-Dahlmann B, de Zwaan M, Herzog W, Ehrlich S, Zipfel S, Egberts KM, Adan R, Brandys M, van Elburg A, Boraska Perica V, Franklin CS, Tschöp MH, Zeggini E, Bulik CM, Collier D, Scherag A, Müller TD, Hebebrand J. Evidence for three genetic loci involved in both anorexia nervosa risk and variation in body mass index. *Mol Psychiatry* 2017;22:192-201.

245. Seitz J, Lyall AE, Kanayama G, Makris N, Hudson JI, Kubicki M, Pope HG Jr, Kaufman MJ. White matter abnormalities in long-term anabolic-androgenic steroid users: a pilot study. *Psychiatry Res* 2017;260:1-5..

246. Blanchard JJ, Bradshaw KR, Garcia CP, Nasrallah HA, Harvey PD, Casey D, Csoboth CT, Hudson JI, Juliane L, Lentz E, Nuechterlein KH, Diana O. Perkins DO, Skale TG, Snowden LR, Tandon R, Tek C, Velligan D, Vinogradov S, O'Gorman C. Examining the Reliability and Validity of the Clinical Assessment Interview for Negative Symptoms within the Management of Schizophrenia in Clinical Practice (MOSAIC) multisite national study. *Schizophr Res* 2017;185:137-143.

247. Javaras KN, Zanarini MC, Hudson JI, Greenfield SF, Gunderson JG. Functional outcomes in community-based adults with borderline personality disorder. *J Psychiatr Res* 2017;89:105-114.

248. Gasior M, Hudson J, Quintero J, Ferreira-Cornwell MC, Radewonuk J, McElroy SL. A phase 3, multicenter, open-label, 12-month extension safety and tolerability trial of lisdexamfetamine dimesylate in adults with binge eating disorder. *J Clin Psychopharmacol* 2017;37:315-322.

249. McElroy SL, Hudson JI, Gasior M, Herman BK, Radewonuk J, Wilfley D, Busner J. Time course of the effects of lisdexamfetamine dimesylate in two phase 3, randomized, double-blind, placebo-controlled trials in adults with binge eating disorder. *Int J Eat Disord* 50;884-872, 2017.

250. Baggish AL, Weiner RB, Kanayama G, Hudson JI, Lu MT, Hoffmann U, Pope HG Jr. Cardiovascular toxicity of illicit anabolic-androgenic steroid use. *Circulation* 2017;135:1991-2002.

251. Li D, Chang X, Connolly JJ, Tian L, Liu Y, Bhoj EJ, Robinson N, Abrams D, Li YR, Bradfield JP, Kim CE, Li J, Wang F, Snyder J, Lemma M, Hou C, Wei Z, Guo Y, Qiu H, Mentch FD, Thomas KA, Chiavacci RM, Cone R, Li B, Sleiman PA, Hakonarson H; Eating Disorders Working Group of the Psychiatric Genomics Consortium; Price Foundation Collaborative Group. A genome-wide association study of anorexia nervosa suggest a risk locus implicated in dysregulated leptin signaling. *Sci Rep* 2017;19:3847

252. Hudson JI, McElroy SL, Ferreira-Cornwell MC, Radewonuk J, Gasior M. Efficacy of lisdexamfetamine in adults with moderate to severe binge-eating disorder: a randomized clinical trial. *JAMA Psychiatry* 2017;74:903-910.

253. Duncan L, Yilmaz Z, Gaspar H, Walters R, Goldstein J, Anttila V, Bulik-Sullivan B, Ripke S; Eating Disorders Working Group of the Psychiatric Genomics Consortium, Thornton L, Hinney A, Daly M, Sullivan PF, Zeggini E, Breen G, Bulik CM. Significant locus and metabolic genetic correlations revealed in genome-wide association study of anorexia nervosa. *Am J Psychiatry* 2017;174:850-858.

252. Yilmaz Z, Szatkiewicz JP, Crowley JJ, Ancalade N, Brandys M, van Elburg A, de Kovel CGF, Adan RAH, Hinney A, Hebebrand J, Gratacos M, Fernandez-Aranda F, Escaramis G, Gonzalez JR, Estivill X, Genetic Consortium for Anorexia Nervosa, Wellcome Trust Case Control Consortium 3, Zeggini E, Sullivan PF, Bulik CM. Exploration of large, rare CNVs associated with psychiatric and neurodevelopmental disorders in individuals with anorexia nervosa. *Psychiatr Genet* 2017;152:-158.

254. Huckins, L, Hatzikotoulas K, Southam L, Thornton L, Steinberg J, Riveros-McKay F, Treasure J, Schmidt U, Gunasinghe C, Romero A, Curtis C, Rhodes D, Bernelot Moens J, Dempster D, Keohane A, Burghardt R, Ehrlich S, Hebebrand J, Anke Hinney A, Ludolph A, Walton E, Deloukas P, Hofman A, Palotie A, Palta P, van Rooij F, Stirrups K, Adan R, Boni C, Cone R, Dedoussis G, van Furth E, Gonidakis F, Gorwood P, Hudson JI, Kaprio J, Kas M, Keski-Rahkonen A, Kiezebrink K, Peggy Knudsen G, Slof-Op 't Landt M, Maj M, Monteleone P, Reichborn-Kjennerud T, Tozzi F, Tsitsika A, Collier D, Sullivan P, Breen G, Bulik C, Zeggini E. Investigation of common, low-frequency and rare genome-wide variation in anorexia nervosa. *Mol Psychiatry* 2018;23:1169-1180.

255. Brennan BP, Admon R, Perriello C, LaFlamme EM, Athey AJ, Pizzagalli DA, Hudson JI, Pope HG Jr, Jensen JE. Acute change in anterior cingulate cortex GABA, but not glutamine/glutamate, mediates antidepressant response to citalopram. *Psychiatry Research: Neuroimaging* 2017;269:9-16.

256. Kanayama G, Pope HG Jr, Hudson JI. Associations of anabolic-androgenic steroid use with other psychiatric and behavioural disorders: an analysis using directed acyclic graphs. *Psychol Med* 2018;48:2601-2608.

257. Brainstorm Consortium, Anttila V, Bulik-Sullivan B, Finucane HK, Walters RK, Bras J, Duncan L, Escott-Price V, Falcone GJ, Gormley P, Malik R, Patsopoulos NA, Ripke S, Wei Z, Yu D, Lee PH, Turley P, Grenier-Boley B, Chouraki V, Kamatani Y, Berr C, Letenneur L, Hannequin D, Amouyel P, Boland A, Deleuze JF, Duron E, Vardarajan BN, Reitz C, Goate AM, Huentelman MJ, Kamboh MI, Larson EB, Rogaeva E, St George-Hyslop P, Hakonarson H, Kukull WA, Farrer LA, Barnes LL, Beach TG, Demirci FY, Head E, Hulette CM, Jicha GA, Kauwe JSK, Kaye JA, Leverenz JB, Levey AI, Lieberman AP, Pankratz VS, Poon WW, Quinn JF, Saykin AJ, Schneider LS, Smith AG, Sonnen JA, Stern RA, Van Deerlin VM, Van Eldik LJ, Harold D, Russo G, Rubinsztein DC, Bayer A, Tsolaki M, Proitsi P, Fox NC, Hampel H, Owen MJ, Mead S, Passmore P, Morgan K, Nöthen MM, Rossor M, Lupton MK, Hoffmann P, Kornhuber J, Lawlor B, McQuillin A, Al-Chalabi A, Bis JC, Ruiz A, Boada M, Seshadri S, Beiser A, Rice K, van der Lee SJ, De Jager PL, Geschwind DH, Riemenschneider M, Riedel-Heller S, Rotter JI, Ransmayr G, Hyman BT, Cruchaga C, Alegret M, Winsvold B, Palta P, Farh KH, Cuenca-Leon E, Furlotte N, Kurth T, Ligthart L, Terwindt GM, Freilinger T, Ran C, Gordon SD, Borck G, Adams HHH, Lehtimäki T, Wedenoja J, Buring JE, Schürks M, Hrafnsdottir M, Hottenga JJ, Penninx B, Artto V, Kaunisto M, Vepsäläinen S, Martin NG, Montgomery GW, Kurki MI, Hämäläinen E, Huang H, Huang J, Sandor C, Webber C, Muller-Myhsok B, Schreiber S, Salomaa V, Loehrer E, Göbel H, Macaya A, Pozo-Rosich P, Hansen T, Werge T, Kaprio J, Metspalu A, Kubisch C, Ferrari MD, Belin AC, van den Maagdenberg AMJM, Zwart JA, Boomsma D, Eriksson N, Olesen J, Chasman DI, Nyholt DR, Avbersek A, Baum L, Berkovic S, Bradfield J, Buono R, Catarino CB, Cossette P, De Jonghe P, Depondt C, Dlugos D, Ferraro TN, French J, Hjalgrim H, Jamnadas-Khoda J, Kälviäinen R, Kunz WS, Lerche H, Leu C, Lindhout D, Lo W, Lowenstein D, McCormack M, Møller RS, Molloy A, Ng PW, Oliver K, Privitera M, Radtke R, Ruppert AK, Sander T, Schachter S, Schankin C, Scheffer I, Schoch S, Sisodiya SM, Smith P, Sperling M, Striano P, Surges R, Thomas GN, Visscher F, Whelan CD, Zara F, Heinzen EL, Marson A, Becker F, Stroink H, Zimprich F, Gasser T, Gibbs R, Heutink P, Martinez M, Morris HR, Sharma M, Ryten M, Mok KY, Pulit S, Bevan S, Holliday E, Attia J, Battey T, Boncoraglio G, Thijs V, Chen WM, Mitchell B, Rothwell P, Sharma P, Sudlow C, Vicente A, Markus H, Kourkoulis C, Pera J, Raffeld M, Silliman S, Boraska Perica V, Thornton LM, Huckins LM, William Rayner N, Lewis CM, Gratacos M, Rybakowski F, Keski-Rahkonen A, Raevuori A, **Hudson JI**, Reichborn-Kjennerud T, Monteleone P, Karwautz A, Mannik K, Baker JH, O'Toole JK, Trace SE, Davis OSP, Helder SG, Ehrlich S, Herpertz-Dahlmann B, Danner UN, van Elburg AA, Clementi M, Forzan M, Docampo E, Lissowska J, Hauser J, Tortorella A, Maj M, Gonidakis F, Tziouvas K, Papezova H, Yilmaz Z, Wagner G, Cohen-Woods S, Herms S, Julià A, Rabionet R, Dick DM, Ripatti S, Andreassen OA, Espeseth T, Lundervold AJ, Steen VM, Pinto D, Scherer SW, Aschauer H, Schosser A, Alfredsson L, Padyukov L, Halmi KA, Mitchell J, Strober M, Bergen AW, Kaye W, Szatkiewicz JP, Cormand B, Ramos-Quiroga JA, Sánchez-Mora C, Ribasés M, Casas M, Hervas A, Arranz MJ, Haavik J, Zayats T, Johansson S, Williams N, Dempfle A, Rothenberger A, Kuntsi J, Oades RD, Banaschewski T, Franke B, Buitelaar JK, Arias Vasquez A, Doyle AE, Reif A, Lesch KP, Freitag C, Rivero O, Palmason H, Romanos M, Langley K, Rietschel M, Witt SH, Dalsgaard S, Børglum AD, Waldman I, Wilmot B, Molly N, Bau CHD, Crosbie J, Schachar R, Loo SK, McGough JJ, Grevet EH, Medland SE, Robinson

E, Weiss LA, Bacchelli E, Bailey A, Bal V, Battaglia A, Betancur C, Bolton P, Cantor R, Celestino-Soper P, Dawson G, De Rubeis S, Duque F, Green A, Klauck SM, Leboyer M, Levitt P, Maestrini E, Mane S, De-Luca DM, Parr J, Regan R, Reichenberg A, Sandin S, Vorstman J, Wassink T, Wijsman E, Cook E, Santangelo S, Delorme R, Rogé B, Magalhaes T, Arking D, Schulze TG, Thompson RC, Strohmaier J, Matthews K, Melle I, Morris D, Blackwood D, McIntosh A, Bergen SE, Schalling M, Jamain S, Maaser A, Fischer SB, Reinbold CS, Fullerton JM, Guzman-Parra J, Mayoral F, Schofield PR, Cichon S, Mühleisen TW, Degenhardt F, Schumacher J, Bauer M, Mitchell PB, Gershon ES, Rice J, Potash JB, Zandi PP, Craddock N, Ferrier IN, Alda M, Rouleau GA, Turecki G, Ophoff R, Pato C, Anjorin A, Stahl E, Leber M, Czerski PM, Cruceanu C, Jones IR, Posthuma D, Andlauer TFM, Forstner AJ, Streit F, Baune BT, Air T, Sinnamon G, Wray NR, MacIntyre DJ, Porteous D, Homuth G, Rivera M, Grove J, Middeldorp CM, Hickie I, Pergadia M, Mehta D, Smit JH, Jansen R, de Geus E, Dunn E, Li QS, Nauck M, Schoevers RA, Beekman AT, Knowles JA, Viktorin A, Arnold P, Barr CL, Bedoya-Berrio G, Bienvenu OJ, Brentani H, Burton C, Camarena B, Cappi C, Cath D, Cavallini M, Cusi D, Darrow S, Denys D, Derks EM, Dietrich A, Fernandez T, Figee M, Freimer N, Gerber G, Grados M, Greenberg E, Hanna GL, Hartmann A, Hirschtritt ME, Hoekstra PJ, Huang A, Huyser C, Illmann C, Jenike M, Kuperman S, Leventhal B, Lochner C, Lyon GJ, Macciardi F, Madruga-Garrido M, Malaty IA, Maras A, McGrath L, Miguel EC, Mir P, Nestadt G, Nicolini H, Okun MS, Pakstis A, Paschou P, Piacentini J, Pittenger C, Plessen K, Ramensky V, Ramos EM, Reus V, Richter MA, Riddle MA, Robertson MM, Roessner V, Rosário M, Samuels JF, Sandor P, Stein DJ, Tsetsos F, Van Nieuwerburgh F, Weatherall S, Wendland JR, Wolanczyk T, Worbe Y, Zai G, Goes FS, McLaughlin N, Nestadt PS, Grabe HJ, Depienne C, Konkashbaev A, Lanzagorta N, Valencia-Duarte A, Bramon E, Buccola N, Cahn W, Cairns M, Chong SA, Cohen D, Crespo-Facorro B, Crowley J, Davidson M, DeLisi L, Dinan T, Donohoe G, Drapeau E, Duan J, Haan L, Hougaard D, Karachanak-Yankova S, Khrunin A, Klovins J, Kučinskas V, Lee Chee Keong J, Limborska S, Loughland C, Lönnqvist J, Maher B, Mattheisen M, McDonald C, Murphy KC, Nenadic I, van Os J, Pantelis C, Pato M, Petryshen T, Quested D, Roussos P, Sanders AR, Schall U, Schwab SG, Sim K, So HC, Stögmann E, Subramaniam M, Toncheva D, Waddington J, Walters J, Weiser M, Cheng W, Cloninger R, Curtis D, Gejman PV, Henskens F, Mattingsdal M, Oh SY, Scott R, Webb B, Breen G, Churchhouse C, Bulik CM, Daly M, Dichgans M, Faraone SV, Guerreiro R, Holmans P, Kendler KS, Koeleman B, Mathews CA, Price A, Scharf J, Sklar P, Williams J, Wood NW, Cotsapas C, Palotie A, Smoller JW, Sullivan P, Rosand J, Corvin A, Neale BM. *Science* 2018;360(6395).

258. Sheehan DV, Gasior M, McElroy SL, Radewonuk J, Herman BK, Hudson J. Effects of Lisdexamfetamine dimesylate on functional impairment measured on the Sheehan Disability Scale in adults with moderate to severe binge eating disorder: results from two randomized, placebo-controlled trials. *Innovations in Clinical Neuroscience* 2018;15:22–29.

259. Kummer KK, Pope HG Jr, Hudson JI, Kemmler G, Pinggera GM, Mangweth-Matzek B. . Aging male symptomatology and eating behavior. *Aging Male* 2019;22:55-61.

260. Kaufman MJ, Kanayama G, Hudson JI, Pope HG Jr. Supraphysiologic-dose anabolic-androgenic steroid use: a risk factor for dementia? *Neurosci Biobehav Rev* 2019;100:180-207.

261. Bodkin JA, Coleman MJ, Godfrey LJ, Carvalho CMB, Morgan CJ, Suckow RF, Anderson T, Ongur D, Kaufman MJ, Lewandowski KE, Siegel AJ, Waldstreicher E, Grochowski CM, Javitt DC, Rujescu D, Hebbring S, Weinshilboum R, Rodriguez SB, Kirchhoff C, Visscher T, Vuckovic A, Fialkowski A, McCarthy S, Malhotra D, Sebat J, Goff DC, Hudson JI, Lupski JR, Coyle JT, Rudolph U, Levy DL. Targeted treatment of individuals with psychosis carrying a copy number variant containing a genomic triplication of the glycine decarboxylase gene. *Biol Psychiatry* 2019;86:523-535.

262. Watson HJ, Yilmaz Z, Thornton LM, Hübel C, Coleman JRI, Gaspar HA, Bryois J, Hinney A, Leppä VM, Mattheisen M, Medland SE, Ripke S, Yao S, Giusti-Rodríguez P; Anorexia Nervosa Genetics Initiative, Hanscombe KB, Purves KL; Eating Disorders Working Group of the Psychiatric Genomics Consortium, Adan RAH, Alfredsson L, Ando T, Andreassen OA, Baker JH, Berrettini WH, Boehm I, Boni C, Perica VB, Buehren K, Burghardt R, Cassina M, Cichon S, Clementi M, Cone RD, Courtet P, Crow S, Crowley JJ, Danner UN, Davis OSP, de Zwaan M, Dedoussis G, Degortes D, DeSocio JE, Dick DM, Dikeos D, Dina C, Dmitrzak-Weglarz M, Docampo E, Duncan LE, Egberts K, Ehrlich S, Escaramís G, Esko T, Estivill X, Farmer A, Favaro A, Fernández-Aranda F, Fichter MM, Fischer K, Föcker M, Foretova L, Forstner AJ, Forzan M, Franklin CS, Gallinger S, Giegling I, Giuranna J, Gonidakis F, Gorwood P, Mayora MG, Guillaume S, Guo Y, Hakonarson H, Hatzikotoulas K, Hauser J, Hebebrand J, Helder SG, Herms S, Herpertz-Dahlmann B, Herzog W, Huckins LM, Hudson JI, Imgart H, Inoko H, Janout V, Jiménez-Murcia S, Julià A, Kalsi G, Kaminská D, Kaprio J, Karhunen L, Karwautz A, Kas MJH, Kennedy JL, Keski-Rahkonen A, Kiezebrink K, Kim YR, Klareskog L, Klump KL, Knudsen GPS, La Via MC, Le Hellard S, Levitan RD, Li D, Lilenfeld L, Lin BD, Lissowska J, Luykx J, Magistretti PJ, Maj M, Mannik K, Marsal S, Marshall CR, Mattingsdal M, McDevitt S, McGuffin P, Metspalu A, Meulenbelt I, Micali N, Mitchell K, Monteleone AM, Monteleone P, Munn-Chernoff MA, Nacmias B, Navratilova M, Ntalla I, O'Toole JK, Ophoff RA, Padyukov L, Palotie A, Pantel J, Papezova H, Pinto D, Rabionet R, Raevuori A, Ramoz N, Reichborn-Kjennerud T, Ricca V, Ripatti S, Ritschel F, Roberts M, Rotondo A, Rujescu D, Rybakowski F, Santonastaso P, Scherag A, Scherer SW, Schmidt U, Schork NJ, Schosser A, Seitz J, Slachtova L, Slagboom PE, Slof-Op 't Landt MCT, Slopien A, Sorbi S, Świątkowska B, Szatkiewicz JP, Tachmazidou I, Tenconi E, Tortorella A, Tozzi F, Treasure J, Tsitsika A, Tyszkiewicz-Nwafor M, Tziouvas K, van Elburg AA, van Furth EF, Wagner G, Walton E, Widen E, Zeggini E, Zerwas S, Zipfel S, Bergen AW, Boden JM, Brandt H, Crawford S, Halmi KA, Horwood LJ, Johnson C, Kaplan AS, Kaye WH, Mitchell JE, Olsen CM, Pearson JF, Pedersen NL, Strober M, Werge T, Whiteman DC, Woodside DB, Stuber GD, Gordon S, Grove J, Henders AK, Juréus A, Kirk KM, Larsen JT, Parker R, Petersen L, Jordan J, Kennedy M, Montgomery GW, Wade TD, Birgegård A, Lichtenstein P, Norring C, Landén M, Martin NG, Mortensen PB, Sullivan PF, Breen G, Bulik CM. Genome-wide association study identifies eight loci implicating metabo-psychiatric origins for anorexia nervosa. *Nat Genet* 2019;51:1207-1214.

263. Kanayama G, Hudson JI, Pope HG Jr. Anabolic-androgenic steroid use and body image in men: a growing concern for clinicians. *Psychother Psychosom* 2020;89:65-7 3.

264. Grilo CM, McElroy SL, Hudson JI, Tsai J, Navia B, Goldman R, Deng L, Kent J, Loebel A. Efficacy and safety of dasotraline in adults with binge-eating disorder: a randomized, placebo-controlled, fixed-dose clinical trial. *CNS Spectr* 2020;19:1-10.

265. Hudson JI, Kanayama G, Pope HG Jr, Muse S, Kaufman MJ, Baggish A, Waikar SS. Glomerular filtration rate and supraphysiologic-dose anabolic-androgenic steroid use: a cross-sectional cohort study. *Am J Kidney Dis* 2020; 76:152-155.

266. McElroy SL. Hudson JI, Grilo CM, Guerdjikova AI, Deng L, Koblan KS, Goldman R, Navia R, Loebel A. Efficacy and safety of dasotraline in adults with binge-eating disorder: a randomized, placebo-controlled, flexible-dose clinical trial. *J Clin Psychiatry* 2020;81:19m13068.

267. Duda JM, Moser AD, Zuo C, Du F, Chen X, Perlo S, Richards CE, Nascimento N, Ironside M, Holsen LM, Misra M, Hudson JI, Goldstein JM, Pizzagalli DA. Repeatability and reliability of GABA measurements with magnetic resonance spectroscopy in healthy young adults. *Magn Reson Med* 2020.

268. Munn-Chernoff MA, Johnson EC, Chou YL, Coleman JRI, Thornton LM, Walters RK, Yilmaz Z, Baker JH, Hübel C, Gordon S, Medland SE, Watson HJ, Gaspar HA, Bryois J, Hinney A, Leppä VM, Mattheisen M, Ripke S, Yao S, Giusti-Rodríguez P, Hanscombe KB, Adan RAH, Alfredsson L, Ando T, Andreassen OA, Berrettini WH, Boehm I, Boni C, Boraska Perica V, Buehren K, Burghardt R, Cassina M, Cichon S, Clementi M, Cone RD, Courtet P, Crow S, Crowley JJ, Danner UN, Davis OSP, de Zwaan M, Dedoussis G, Degortes D, DeSocio JE, Dick DM, Dikeos D, Dina C, Dmitrzak-Weglarz M, Docampo E, Duncan LE, Egberts K, Ehrlich S, Escaramís G, Esko T, Estivill X, Farmer A, Favaro A, Fernández-Aranda F, Fichter MM, Fischer K, Föcker M, Foretova L, Forstner AJ, Forzan M, Franklin CS, Gallinger S, Giegling I, Giuranna J, Gonidakis F, Gorwood P, Gratacos Mayora M, Guillaume S, Guo Y, Hakonarson H, Hatzikotoulas K, Hauser J, Hebebrand J, Helder SG, Herms S, Herpertz-Dahlmann B, Herzog W, Huckins LM, Hudson JI, Imgart H, Inoko H, Janout V, Jiménez-Murcia S, Julià A, Kalsi G, Kaminská D, Karhunen L, Karwautz A, Kas MJH, Kennedy JL, Keski-Rahkonen A, Kiezebrink K, Kim YR, Klump KL, Knudsen GPS, La Via MC, Le Hellard S, Levitan RD, Li D, Lilenfeld L, Lin BD, Lissowska J, Luykx J, Magistretti PJ, Maj M, Mannik K, Marsal S, Marshall CR, Mattingsdal M, McDevitt S, McGuffin P, Metspalu A, Meulenbelt I, Micali N, Mitchell K, Monteleone AM, Monteleone P, Nacmias B, Navratilova M, Ntalla I, O'Toole JK, Ophoff RA, Padyukov L, Palotie A, Pantel J, Papezova H, Pinto D, Rabionet R, Raevuori A, Ramoz N, Reichborn-Kjennerud T, Ricca V, Ripatti S, Ritschel F, Roberts M, Rotondo A, Rujescu D, Rybakowski F, Santonastaso P, Scherag A, Scherer SW, Schmidt U, Schork NJ, Schosser A, Seitz J, Slachtova L, Slagboom PE, Slof-Op't Landt MCT, Slopien A, Sorbi S, Świątkowska B, Szatkiewicz JP, Tachmazidou I, Tenconi E, Tortorella A, Tozzi F, Treasure J, Tsitsika A, Tyszkiewicz-Nwafor M, Tziouvas K, van Elburg AA, van Furth EF, Wagner G, Walton E, Widen E, Zeggini E,

Zerwas S, Zipfel S, Bergen AW, Boden JM, Brandt H, Crawford S, Halmi KA, Horwood LJ, Johnson C, Kaplan AS, Kaye WH, Mitchell J, Olsen CM, Pearson JF, Pedersen NL, Strober M, Werge T, Whiteman DC, Woodside DB, Grove J, Henders AK, Larsen JT, Parker R, Petersen LV, Jordan J, Kennedy MA, Birgegård A, Lichtenstein P, Norring C, Landén M, Mortensen PB, Polimanti R, McClintick JN, Adkins AE, Aliev F, Bacanu SA, Batzler A, Bertelsen S, Biernacka JM, Bigdeli TB, Chen LS, Clarke TK, Degenhardt F, Docherty AR, Edwards AC, Foo JC, Fox L, Frank J, Hack LM, Hartmann AM, Hartz SM, Heilmann-Heimbach S, Hodgkinson C, Hoffmann P, Hottenga JJ, Konte B, Lahti J, Lahti-Pulkkinen M, Lai D, Ligthart L, Loukola A, Maher BS, Mbarek H, McIntosh AM, McQueen MB, Meyers JL, Milaneschi Y, Palviainen T, Peterson RE, Ryu E, Saccone NL, Salvatore JE, Sanchez-Roige S, Schwandt M, Sherva R, Streit F, Strohmaier J, Thomas N, Wang JC, Webb BT, Wedow R, Wetherill L, Wills AG, Zhou H, Boardman JD, Chen D, Choi DS, Copeland WE, Culverhouse RC, Dahmen N, Degenhardt L, Domingue BW, Frye MA, Gäebel W, Hayward C, Ising M, Keyes M, Kiefer F, Koller G, Kramer J, Kuperman S, Lucae S, Lynskey MT, Maier W, Mann K, Männistö S, Müller-Myhsok B, Murray AD, Nurnberger JI, Preuss U, Räikkönen K, Reynolds MD, Ridinger M, Scherbaum N, Schuckit MA, Soyka M, Treutlein J, Witt SH, Wodarz N, Zill P, Adkins DE, Boomsma DI, Bierut LJ, Brown SA, Bucholz KK, Costello EJ, de Wit H, Diazgranados N, Eriksson JG, Farrer LA, Foroud TM, Gillespie NA, Goate AM, Goldman D, Grucza RA, Hancock DB, Harris KM, Hesselbrock V, Hewitt JK, Hopfer CJ, Iacono WG, Johnson EO, Karpyak VM, Kendler KS, Kranzler HR, Krauter K, Lind PA, McGue M, MacKillop J, Madden PAF, Maes HH, Magnusson PKE, Nelson EC, Nöthen MM, Palmer AA, Penninx BWJH, Porjesz B, Rice JP, Rietschel M, Riley BP, Rose RJ, Shen PH, Silberg J, Stallings MC, Tarter RE, Vanyukov MM, Vrieze S, Wall TL, Whitfield JB, Zhao H, Neale BM, Wade TD, Heath AC, Montgomery GW, Martin NG, Sullivan PF, Kaprio J, Breen G, Gelernter J, Edenberg HJ, Bulik CM, Agrawal A. Shared genetic risk between eating disorder and substance-use-related phenotypes: evidence from genome-wide association studies. *Addict Biol* 2021 Jan;26(1):e12880.

269. Pope HG Jr, Kanayama G, Hudson JI, Kaufman MJ. Anabolic-Androgenic steroids, violence, and crime: two cases and literature review. *Am J Addict* 2021; 30:423-432. doi: 10.1111/ajad.13157. Epub 2021 Apr 19.

270. Diemer EW, Hudson JI, Javaras KN. More (adjustment) is not always better; how directed acyclic graphs can help researchers decide which covariates to include models for the causal relationship between an exposure and an outcome in observational research. *Psychother Psychosom* 2021;90(5):289-298. doi: 10.1159/000517104. Epub 2021 Jul 12.

271. Watson HJ, Thornton LM, Yilmaz Z., Baker JH, Coleman J., Adan RA,Alfredsson L, Andreassen OA, Ask H, Berrettini WH, Boehnke M, Boehm ., Boni C, Buehren K.,Bulant ., Burghardt R, Chang X, Cichon ., Cone RD, Courtet P, Crow S, Crowley JJ, Danner UN, de Zwaan M, Dedoussis G, DeSocio JE, Dick DM, Dikeos ., Dina C, Djurovic S, Dmitrzak-Weglarz M, Docampo-Martinez E, Duriez P, Egberts K, Ehrlich S, Eriksson JG, Escaramís G,Esko T, Estivill X, Farmer A, Fernández-Aranda F, Fichter MM, Föcker M, Foretova ., Forstner AJ, Frei O, Gallinger S, Giegling ., Giuranna .,

Gonidakis F, Gorwood P, Gratacòs M, Guillaume S, Guo Y, Hakonarson H, Hauser J, Havdahl A, Hebebrand J, Helder SG, Herms S, Herpertz-Dahlmann B, Herzog W, Hinney A, Hudson JI, Imgart H, Jamain S, Janout ., Jiménez-Murcia S, Jones IR, Julià A, Kalsi G, Kaminská D, Kaprio J, Karhunen L, Kas MJ, Keel PK, Kennedy JL,,Keski-Rahkonen A, Kiezebrink K, Klareskog L, Klump KL, Knudsen GPS, La Via MC, Le Hellard S, Leboyer M, Li D, Lilenfeld L, Lin B, Lissowska J, Luykx J, Magistretti P, Maj M, Marsal S, Marshall CR, Mattingsdal M, Meulenbelt I, Micali N, Mitchell KS, Monteleone AM., Monteleone P, Myers R, Navratilova M, Ntalla I, O'Toole JK, Ophoff RA, Padyukov L, Pantel J, Papežová H, Pinto D, Raevuori A, Ramoz N, Reichborn-Kjennerud T, Ricca V, Ripatti S, Ripke S, Ritschel F, Roberts M, Rotondo A, Rujescu D, Rybakowski F, Scherag A, Scherer SW, Schmidt U, Scott LJ, Seitz J, Silén Y, Šlachtová L, Slagboom PE, Slof-Op 't Landt MC, Slopien A, Sorbi S, Świątkowska B,Tortorella A, Tozzi F, Treasure J, Tsitsika A, Tyszkiewicz-Nwafor M, Tziouvas K, van Elburg AA, van Furth, Walton E, Widen S, Zerwas S, Zipfel S, Bergen AWm Boden JM, Brandt H, Crawford S, Halmi KA, Horwood LJ, Johnson C, Kaplan AS, Kaye WH, Mitchell JE, Olsen CM, Pearson JF, Pedersen NL, Strober M, Werge T, Whiteman DC, Woodside DB, Gordon S, Maguire S, Larsen JT, Parker R, Petersen LV, Jordan J, Kennedy M, Wade TD, Birgegård A, Lichtenstein P, Landén M, Martin NG, Mortensen PB, Breen G, Bulik CM, Common genetic variation and age at onset of anorexia nervosa, *Biological Psychiatry Global Open Science* 2021, doi: https://doi.org/10.1016/j.bpsgos.2021.09.001.

272. Mullins N, Kang J, Campos AI, Coleman JRI, Edwards AC, Galfalvy H, Levey DF, Lori A, Shabalin A, Starnawska A, Su MH, Watson HJ, Adams M, Awasthi S, Gandal M, Hafferty JD, Hishimoto A, Kim M, Okazaki S, Otsuka I, Ripke S, Ware EB, Bergen AW, Berrettini WH, Bohus M, Brandt H, Chang X, Chen WJ, Chen HC, Crawford S, Crow S, DiBlasi E, Duriez P, Fernández-Aranda F, Fichter MM, Gallinger S, Glatt SJ, Gorwood P, Guo Y, Hakonarson H, Halmi KA, Hwu HG, Jain S, Jamain S, Jiménez-Murcia S, Johnson C, Kaplan AS, Kaye WH, Keel PK, Kennedy JL, Klump KL, Li D, Liao SC, Lieb K, Lilenfeld L, Liu CM, Magistretti PJ, Marshall CR, Mitchell JE, Monson ET, Myers RM, Pinto D, Powers A, Ramoz N, Roepke S, Rozanov V, Scherer SW, Schmahl C, Sokolowski M, Strober M, Thornton LM, Treasure J, Tsuang MT, Witt SH, Woodside DB, Yilmaz Z, Zillich L, Adolfsson R, Agartz I, Air TM, Alda M, Alfredsson L, Andreassen OA, Anjorin A, Appadurai V, Soler Artigas M, Van der Auwera S, Azevedo MH, Bass N, Bau CHD, Baune BT, Bellivier F, Berger K, Biernacka JM, Bigdeli TB, Binder EB, Boehnke M, Boks MP, Bosch R, Braff DL, Bryant R, Budde M, Byrne EM, Cahn W, Casas M, Castelao E, Cervilla JA, Chaumette B, Cichon S, Corvin A, Craddock N, Craig D, Degenhardt F, Djurovic S, Edenberg HJ, Fanous AH, Foo JC, Forstner AJ, Frye M, Fullerton JM, Gatt JM, Gejman PV, Giegling I, Grabe HJ, Green MJ, Grevet EH, Grigoroiu-Serbanescu M, Gutierrez B, Guzman-Parra J, Hamilton SP, Hamshere ML, Hartmann A, Hauser J, Heilmann-Heimbach S, Hoffmann P, Ising M, Jones I, Jones LA, Jonsson L, Kahn RS, Kelsoe JR, Kendler KS, Kloiber S, Koenen KC, Kogevinas M, Konte B, Krebs MO, Landén M, Lawrence J, Leboyer M, Lee PH, Levinson DF, Liao C, Lissowska J, Lucae S, Mayoral F, McElroy SL, McGrath P, McGuffin P, McQuillin A, Medland SE, Mehta D, Melle I, Milaneschi Y, Mitchell PB, Molina E, Morken G, Mortensen PB, Müller-Myhsok B, Nievergelt C, Nimgaonkar V, Nöthen MM, O'Donovan MC, Ophoff RA, Owen MJ, Pato C, Pato MT, Penninx BWJH, Pimm J, Pistis

G, Potash JB, Power RA, Preisig M, Quested D, Ramos-Quiroga JA, Reif A, Ribasés M, Richarte V, Rietschel M, Rivera M, Roberts A, Roberts G, Rouleau GA, Rovaris DL, Rujescu D, Sánchez-Mora C, Sanders AR, Schofield PR, Schulze TG, Scott LJ, Serretti A, Shi J, Shyn SI, Sirignano L, Sklar P, Smeland OB, Smoller JW, Sonuga-Barke EJS, Spalletta G, Strauss JS, Świątkowska B, Trzaskowski M, Turecki G, Vilar-Ribó L, Vincent JB, Völzke H, Walters JTR, Shannon Weickert C, Weickert TW, Weissman MM, Williams LM, Wray NR, Zai CC, Ashley-Koch AE, Beckham JC, Hauser ER, Hauser MA, Kimbrel NA, Lindquist JH, McMahon B, Oslin DW, Qin X; Major Depressive Disorder Working Group of the Psychiatric Genomics Consortium; Bipolar Disorder Working Group of the Psychiatric Genomics Consortium; Eating Disorders Working Group of the Psychiatric Genomics Consortium; German Borderline Genomics Consortium; MVP Suicide Exemplar Workgroup; VA Million Veteran Program, Agerbo E, Børglum AD, Breen G, Erlangsen A, Esko T, Gelernter J, Hougaard DM, Kessler RC, Kranzler HR, Li QS, Martin NG, McIntosh AM, Mors O, Nordentoft M, Olsen CM, Porteous D, Ursano RJ, Wasserman D, Werge T, Whiteman DC, Bulik CM, Coon H, Demontis D, Docherty AR, Kuo PH, Lewis CM, Mann JJ, Rentería ME, Smith DJ, Stahl EA, Stein MB, Streit F, Willour V, Ruderfer DM. Dissecting the shared genetic architecture of suicide attempt, psychiatric disorders, and known risk factors. *Biol Psychiatry* 2022 Feb 1;91(3):313-327.

273. Meyer LE, Porter L, Reilly ME, Ball C, Safir S, Greenfield SF, Silverman BC, Hudson JI, Javaras KN. Using wearable cameras to investigate health-related daily life experiences: a literature review of precautions and risks in empirical studies. *Research Ethics* 2022;18:64-83,

274. Javaras KN, Laflamme EM, Porter LL, Reilly ME Perriello C, Pope HG Jr, Hudson JI, Gruber S, Greenfield SF. Measuring ostracism-induced changes in consumption of palatable food: feasibility of a novel behavioral task. *Front Psychol* 2022;13:853555.

275. Brennan BP, Hudson JI. Applications of machine learning to improve diagnosis, advance treatment, and identify causal factors for mental disorders. *Biol Psychiatry Cogn Neurosci Neuroimaging* 2022;7(7):635-637.

276. Brennan BP, Schnabel J, Pope HG Jr, Hudson JI. Antidepressant use and risk of intubation or death in hospitalized patients with COVID-19: a retrospective cohort study of clinical effectiveness. *Front Psychiatry* 2022;13:951065.

277, McCarthy JM, Wood AJ, Shinners MG, Heinrich H, Weiss RD, Mueser KT, Meyers RJ, Carol EE, Hudson JI, Öngür D. Pilot development and feasibility of telehealth Community Reinforcement and Family Training (CRAFT) for early psychosis and substance use. *Psychiatry Res* 2022 Nov;317:114804.

278. Pope HG Jr, Schnabel J, Hudson JI. Current scientific interest in dissociative amnesia: a bibliometric analysis. *Applied Cognitive Psychology* 2023;27:42-51.

279. Hudson JI, Hudson Y, Kanayama G, Schnabel J, Javaras KN, Kaufman MJ, Pope HG Jr. Causal factors in childhood and adolescence leading to anabolic-androgenic steroid use: a machine learning approach. *Drug Alcohol Depend Rep* 2024;10:100215.

280. McCarthy JM, Hudson JI, Carol EE, Kuller AM, Ramadurai R, Björgvinsson T, Beard C. Readiness for treatment predicts depression outcomes in a partial hospital program. *Psychol Serv* 2024;21(4):947-953.

281. Javaras KN, Franco VF, Ren B, Bulik CM, Crow SJ, McElroy SL, Pope HG Jr, Hudson JI. The natural course of binge-eating disorder: findings from a prospective, community-based study of adults. *Psychol Med* 2024;54(11):2906-2916

282. Kaufman MJ, Hudson JI, Kanayama G, Muse S, Schnabel J, Sokoll R, Pope HG Jr. A study of long-term supraphysiologic-dose anabolic-androgenic steroid use on cognitive function in middle-aged men. *Am J Drug Alcohol Abuse* 2024;50(5):670-681.

283. Richardson A, Kean J, Fleming L, Hudson JI, Kanayama G, Pope HG Jr. Attitudes of anabolic steroid users and non-users towards general practitioners in the United Kingdom. *Performance Enhancement & Health* 2024;12:100304.

284. Lu ZA, Ploner A, Birgegård A; Eating Disorders Working Group of the Psychiatric Genomics Consortium; Landén M, Bulik CM, Bergen SE. Leveraging transdiagnostic genetic liability to psychiatric disorders to dissect clinical outcomes of anorexia nervosa. *Mol Psychiatry* 2026 Mar;31(3):1475-1484. doi: 10.1038/s41380-025-03264-x. Epub 2025 Sep 23. PMID: 40983652; PMCID: PMC12916308.

285. Pope HG Jr, Hudson JI, Kanayama G, Javaras KN, Kaufman MJ. Impulsivity in anabolic-androgenic steroid users. *Performance Enhancement & Health* 2026;14:100388.

286. Grotzinger AD, Werme J, Peyrot WJ, Frei O, de Leeuw C, Bicks LK, Guo Q, Margolis MP, Coombes BJ, Batzler A, Pazdernik V, Biernacka JM, Andreassen OA, Anttila V, Børglum AD, Breen G, Cai N, Demontis D, Edenberg HJ, Faraone SV, Franke B, Gandal MJ, Gelernter J, Hatoum AS, Hettema JM, Johnson EC, Jonas KG, Knowles JA, Koenen KC, Maihofer AX, Mallard TT, Mattheisen M, Mitchell KS, Neale BM, Nievergelt CM, Nurnberger JI, O'Connell KS, Peterson RE, Robinson EB, Sanchez-Roige SS, Santangelo SL, Scharf JM, Stefansson H, Stefansson K, Stein MB, Strom NI, Thornton LM, Tucker-Drob EM, Verhulst B, Waldman ID, Walters GB, Wray NR, Yu D; Anxiety Disorders Working Group of the Psychiatric Genomics Consortium; Attention-Deficit/Hyperactivity Disorder (ADHD) Working Group of the Psychiatric Genomics Consortium; Autism Spectrum Disorders Working Group of the Psychiatric Genomics Consortium; Bipolar Disorder Working Group of the Psychiatric Genomics Consortium; Eating Disorders Working Group of the Psychiatric Genomics Consortium; Major Depressive Disorder Working Group of the Psychiatric Genomics Consortium; Nicotine Dependence GenOmics (iNDiGO) Consortium; Obsessive-Compulsive Disorder and Tourette Syndrome Working Group of the Psychiatric Genomics Consortium; Post-Traumatic Stress Disorder Working Group of the Psychiatric Genomics Consortium;

Schizophrenia Working Group of the Psychiatric Genomics Consortium; Substance Use Disorders Working Group of the Psychiatric Genomics Consortium; Lee PH, Kendler KS, Smoller JW. Mapping the genetic landscape across 14 psychiatric disorders. *Nature* 2026 Jan;649(8096):406-415. doi: 10.1038/s41586-025-09820-3. Epub 2025 Dec 10. PMID: 41372416; PMCID: PMC12779569.

Proceedings of Meetings:

1. Hudson JI, Pope HG Jr, Jonas JM. Bulimia: a form of affective disorder? *American Psychiatric Association Annual Meeting*, New York, May 5, 1983.

2. Hudson MS, Hudson JI, Wentworth SM. Eating disorders and diabetic control. *Diabetes*. 1983; 32(Suppl 1):82A.

3. Pope HG Jr, Hudson JI, Jonas JM, Frankenburg FR, Yurgelun-Todd D. Prevalence of atypical depression and borderline personality disorder in bulimia: a controlled study. *American College of Neuropsychopharmacology Annual Meeting*, December 13, 1983.

4. Hudson JI, Pope HG Jr, Jonas JM. Antidepressant treatment of bulimia. In symposium, Bulimia: integrating assessment and treatment. *World Congress on Behavior Therapy*, Washington DC, December 12, 1983.

5. Pope HG Jr, Hudson JI, Jonas JM, Yurgelun-Todd D, Frankenburg FR. Family history comparison of active and remitted bulimic patients. *First International Conference of Eating Disorders*, New York, April 8, 1984, Abs. 111.

6. Hudson JI, Pope HG Jr, Yurgelun-Todd D, Jonas JM, Frankenburg FR. Typical versus "atypical" depression in bulimia. *First International Conference on Eating Disorders*, April 8, 1984, Abs. 112.

7. Hudson JI, Hudson MS, Goldenberg DL, Pliner LF, Pope HG Jr. Fibrositis related to major affective disorder. *American Psychiatric Association Annual Meeting*, Los Angeles, May 8, 1984, NR44.

8. Hudson JI, Pope HG Jr, Jonas JM, Yurgelun-Todd D, Frankenburg FR. Affective symptoms in bulimia: a controlled study. *American Psychiatric Asssociation Annual Meeting*, Los Angeles, May 8, 1984, NR45.

9. Jonas JM, Pope HG Jr, Hudson JI, Cohen BM. Psychosis in borderlines: an empirical study. *American Psychiatric Association Annual Meeting*, Los Angeles, May 8, 1984, Paper No. 24.

10. Pope HG Jr, Hudson JI, Jonas JM. Treatment of bulimia with antidepressants. *American Psychiatric Association Annual Meeting*, Los Angeles, May 10, 1984, Symposium 76E.

11. Hudson JI, Jonas JM, Pope HG Jr, Stakes JW, Grochocinski VJ. Sleep EEG in bulimia. *American Psychiatric Association Annual Meeting*, Dallas, May 22, 1985, NR 141.

12. Pope HG Jr, Herridge PL, Hudson JI, Fontaine R, Yurgelun-Todd D. Treatment of bulimia with nomifensine. *American Psychiatric Association Annual Meeting*, Dallas, May 22, 1985, NR 143.

13. Jonas JM, Pope HG Jr, Hudson JI, Cohen BM, Tohen M. Psychosis in borderline personality disorder. *Fourth Annual World Congress of Biological Psychiatry*, Philadelphia, September 11, 1985.

14. Pope HG Jr, Hudson JI, Yurgelun-Todd D, Jonas JM, Frankenburg FR. Phenomenology and family history of patients with eating disorders. *2nd International Conference of Eating Disorders*, Sydney, Australia, March 17, 1986.

15. Pope HG Jr, Hudson JI. Treatment of bulimia with antidepressants. *2nd International Conference on Eating Disorders*, Sydney, Australia, March 17, 1986.

16. Hudson JI. The relationship of eating disorders to affective disorder. *Second International Conference on Eating Disorders*, New York, April 19, 1986.

17. Hudson JI. Endocrine dysfunction in anorexia nervosa and bulimia. *Second International Conference on Eating Disorders*, New York, April 19, 1986.

18. Hudson JI, Pope HG Jr, Wurtman JJ, Yurgelun-Todd D, Mark S, Rosenthal NE. Bulimia and obesity. *Second International Conference on Eating Disorders*, New York, April 20, 1986.

19. Pope HG Jr, Hudson JI, Yurgelun-Todd D, Jonas JM, Frankenburg FR. Phenomenology and family history of patients with eating disorders. *Second International Conference on Eating Disorders*, New York, April 20, 1986.

20. Hudson JI, Pope HG Jr, Jonas JM. Sleep EEG in bulimia. *American Psychiatric Association Annual Meeting*, Washington, DC, May 12, 1986

21. Hudson JI, Pope HG Jr, Yurgelun-Todd D, Jonas JM. Bulimia and antidepressants: two-year follow-up. *American Psychiatric Association Annual Meeting*, Washington, DC, May 13, 1986.

22. Hudson JI, Pope HG Jr. Newer antidepressants in the treatment of bulimia nervosa. *NCDEU Annual Meeting*, May 1986.

23. Hudson JI. Treatment of bulimia nervosa with antidepressants. *American Psychiatric Association Annual Meeting*, Chicago, May 10, 1987.

24. Hudson JI, Lipinski JF, Frankenburg FR, Grochocinski VJ, Kupfer DJ. Sleep EEG in mania. *American Psychiatric Association Annual Meeting*, Chicago, May 11, 1987, NR23.

25. McElroy SL, Pope HG Jr, Keck PE, Hudson JI. Treatment of psychiatric disorders with sodium valproate: a series of 73 cases. *American Psychiatric Association Annual Meeting*, Chicago, May 11, 1987.

26. Hudson JI. Pharmacological treatment of bulimia nervosa. *International Symposium on Medical-Surgical Aspects of Eating Disorders*, Hospital de Badalona Germans Trias i Pujol, Badalona, Spain, October 8, 1987.

27. McElroy SL, Pope HG Jr, Keck PE Jr, Hudson JI. Treatment of psychiatric disorders with sodium valproate: a series of 73 cases. *Hospital and Community Psychiatry Annual Meeting*, Boston, October 26-28, 1987.

28. Hudson JI. Borderline personality disorder in patients with eating disorders. *Third International Conference on Eating Disorders*, New York, April 22, 1988.

29. Pope HG Jr, Keck PE Jr, McElroy SL, Hudson JI. Treatment of bulimia nervosa with trazodone: a placebo-controlled, double-blind study. *Third International Conference on Eating Disorders*, New York, April 23, 1988.

30. Hudson JI, Hudson MS, Zierk KC, Pope HG Jr. Elevated urine pH as a marker for bulimia nervosa. *Third International Conference on Eating Disorders*, New York, April 23, 1988.

31. Hudson JI. Anticonvulsants in the treatment of bulimia. *American Psychiatric Association Annual Meeting*, Montreal, May 8, 1988.

32. Hudson JI, Pope HG Jr, Keck PE Jr, McElroy SL. A placebo-controlled study of trazodone in bulimia nervosa. *XVIth Congress of the Collegium Internationale Neuro-Psychopharmacologicum*, Munich, August 15, 1988.

33. Hudson JI, Lipinski JF, Lukas SE, Keck PE Jr, Dorsey CM. EEG sleep in mania and depression: preliminary findings. *Third Annual Meeting of the Northeastern Society*, White Plains, NY, April 1, 1989.

34. Enas GG, Pope HG Jr, Levine LR, Ballenger JC, Blinder BJ, Dixon K, Dunlop SR, Goldbloom D, Ferguson JM, Halikas J, Herzog DB, Hsu LKG, Hudson JI, Powers PS, Reinher FW, Yates WR, and the Fluoxetine Bulimia Collaborative Study Group. Fluoxetine in bulimia nervosa: double blind study. *American Psychiatric Association Annual Meeting*, NR 386, San Francisco, May 1989.

35. Keck PE Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI. Fluoxetine-induced insomnia associated with increased eye movements and muscle tone during non-REM sleep. *Fourth Northeastern Sleep Society Annual Meeting*, Boston, March 1990.

36. McElroy SL, Pope HG Jr, Keck PE Jr, Hudson JI. A placebo-controlled study of valproate in mania. *American Psychiatric Association Annual Meeting*, New Research, New York, May 1990.

37. McElroy SL, Pope HG Jr, Keck PE Jr, Hudson JI. A placebo-controlled study of valproate in the treatment of acute mania. *NCDEU Annual Meeting*, Key Biscayne, FL, May 30, 1990.

38. Keck PE Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI. Increased eye movements during non-REM sleep in fluoxetine-induced insomnia. *Fourth Annual Meeting of the Association of Professional Sleep Societies*, Minneapolis, June 1990.

39. Hudson JI, Lipinski JF, Keck PE Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG. Sleep in mania versus unipolar depression. *Fourth Annual Meeting of the Association of Professional Sleep Societies*, Minneapolis, June 1990.

40. Goldenberg DL, Hudson JI, Keck PE Jr, Pope HG Jr. Depression, panic disorder, migraine, and irritable bowel syndrome in fibromyalgia syndrome. *54th Annual Scientific Meeting of the American College of Rheumatology*, Seattle, October 1990.

41. Hudson JI, Pope HG Jr. Anxiety and depression: common diathesis? *American Psychiatric Association Annual Meeting*, New Orleans, May 1991.

42. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: a report of 20 cases. *American Psychiatric Association Annual Meeting*, New Orleans, May 1991.

43. Hudson JI, Goldenberg DL, Pope HG Jr, Keck PE Jr, Schlesinger L. Comorbidity of fibromyalgia with medical and psychiatric disorders. *55th Annual Scientific Meeting of the American College of Rheumatology*, Boston, November 1991.

44. Hudson JI. Bulimia nervosa: addiction or compulsion? *American Academy of Psychiatrists in Alcoholism and Addictions Second Annual Meeting*, Naples, Florida, December 1991.

45. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI, Faedda G. What is dysphoric mania? *American Psychiatric Association Annual Meeting*, Washington, DC, May 1992.

46. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: 50 cases of imagined ugliness. *American Psychiatric Association Annual Meeting*, Washington, DC, May 1992.

47. McElroy SL, Phillips KA, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: can it be psychotic? *American Psychiatric Association Annual Meeting*, Washington, DC, May 1992.

48. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: 74 cases of imagined ugliness. *First International Obsessive Compulsive Disorder Conference*, Weesp, The Netherlands, 1993; 85-86.

49. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: can it be psychotic? *Harvard Department of Psychiatry Research Day*, Harvard Medical School, Boston, MA, April 1993.

50. Hudson JI, Pope HG Jr, Sullivan LE, Waternaux CM, Keck PE Jr, Broughton RJ. A meta-analysis of polysomnography in insomnia, depression, and narcolepsy. *Harvard Department of Psychiatry Research Day*, Harvard Medical School, Boston, MA, April 1993.

51. Hudson JI, Pope HG Jr. Is sexual abuse a risk factor for bulimia nervosa? *American Psychiatric Association Annual Meeting*, San Francisco, CA, May 1993.

52. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: can it be psychotic? *American Psychiatric Association Annual Meeting*, San Francisco, May 1993.

53. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: 90 cases of imagined ugliness. *American Psychiatric Association Annual Meeting*, San Francisco, May 1993.

54. Phillips KA, McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Body dysmorphic disorder: can it be psychotic? *NCDEU Annual Meeting*, Boca Raton, FL, June 3, 1993.

55. Carter WP, Hudson JI, Pope HG Jr, McElroy SL, Mitchell JE, Kim JM, Jonas JM. Fluvoxamine in binge eating disorder: a controlled trial. *Harvard Department of Psychiatry Research Day*, Harvard Medical School, Boston, MA, March 1994.

56. Hudson JI, McElroy SL, Raymond N, Crow S, Keck PE Jr, Carter WP, Mitchell J, Strakowski S, Pope HG Jr, Coleman B, Jonas J. Fluvoxamine in the treatment of binge eating disorder: a multicenter, placebo-controlled study. *Sixth International Conference on Eating Disorders*, New York, April 1994.

57. Pope HG Jr, Mangweth B, Negrao A, Hudson JI, Cordas T. Childhood sexual abuse and bulimia nervosa: a comparison of American, Austrian and Brazilian Women. *Sixth International Conference on Eating Disorders*, New York, April 1994.

58. Mangweth B, Pope HG Jr, Hudson JI. Bulimia nervosa in two cultures: a comparison of Austrian and American college students. *Sixth International Conference on Eating Disorders*, New York, April, 1994.

59. Hudson JI, McElroy SL, Raymond NC, Crow S, Keck PE Jr, Jonas JM. Fluvoxamine treatment of binge eating disorder: a multicenter, placebo-controlled trial. *American Psychiatric Association Annual Meeting*, Philadelphia, May 1994.

60. Phillips KA, McElroy SL, Keck PE Jr, Hudson JI, Pope HG Jr, Atala KD. Body dysmorphic disorder: can it be psychotic? *American Psychiatric Association Annual Meeting, Philadelphia*, May 1994.

61. Phillips KA, McElroy SL, Gunderson CG, Mallya G, Atala KD, Pope HG Jr, Hudson JI. Body dysmorphic disorder: data on imagined ugliness. *American Psychiatric Association Annual Meeting*, Philadelphia, May 1994.

62. Phillips KA, McElroy SL, Atala KD, Keck PE, Jr, Hudson, JI, Pope HG Jr. Body dysmorphic disorder: obsessive compulsive or affective spectrum disorder? *American Psychiatric Association Annual Meeting*, Philadelphia, May 1994.

63. Pope HG Jr, Mangweth B, Negrao AB, Hudson JI, Cordas TA. Child sex abuse and bulimia in 3 countries. *American Psychiatric Association Annual Meeting*, Philadelphia, May 1994.

64. Hudson JI, Raymond NC, McElroy SL, Carter WP, Jonas, JM. A placebo-controlled trial of fluvoxamine in binge eating disorder. *NCDEU Annual Meeting*, June 1994.

65. Hudson JI, Pope HG Jr. Evidence for "affective spectrum disorder." *XIXth Congress of the Collegium Internationale Neuro-Psychopharmacologicum*, Washington, DC, July 1994.

66. Carter WP, Hudson JI. Antidepressant treatment of binge eating disorder. *New Research in Obsessive Compulsive Spectrum Disorders*, Madrid, Spain, January 23, 1996.

67. Hudson JI, Chase EA, Pope HG Jr. Eye movement desensitization and reprocessing (EMDR) in eating disorders: caution against premature acceptance. *Seventh International Conference on Eating Disorders*, New York, April 1996.

68. Mangweth B, Pope HG Jr. Hudson JI, Olivardia R, Kinzl J. Biebl W. Eating disorders in Austrian men: an intra-cultural and cross-cultural comparison study. *Seventh International Conference on Eating Disorders*, New York, April 1996.

69. Mangweth B, Thiel A, Biebl W, Kinzl J, Hudson JI, Pope HG Jr. Body image and psychopathology among male bodybuilders. *Eighth International Conference on Eating Disorders*, New York, April 1998.

70. Mangweth B, Kemmler G, Oberleit S, Kinzl J, Biebl W, Pope HG Jr, Hudson JI. Response to knowledge of calories among overweight versus normal weight individuals. *Eighth International Conference on Eating Disorders*, New York, April 1998.

71. Lalonde J, Turgay A, Hudson JI. Comorbid disruptive behavior disorders in attention deficit/hyperactivity disorder. *Harvard Medical School Department of Psychiatry Research Day*, Boston, April 22, 1998.

72. Hudson JI. Fibromyalgia and psychopathology. *XII Pan American Congress of Rheumatology*, Montreal, June 24, 1998.

73. Lalonde J, Turgay A, Hudson JI. Demographic and clinical characteristics in attention deficit/hyperactivity disorder subtypes. *Canadian Psychiatric Association Annual Meeting*, Halifax, September 16, 1998.

74. Lalonde J, Turgay A, Hudson JI. Attention-deficit/hyperactivity disorder subtypes and comorbid disruptive behavior disorders. *American Academy of Child and Adolescent Psychiatry Annual Meeting,* 1988.

75. Hudson JI, Laird NM, Betensky RA, Pope HG Jr. Reanalysis of a family history study of bulimia nervosa and depression using multivariate binary response models. *Eating Disorders Research Society Meeting*, Boston, November 6, 1998.

76. Mangweth B, Thiel A, Biebl W, Kinzl J, Hudson JI, Pope HG Jr. Eating behavior, body image, and psychopathology of male bodybuilders. *Eating Disorders Research Society Meeting*, Boston, November 6, 1998.

77. Mangweth B, Pope HG Jr, Hudson JI, De Col C, Hausmann A, Gutweniger S, Kinzl J, Biebl W. A controlled family study of "affective spectrum disorder." *XI World Congress of Psychiatry*, Hamburg, Germany, August 8, 1999.

78. Lalonde JK, Hudson JI, Gigante RA, Pope HG Jr. Attitudes of American and Canadian psychiatrists towards DSM-IV dissociative disorders diagnoses. *Canadian Psychiatric Association Annual Meeting*, Toronto, September 1999.

79. Hudson JI. SSRI's in the treatment of binge-eating disorder: placebo-controlled studies of fluvoxamine and sertraline. *Eating Disorders Research Society Meeting*, San Diego, November 19, 1999.

80. Hudson JI, Mangweth B, Pope HG Jr, De Col C, Hausmann A, Weniger S, Kinzl J, Biebl W. Coaggregation of eating disorders and mood disorders in a family study of major depressive disorder. *Eating Disorders Research Society Meeting*, San Diego, November 20, 1999.

81. Lalonde JK, Gruber AJ, Pope Jr HG, Borowiecki JJ. Dieting and body image distortion in college-age women. *Academy for Eating Disorders Ninth International Conference*, New York, May 2000.

82. Hudson JI, Laird NM, Betensky RA, Keck PE Jr, Pope HG Jr. Analysis of familial aggregation of eating and mood disorders with multivariate logistic regression models. *Academy for Eating Disorders Ninth International Conference on Eating Disorders*, New York, May 2000.

83. Hudson JI, Mangweth B, Pope HG Jr, DeCol C, Hausmann A, Gutweniger S, Kinzl J, Biebl W. Coaggregation of eating and mood disorders in a family study of major depressive disorder. *Academy for Eating Disorders Ninth International Conference on Eating Disorders*, New York, May 2000.

84. Lalonde JK, Hudson JI, Gigante RA, Pope Jr HG. Psychiatrists' opinions on dissociative disorders. *American Psychiatric Association Annual Meeting*, Chicago, IL, May 2000.

85. Hudson JI, Betensky RA, Keck PE, Pope HG Jr. Familial aggregation of eating and mood disorders. *American Psychiatric Association Annual Meeting*, Chicago, IL, May 2000.

86. Olivardia R, Pope HG Jr, Hudson JI. Muscle dysmorphia in male weightlifters. *American Psychiatric Association Annual Meeting*, Chicago, IL May 2000.

87. Lalonde JK, Hudson JI, Gigante RA, Pope Jr HG. Cultural differences towards dissociative disorders. *World Psychiatric Association, International Congress*, Paris, June 26, 2000.

88. Arnold LM, Hess E, Hudson JI, Keck PE. A double-blind, placebo-controlled, randomized, parallel-group, 12-week trial of fluoxetine in the treatment of fibromyalgia. *NCDEU Annual Meeting*, Phoenix, AZ, May 30, 2001.

89. Halpern JH, Pope HG Jr, Sherwood A, Hudson JI, Yurgelun-Todd D. Neuropsychological effects of long-term hallucinogen use in Native Americans. *College on Problems of Drug Dependence*, Scottsdale, AZ, June 18, 2001.

90. Arnold LM, Hess EV, Hudson JI, Welge JA, Keck PE Jr. Fluoxetine treatment of fibromyalgia. *American College of Rheumatology Annual Meeting*, San Francisco, November 2001.

91. McElroy SL, Arnold LM, Shapira NA, Keck PE Jr, Rosenthal N, Hudson JI. Topiramate in the treatment of binge eating disorder associated with obesity. *American Psychiatric Association Institute on Psychiatric Services*, Orlando, Florida, October 2001.

92. Hudson JI, McElroy SL, Arnold LM, Shapira NA, Keck PE Jr, Rosenthal N. Topiramate in the treatment of binge eating disorder: a placebo-controlled trial. *Eating Disorders Research Society Meeting*, Albuquerque, NM, December 2001.

93. Hudson JI. Pharmacologic treatment of binge eating disorder. *Academy for Eating Disorders International Conference on Eating Disorders*, Boston, April 2002

94. Hudson JI. Antidepressant treatment of binge eating disorder. *American Psychiatric Association Annual Meeting*, Philadelphia, May 2002.

95. Halpern JH, Pope HG Jr, Sherwood A, Hudson JI, Yurgelun-Todd D. Neuropsychological effects of long-term hallucinogen use vs. alcoholism in Native Americans: cultural limitations of tests. *College on Problems of Drug Dependence*, Quebec City, June 2002.

96. Pope HG Jr, Kanayama G, Cohane GH, Siegel AJ, Hudson JI. Testosterone gel supplementation in treatment-refractory depressed men. *American Psychiatric Association Institute on Psychiatric Services*, Chicago, October 2002.

97. Mangweth BM, Hudson JI, Pope HG Jr, Hausmann A, De Col C, Biebl W, Laird NM, Tsuang MT. Family study of the aggregation of eating disorders and mood disorders. *Eating Disorders Research Society Meeting*, Charleston, SC, November 2002.

98. Arnold LM, Hudson JI, Hess EV, Ware AE, Fritz DA, Auchenbach MB, Starck LO, Keck PE Jr. Family study of fibromyalgia. *American College of Rheumatology Annual Meeting*, Orlando, FL, November 2003.

99. Hudson JI, Pope HG Jr, Lalonde JK, Berry JM, Pindyck LJ, Cohane GH, Bulik CM, Crow SJ, Laird NM, McElroy SL, Tsuang MT, Walsh BT, Rosenthal NR. Family study of binge eating disorder: preliminary descriptive results. *Int J Eating Disord* 2004;35:371.

100. Hudson JI. Family and genetic studies of binge eating disorder. *American Psychiatric Association Annual Meeting*, New York, May 2004.

101. Arnold LM, Hudson JI, Hess EV. Comorbidity of fibromyalgia with psychiatric and other medical disorders. *American College of Rheumatology Annual Meeting*, San Antonio, TX, November 2004.

102. Hudson JI, Pope HG Jr, Lalonde JK, Pindyck LJ, Barry S, Vine MM, Bulik CM, Crow SJ, Laird NM, McElroy SL, Tsuang MT, Walsh BT, Rosenthal NR. Family study of binge eating disorder. *Academy for Eating Disorders Meeting*, Montreal, April 2005.

103. Hudson JI, Pope HG Jr, Lalonde JK, Berry JM, Placidi RJ, Crow SJ, McElroy SL, Laird NM, Tsuang MT, Walsh BT, Bulik CM, Capece JA, Rosenthal NR. Familial factors for binge eating disorder. *Society for Biological Psychiatry Meeting*, Atlanta, May 2005.

104. Hudson JI. Genetic epidemiology of eating disorders. *American Psychiatric Association Annual Meeting*, Atlanta, May 2005.

105. Hudson JI, Hiripi E, Pope HG Jr, Kessler RC. The epidemiology of eating disorders: results from the National Comorbidity Survey Replication. *Eating Disorders Research Society Meeting*, Toronto, September 2005.

106. Hudson JI, Lalonde JK, Berry J, Bulik CM, Crow SJ, McElroy SL Laird NM, Tsuang MT, Walsh BT, Capece JA, Rosenthal NR, Pope HG Jr. Family study of binge eating disorder. *Eating Disorders Research Society Meeting*, Toronto, September 2005.

107. Hudson JI, Lalonde JK, Pindyck LJ, Walsh BT, Bulik CM, Crow SK, McElroy SL, Rosenthal NR, Pope HG Jr. Binge eating disorder: a stable syndrome. *Eating Disorders Research Society Meeting*, Toronto, September 2005.

108. Javaras KN, Laird NM, Reichborn-Kjennerud T, Bulik CM, Hudson JI. Familiality and heritability of binge eating disorder: results of a case-control family study and a twin study. *Eating Disorders Research Society Meeting*, Toronto, September 2005.

109. Hudson JI, Lalonde JK, Bulik CM, Crow SJ, McElroy SL, Laird NM, Tsuang MT, Walsh BT, Rosenthal NR, Pope HG Jr. Family study of binge eating disorder. *Neuropsychopharmacology* 2005;30;S134.

110. McElroy SL, Hudson JI, Capece JA, Beyers K, Fisher AD, Rosenthal NR. Topiramate for the treatment of moderate to severe binge eating disorder associated with obesity − a double-blind, placebo-controlled study. *Neuropsychopharmacology* 2005;30:S138.

111. Javaras KN, Pope HG Jr, Lalonde JK, Nillni Y, Roberts J, Laird NM, Bulik CM, Crow, McElroy SL, Walsh BT, Rosenthal NR, Hudson JI. Comorbidity of binge eating disorder with psychiatric and medical disorders. *Eating Disorders Research Society Meeting*, Port Douglas, Australia, August 2006.

112. Wilfley DE, Crow SJ, Hudson JI, Mitchell JE, Berkowitz RE, Hewkin AC, Walsh BT. Efficacy of sibutramine for the treatment of binge eating disorder: a randomized multi-center placebo-controlled double-blind study. *Eating Disorders Research Society Meeting*, Port Douglas, Australia, August 2006.

113. Arnold LA, Hudson JI, Goldenberg DL, Stanford SB, Lalonde JK, Sandhu T, Keck PE Jr, Welge JA, Bishop F, Stanford KE, Hess EV. Gabapentin in the treatment of fibromyalgia. Arthritis Rheum 2006;54, Suppl. S Sept:S827-S828.

114. Javaras KN, Laird NM, Hudson JI, Ripley BD. Estimating the prevalence of disease using relatives of case and control probands. *Joint Statistical Meetings*, Salt Lake City, August 2007.

115. Hudson MS, Hudson JI, Rawn JD, Houstis N, Pendergrass ML. Accuracy of real-time glucose monitoring in post-operative cardiac surgery patients with diabetes. *Annual Meeting of the American Diabetes Association*, San Francisco, June 2008. *Diabetes* 2008;57:A13-A14.

116. Weiner RB, Kanayama G, Hudson JI, Hutter AM, Picard MH, Pope HG, Baggish AL: Abstract 3048: Chronic anabolic-androgenic steroid use is associated with left ventricular systolic and diastolic dysfunction. *American Heart Association Meeting*, Orlando, Florida, November 2009. Circulation 2009; 120:S741.

117. Gunderson JG, Zanarini MC, Choi-Kain LW, Mitchell KS, Jang KL, Hudson JI. Family study of borderline personality and its sectors of psychopathology. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, Florida, December 2009.

118. Brennan BP, Hudson JI, Jensen JE, McCarthy J, Roberts JL, Prescot AP, Cohen BM, Pope HG Jr, Renshaw PF, Öngür D. Rapid enhancement of glutamatergic neurotransmission in bipolar depression following treatment with riluzole. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, Florida, December 2009.

119. Hudson, JI, Lalonde JK, Coit CE, Tsuang MT, McElroy SL, Crow SJ, Bulik CM, Hudson MS, Yanovski JA, Rosenthal NR, Pope HG Jr. Longitudinal study of the diagnosis of components of the metabolic syndrome in individuals with binge eating disorder. *Annual Meeting of the Eating Disorders Research Society*, Boston, October 2010.

120. Hudson, JI, Lalonde JK, Coit CE, Tsuang MT, McElroy SL, Crow SJ, Bulik CM, Hudson MS, Yanovski JA, Rosenthal NR, Pope HG Jr. Longitudinal study of the diagnosis of components of the metabolic syndrome in individuals with binge eating disorder. *Annual Meeting of the American College of Neuropsychopharmacology*, Miami, Florida, December 2010.

121. Pope HG Jr, Kanayama G., Amiaz R, Mahne T, Kelley J, Brennan BP, Weiser M, Hudson JI, Seidman S. Testosterone gel replacement improves sexual function in depressed men taking serotonergic antidepressants: a randomized placebo-controlled clinical trial. *World Congress on Psychosomatic Medicine*, Seoul, Korea, August 2011.

122. Brennan BP, Jensen JE, Hudson JI, Coit C, Beaulieu A, Pope HG Jr, Renshaw PF, Cohen BM (2011, December). Mitochondrial enhancement in bipolar disorder: A placebo-controlled study of acetyl-L-carnitine and alpha-lipoic acid in the treatment of bipolar depression. *Annual Meeting of the American College of Neuropsychopharmacology*, Waikoloa, Hawaii, December 2011.

123. Hudson JI, Kanayama G, Pope HG Jr. Risk factors for illicit anabolic-androgenic steroid use: a cross-sectional cohort study. *Annual Meeting of the American College of Neuropsychopharmacology*, Waikoloa, Hawaii, December 2011.

124. Hudson JI, Zanarini MC, Mitchell KS, Choi-Kain LW, Tsuang MT, Gunderson JG. Familial internalizing and externalizing liability factors contribute to borderline personality disorder. *Annual Meeting of the American College of Neuropsychopharmacology,* Hollywood, Florida, December 2012.

125. McElroy SL, Mitchell J, Wilfley D, Gasior M, Ferreira-Cornwell MC, Gao J, Wang J, Strakowski S, Hudson J. Efficacy and safety of lisdexamfetamine dimesylate in treatment of adults with binge eating disorder: a randomized, double-blind, placebo-controlled trial. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, Florida, December 2012.

126. McElroy SL, Mitchell J, Wilfley D, Gasior M, Ferreira-Cornwell MC, Crow S, McKay M, Gao J, Wang J, Hudson JI. Effects of d-amphetamine prodrug, lisdexamphetamine dimesylate on impulsivity and compulsivity in treatment of adults with binge eating disorder: data from a phase 2 randomized, double-blind, placebo-controlled trial. *International Conference on Eating Disorders*, Montreal, Quebec, May 2013.

127. McElroy SL, Mitchell J, Wilfley D, Gasior M, Ferreira-Cornwell MC, Crow S, McKay M, Wang J, Hudson JI. Lisdexamfetamine dimesylate safety and efficacy on binge eating days/episodes and behavior in adults with moderate to severe binge eating disorder. *Annual Meeting of the American Psychiatric Association*, San Francisco, May 2013.

128. Perkins DO, Julian LJ, PhD; O'Gorman C, Casey D, Harvey PD, Hudson JI, Nasrallah HA, Nuechterlein KH, Skale TG, Snowden LR, Tandon R, Cenk T, Velligan D, Vinogradov S, Guittari CJ, Villa KF, Lentz E, Charles Barr C. The rationale, development, and launch of the MOSAIC Schizophrenia Registry in the United States. *Annual Meeting of the American Psychiatric Association*, San Francisco, May 2013.

129. Valgardson J, Merino M, Redgrave J, Hudson JI, Hudson MS. Effectiveness of an inpatient insulin order set using human insulin in an Indian Health Service Hospital. Annual Meeting of the American Diabetes Association, Chicago, June 2013.

130. Gasior M, McElroy SL, Mitchell J, Wilfley D, Ferreira-Cornwell MC, Gao J, Wang J, Hudson JI. Efficacy and safety of lisdexamfetamine dimesylate in treatment of adults with binge eating disorder: a randomized, double-blind, placebo-controlled trial [Encore presentation]. *Annual Meeting of the Eating Disorders Research Society*, Bethesda, Maryland, September 2013.

131. Nasrallah HA, Perkins DO, Julian LJ, PhD; O'Gorman C, Casey D, Harvey PD, Hudson JI, Nuechterlein KH, Skale TG, Snowden LR, Tandon R, Tek Cenk T, Velligan D, Vinogradov S, Guittari CJ, Villa KF, Lentz E, Charles Barr C. The rationale, development, and launch of the MOSAIC Schizophrenia Registry in the United States [Encore presentation]. *US Psychiatric and Mental Health Congress*, Las Vegas, Nevada, October 2013.

132. Hudson JI, Mitchell J, Wilfley D, Gasior M, Ferreira-Cornwell MC, Wang J, McKay M, Crow S, McElroy SL. Demographic, psychiatric, and medical profile of a study population of adults with moderate to severe binge eating disorder: data from a phase 2, randomized, double-blind, placebo-controlled trial. *Annual Meeting of the Eating Disorders Research Society*, Bethesda, Maryland, September 2013.

133. Pursani A, Wai B, Hoffman U, Weiner RB, Isaacs SK, Kanayama G, Hudson JI, Pope HG, Baggish AL. Anabolic-androgenic steroid use is associated with premature coronary artery disease. *American Heart Association Annual Meeting*, Dallas, Texas, November 2013.

134. Weiner RB, Isaacs SK, Hutter AM, Kanayama G, Hudson JI, Picard MH, Pope HG Jr, Baggish AL. Anabolic-androgenic steroid use is associated with systolic and diastolic left ventricular dysfunction. *American Heart Association Annual Meeting*, Dallas, Texas, November 2013.

135. Athey AJ, Elias JA, Crosby JM, Jenike MA, Pope HG Jr, Hudson JI, Brennan BP. Reduced disgust propensity is associated with improvement in contamination/washing symptoms in obsessive-compulsive disorder. *Annual Conference of the Anxiety and Depression Association of America*, Chicago, IL, April 2014.

136. Brennan BP, Lee C, Elias JA, Crosby JM, Mathes BM, Andre MC, Gironda CM, Pope HG Jr, Jenike MA, Fitzmaurice GM, Hudson JI. Intensive residential treatment for severe obsessive-compulsive disorder: characterizing treatment course and predictors of response. *Annual Meeting of the Society of Biological Psychiatry*, New York, May 2014.

137. Harvey PD, O'Gorman C, Jacobs J, Casey D, Hudson JI, Nasrallah HA, Nuechterlein KH, Skale TG, Snowden LR, Tandon R, Tek C, Velligan D, Vinagradov S, Csoboth CT, Lentz E, Shah N, Tran J, Perkins DO.Methodological Considerations in the Implementation of the US MOSAIC Registry: A Large-scale, Long-term Study of People with Schizophrenia. *Annual Meeting of the Schizophrenia International Research Society*, Florence, Italy, April 2014.

138. McElroy S, Hudson J, Ferreira-Cornwell CM, Radewonuk J, Gasior M. Randomized controlled safety and efficacy trials of lisdexamfetamine dimesylate for adults with moderate to severe binge eating disorder. *Annual Meeting of the American Psychiatric Association*, New York, May 2014.

139. Nasrallah AH, Csoboth CT, Casey D, Harvey PD, Hudson JI, Nuechterlein KH, Skale TG, Snowden LR, Tandon R, Tek C, Velligan D, Vinagradov S, O'Gorman C, Jacobs J, Lentz E, Shah N, Tran J, Perkins DO. Baseline Data of the MOSAIC U.S. Schizophrenia Registry: Participant Characteristics. *Annual Meeting of the American Psychiatric Association*, New York May 2014.

140. McElroy S, Hudson J, Ferreira-Cornwell CM, Radewonuk J, Gasior M. Randomized controlled safety and efficacy trials of lisdexamfetamine dimesylate for adults with moderate to severe binge eating disorder. *Annual Meeting of the American Society of Clinical Psychopharmacology*, Hollywood, FL, June 2014.

141. Brennan BP, Lee C, Elias JA, Crosby JM, Mathes BM, Andre MC, Gironda CM, Pope HG Jr, Jenike MA, Fitzmaurice GM, Hudson JI. Intensive residential treatment for severe obsessive-compulsive disorder: characterizing treatment course and predictors of response. *Annual Meeting of the International Obsessive Compulsive Disorder Foundation*, Los Angeles, CA, July 2014.

142. Athey AJ, Elias JA, Crosby JM, Jenike MA, Pope HG Jr, Hudson JI, Brennan BP. Reduced disgust propensity is associated with improvement in contamination/washing symptoms in obsessive-compulsive disorder. *Annual Meeting of the International Obsessive Compulsive Disorder Foundation*, Los Angeles, CA, July 2014.

143. Brennan BP, Tkachenko T, Schwab ZJ, Juelich RJ, Ryan EM, Athey AJ, Pope HG Jr, Jenike MA, Baker JT, Killgore WDS, Hudson JI, Jensen JE, Rauch SL. An examination of rostral anterior cingulate cortex function and neurochemistry in obsessive-compulsive disorder. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, Florida, December 2014.

144. Pope HG Jr, Kanayama G, Hudson JI, DeLuca J, Isaacs S, Baggish A, Weiner R, Bhasin S. Prolonged impairment of sexual function associated with anabolic-androgenic steroid use: an underrecognized problem. *17th World Congress of Psychophysiology*, Hiroshima, Japan, September 2014.

145. McElroy S, Hudson J, Ferreira-Cornwell CM, Radewonuk J, Gasior M. Randomized controlled safety and efficacy trials of lisdexamfetamine dimesylate for adults with moderate to severe binge eating disorder. *Eating Disorders Research Society Annual Meeting*, San Diego, October 2014.

146. McElroy SL, Hudson JI, Gasior M, Herman BK, Radewonuk J, Grilo C. Demographic and clinical profiles in an adult study population with moderate to severe binge eating disorder: a pooled analysis of 2 phase 3, randomized, double-blind, placebo-controlled trials. *International Conference on Eating Disorders Annual Meeting*, Boston, April 2015.

147. Naser N, McElroy S, Hudson J, Ferreira-Cornwell CM, Radewonuk J, Gasior M Lisdexamfetamine dimesylate for adults with moderate to severe binge eating disorder: results of two randomized controlled safety and efficacy trials [Encore presentation]. *Royal Australian and New Zealand College of Psychiatrists Annual Meeting,* Brisbane, Australia, May 2015.

148. Kaufman M, Jensen E, Janes A, Hudson J, Kanayama G, Kerrigan A, Pope H. Neuroimaging and cognitive abnormalities in anabolic androgenic steroid abusers. *College on Problems of Drug Dependence Annual Meeting*, Las Vegas, NV, June 2015.

149. Sheehan DV, Gasior M, McElroy SL, Radewonuk J, Herman BK, Pawaskar M, Hudson JI. Effects of lisdexamfetamine dimesylate on functional impairment measured on the Sheehan Disability Scale in adults with moderate to severe binge eating disorder: results from two placebo-controlled Trials. *American Society of Clinical Psychopharmacology Annual Meeting*, Miami, June 2015.

150. McElroy SL, Hudson JI, Gasior M, Herman BK, Radewonuk J, Wilfley D, Busner J. Time course of the effects of lisdexamfetamine dimesylate in two phase 3 randomized, double-blind, placebo-controlled trials in adults with binge eating disorder. *American Society of Clinical Psychopharmacology Annual Meeting*, Miami, June 2015.

151. Gasior M, Hudson JI, Quintero J, Ferreira-Cornwell C, Radewonuk J, McElroy SL. A phase 3, multicenter, open-label, 12-month extension safety and tolerability trial of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. *Eating Disorders Research Society Annual Meeting*, Taormina, Italy, September 2015.

152. Hudson JI, McElroy SL, Ferreira-Cornwell MC, Radewonuk J, Gasior M. A double-blind, placebo-controlled, randomized-withdrawal study of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, FL, December 2015.

153. Brennan BP, Jensen JE, Perriello C, Pope HG Jr, Jenike MA, Hudson JI, Rauch SL, Kaufman MJ. Lower posterior cingulate cortex glutathione levels in obsessive-compulsive disorder. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, FL, December 2015.

154. Brennan BP, Admon R, Pechtel P, Perriello C, Ryan EM, Pizzagalli DA, Hudson JI, Pope HG Jr, Jensen JE. Acute increase in anterior cingulate cortex glutamine/glutamate Ratio is associated with response to citalopram in major depression. *Annual Meeting of the Anxiety and Depression Association of America*, Philadelphia, PA, April 2016.

155. McElroy SL, Hudson JI, Quintero J, Ferreira-Cornwell MC, Kando J, Radewonuk J, Gasior M. A phase 3, multicenter, open-label, 12-month safety extension study of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder: findings from the Clinical Global Impressions–Improvement Scale. *International Conference on Eating Disorders Annual Meeting*, San Francisco, May 2016.

156. Javaras KJ, Zanarini MC, Hudson JI, Greenfield SF, Gunderson JG. Functional outcomes in community-based adults with borderline personality disorder. *Society of Biological Psychiatry Annual Meeting*, Atlanta, GA, May 2016.

157. Brennan BP, Jensen JE, Perriello C, Pope HG, Jr, Jenike MA, Hudson JI, Rauch SL, Kaufman MJ. Lower posterior cingulate cortex glutathione levels in obsessive-compulsive disorder. *Society of Biological Psychiatry Annual Meeting*, Atlanta, GA, May 2016.

158. Naser N, Gasior M, Hudson JI, Quintero J, Ferreira-Cornwell C, Radewonuk J, McElroy SL. A phase 3, multicenter, open-label, 12-month extension safety and tolerability trial of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. [Encore presentation]. *Royal Australian and New Zealand College of Psychiatrists Annual Meeting*, Hong Kong, May 2016.

159. Naser N, Hudson JI, McElroy SL, Ferreira-Cornwell MC, Radewonuk J, Gasior M. A double-blind, placebo-controlled, randomized-withdrawal study of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. [Encore presentation]. *Royal Australian and New Zealand College of Psychiatrists Annual Meeting*, Hong Kong, May 2016.

160. Gasior M, Hudson JI, Quintero J, Ferreira-Cornwell C, Radewonuk J, McElroy SL. A phase 3, multicenter, open-label, 12-month extension safety and tolerability trial of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. [Encore presentation]. *Canadian Psychiatric Association Annual Meeting*, Toronto, ON, Canada, September 2016.

161. Hudson JI, McElroy SL, Ferreira-Cornwell MC, Radewonuk J, Gasior M, Herman BK. A double-blind, placebo-controlled, randomized-withdrawal study of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. [Encore presentation]. *Canadian Psychiatric Association Annual Meeting*, Toronto, ON, Canada, September 2016.

162. Hudson JI, McElroy SL, Ferreira-Cornwell MC, Radewonuk J, Gasior M, Herman BK. A double-blind, placebo-controlled, randomized-withdrawal study of lisdexamfetamine dimesylate in adults with moderate to severe binge eating disorder. [Encore presentation]. *Neuroscience Education Institute Psychopharmacology Congress*, Colorado Springs, CO, November, 2016.

163. Brennan BP, Perriello C, Elias JA, Crosby JM, Van Kirk NP, Krompinger JW, Hudson JI, Rauch SL, Pope HG Jr, Baker JT. Normalization of functional connectivity between salience and default mode networks is associated with symptom reduction in severe obsessive-compulsive disorder. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, FL, December 2016.

164. Navia B, Hudson JI, McElroy SL, Guerdjikova A, Deng L, Sarma K, Hopkins SC, Koblan KS, Loebel A, Goldman R. Dasotraline for the treatment of moderate to severe binge eating disorder in adults: results from a randomized, double-blind, placebo-controlled study. *American Psychiatric Association Annual Meeting*, San Diego, CA, May 2017.

165. Herman B, McElroy S, Hudson J, Kando J, Tang T, Naser N. An overview of the clinical program of lisdexamfetamine dimesylate for adults with binge eating disorder. *International Royal Australian and New Zealand College of Psychiatrists Congress of Psychiatry Annual Meeting*, Adelaide, Australia, May 2017.

166. Navia B, Hudson JI, McElroy SL, Guerdjikova A, Deng L, Sarma K, Hopkins SC, Koblan KS, Loebel A, Goldman R. Dasotraline for the treatment of moderate to severe binge eating disorder in adults: results from a randomized, double-blind, placebo-controlled study. [Encore presentation]. *American Society of Clinical Psychopharmacology Annual Meeting*, Miami, June 2017.

167. Pope HG, Jr, Kanayama G, Janes AC, Hudson JI, Brennan BP, Jensen JE, Kaufman MJ. Long-term anabolic-androgenic steroid (AAS) use: a possible new risk factor for early dementia. *World Congress of Neurology Annual Meeting*, Kyoto, Japan, September 2017.

168. Navia B, Hudson J, McElroy SL, Deng L, Hopkins SC, Koblan KS, Loebel A, Goldman R. Dasotraline for treatment of adults with moderate to severe binge-eating disorder: effect on behavioral outcomes. *Annual Meeting of the American College of Neuropsychopharmacology*, Palm Springs, CA, December 2017.

169. Banerji D, Bittner D, Foldyna B, Szilvester B, Meyersohn N, Alvi R, Hudson JI, Hoffmann U, Pope H, Baggish A, Lu MT. Resistance exercise and left ventricular structure as assessed using cardiac computed tomography angiography: a contemporary reassessment of the Morganroth hypothesis. *Annual Meeting of American College of Cardiology*, Orlando, FL, March 2018. *J Am Acad Cardiol* 2018;71:Supplement 1508.

170. Javaras KN, LaFlamme EM, Reilly ME, Perriello C, Pope HG, Jr., Hudson JI, Gruber SA, Greenfield SF. A novel, behavioral task for measuring social-stressor-induced changes in consumption of palatable food. *International Conference on Eating Disorders*, Chicago, IL, April 2018.

171. Navia B, Hudson J, McElroy SL, Deng L, Hopkins SC, Koblan KS, Loebel A, Goldman R. Dasotraline for treatment of adults with moderate to severe binge-eating disorder: effect on behavioral outcomes. [Encore presentation]. *American Society of Clinical Psychopharmacology Annual Meeting*, Miami, May 2018.

172. Loebel A, Hudson JI, McElroy SL, Grilo CM, Tsai J, Deng L, Kent, Goldman R. Efficacy and safety of dasotraline in adults with binge-eating disorder: a randomized, double-blind, fixed-dose trial. *Annual Meeting of the American College of Neuropsychopharmacology*, Hollywood, FL, December 2018.

173. Goldman R, Hudson JI, McElroy SL, Grilo CM, Tsai, Deng L, Kent J, Loebel A. Efficacy and safety of dasotraline in adults with binge-eating disorder: a randomized, double-blind clinical trial. [Encore presentation]. *American Society of Clinical Psychopharmacology Annual Meeting*, Miami, May 2019.

174. Tsai J, McElroy SL, Hudson JI, Grilo CM, Goldman R, Deng L, Kent J, Loebel A. Efficacy and safety of dasotraline in adults with binge-eating disorder: a randomized, double-blind, fixed-dose trial. [Encore presentation]. *Neuroscience Education Institute Congress,* Colorado Springs, CO, November 2019.

175. Javaras KN, Patriarca L, Porter LL, Meyer LE, Muse SM, Hudson JI, Greenfield SF, Pizzagalli DA. A new database of snack food images for research on eating behavior. *The American Society for Metabolic & Bariatric Surgery ObesityWeek 2019*, Las Vegas, NV, November 2019.

176. Brennan BP, Schnabel J, Pope HG Jr, Hudson JI. Antidepressant use and risk of intubation or death in hospitalized patients with COVID-19: a retrospective cohort study of clinical effectiveness. Presented at *Annual Meeting of the American College of Neuropsychopharmacology*, San Juan, Puerto Rico, December 2021.

177. Shinners, MG, Sultana, EM, Wood, AJ, Weiss, RD, Öngür D, Mueser KT, Hudson JI, McCarthy JM. Community Reinforcement and Family Training for Early Psychosis (CRAFT-EP) and Substance Use in Reducing Family Members' Distress: Preliminary Assessment of Efficacy. Presented at *College on Problems of Drug Dependence*, Minneapolis, MN, June 2022.

178. Hudson JI, Hudson Y, Kanayama G, Schnabel J, Javaras KN, Kaufman MJ, Pope HG Jr. Anabolic-androgenic steroid use and eating disorders share potential causal factors related to body-image concerns: an analysis using machine learning. Presented at *Eating Disorders Research Society Annual Meeting*, Philadelphia, PA, September 2022.

179. Franco VF, Ling ER, Bregman NA, Schaefer SM, Hudson JI, Davidson RJ, Javaras KN. Self-reported and task-based facets of impulsivity and their relationship to eating disorder symptoms. Presented at *Eating Disorders Research Society Annual Meeting*, Boston, MA, September 2023.

180. Javaras KN, Franco VF, Ren B, Bulik CM, Crow SJ, McElroy SL, Pope HG Jr, Hudson JI. The natural course of binge-eating disorder: findings from a prospective, community-based study of adults. Presented at *Eating Disorders Research Society Annual Meeting*, Boston, MA, September 2023.

181. Franco VF, Linn ER, Bregman NA, Schaefer SM, Hudson JI, Davidson RJ, Javaras, KN. Negative urgency mediates the relationship between poor sleep and eating disorder symptoms. Poster presented at *Society for Research in Psychopathology Annual Meeting*, Montreal, QC, October 2024.

182. McCarthy JM, Kelly PY, Mueser KT, Weiss RD, Hudson JI, Öngür D. Empowering families of relatives with early psychosis and substance use Problems with CRAFT-EP. Poster presented at *Schizophrenia International Research Society Annual Meeting*, Chicago, IL, March 2025.

183. Suh LH, Wang C, Franco VF, Pinson CK, Albert GL, Robins OJ, Sarkar SN, Thangaraj K, Pope HG Jr, Wonderlich SA, Steinglass JE, Tanofsky-Kraff M, Nickerson LD, Hudson JI, Greenfield SF, Pizzagalli DA, Javaras KN. The relationship of binge-eating episodes in the absence of recurrent compensatory behaviors to abdominal adipose tissue in young adult women: preliminary findings. Poster presented at *Society of Biological Psychiatry Annual Meeting*, Toronto, ON, Canada, May 2025.

Reviews, Chapters, and Editorials:

1. Hudson JI, Pope HG Jr, Jonas JM. Treatment of bulimia with antidepressants. *Psychiatric Annals* 1983;13:965-9.

2. Hudson JI, Pope HG Jr, Jonas JM. Treatment of bulimia with antidepressants: theoretical considerations and clinical findings. In: Stunkard AJ, Stellar E, eds. *Eating and its disorders*. New York: Raven Press, 1984, pp. 259-73.

3. Hudson JI. Anxiety and panic attacks. In: Hyman SE, ed. *Manual of psychiatric emergencies*. Boston: Little, Brown, 1984, pp.89-98.

4. Hudson JI, Pope HG Jr. Use of antidepressants in bulimia. *Internal Medicine for the Specialist* 1985;6:142-54.

5. Pope HG Jr, Hudson JI. Biological treatments of eating disorders. In: Emmett SW, ed. *Theory and treatment of eating disorders: biomedical, sociocultural, and psychological perspectives*. New York: Brunner/Mazel, 1985, pp. 73-92.

6. Pope HG Jr, Hudson JI, Jonas JM, Yurgelun-Todd D. Treatment of bulimia with antidepressants: a research update. In: Kaye WH, Gwirtsman HE, eds. *A comprehensive approach to the treatment of normal weight bulimia*. Washington, DC: American Psychiatric Press, 1985, pp. 119-31.

7. Pope HG Jr, Hudson JI. Bulimia in men. *Medical Aspects of Human Sexuality* 1986; 20:33-7.

8. Pope HG Jr, Hudson JI, Jonas JM. Treatment of bulimia with thymoleptic medications: theoretical considerations and clinical findings. In: Larocca FEF, ed. *Eating disorders: effective care and treatment*. St. Louis: Ishiyaku EuroAmerica, 1986, pp. 151-72.

9. Jonas JM, Pope HG Jr, Hudson JI, Cohen BM, Tohen M. Psychosis in borderline personality disorder. In: Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, eds. *Biological psychiatry 1985*. New York: Elsevier Science Publishing Co., 1986, pp. 571-3.

10. Hudson JI, Pope HG Jr. Treatment of bulimia: a review of current studies. In: Larocca FEF, ed. *Eating disorders.* New directions for mental health services, no. 31. San Francisco: Jossy-Bass, 1986, pp. 71-85.

11. Hudson JI, Pope HG Jr. Eating disorders and depression. In: Cameron OG, ed. *Presentations of depression: depressive symptoms in medical and other psychiatric disorders*. New York: John Wiley & Sons, 1987, pp. 33-66.

12. Hudson JI, Pope HG Jr, Jonas JM, Lipinski JF, Kupfer DJ. Electroencephalographic sleep in bulimia. In: Hudson JI, Pope HG Jr, eds. *The psychobiology of bulimia*. Washington, DC: American Psychiatric Press, 1987, pp. 185-202.

13. Pope HG Jr, Hudson JI. Treatment of bulimia nervosa with antidepressants. In: Abraham S, Llewellyn-Jones D, eds. *Eating disorders and disordered eating*. Australia: Ashwood House, 1987, pp. 117-21.

14. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Valproate in primary psychiatric disorders: literature review and clinical experience in a private psychiatric hospital. In: McElroy SL, Pope HG Jr, eds. *Use of anticonvulsants in psychiatry: recent advances*. Clifton, NJ: Oxford Health Care, 1988, pp. 25-41

15. Hudson JI, Pope HG Jr. The role of anticonvulsants in the treatment of bulimia. In: McElroy SL, Pope HG Jr, eds. *Use of anticonvulsants in psychiatry: recent advances*. Clifton, NJ: Oxford Health Care, 1988, pp. 141-54.

16. Pope HG Jr, Hudson JI, Spitzer RL, Williams JBW. Revisions to the *DSM-III* criteria for bulimia nervosa. In: Garner DM, Garfinkel PE, eds. *Diagnostic issues in anorexia nervosa and bulimia nervosa*. New York: Brunner/Mazel, 1988, pp. 26-35.

17. Pope HG Jr, Hudson JI. Eating disorders. In: Tupin JP, Shader RI, eds. *Handbook of clinical psychopharmacology*, 2nd ed. New York: Jason Aronson, 1988, pp. 245-67.

18. Pope HG Jr, Hudson JI. Eating Disorders. In: Kaplan HI, Sadock BJ, eds. *Comprehensive textbook of psychiatry/V*, 5th ed. Baltimore: Williams & Wilkins, 1989, pp. 1854-64.

19. Hudson JI, Pope HG Jr. Psychopharmakologische Behandlung der Bulimia. In: Fichter MM, ed. *Bulimia nervosa: Grundlagen und Behandlung*. Stuttgart: Enke Verlag, 1989, pp. 284-292. Appears in English language edition as: Psychopharmacologic treatment of bulimia. In: Fichter MM, ed. *Bulimia: basic research, diagnosis and therapy*. Chichester, England: John Wiley & Sons, 1990, pp. 331-42.

20. Pope HG Jr, Hudson JI. Bulimia nervosa. In: Rakel RE, ed. *1989 Conn's current therapy*. Philadelphia: WB Saunders, 1989, pp. 989-92.

21. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Valproate in psychiatric disorders: literature review and clinical guidelines. *J Clin Psychiatry* 1989;50 Suppl:23-29.

22. Pope HG Jr, Hudson JI. Pharmacologic treatment of bulimia nervosa: research findings and practical suggestions. *Psychiatr Annals* 1989;19:483-7.

23. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Valproate in the treatment of bipolar disorder: literature review and clinical guidelines. *J Clin Psychopharmacol* 1992;12:42S-52S.

24. Hudson JI, Pope HG Jr. Does childhood sexual abuse cause fibromyalgia? *Arthritis Rheum* 1995;38:161-3.

25. McElroy SL, Pope HG Jr, Keck PE Jr, Hudson JI. Disorders of impulse control. In: Hollander E and Stein D, eds. *Impulsive aggression and disorders of impulse control*. Chichester, UK: John Wiley & Sons, 1995, pp.109-36.

26. Pope HG Jr, Hudson JI. Can individuals "repress" memories of childhood sexual abuse? An examination of the evidence. *Psychiatric Annals* 1995;25:715-9.

27. Hudson JI. Discussion to paper by Winokur G. All roads lead to depression: clinically homogeneous, etiologically heterogeneous. *J Affective Disorders* 1997;45:97-108.

28. Pope HG Jr, Oliva PS, Hudson JI. The scientific status of repressed memories. In: Faigman DL, Kaye DH, Saks MJ, Sanders J, eds. *Modern scientific evidence: the law and science of expert testimony*. Vol 1, 1999 Pocket part. St. Paul, MN: West Publishing Co., 1999, pp. 115-155; 2000, pp. 154-95, Vol 1, Pocket part. St. Paul, MN: West Publishing Co.

29. Hudson JI, Pope HG Jr, Carter WP. Pharmacologic therapy of bulimia nervosa. In: Goldstein D, ed. *The management of eating disorders and obesity*. Totowa, New Jersey: Humana Press, Inc., 1999, pp. 19-32.

30. Kanayama G, Pope HG Jr, Hudson JI. "Body image" drugs: a growing psychosomatic problem. *Psychother Psychosom* 2001;70:61-5.

31. Pope HG Jr, Oliva PS, Hudson JI. Repressed memories. The scientific status of research on repressed memories. In: Faigman DL, Kaye DH, Saks MJ, Sanders J, eds. *Science in the law: social and behavioral science issues*. St. Paul, MN: West Group, 2002, pp 487-526.

32. Pope HG Jr, Hudson JI. Bulimia nervosa: persistent disorder requires equally persistent treatment. Current Psychiatry 2004;3:13-22; also published online in The Journal of Family Practice 3 (1), 2004.

33. Hudson JI, Pope HG Jr, Carter WP. Pharmacologic therapy of bulimia nervosa. In: Goldstein D, ed. *The management of eating disorders and obesity*, 2nd ed. Totowa, New Jersey: Humana Press, Inc., 2005, pp 23-39.

34. Hudson JI, Hudson RA, Pope HG Jr. Psychiatric comorbidity and eating disorders. In: Wonderlich S, Mitchell JE, de Zwaan M, Steiger H, eds. *Eating disorders review: part I*. Oxford: Radcliffe Publishing, 2005, pp 43-57.

35. Pope H, Oliva P, Hudson J: Repressed memories. The scientific status of research on repressed memories. In: Faigman D, Kaye D, Saks M, Sanders J, eds. in *Modern scientific evidence: the law and science of expert testimony -- social and behavioral science, 2005-2006 Edition*. Eagen, MN: West Group, 2005, pp 408-447.

36. McElroy SL, Guerdjikova AI, Martens B, Keck PE Jr., Pope HG, Hudson JI. Role of antiepileptic drugs in the management of eating disorders. *CNS Drugs* 2009;23:139-156.

37. Wade TD, Keski-Rahkonen A, Hudson JI. Epidemiology of eating disorders. In: Tsuang MT, Tohen M, Jones P, eds. *Textbook in psychiatric epidemiology, third edition*. New York: John Wiley & Sons, 2011, pp. 343-360.

38. Pope HG, Hudson JI: Repressed Memories: Scientific Status. In: Faigman DL, Blumenthal JA, Cheng EK, Mnookin JL, Murphy EE, Sanders J., eds. *Modern scientific evidence: the law and science of expert testimony (2011-2012 edition).* Eagen, MN: West Group, pp 828-913.

39. Sreshta N, Pope HG JR, Hudson JI, Kanayama G. Muscle Dysmorphia. In: Phillips KA, ed. *Body dysmorphic disorder: advances in research and clinical practice*. New York: Oxford University Press, 2017, chapter 7.

40. Hudson JI, Pope HG Jr. Psychopharmacology of binge eating disorder. In: Brownell KD, Walsh BT, eds. *Eating disorders and obesity: a comprehensive handbook*, 3rd ed. New York: Guilford Publications, 2017, pp. 308-313.

41. Javaras KN, Hudson JI. Epidemiology of eating disorders. In: Wade T, ed. *Encyclopedia of feeding and eating disorders*. New York: Springer, 2017.

42. Kessler RC, Hudson JI, Shahly V. Bulimia nervosa and binge eating disorder in the WHO World Mental Health Surveys. In: Scott K, de Jonge P, Stein S, and Kessler RC, eds. *Mental disorders: facts and figures from the World Mental Health Surveys*. NY: Cambridge University Press, 2018, pp. 263-285.

43. Hudson JI, Pope HG Jr. Evolving perspectives on the public health burden of eating disorders. *Biol Psychiatry* 2018;84:318-319.

44. Hudson JI, Javaras KN, Pope HG Jr. The challenges of metabolic syndrome in eating disorders. *Psychiatr Ann* 2020;50:346-350.

45. Hudson JI, Javaras KN. Cultural and moral dimensions of "clean food" labeling. *Inter J Eat Disord* 2022;55:59-60.

46. Hudson JI, Pope HG Jr. Enlightenment in a pill: testing the efficacy of psilocybin. *JAMA Psychiatry* 2026. Epub ahead of print, March 18, 2026.

Books:

1. Pope HG Jr, Hudson JI. *New hope for binge eaters: advances in the understanding and treatment of bulimia*. New York: Harper & Row, 1984.

2. Hudson JI, Pope HG Jr, eds. *The psychobiology of bulimia*. Washington DC: American Psychiatric Press, 1987.

Clinical Communications, Letters, and other Educationally Relevant Publications:

1. Hudson JI, Laffer PS, Pope HG Jr. Bulimia and the dexamethasone suppression test. *Am J Psychiatry* 1982;139:1524.

2. Pope HG Jr, Hudson JI, Yurgelun-Todd D. "Shopping center" epidemiology. *Am J Psychiatry* 1984;141:1138.

3. Jonas JM, Pope HG Jr., Hudson JI, Satlin A. Are *DSM-III* criteria for bulimia too broad? *Am J Psychiatry* 1985;142:393.

4. Hudson JI, Hudson MS, Pliner LF, Goldenberg DL, Pope HG Jr. Psychiatric disorders in fibromyalgia. *Am J Psychiatry* 1986;143:813.

5. Pope HG Jr, Hudson JI, Jonas JM, Yurgelun-Todd D. Antidepressant treatment of bulimia: a two-year follow-up study. In: Hollister LE, Lasagna L, eds. *The year book of drug therapy annual*. Chicago: Year Book Medical Publishers, 1987, p. 420.

6. Hudson JI, Pope HG Jr. Citation classic: studies of the relationship between bulimia and major affective disorder. Commentary on Brit. J. Psychiatry. 142: 133-8, 1983 and Amer. J. Psychiat. 140:554-8, 1983. *Current Contents (Social and Behavioral Sciences)* 1988: No. 5, February 1, p. 18.

7. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI. Valproate in rapid-cycling bipolar disorder. *J Clin Psychopharmacol* 1989;9:383-4.

8. Hudson JI, Pope HG Jr. Affective spectrum disorder? *Am J Psychiatry* 1991;148:548-9.

9. Hudson JI, Pope HG Jr. Affective spectrum disorder. *Depression Briefings* 1992;3:34-6.

10. Hudson JI, Pope HG Jr. Update on the use of fluoxetine in the treatment of bulimia nervosa. *American Anorexia/Bulimia Association Newsletter*, Special Research Edition, Fall 1992, pp. 1-2.

11. Pope HG Jr., Hudson JI. Childhood sexual abuse and bulimia nervosa: is there an association? *American Anorexia/Bulimia Association Newsletter*, Special Research Edition, Fall 1992, p. 6.

12. Pope HG Jr, Hudson JI. Is childhood sexual abuse a risk factor for bulimia nervosa? *Am J Psychiatry* 1993;150:357-8.

13. Hudson JI. Commentary on practice guidelines for eating disorders. *Abstracts of Clinical Care Guidelines* 1993;5:18.

14. McElroy SL, Keck PE Jr, Pope HG Jr, Hudson JI, Faedda GL, Swann AC. Dysphoric mania. *Am J Psychiatry* 1993;150:1908-9.

15. Phillips KA, Pope HG Jr, McElroy SL, Hudson JI, Keck PE Jr. Body dysmorphic disorder: symptom or syndrome. *Am J Psychiatry* 1994;151:461-2.

16. Hudson JI. Review of Herzog W, Deter HC, Vandereycken, eds: The course of eating disorders. *Gen Hosp Psychiatry* 1994;16:60-1.

17. Pope HG Jr, Hudson JI. Anorexia nervosa and "reverse anorexia." *National Eating Disorders Organization Newsletter*. Spring 1996;30:1-2.

18. Pope HG Jr, Oliva PS, Hudson JI, Bodkin JA, Gruber AJ. Psychiatrists' attitudes towards dissociative disorders diagnoses. *Am J Psychiatry* 2000;157:1181-2.

19. Lalonde JK, Hudson JI, Pope HG Jr. RE. Canadian and American psychiatrists' attitudes toward dissociative disorder diagnosis. The authors reply. *Can J Psychiatry* 2002;47:282-83.

20. Welge JA, Arnold LM, Hudson JI. The lack of a placebo effect in a trial of fluoxetine in the treatment of fibromyalgia. The authors reply. *Am J Med* 2002;113:614-15.

21. Arnold LM, Hudson JI, Keck PE Jr. Reply to Ablin and Aloush. *Arthritis Rheum* 2004;50:3060.

22. Halpern JH, Pope HG JR, Sherwood AR, Barry S, Hudson JI, Yurgelun-Todd DA. Reply to Lyvers and Hasking. *Drug Alcohol Depend* 2004;75:153.

23. Arnold LM, Hudson JI. Comment on: Familial aggregation of depression in fibromyalgia: a community-based test of alternative hypotheses, Raphael et al., Pain 110 (2004) 449-460. *Pain* 2004;112:409-10.

24. Pope HG Jr, Barry S, Bodkin JA, Hudson JI. The validity of the dissociative disorders—Reply to Van Veldhuizen. *Psychother Psychosom* 2007;76:59-60.

25. Pope HG Jr, Barry S, Bodkin JA, Hudson JI. The validity of the dissociative disorders—Reply to Dahlenburg. *Psychother Psychosom* 2007;76:401-403.

26. Pope HG Jr, Poliakaoff MB, Parker MP, Boynes M, Hudson JI. Is dissociative amnesia a cultural artifact?—Reply to Spiegel. *Psychol Medicine* 2007;1065-1067.

27. Pope HG Jr, Poliakaoff MB, Parker MP, Boynes M, Hudson JI. Is dissociative amnesia a cultural artifact?—Reply to Altshuler, Ramachandran, and Ravi. *Psychol Medicine* 2007;1067-1068.

28. Pope HG Jr, Poliakaoff MB, Parker MP, Boynes M, Hudson JI**.** Response to Goldsmith, R. E., Cheit, R. E., & Wood, M. E. (2009). Evidence of dissociative amnesia in science and literature: culture-bound approaches to trauma in Pope et al. (2007). *J Trauma Dissociation* 2009;10:254-257.

29. Pope HG Jr, Poliakaoff MB, Parker MP, Boynes M, Hudson JI**.** Response to Goldsmith, R. E., Cheit, R. E., & Wood, M. E. (2009). Ignoring Nina: Avoidance and Denial in Pope, Poliakoff, Parker, Boynes, and Hudson). *J Trauma Dissociation* 2010;11:19-20.

30. Halpern J, Sherwood A, Hudson J, Gruber S, Kozin D, Pope H. Reply to Parrott (2011), Fisk et al. (2011) and Rodgers et al. (2011) *Addiction* 2011; 106:1270-372.

31. Hudson JI, Hudson MS, Schatzberg AF. Comment on Buse et al. Prevalence of Hypercortisolism in Difficult-to-Control Type 2 Diabetes. Diabetes Care 2025;48:2012-2020. Diabetes Care. 2026 Mar 1;49(3):e55. doi: 10.2337/dc25-1273. PMID: 41719460.

Thesis:

1. Hudson JI. *Familial coaggregation of mood disorders with other psychiatric and medical disorders*. Thesis for Doctor of Science in Epidemiology, Harvard School of Public Health, Boston, 2002.