**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Defendant Samuel Altman, by and through undersigned counsel, hereby notifies the Court of additional developments relevant to the Court's consideration of Plaintiff's pending Motion for Protective Order.[1] In Plaintiff's Motion, Plaintiff asserted that PTSD "is the only issue 'in controversy'" and requested that Dr. Hudson's Rule 35 independent medical examination ("IME") be strictly cabined to PTSD. *See* Dkt. No. 91-1 at 1. Plaintiff filed the

---

[1] To the extent that the Court considers this submission to be a supplemental memorandum, Defendant respectfully requests that the Court grant him leave to file it pursuant to Local Rule 4.01(C). The information that Defendant seeks to notify the Court of only came into the defense's possession late yesterday evening—after the deadline for Defendant to file his opposition memorandum—and Defendant worked diligently to bring this information to the Court's attention. *See Michael v. Am. Int'l Grp., Inc.*, No. 4:05-CV-02400-ERW, 2008 WL 4279582, at *1 (E.D. Mo. Sept. 15, 2008) (granting the plaintiff leave to file a supplemental motion where Defendants disclosed a document after the initial deadline); *see also Hum. v. SelectQuote, Inc.*, No. 4:23-CV-00826-SEP, 2024 WL 149232, at *2 (E.D. Mo. Jan. 12, 2024) (granting motions for leave to file supplemental briefing to "ensure that the Court has a comprehensive record").

Motion on August 29, 2026. Two days later—and unbeknownst or disclosed to Defendant until last night—Plaintiff filled out checklists for borderline personality disorder, mood disorders, eating disorders, obsessive-compulsive disorder, and other disorders for use by Plaintiff's purported expert and inclusion in her expert's report.[2] In light of Plaintiff's recent disclosures, her request that Dr. Hudson's IME scope be limited and her arguments in support of that request are disingenuous, seriously misleading, and suggest a lack of candor to the Court. Defendant respectfully submits that "Plaintiff[] can't have [her] cake and eat it too." *Palmer v. Lampson Int'l LLC*, No. 11–CV–199–J, 2012 WL 12915502, at *2 (D. Wyo. Oct. 10, 2012). She cannot try to "put forward evidence and arguments regarding [her] mental conditions while avoiding the Rule 35 examinations." *Id.* Defendant respectfully requests that the Court consider this development and reject Plaintiff's request to narrow the scope of Dr. Hudson's IME.

[2] Defendant received a copy of a report prepared by Plaintiff's purported expert late on September 9, 2026, as well as copies of these checklists.

DATED: September 10, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Hailyn J. Chen*

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

HEPLER BROOM LLC

By: *_/s/ Thomas J. Magee_*

THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212

LIU SHUR KRAVIS LLP

By: *_/s/ Jonathan I. Kravis_*

JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2026, the foregoing was served electronically via ECF on Santos A. Perez, Esq., counsel for Plaintiff Ann Altman.

/s/ *Hailyn J. Chen*