**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE REGARDING PLAINTIFF'S REQUEST TO SEAL**

Defendant Samuel Altman, by and through undersigned counsel, hereby notifies the Court that Plaintiff has requested Defendant file a redacted copy of Defendant's Notice Regarding Plaintiff's Motion for Protective Order, Dkt. No. 97 (the "Notice"). Plaintiff did not designate the checklists referred to in Defendant's Notice as confidential or highly confidential under the Protective Order when they were served on undersigned counsel the evening of September 9.[1] This morning, counsel for Plaintiff informed undersigned counsel that he was designating the checklists referred to in the Notice as confidential under the Protective Order. Accordingly, Defendant agreed to file a redacted copy of the Notice and inform the Court of Plaintiff's sealing request. In doing so, Defendant takes no position on whether Plaintiff's request is appropriate or supported by law.

[1] Defendant notes that Plaintiff did not designate any of the documents undersigned counsel received on September 9 as confidential or highly confidential at the time of service, including the purported expert report and the materials sent in support thereof.

DATED: September 11, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Xiaonan April Hu*

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

HEPLER BROOM LLC

By: *[/s/ Thomas J. Magee](#)*

THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212

LIU SHUR KRAVIS LLP

By: */s/ Jonathan I. Kravis*

JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2026, the foregoing was served electronically via ECF on Santos A. Perez, Esq., counsel for Plaintiff Ann Altman.

/s/ Xiaonan April Hu