# Perez Injury Lawyers

**Santos A. Perez, Esq., NJ, PR**
The Perez Law Firm
sperez@njlawcounsel.com

**MORRIS COUNTY:**
150-152 Speedwell Ave.
Morristown, NJ, 07960
Phone: (973)910-1647
Fax: (973)910-1922

**BERGEN COUNTY**
Phone: (201)875-2266
Fax: (201)875-3094

*September 14, 2026*

**Honorable Judge Zachary M. Bluestone, USDJ**
U.S. District Judge,
United States District Court for the Eastern District of Missouri,
Thomas F. Eagleton U.S. Courthouse,
111 South 10th Street, Chambers 14.82,
St. Louis, MO 63102

**RE: Altman v. Altman**
**Docket**: 4:25-cv-00017-ZMB

**Dear Honorable Judge Zachary M. Bluestone, USDJ**,

In response to your honor's September 11, 2026 directive at ECF 102, the plaintiff responds as follows:

1. The plaintiff's credible August 18, 2026 deposition, which defendants now unlawfully seek to classify as confidential, is probative that she was, in fact, a sex abuse victim.

2. The unlawful publication of plaintiff's statement to her expert *on this Court's docket* caused plaintiff additional stress, anxiety, and related sequelae.

3. She has not therefore abandoned the need for a protective order, but rather underscores its urgent need, as defendant's recent filings -– disclosing statements she made to her expert on this Court's docket– aptly depicts.

4. Moreover, and more significantly, the statements regarding her mental health which defendants published on this Court's docket lack context, and should not be considered by this Court.

5. Additionally - plaintiff's **motion for a protective order sought leave for her to be allowed to knit during, for FRE 412 evidence to be excluded**.

6. Significantly, the foundational premise of the motion is that defendants, who have all but harassed all of plaintiff's treating providers by deposing nearly all them - in person - and by also obtaining all of their records - **have no need for an additional intrusion into plaintiff's entire psychiatric profile, since the medical records and provider depositions will answer most of their questions**. *Schlagenhauf v. Holder*, 379 U.S. 104, 118 (1964)

Respectfully Submitted.

Sincerely,
*Santos A. Perez, Esq.*
SANTOS A. PEREZ, ESQ.

SAP/mp
Cc:\\all parties of record via
Cc:\\Ms. Ann Altman