# EXHIBIT B
## FILED UNDER SEAL