# EXHIBIT C

## PUBLIC REDACTED VERSION

**From:** Chen, Hailyn
**To:** Annie Altman
**Cc:** Jonathan Kravis; thomas.magee@heplerbroom.com; Hu, April
**Subject:** RE: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence
**Attachments:** image001.png
image002.png

---

Ms. Altman,

We still have not received your response to these requests.

Pursuant to Paragraph I(c)(v) of the Amended Case Management Order (Dkt. 47), we plan on filing a motion asking the Court to schedule a conference to address these issues. Could you please let me know your position on such a motion by the end of the day tomorrow, June 8?

Thanks,
Hailyn

**Hailyn J. Chen** (she/her) | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Chen, Hailyn
**Sent:** Friday, July 3, 2026 11:17 AM
**To:** Annie Altman <annie.f.altman@gmail.com>
**Cc:** Jonathan Kravis <jonathan.kravis@lskllp.com>; thomas.magee@heplerbroom.com; Hu, April <April.Hu@mto.com>
**Subject:** RE: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence

Ms. Altman,

I am writing to follow up again regarding your outstanding discovery obligations. On June 21, I sent you an email listing various items that we have not yet received from you. To

reiterate, we still have not yet received the following items from you:

- That you confirm that you have read, understood, and will comply with the protective order in this case.
- Confirming the schedule we proposed for your deposition, your IME, and third-party depositions. (To accommodate your preferences, we proposed a revised schedule by email on June 11.)
- Your position on a motion to compel the production of records from former medical providers.
- The production of the items listed in Section 3(a) of my June 2 letter, about which your prior counsel expressed no opposition.
- The production of the lists discussed in Section 3(b) of my June 2 letter, i.e. (1) a list of all messaging applications you used from 2010 to present and (2) a list of the applications on your mobile devices that you have searched and collected from in response to Defendant's document requests.
- A written response to the questions about emails discussed in Section 3(c) of my June 2 letter.
- The production of the supplemental list of social media accounts discussed in Section 3(d) of my June 2 letter.
- A written response to the questions about the existence of a shared Google Drive (or similar file-sharing platform) as discussed in Section 4 of my June 2 letter.
- A supplemental production of emails as discussed in Section 3(c) of my June 2 letter.
- A supplemental production of all remaining social media communications as discussed in Section 3(d) of my June 2 letter.
- A supplemental production of all diaries and journals kept by you as discussed in Section 4 of my June 2 letter.
- A supplemental production of any responsive documents from a shared Google Drive (or similar file-sharing platform) as discussed in Section 4 of my June 2 letter.

On June 2, I also served you with Defendant's Second Set of Requests for Production and Defendant's Third Set of Interrogatories. Per the deadlines set forth in the Federal Rules of Civil Procedure, your responses to each were due on July 2, but we have not yet received any response. Additionally, on June 23, I sent you a letter requesting that you correct the deficiencies and errors in your responses to Defendant's Second Set of Interrogatories by July 2. We have not received your response to that letter either.

Unless we receive each of the above-described items by July 6, we will seek the Court's intervention. To that end, please provide us with your availability on July 6 so we can

schedule a time to meet and confer about your discovery deficiencies.

Thanks,
Hailyn

**Hailyn J. Chen** (she/her)| **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Chen, Hailyn <Hailyn.Chen@mto.com>
**Sent:** Sunday, June 21, 2026 7:39 PM
**To:** Annie Altman <annie.f.altman@gmail.com>
**Cc:** Jonathan Kravis <jonathan.kravis@lskllp.com>; thomas.magee@heplerbroom.com
**Subject:** RE: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence

Ms. Altman,

I'm following up on my letter dated June 2, 2026 (which I am reattaching here for your convenience), and the emails reflected in the below thread. As you are aware, on June 17, 2026, the Court denied your request for an extension of time, and I am therefore writing to ensure that the parties move forward in order to comply with the Court-ordered discovery schedule.

My June 2 letter requested several responses from you by June 8, 2026, which we have not yet received:

- That you confirm that you have read, understood, and will comply with the protective order in this case.
- Confirming the schedule we proposed for your deposition, your IME, and third-party depositions. (To accommodate your preferences, we proposed a revised schedule by email on June 11, 2026.) It is especially important that you confirm the schedule because the depositions and IME will involve coordination with many parties.

- Your position on a motion to compel the production of records from former medical providers.
- The production of the items listed in Section 3(a) of my June 2 letter, about which your prior counsel expressed no opposition.
- The production of the lists discussed in Section 3(b) of my June 2 letter, i.e. (1) a list of all messaging applications you used from 2010 to present and (2) a list of the applications on your mobile devices that you have searched and collected from in response to Defendant's document requests.
- A written response to the questions about emails discussed in Section 3(c) of my June 2 letter.
- The production of the supplemental list of social media accounts discussed in Section 3(d) of my June 2 letter.
- A written response to the questions about the existence of a shared Google Drive (or similar file-sharing platform) as discussed in Section 4 of my June 2 letter.

My June 2 letter requested additional responses from you by June 18, which we have not yet received either:

- A supplemental production of emails as discussed in Section 3(c) of my June 2 letter.
- A supplemental production of all remaining social media communications as discussed in Section 3(d) of my June 2 letter.
- A supplemental production of all diaries and journals kept by you as discussed in Section 4 of my June 2 letter.
- A supplemental production of any responsive documents from a shared Google Drive (or similar file-sharing platform) as discussed in Section 4 of my June 2 letter.

I also remind you that on June 2, 2026, I served on you Defendant's Second Set of Requests for Production and Defendant's Third Set of Interrogatories, responses to which are due on July 2, 2026.

Thanks,
Hailyn

**Hailyn J. Chen (she/her) | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.*

*Thank you.*

---

**From:** Chen, Hailyn
**Sent:** Thursday, June 11, 2026 9:44 AM
**To:** 'Annie Altman' <annie.f.altman@gmail.com>
**Cc:** Jonathan Kravis <jonathan.kravis@lskllp.com>; thomas.magee@heplerbroom.com
**Subject:** RE: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence

Ms. Altman,

Thanks for your email. We are sympathetic to your health concerns, though we are also required to comply with the Court-ordered discovery schedule and want to make sure that we have a schedule charted out that would permit us to comply with the Court's order. You stated in your June 4 email that you are unavailable in "all of June and July," and you requested scheduling depositions in the "second half of August." Accordingly, can you please confirm by this **Friday, June 12**, that the following dates work for you?

- Your deposition – August 17, 2026
- Deposition of [redacted] – August 18, 2026
- Deposition of [redacted] – August 19, 2026
- Deposition of [redacted] – August 20, 2026
- Deposition of [redacted] – August 20, 2026
- Deposition of [redacted] – August 21, 2026
- Deposition of [redacted] – August 24, 2026
- Deposition of [redacted] – August 25, 2026
- Deposition of [redacted] – August 25, 2026
- IME – August 26, 2026

Thanks,
Hailyn

**Hailyn J. Chen (she/her) | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

**From:** Annie Altman <annie.f.altman@gmail.com>
**Sent:** Monday, June 8, 2026 3:19 PM
**To:** Chen, Hailyn <Hailyn.Chen@mto.com>
**Cc:** Jonathan Kravis <jonathan.kravis@lskllp.com>; thomas.magee@heplerbroom.com
**Subject:** Re: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence

External email

Ms. Chen,

Thank you for confirming and explaining.

I am experiencing some post-surgery complications that I need to focus on this week. Hopeful to send a complete response after my next post-surgery check-in soon. Thank you for understanding.

Annie

On Fri, Jun 5, 2026 at 1:47 PM Chen, Hailyn <Hailyn.Chen@mto.com> wrote:

> Ms. Altman,
>
> Thank you for your email and for sending your interrogatory responses.
>
> Can you please clarify the following two items by **Monday, June 8**:
>
> - When you expect to send a response to the remaining items in our letter.
> - Whether your position is that you are unavailable for any depositions, including your own, until the second half of August.
>     - If that is not your position, please clarify which specific depositions (and deposition dates) referenced in our letter you are and are not available for.

- As noted in our letter, you are welcome to participate remotely by Zoom in third-party depositions, and we would be glad to hold your own in-person deposition at a mutually convenient location in Hawaii.

As to your question regarding [redacted] Please see, e.g., [redacted] notes at page 326 of the attached records, which were produced to you on October 2, 2025.

Thank you.
Hailyn

**Hailyn J. Chen** (she/her) | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Annie Altman <annie.f.altman@gmail.com>
**Sent:** Thursday, June 4, 2026 2:54 PM
**To:** Chen, Hailyn <Hailyn.Chen@mto.com>
**Cc:** Jonathan Kravis <jonathan.kravis@lskllp.com>; thomas.magee@heplerbroom.com
**Subject:** Re: Altman v. Altman | Case No. 4:25-cv-00017-ZMB | Discovery Requests and Correspondence

Hello Ms. Chen,

Thank you for your email. Please find attached my Answers and Objections to the Second Set of Interrogatories. Sending a day early in case of any technological difficulties.

Especially after the ankle surgery you were informed of, I cannot meet your less-than-a-week requested timeline for your letter.

I can start with:

-Who is [redacted]? That is not a healthcare provider I've met.
-I have no control over my therapist's note-taking preferences, many opt to have no or minimal notes.
-Yes please to Zoom attendance for depositions.
-For scheduling, as shared at the status conference, my mobility is extremely limited after surgery for all of June and July. So please, the second half of August, as one of your paragraphs suggested.

More answers forthcoming. Several of your points are things I thought were already produced or discussed, so slightly confused. Thank you for understanding my need for more than 6 days for your thorough letter.

Thank you,
Annie Altman

On Tue, Jun 2, 2026 at 5:59 AM Chen, Hailyn <Hailyn.Chen@mto.com> wrote:

Ms. Altman,

Attached for service by email please find:

1. A letter regarding this case. We request your response to each point raised in the letter by **Monday, June 8**, except for your responses to our second set of interrogatories, which are due by **Friday, June 5**, pursuant to the Court's order.
2. Defendant's Second Set of Requests for Production, to which your responses are due within 30 days.
3. Defendant's Third Set of Interrogatories, to which your responses are due within 30 days.

If you have any questions, I would be glad to discuss them on a scheduled call.

**Hailyn J. Chen** (she/her) | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be*

*corrected. Thank you.*