# EXHIBIT D

| | |
|---|---|
| **From:** | Chen, Hailyn |
| **To:** | Annie Altman |
| **Cc:** | Jonathan Kravis; thomas.magee@heplerbroom.com; Hu, April |
| **Subject:** | Altman v. Altman \| Case No. 4:25-cv-00017-ZMB \| Your Interrogatory Responses |
| **Date:** | Tuesday, June 23, 2026 4:30:39 PM |
| **Attachments:** | 2026-06-23 Letter to A. Altman.pdf |

Ms. Altman,

Attached is a letter regarding your responses to our Second Set of Interrogatories.

**Hailyn J. Chen (she/her)| Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9548 | Cell: 323.828.6927 | hailyn.chen@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*