# EXHIBIT E

Page Vault

| | |
|---|---|
| Document title: | (7) Annie Altman (@anniealtman108) / X |
| Capture URL: | https://x.com/anniealtman108 |
| Page loaded at (UTC): | Thu, 17 Sep 2026 00:55:02 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 00:55:08 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 148 |
| Capture ID: | 2qsVgwXnbABZoqxAhxigJf |
| Display Name: | noelle.smith |

Annie Altman
17.4K posts






X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Follow

**Annie Altman**
@anniealtman108

All Humans Are Human Podcast 🫀 HumAnnie10Cs 🧬 @phuckfilosophy 🚺 @fundicoapp 🎁

allhumansarehuman.com Born January 8
Joined February 2011

**420** Following **29.5K** Followers

Not followed by anyone you're following

**@MTO350, you aren't verified yet**
Get Verified like **@anniealtman108** to stand out and get boosted reach.
Get Verified

Posts Replies Reposts Media

Pinned
**Annie Altman** @anniealtman108 · Apr 18, 2024
My first poetry book ❤️




lulu.com
HumAnnie Grief Poems
These poems were prompted by the 7 stages of grief, and the 10 C's of my one-human show, ...

33 58 393 753K

**Annie Altman** @anniealtman108 · 49m
"Once men turned their thinking over to machines in the hope that this would set them free. But that only permitted other men with machines to enslave them." -Frank Herbert

**surivive11186** @survivor_343 · May 8, 2024
Replying to @anniealtman108
Really shows how it's not true artificial intelligence. It's selective information based on whoever is in control of it.

"Once men turned their thinking over to machines in the hope ...

1 5 557

**Annie Altman** @anniealtman108 · 17h
Found this last week at the thrift shop 🥳 have you read these? 🤓




anniealtman108

**You might like**

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** 🐉 @babylohi Follow
Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

**Munger Tolles a...**
@MTO350

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.4K posts

Follow




9 · 7.1K

**Annie Altman** @anniealtman108 · 18h
1. What in the actual fuck
2. Who do you work for

> **Jordan The Bull, PhD** @Jordan96Forever · 18h
> Replying to @anniealtman108
> Your Ashkenazi Jewish genes are quite the commodity. I'm Surprised no man has impregnated you yet, regardless of how crazy you are. I'd be willing to spread my seeed so my offspring has access to your gene pool. Ashkenazi Jews, on average hav...

10 · 82 · 12K

**Annie Altman** @anniealtman108 · 18h
He's in love with the shape of his own bullshit

2 · 3 · 48 · 4K

**Annie Altman** @anniealtman108 · 19h
Thank you men who see a woman getting hit by a man, literally and/or figuratively, and are man enough to hit him back on her behalf.

3 · 26 · 3.5K

**Annie Altman** @anniealtman108 · 19h
Make America Councils of Grandmas Again

> **Annie Altman** @anniealtman108 · Jul 22, 2025
> Why are middle aged white men with identity issues making major world decisions, and why is it not 🌸Councils of Grandmas 🌸 in charge?

3 · 8 · 3.8K

**Annie Altman** @anniealtman108 · 19h
And who *invented* the word "conspiracy" ...

5 · 28 · 2.5K

**Annie Altman** @anniealtman108 · 21h
And bless my landlord for asking zero questions ❤️

> **Annie Altman** @anniealtman108 · Sep 10
> Fucking love witchcraft, damn

4 · 26 · 6.4K

**Annie Altman** @anniealtman108 · 21h

ChatGPT 4o >
Flowers

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'aloḥi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.4K posts
Follow

4 · 26 · 6.4K

X
Home
Explore
Notifications 7
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · 21h

ChatGPT 4o

You
does sam altman have a sister ?

ChatGPT
Yes, Sam Altman does have a sister named Jack Altman. She is involved in the tech industry and is the CEO and co-founder of Lattice, a people management platform.

You
jack is a sister?

ChatGPT
I apologise for the mistake. Jack Altman is actually Sam Altman's brother, not his sister. There is no public information indicating that Sam Altman has a sister.

Flowers @flowersslop

ChatGPT will literally say every nam sun before saying Annie 😭

ChatGPT 4o

who is sam altm

Sam Altman's sister is *Jesse Altm* generally stayed out of the public compared to her brother, who is w in the tech world as CEO of OpenA isn't much detailed information ab publicly, as she has maintained a l profile.

8:52 AM · 10/30/24 · 3.8K Views

**Annie Altman** @anniealtman108 · May 8, 2024



So how many of these do I need to collect?

Hypothetically, could I turn these into some kind of card game?

32 · 278 · 3.6K · 199K

**Annie Altman** @anniealtman108 · Sep 16
So joyous because I know grief so well.

2 · 2 · 23 · 1.5K

**Annie Altman** @anniealtman108 · Sep 16
Me until humanity reaches the ending-of-Monsters-Inc-powered-by-giggles timeline ❤️




1 · 5 · 1.3K

**Annie Altman** @anniealtman108 · Sep 15
Be nice because one day we all leave!!!!!

(I LOVE MY LIFE I SPEND NO TIME ON BALCONIES OR WITH OVERDOSABLE SUBSTANCES)

**Annie Altman** @anniealtman108 · Jun 26, 2023
Casual and gentle reminder that there's no chance any of us make it out of life alive, so we may as well enjoy it and be kind to one another ❤️

11 · 1.7K

**Annie Altman** @anniealtman108 · Sep 14

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'alohi @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Annie Altman
17.7K posts

Follow

make it out of life alive, so we may as well enjoy it and be kind to one another ❤️

11 · 1.7K

Annie Altman @anniealtman108 · Sep 14
Still true

> Guillermo del Toro @RealGDT · May 1, 2016
> "Men are afraid that women will laugh at them. Women are afraid that men will kill them."
>
> — Margaret Atwood

2 · 23 · 223 · 4.4K

Annie Altman @anniealtman108 · Sep 13
Honestly heartbreaking to know the side of the psychopath/sociopath/narcissist that wishes they could truly give a fuck, and care like a human.

7 · 6 · 61 · 3.9K

Annie Altman @anniealtman108 · Sep 13

> Post
>
> Annie Altman
> @anniealtman108
>
> X.com
>
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlos and PTSD.
>
> 9:42 AM · 5/16/25 · **58K** Views

> condescending dork @notabotongod · Sep 13
> Replying to @anniealtman108 and @xSimon_Says
> They've got multiple players rolling the die on your future for sure.

1 · 4 · 35 · 4K

## Who to follow

Norma Iris Roman @antonio1787 — Follow
Describe yourself What makes you special? Don't think too hard, just have fun with it. Welcome - you will find a treasure trove of vintage & antique jewelry.

R @rhirhicore — Follow
free palestine repostin, repostin strawb

'alohi @babylohi — Follow

Show more

Annie Altman @anniealtman108 · 21h
Because you were mean to me and others. And because I'm home

Munger Tolles a... @MTO350

anniealtman108

## You might like

Forgotten Door @ForgottenDoor — Follow

Norma Iris Roman @antonio1787 — Follow

'alohi @babylohi — Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.4K posts
Follow

Q annniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Show more

**Annie Altman** @anniealtman108 · 21h
Because you were mean to me and others. And because I'm home with some flu




**Annie Altman** @anniealtman108 · Nov 27, 2024
Hello my name is Annie and I've been publically online for almost 7 years now!!!!!!!! x.com/flowersslop/st...

2 · 2 · 38 · 6K

**Annie Altman** @anniealtman108 · 21h




1 · 3 · 1.5K

**Annie Altman** @anniealtman108 · Sep 15
Please consider supporting me on:

@YouTube

@Spotify

Munger Tolles a...
@MTO350

You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

**Annie Altman**
17.4K posts
Follow

Please consider supporting me on:

@YouTube

@Spotify

@ApplePodcasts

@Medium

@Luludotcom

@etsy

@gofundme

@buymeacoffee

Thank you!!!!! x.com/abeeevargas/st...

This post is unavailable.

8 · 3 · 12 · 1.8K

**Annie Altman** @anniealtman108 · Sep 15



youtube.com
Annie Altman
All Humans Are Human Podcast phuckfilosophy FundsDistributionCompany

1 · 1 · 2K

**Annie Altman** @anniealtman108 · Sep 13
Hello! Like all humans, I have a name!

> **Annie Altman** @anniealtman108 · Sep 13
> Replying to @jakeshieldsajj
> My name is Annie

6 · 5 · 94 · 8.6K

**Annie Altman** @anniealtman108 · Sep 13
#allhumansarehuman on all the podcasting places

4 · 2.3K

**Annie Altman** @anniealtman108 · Sep 13
Really gotta be careful with those computer programs.

> **Annie Altman** @anniealtman108 · Feb 3, 2024
> Nostalgic during a genocide with technological support from @OpenAI ??? x.com/sama/status/17...

2 · 2 · 25 · 4.4K

**Annie Altman** @anniealtman108 · Sep 13
Grandma, who lived in WWII Germany with her Jewish doctor husband while IBM supported the Holocaust, would agree.

9 · 2.2K

**Annie Altman** @anniealtman108 · Sep 13
I'd be so excited if you'd please publicly acknowledge my Dad's life?

#rememberjerryaltman

> **Elon Musk** @elonmusk · Sep 13
> Replying to @SawyerMerritt and @Tesla
> Excitement guaranteed

3 · 2 · 17 · 3.5K

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman
17.4K posts
Follow

Elon Musk @elonmusk · Sep 13
Replying to @SawyerMerritt and @Tesla
Excitement guaranteed

3 · 2 · 17 · 3.5K

Annie Altman @anniealtman108 · Sep 13
Humanity is nothing without its people ❤️

#allhumansarehuman

1 · 14 · 2.2K

Annie Altman @anniealtman108 · Sep 13
Me too...


Annie Altman
@anniealtman108
X.com

AI is a marketing term for "computer programs"

10:01 AM · 10/22/23 · **4.5K** Views

Elon Musk @elonmusk · Sep 13
I've been sounding the alarm on AI for a long time
x.com/elonmusk/statu...

4 · 4 · 51 · 3.6K

Annie Altman @anniealtman108 · Sep 13




Elon Musk @elonmusk · Sep 13
I've been sounding the alarm on AI for a long time
x.com/elonmusk/statu...

3 · 34 · 3.8K

Annie Altman @anniealtman108 · Sep 13
Thank you for reading ❤️ #humanniegriefpoems

Annie Altman @anniealtman108 · Dec 10, 2025
To know these heavy poems brought comfort is a dream come true. Thank you for supporting by reading, and thank you for your warm fuzzy messages about how you were inspired to make your own art too. Everybody poops and everybody grieves and everybody makes art and everybody feels



Munger Tolles a...
@MTO350

anniealtman108

## You might like

Forgotten Door
@ForgottenDoor
Follow

Norma Iris Roman
@antonio1787
Follow

'aloȟi
@babylohi
Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Annie Altman
17.7K posts

Follow

make your own art too. Everybody poops and everybody grieves and everybody makes art and everybody feels




2 | 1 | 7 | 2.4K

**Annie Altman** @anniealtman108 · Sep 13



lulu.com
HumAnnie Grief Poems
These poems were prompted by the 7 stages of grief, and the 10 C's of my one-human show, ...

1 | | 1 | 1.1K

**Annie Altman** @anniealtman108 · Sep 13
Anyways

> **Annie Altman** @anniealtman108 · Dec 8, 2025
> Idk just seems like people would be more "yeah this/that new tech is cool and helpful" if technology was first used to equitably distribute food, water, and shelter ("Idk" was a lie I'm sorry I'm not sorry)

| 2 | 11 | 2.2K

**Annie Altman** @anniealtman108 · Sep 13
"...what's actually healthy for people?"

@samyamiam @jackconte @Patreon

> **Annie Altman** @anniealtman108 · Sep 13, 2024
> "I think it came from a place of growth, and trying to offer the most utility, and what humans wanted in the first place. Instead of thinking, 'well what's actually healthy for people?' which I think is where the conversation is shifting today which is good." - @samyamiam of x.com/anniealtman108...

1 | | 5 | 2.1K

**Annie Altman** @anniealtman108 · Sep 12
Couldn't get 10% (or even only 1%) given towards my Dad's rent and car payments, despite all my asking.

Dad died of a heart attack at age 67, with known heart conditions and while working overtime - he was even working the day he died.

#rememberjerryaltman

> **David Krueger** @DavidSKrueger · Sep 12
> If AI companies really want an international pause, how about putting 10% of their budget towards that?

1 | 10 | 49 | 2.6K

**Annie Altman** @anniealtman108 · Sep 12

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts

Follow

If AI companies really want an international pause, how about putting 10% of their budget towards that?

1 · 10 · 49 · 2.6K

**Annie Altman** @anniealtman108 · Sep 12
So homeless for so long that I had to have scar tissue and more surgically removed from inside my ankle joint.

2 · 2 · 89 · 3.8K

**Annie Altman** @anniealtman108 · Sep 12
Dear Survivor,

No one deserves the abuse you endured, and Gd saw it all.

Their punishment is living with themselves. Your reward is living with yourself, without having to be their heart and nervous system.

You're free.

Love and solidarity,
Annie
❤️

> **Annie Altman** @anniealtman108 · Sep 6
> If you haven't had an emergency catheter at 2 years old for a UTI, don't act like you understand.

2 · 2 · 31 · 2.5K

**Annie Altman** @anniealtman108 · Sep 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Feb 1, 2024
> Replying to @nmasc_
> Ask him if he ever raised or gave funds to our Dad.
>
> Jerry Altman died of a heart attack at 67, with known heart conditions, while working overtime hours. His sons, who claime...

1 · 1 · 9 · 1.7K

**Annie Altman** @anniealtman108 · Sep 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitches) youtu.be/bJlyD-wwIE8?is... via @YouTube

1 · 4 · 1.5K

**Annie Altman** @anniealtman108 · Sep 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 25, 2023
> Thank you @nymag for acknowledging my existence and experiences.
>
> Thank you for publishing "Jerry Altman," and facts about his health and overworking in the last years of his life....



M PAGE 43

erry kept
e money.
Her body
ell apart.
n sponge.

some of their father's ashes. "Picturing him sending a diamond of my dad's ashes to the mailbox where it's one of those rural places where there are all these open boxes for all these farms ... It was so heavy and sad and angering, but it was also so hilarious and so ridiculous. So disconnected-feeling. Just the lack of fucks given." Their father never asked to be a diamond. Annie's mental health was fragile. She worried about money for groceries. It was hard to interact

He dic
'90s time
too youn
to hold. I
tux looke
Silicon V
Bankma
now seen

You might like

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'alohi @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow


ridiculous. So disconnected-feeling. Just the lack of fucks given." Their father never asked to be a diamond. Annie's mental health was fragile. She worried about money for groceries. It was hard to interact with somebody for whom money meant everything but also so little. "Like, either you aren't realizing or you are not caring about this whole situation here," she said. By "whole situation," she meant her life. "You're willing to spend $5,000—for each one—to make this thing that was your idea, not Dad's, and you're wanting to send that to me instead of sending me $300 so I can have food security. What?"

1 · 1.1K

**Annie Altman** @anniealtman108 · Sep 12
Dad would have laughed at this ❤️

#rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 2
> At least my Dad cannot be non-consensually turned into a diamond a second time 😭😭😭😭😭😭😭😭
>
> #rememberjerryaltman

11 · 1.5K

**Annie Altman** @anniealtman108 · Sep 12
Perhaps cut the cord of protecting your abuser/s, and watch what happens.

2 · 2 · 38 · 1.4K

**Annie Altman** @anniealtman108 · Sep 12
Because we're all so deeply connected, when someone abuses you they're also giving you the exact formula for their downfall.

5 · 2 · 62 · 1.5K

**Annie Altman** @anniealtman108 · Sep 12
Thank you so much to everyone who has ever bravely posted and sent me these (yes even you anonymous faceless accounts with messages of fear, still caring about the truth).

If you have old/new ones, please share.




anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloh̄i @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman
17.7K posts
Follow




3 · 5 · 65 · 1.9K

**Annie Altman** @anniealtman108 · Sep 11
The truth is the truth, like lava is lava. When lava finally flows, there is zero debating and zero discussion.

4 · 4 · 66 · 2.5K

**Annie Altman** @anniealtman108 · Sep 11
Block me from another, you coward. You follow me from here for what?

> **Annie Altman** @anniealtman108 · Sep 11
> Replying to @Kekius_Sage
> Idk maybe ask your fake friends/rivals who are unsafe to be around children.
>
> Oh wait, you're too scared to do anything to protect children.

1 · 19 · 1.7K

**Annie Altman** @anniealtman108 · Sep 11




1 · 6 · 659

**Annie Altman** @anniealtman108 · Sep 11
Do I start retweeting this weekly, instead of monthly?

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo…

2 · 10 · 145 · 3K

**Annie Altman** @anniealtman108 · Sep 10
May she actually can act, and she only gets type cast for her big boobs and dead eyes

3 · 26 · 3.1K

**Annie Altman** @anniealtman108 · Sep 10
Maybe her eyes are dead because she gets type casted??

2 · 825

**Annie Altman** @anniealtman108 · Sep 10
Love you, homemade health food store ass muffins 😋

Munger Tolles a… @MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**ʻaloha** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

2 825

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

**Annie Altman** @anniealtman108 · Sep 10
Love you, homemade health food store ass muffins 😋



3 21 1.2K

**Annie Altman** @anniealtman108 · Sep 10
Ordered ear seeds in the mail :)))))



6 76 5K

**Annie Altman** @anniealtman108 · Sep 10
Fucking love witchcraft, damn

6 8 83 9.3K

**Annie Altman** @anniealtman108 · Sep 10
Powered by love, and sass 🫀❤️

1 2 15 1.2K

**Annie Altman** @anniealtman108 · Sep 9
(Orthopedic shoes and socks for recovery, what about it)



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow



1 · 1 · 15 · 1.2K

**Annie Altman** @anniealtman108 · Sep 9
Hello friends of #elonstwitter ,

If I start streaming my baking/cooking/yoga/music/life chats, which place would you tune into? 😎

| | |
|---|---|
| Twitch | 66.7% |
| Kick | 20% |
| Rumble | 6.7% |
| WTF | 6.7% |

15 votes · Final results

994

**Annie Altman** @anniealtman108 · Sep 9
Of course not, it's a computer program. It can definitely make human's lives more challenging though.







**Kekius Maximus** @Kekius_Sage · Sep 9
AI can never replace humans since it hasn't have self awareness!

3 · 3 · 21 · 1.8K

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloĥi** 🐉 @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman** 17.7K posts Follow

Kekius Maximus @Kekius_Sage · Sep 9
AI can never replace humans since it hasn't self awareness!
3 | 3 | 21 | 1.8K

**Annie Altman** @anniealtman108 · Sep 9
❤️🩸

> **Annie Altman** @anniealtman108 · Apr 22, 2020
> Truth and love can be neither created nor destroyed

1 | 6 | 1.2K

**Annie Altman** @anniealtman108 · Sep 9
😇

> **Annie Altman** @anniealtman108 · Apr 25, 2023
> Yes I can feel you reading my tweets and ~shaking in your boots~ about the truth coming out. You really thought Dad would let you get away with all that?

2 | 11 | 1.4K

**Annie Altman** @anniealtman108 · Sep 9
Amen ❤️

> **Annie Altman** @anniealtman108 · Dec 4, 2020
> My favorite part about time healing all wounds is when the truth comes out eventually.

6 | 1.3K

**Annie Altman** @anniealtman108 · Sep 9
Maybe don't hack or hex me because watch 🩸❤️💖💟🌸🌺✨🌼🐢🌊🌈🌿🤍😎🥰😇🌑⭐🔮🧿🕯️♑🌙

10 | 940

**Annie Altman** @anniealtman108 · Sep 9
Said this once to my meanest ex, after he said some rancid shit to me. He had a death in his family two weeks later, and another two months later.

> **Annie Altman** @anniealtman108 · Apr 20, 2024
> If someone says,
>
> "I wish you what you deserve"
>
> And you're scared of instead of excited for your karma? That's ...

6 | 1.2K

**Annie Altman** @anniealtman108 · Sep 9
Find your backbone and find your joy, dumdums.

> **Annie Altman** @anniealtman108 · Sep 2
> Really is some dumb insecure boys club full of fake friends and fake rivalries. No wonder they're often unhappy.

8 | 1.3K

**Annie Altman** @anniealtman108 · Sep 9
It's about that time.

> **Annie Altman** @anniealtman108 · Oct 25, 2023
> I look forward to learning which "news" outlets, companies, and websites were paid what amount for their silence.
>
> Can you imagine if all those dollars went towards feeding and housing people?

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Q annieltman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Oct 25, 2023
I look forward to learning which "news" outlets, companies, and websites were paid what amount for their silence.

Can you imagine if all those dollars went towards feeding and housing people?

3 · 6 · 34 · 2.6K

**Annie Altman** @anniealtman108 · Sep 9
Reminder

> **Annie Altman** @anniealtman108 · Sep 4, 2025
> "Your silence will not protect you." - Audre Lorde

2 · 1 · 13 · 1.2K

**Annie Altman** @anniealtman108 · Sep 9
Reminder

> **Annie Altman** @anniealtman108 · Jun 17
> Replying to @anniealtman108
> "Healing out loud because I nearly died in silence"

2 · 3 · 11 · 1.1K

**Annie Altman** @anniealtman108 · Sep 9
Tomatoes are atrocious, how do people eat them. Your body your choice but what

12 · 2 · 34 · 1.5K

**Annie Altman** @anniealtman108 · Sep 8




1 · 2 · 21 · 1.7K

**Annie Altman** @anniealtman108 · Sep 8
Too smart for my own good. And also, too stupid.

6 · 8 · 72 · 1.9K

**Annie Altman** @anniealtman108 · Sep 8
Say "X" and then say "#elonstwitter" and tell me honestly which is more fun. Cool thanks good talk 👍

> **Annie Altman** @anniealtman108 · Sep 7
> Replying to @blyzedog
> Yes and, it's still #elonstwitter 😎

**Munger Tolles a...**
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'aloḥi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

more fun. Cool thanks good talk

Annie Altman @anniealtman108 · Sep 7
Replying to @blyzedog
Yes and, it's still #elonstwitter 😎

1 1 6 1.9K

Annie Altman @anniealtman108 · Sep 8
One can only hope to have the second best tweet to "the messiest bitch you know is a man"

1 8 1.2K

Annie Altman @anniealtman108 · Sep 8
Too cute to be real 😍😍



3 2 47 1.3K

Annie Altman @anniealtman108 · Sep 8
"And all you're ever gonna be is mean. Why you gotta be so mean?"

1 16 1.2K

Annie Altman @anniealtman108 · Sep 6
"Someone I loved once gave me a box full of darkness. It took me years to understand that this, too, was a gift." - Mary Oliver x.com/exofasc/status...

This Post is from an account that no longer exists. Learn more

2 14 1.7K

Annie Altman @anniealtman108 · Sep 6
If you haven't had an emergency catheter at 2 years old for a UTI, don't act like you understand.

15 13 264 12K

Annie Altman @anniealtman108 · Sep 6
"If stuff blows up"

Oh, you mean when the truth comes out?

6 56 1.3K

Annie Altman @anniealtman108 · Sep 6
OMG The @wongbd of Father of the Bride?? Such different roles I didn't realize, what a talented actor omg

Annie Altman @anniealtman108 · Aug 20

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Sep 6
OMG The @wongbd of Father of the Bride?? Such different roles I didn't realize, what a talented actor omg

> Annie Altman @anniealtman108 · Aug 29
> Why are there not more seasons of Awkwafina is Nora from Queens

1 · 1 · 1.6K

Annie Altman @anniealtman108 · Sep 6
Please @wongbd how do I get to podcast with you?

#allhumansarehuman all the places! You're Howard Weinstein AND Nora's Dad and more?!

572

Annie Altman @anniealtman108 · Sep 6
Is Father of the Bride 2 the only good sequel that's ever been made?

8 · 12 · 1.3K

Annie Altman @anniealtman108 · Sep 6
Humans are so cute sometimes, all the different cultures wrapping little pieces of food in other doughy food and calling it something different 🥰

5 · 8 · 47 · 1.9K

Annie Altman @anniealtman108 · Sep 6
Join my Anti-Cult Cult! The only rule is listening to yourself!

#allhumansarehuman #everybodypoops

2 · 3 · 19 · 1.4K

Annie Altman @anniealtman108 · Sep 6
Do I get an acupuncture license so I may ask my acupuncturist more/better questions

3 · 1 · 19 · 1.5K

Annie Altman @anniealtman108 · Sep 6
No thank you heavy lifting, I do love a power tool though 😎

2 · 1 · 20 · 1.4K

Annie Altman @anniealtman108 · Sep 6
My physical therapist roasts me so hard about my hypermobile brain, but she also completely accommodates it so honestly she's earned permission to roast me even more. 💟

16 · 1.2K

Annie Altman @anniealtman108 · Sep 6
If you'd like to look up my two:

Trust case: 25SL-PR02320

Childhood case: 4:25-cv-00017-ZMB

> Annie Altman @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)



Munger Tolles a... @MTO350

anniealtman108

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman**
17.7K posts
Follow




5 · 2 · 14 · 1.6K

**Annie Altman** @anniealtman108 · Sep 5
nm dousing my ankles in cbd comfrey arnica beeswax menthol balm wbu

6 · 25 · 1.9K

**Annie Altman** @anniealtman108 · Sep 5
Hello, it's still actually me, still not into crypto, still have a Phantom wallet for donations:

0xe10021f85cebF47062dA42165A2852e92EA0534f

> **Annie Altman** @anniealtman108 · Jun 2
> Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.
>
> I do have a Phantom wallet:
> 5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

15 · 6 · 23 · 4K

**Annie Altman** @anniealtman108 · Sep 5
Good thing I was floor person before orthopedic surgery recovery 😆😆



3 · 1 · 23 · 1.5K

**Annie Altman** @anniealtman108 · Sep 5
1) What else am I missing out on?
2) Why is Chinese Medicine right about everything?



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350




**Annie Altman** @anniealtman108 · Sep 4
Just had black sesame seed milk for the first time, holy shit balls incredible

3 | 21 | 2.2K

**Annie Altman** @anniealtman108 · Sep 5
"You are not me"

**Annie Altman** @anniealtman108 · Feb 25



1 | 1 | 9 | 1.4K

**Annie Altman** @anniealtman108 · Sep 5
Bullies go make art challenge

**Annie Altman** @anniealtman108 · Oct 11, 2025
Just seems like if Peter Thiel was writing more books instead of whatever the fuck he's doing… maybe he ought to start painting…

1 | 2 | 11 | 1.3K

**Annie Altman** @anniealtman108 · Sep 5
So do we think this made him giggle?

**Annie Altman** @anniealtman108 · Apr 5, 2024
Would someone please ask my FBI Agent to ask Peter Thiel to please send me some money?

V: @ Annie-Altman
C: $ AnnieAltman …



anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More … © 2026 X Corp.

Annie Altman
17.7K posts
Follow

annealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

please send me some money?

V: @ Annie-Altman
C: $ AnnieAltman ...




1 · 1 · 14 · 1.9K

**Annie Altman** @anniealtman108 · Sep 5
Nm relearning how to walk on both ankles after major orthopedic surgery and doing this to my scars wbu




2 · 12 · 1.3K

**Annie Altman** @anniealtman108 · Sep 4
Strange watching people finally catch up with EXACTLY WHAT I'VE ALREADY BEEN SAYING FOR YEARS

17 · 20 · 336 · 7K

**Annie Altman** @anniealtman108 · Sep 4
"🤔" - @elonmusk

> **Remarks** @remarks · Sep 4
> JUST IN: 🇺🇸 CIA accused of using directed energy weapons to target and psychologically abuse whistleblowers.

10 · 46 · 340 · 7.1K

**Annie Altman** @anniealtman108 · Sep 4
Floor time is so important

1 · 20 · 1.3K

**Annie Altman** @anniealtman108 · Sep 4
Just had black sesame seed milk for the first time, holy shit balls incredible

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloħi 🐉** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts

1 | 20 | 1.3K

**Annie Altman** @anniealtman108 · Sep 4
Just had black sesame seed milk for the first time, holy shit balls incredible

4 | 2 | 26 | 3.6K

**Annie Altman** @anniealtman108 · Sep 3
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 2
> At least my Dad cannot be non-consensually turned into a diamond a second time 😭😭😭😭😭😭😭😭
>
> #rememberjerryaltman

1 | 24 | 1.4K

**Annie Altman** @anniealtman108 · Sep 3
Hacking is so stressful damn 😭 again I do not make or support any crypto coins.

My dev for @fundicoapp is stuck and needs another dev. Please message if you're interested 😎

> **Annie Altman** @anniealtman108 · Sep 2
> Seeking a dev to please help my current dev for @fundicoapp
>
> Please comment or DM me if able and interested :)

6 | 2 | 25 | 1.7K

**Annie Altman** @anniealtman108 · Sep 3
Thank you 💟

> **Faucet** @SkkrSKktt · Sep 3
> Replying to @CryptoStrong2 and @fundicoapp
> She's been getting hacked for months, the hackers have been sneaky. I had to call her to tell her and she genuinely didn't know till I alerted her.

1 | 1 | 13 | 1.5K

**Annie Altman** @anniealtman108 · Sep 3
AGAIN

> **Annie Altman** @anniealtman108 · Jul 28
> Again I do not support any crypto coins!
>
> Do have: a @buymeacoffee, a @phantom wallet for donations, a @gofundme for legal support, an @Etsy shop, a @YouTube channel, a podcast, a poetry book, a @Medium blog, and two ...

5 | 23 | 1.5K

**Annie Altman** @anniealtman108 · Sep 3
AGAIN

> **Annie Altman** @anniealtman108 · Jun 2
> Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.
>
> I do have a Phantom wallet:
> 5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

5 | 1 | 19 | 1.4K

**Annie Altman** @anniealtman108 · Sep 3
Got hacked on @fundicoapp

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'αlσhι @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts

Follow

5 1 19 1.4K

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

**Annie Altman** @anniealtman108 · Sep 3
Got hacked on @fundicoapp

Fuck off hackers byeeeee

> **Funds Distribution Company** @fundicoapp · Sep 3
> HACKED!!!!!
>
> I did not post any crypto coin in my bio, I was hacked.

7 1 12 1.3K

**Annie Altman** @anniealtman108 · Sep 2
Seeking a dev to please help my current dev for @fundicoapp

Please comment or DM me if able and interested :)

44 13 62 14K

**Annie Altman** @anniealtman108 · Sep 2
I love you most Dad, I miss you. Your memory will be honored. #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 2
> At least my Dad cannot be non-consensually turned into a diamond a second time 😭😭😭😭😭😭😭😭
>
> #rememberjerryaltman

26 2.9K

**Annie Altman** @anniealtman108 · Sep 2
At least my Dad cannot be non-consensually turned into a diamond a second time 😭😭😭😭😭😭😭😭

#rememberjerryaltman

3 2 19 7.8K

**Annie Altman** @anniealtman108 · Sep 2
Dad would have laughed at this ❤️

3 1.1K

**Annie Altman** @anniealtman108 · Sep 2
Happy September, #elonstwitter

I love my life! I spend no time on balconies! I put zero things in my body I could ever overdose on!

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

4 16 165 4.3K

**Annie Altman** @anniealtman108 · Sep 2
For someone who says horrible things about trans people...

@elonmusk sure could get his head out of his ass and BE A MAN ALREADY and do the things he knows are right to protect those in need.

Wonder how much Virginia's death and more weighs on him.

Manliness is action, Elon.

8 3 60 2.1K

**Annie Altman** @anniealtman108 · Sep 2

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloḥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

Wonder how much Virginia's death and more weighs on him.

Manliness is action, Elon.

8 | 3 | 60 | 2.1K

**Annie Altman** @anniealtman108 · Sep 2
Go ahead and block me from your main account too! Block me accurately calling out you being too much of scaredy cat to do what you know is right.

2 | | 9 | 746

**Annie Altman** @anniealtman108 · Sep 2
Where are the men holding men accountable for shitty behavior…

You know, being real men…

> **greyfedora0** @greyfedora0 · Sep 2
> Replying to @anniealtman108
> That's why I keep to myself and talk shit about all of 'em

4 | 1 | 32 | 2.1K

**Annie Altman** @anniealtman108 · Sep 2
So gross so disappointing @elonmusk




9 | 3 | 183 | 12K

**Annie Altman** @anniealtman108 · Sep 2
When my Grandma haunts you, you'll know 🥰✨

1 | | 14 | 1.1K

**Annie Altman** @anniealtman108 · Sep 2
Really is some dumb insecure boys club full of fake friends and fake rivalries. No wonder they're often unhappy.

1 | 8 | 73 | 3.1K

**Annie Altman** @anniealtman108 · Sep 2
…….. @elonmusk ?




@anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
1.7K posts

Follow

hen the child consents tho
11 PM · 3/7/20
1 1 5 3

n Musk
error in tl
682

8 · 7 · 66 · 3.8K

**Annie Altman** @anniealtman108 · Sep 2
Got it

> **Annie Altman** @anniealtman108 · Aug 24
> And now we wait 🤔
>
> @AdrianDittmann kinda rude to take away my #elonstwitter - given-right to lovingly troll you (in the direction of supporting basic resource distribution) on this platform intended to help ...

985

**Annie Altman** @anniealtman108 · Sep 1
Oh you mean that theory that the people who control the majority of the Internet made to create plausible deniability for said majority control of the supposedly free speech Internet? Allegedly

> **boen** @BOENSAW · Aug 31
> dead internet theory being wrong is a lot more depressing than it being correct

2 · 9 · 109 · 4.7K

**Annie Altman** @anniealtman108 · Aug 31
“You have to keep caring” ❤️

Dad would have loved that line. #rememberjerryaltman

> **latke** @latkedelrey · Aug 31
> once you’ve seen a person you love actively dying you kind of stop caring about everything earthly but you have to keep caring

4 · 1 · 64 · 3.3K

**Annie Altman** @anniealtman108 · Aug 31
Please help me honor my Dad’s memory #rememberjerryaltman ❤️

> **Annie Altman** @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman’s Wishes (full video no glitch)




3 · 12 · 68 · 3.5K

**Annie Altman** @anniealtman108 · Aug 31
What were those files he wanted released again?

> **Elon Musk** @elonmusk · Sep 21, 2025
> Charlie was murdered by the Dark for showing people the Light

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What’s happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

**Annie Altman** @anniealtman108 · Aug 31
What were those files he wanted released again?

> **Elon Musk** @elonmusk · Sep 21, 2025
> Charlie was murdered by the Dark for showing people the Light

1 · 9 · 59 · 1.9K

**Annie Altman** @anniealtman108 · Aug 31
"I love individuals, I hate groups of people." - George Carlin

> **Annie Altman** @anniealtman108 · Oct 2, 2024
> My political opinions are George Carlin

1 · 23 · 2.1K

**Annie Altman** @anniealtman108 · Aug 31
Please George reincarnate and help us 😭

> **Annie Altman** @anniealtman108 · Aug 5, 2024
> Where is George Carlin when humanity really needs him 😭

5 · 25 · 1.6K

**Annie Altman** @anniealtman108 · Aug 31
"If you really want to piss off the people who did this, forgive them." - Sam's Dad on @TedLasso

1 · 1 · 10 · 1.2K

**Annie Altman** @anniealtman108 · Aug 31
Not a libtard
Not a conservative cuck

A secret third thing (reasonable)

16 · 4 · 67 · 2.2K

**Annie Altman** @anniealtman108 · Aug 31

> **Annie Altman** @anniealtman108 · Sep 14, 2025
> Maybe now is the moment for people to realize that most people are centrists
>
> (because that's statistically the "normal distribution" bell curve graph, silly humans)




1 · 788

**Annie Altman** @anniealtman108 · Aug 31



**Munger Tolles a...**
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
12.7K posts
Follow

Q anniealtman108

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post



**Annie Altman** @anniealtman108 · Dec 5, 2025



Of course the orange girl cat that I get to be the human for is the most effective nonviolent protestor I've ever met (this protest was for more butter)

1 · 16 · 1.4K

**Annie Altman** @anniealtman108 · Aug 29
"Yeah, I'd rather be a lover than a fighter,
'Cause all my life, I've been fighting"

1 · 1 · 19 · 1.3K

**Annie Altman** @anniealtman108 · Aug 29
Why are there not more seasons of Awkwafina is Nora from Queens

1 · 1 · 4 · 2.9K

**Annie Altman** @anniealtman108 · Aug 29
...that's what she said

**Elon Musk** @elonmusk · Aug 29
Replying to @grok and @billieeilish
That is far too short and boring. Be at least a little vulgar, longer and wittier.

3 · 4 · 21 · 2.7K

**Annie Altman** @anniealtman108 · Aug 29

**Annie Altman**
@anniealtman108
X.com

Maybe quoting the entire script of "The Little Rascals" as a child *was* the autism test I was "never given" 🤔

6:02 PM · 5/8/24 · **1.8K** Views

**zayden** @pemilo123 · Aug 27
I'm telling you, every single late diagnosed autistic woman displayed symptoms of autism in their childhood. They were just ignored or laughed at.

**You might like**

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow
Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

**Munger Tolles a...**
@MTO350

Annie Altman
17.7K posts

Follow

anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

**zayden** @pemilo123 · Aug 27
I'm telling you, every single late diagnosed autistic woman displayed symptoms of autism in their childhood. They were just ignored or laughed at.

1 · 4 · 109 · 2.4K

**Annie Altman** @anniealtman108 · Aug 29
"Be love."

There, I did it!

**Everything** @isjuustadream · Aug 27
You wouldn't use Christian and Buddhist language in the same sentence, would you?

1 · 27 · 1.3K

**Annie Altman** @anniealtman108 · Aug 29
So she would have hosted a private dinner in my honor if I was evil

7 · 1.2K

**Annie Altman** @anniealtman108 · Aug 28
Humanity, what are we doing 😭😭😭😭😭

**The Washington Post** @washingtonpost · Aug 27
A federal appeals court judge ruled that the First Amendment protects an individual's right to privately possess images or videos of child sexual abuse created using AI — if the material does not depict a real person and remains in the home. wapo.st/4hXIjRs

10 · 15 · 142 · 3.4K

**Annie Altman** @anniealtman108 · Aug 28
HOW DID THE COMPUTER PROGRAM GENERATE THE IMAGES

**The Washington Post** @washingtonpost · Aug 27
A federal appeals court judge ruled that the First Amendment protects an individual's right to privately possess images or videos of child sexual abuse created using AI — if the material does not depict a real person and remains in the home. wapo.st/4hXIjRs

43 · 524 · 3.8K · 71K

**Annie Altman** @anniealtman108 · Aug 28
Life is so weird and so beautiful ❤️

1 · 19 · 1.1K

**Annie Altman** @anniealtman108 · Aug 28




## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow




4 · 3 · 83 · 1.3K

**Annie Altman** @anniealtman108 · Aug 28
Because what is the intention then

> **GOŁD** @vidxn_ · Aug 25
> As an autistic, I had to learn that everyone does not desire to have correct information

1 · 2 · 37 · 1.8K

**Annie Altman** @anniealtman108 · Aug 28
Proudly, and? Also proudly not a Zionist, because that is different from Jewish!

> **surasouth** @surasouth1 · Aug 23
> Replying to @anniealtman108
> Jew

7 · 11 · 279 · 4.7K

**Annie Altman** @anniealtman108 · Aug 28
I miss asking my Dad for advice, and making him laugh ❤️
#rememberjerryaltman

2 · 1 · 35 · 1.1K

**Annie Altman** @anniealtman108 · Aug 28
Hello, would someone please tell me "good job" for doing dishes and starting a new batch of bone broth?

32 · 1 · 152 · 3.4K

**Annie Altman** @anniealtman108 · Aug 28
Actions speak louder than words ❤️

> **Annie Altman** @anniealtman108 · Mar 6, 2025
> Love is a verb, that's the concept there

1 · 9 · 1.1K

**Annie Altman** @anniealtman108 · Aug 28



anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350



**Annie Altman** @anniealtman108 · May 16, 2025
For the record, I am of sound mind, and happy and grateful to be alive.

I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

2 · 2 · 94 · 2.2K

**Annie Altman** @anniealtman108 · Aug 28
Why is being gentle with ourselves so challenging? ❤️

2 · 1 · 15 · 1K

**Annie Altman** @anniealtman108 · Aug 28
Thank you again @elonmusk , and again still bummed and confused you won't have a human-to-human chat with me. Please know I troll you so much because I feel you still have a soul. ❤️

**Annie Altman** @anniealtman108 · Feb 3, 2024
Elon's Twitter is growing on me.

Thank you @elonmusk for having the only social media that hasn't shadowbanned me into near oblivion.

7 · 1 · 37 · 2.6K

**Annie Altman** @anniealtman108 · Aug 28
Gentle reminder!

**Annie Altman** @anniealtman108 · Jul 28
Again I do not support any crypto coins!

Do have: a @buymeacoffee, a @phantom wallet for donations, a @gofundme for legal support, an @Etsy shop, a @YouTube channel, a podcast, a poetry book, a @Medium blog, and two ...

1 · 4 · 20 · 1.6K

**Annie Altman** @anniealtman108 · Aug 27
Further proof I love technology



Q anniealtman108

### You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

### What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350




1 · 1 · 9 · 1.2K

**Annie Altman** @anniealtman108 · Aug 27
...do I?

> **hellosaar** @hello_saar · Aug 27
> Replying to @anniealtman108
> you should become a kick streamer

7 · 16 · 1.5K

**Annie Altman** @anniealtman108 · Aug 27
Sometimes I just need to sit at some health food store and watch some hippie (who seems to live off sunshine up their butthole) tweak out on liquid supplements

3 · 23 · 1.1K

**Annie Altman** @anniealtman108 · Aug 27
Sometimes having a silly little crush really helps

4 · 1 · 35 · 1.4K

**Annie Altman** @anniealtman108 · Aug 27
Thanks for underestimating me :)

> **Annie Altman** @anniealtman108 · Sep 23, 2025
> ✨timeline cleanse✨ #seasonofthewitch #fuckoff




5 · 1 · 64 · 2.7K

**Annie Altman** @anniealtman108 · Aug 26
Because it's a computer program

> **Kekius Maximus** @Kekius_Sage · Aug 26
> If AI is supposed to be such a creative tool, why does everything it makes look the same?

2 · 20 · 269 · 3.8K

**Annie Altman** @anniealtman108 · Aug 25
Did you think I was joking?

> **Annie Altman** @anniealtman108 · Jul 10, 2025
> If a return to sender would upset you, maybe don't send bullshit :)

11 · 1.3K

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **ʻalohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

**Annie Altman**
17.7K posts

Follow

**Annie Altman** @anniealtman108 · Jul 10, 2025
If a return to sender would upset you, maybe don't send bullshit :)

11 · 1.3K

**Annie Altman** @anniealtman108 · Aug 25
While I don't hex, I will and have return-to-sender-ed your attempted hex. Enjoy, goodbye.

2 · 1 · 33 · 1.4K

**Annie Altman** @anniealtman108 · Aug 25
Reminder: it's from love or for love

**Annie Altman** @anniealtman108 · Mar 3, 2022
fr❤️m l❤️ve ❤️r f❤️r l❤️ve

2 · 17 · 1.3K

**Annie Altman** @anniealtman108 · Aug 25
"We, meaning the Department of Justice"
.....................................................

**GBC** @GBC_Press · Aug 24
🚨 BREAKING:

"We will not prosecute the abusers named in the Epstein files or reveal their names to the public."
...




2 · 20 · 203 · 4.3K

**Annie Altman** @anniealtman108 · Aug 25
No Aries, no Pisces, no pilots, no mechanics, no day traders, no J names, no "my ex gf is my bestie" guys, no "my mom is my bestie" guys, no emo cigarette artists, no steroidal gym bros, no alcoholics, no models, no guys with fake jobs that pay well

7 · 52 · 2.1K

**Annie Altman** @anniealtman108 · Aug 25
Hell to the fuck yeah I'm gonna bake my way around my exceedingly sensitive #elhersdanlos fascia, to fulfill my human need for fresh baked goods 🫀❤️





anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'aloha 🐉** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow



5 · 1 · 34 · 1.3K

**Annie Altman** @anniealtman108 · Aug 25
Reminder I, like, make things ❤️

> **Annie Altman** @anniealtman108 · Dec 31, 2020
> 😘😘😘
>
> Pre-save my new single "Whatever You Like" on Spotify: distrokid.com/hyperfollow/an... (powered by @distrokid)

1 · 7 · 1.2K

**Annie Altman** @anniealtman108 · Aug 25
Babe my period is longer than two days

> **Message:** I just wanted to say: I've had a crush on you for 2 days now. I didn't even know you existed before that and you popped up on my X feed.
> I just wanted to ask: if I can send you a picture and also meet you over the phone.
>
> Manage Submissions

4 · 51 · 2.2K

**Annie Altman** @anniealtman108 · Aug 25
BREAKING NEWS: Blocked by Adrian on my @phuckfilosophy account now too (do I get an award)

> **Annie Altman** @anniealtman108 · Aug 24
> And now we wait 🤔
>
> @AdrianDittmann kinda rude to take away my #elonstwitter -given-right to lovingly troll you (in the direction of supporting basic resource distribution) on this platform intended to help ...

2 · 12 · 1.2K

**Annie Altman** @anniealtman108 · Aug 24
My ex bf made his Instagram handle one of the nicknames I made up for him 😭

7 · 1 · 57 · 2.9K

**Annie Altman** @anniealtman108 · Aug 24
🥰🥰🥰🥰🥰



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350



**Annie Altman** @anniealtman108 · May 29



Homemade fancy hot chocolate, and no angry men allowed even in the driveway.

1 · 37 · 5.1K

**Annie Altman** @anniealtman108 · Aug 24
Some of these responses gave me genuine giggles 🥰 thank you for reminding me there are good men ❤️

> **Annie Altman** @anniealtman108 · Aug 23
> Now hiring (good luck) x.com/anniealtman108...

1 · 26 · 3.7K

**Annie Altman** @anniealtman108 · Aug 24
If there's a shop dog/cat, of course they get the first hello

18 · 2K

**Annie Altman** @anniealtman108 · Aug 24
Genuine or nah... I'll never know either... 😭😭😭😭😭

> **Annie Altman** @anniealtman108 · Aug 24
> Replying to @OSoulsie
> My alleged agent ex bf said that's not allowed

1 · 6 · 3.5K

**Annie Altman** @anniealtman108 · Aug 24
And now we wait 🤔

@AdrianDittmann kinda rude to take away my #elonstwitter -given-right to lovingly troll you (in the direction of supporting basic resource distribution) on this platform intended to help importantly sustain free speech 🧞

> **phuckfilosophy** @phuckfilosophy · Aug 24
> Replying to @AdrianDittmann
> Cool dude, why did you block my main account? Why too scaredy or whatever to ever speak with me, human-to-human?
>
> We could chat about physics! And this history-changing time a ...

5 · 5 · 4.9K

**Annie Altman** @anniealtman108 · Aug 24
Shit, no wonder you're a faceless bitchass bullying on the Internet

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

We could chat about physics! And this history-changing time a ...

5 · 5 · 4.9K

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

**Annie Altman** @anniealtman108 · Aug 24
Shit, no wonder you're a faceless bitchass bullying on the Internet because you're too scared to look in a mirror #howdoyousleep x.com/hwug_uhe/statu...

This post is unavailable.

1 · 6 · 1.6K

**Annie Altman** @anniealtman108 · Aug 24
Yes, and also sometimes I swear my oversensitive connective tissue is how I know things lol ❤️‍🩹🔮

> **Alexis Wood- Chicago** @IheardalittleT · Aug 24
> Replying to @anniealtman108
> Fuck Elhers Danlos 🫡

1 · 2 · 17 · 2.2K

**Annie Altman** @anniealtman108 · Aug 24
❤️ #elhersdanlos

> **Annie Altman** @anniealtman108 · Oct 27, 2024
> Replying to @anniealtman108
> Thank you infinitely to the friends who didn't need the diagnosis label or for me to "look sick" to believe my five years of intense pain ❤️ I'm still here because of you ❤️

1 · 16 · 2.3K

**Annie Altman** @anniealtman108 · Aug 24
Gym bros and Elher-Danlos havers are same same but different 😭😹 always talking about strengthening lololol

> **Annie Altman** @anniealtman108 · Aug 25, 2022
> Hippie Sun, Punk Moon, Bro Rising

23 · 2.2K

**Annie Altman** @anniealtman108 · Aug 23
Now hiring (good luck)

> **Annie Altman** @anniealtman108 · Apr 21
> Do I want a boyfriend or do I want a bodyguard

22 · 7 · 237 · 54K

**Annie Altman** @anniealtman108 · Aug 23
Homemade Chewy bars with bananas, oats, vanilla, cinnamon, salt, and chocolate chips 😋 (can add most anything)



Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'alohi 🐉** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman
17.7K posts
Follow



5 1 79 18K

**Annie Altman** @anniealtman108 · Aug 23
❤️🩸🧿🔮



6 106 15K

**Annie Altman** @anniealtman108 · Aug 23
Because of this tweet, or what? 😇

Adrian Dittmann
21.1K posts
Follow
Posts

## @AdrianDittmann has blocked you

You can view public posts from @AdrianDittmann, but you are blocked from engaging with them. You also cannot follow or message @AdrianDittmann.

**Annie Altman** @anniealtman108 · Aug 22
Beautiful @elonmusk

And also you'd get the full appreciation you crave and deserve if you spent 1% of your wealth on using said amazing products to please create systems for equitable distribution of food banks

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts

Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Annie Altman @anniealtman108 · Aug 22
Beautiful @elonmusk

And also you'd get the full appreciation you crave and deserve if you spent 1% of your wealth on using said amazing products to please create systems for equitable distribution of food banks ...

11 11 156 63K

Annie Altman @anniealtman108 · Aug 23
@Kekius_Sage you're very confusing




1 30 22K

Annie Altman @anniealtman108 · Aug 23
❤️ #rememberjerryaltman

Annie Altman @anniealtman108 · Sep 25, 2023
Thank you @nymag for acknowledging my existence and experiences.

Thank you for publishing "Jerry Altman," and facts about his health and overworking in the last years of his life....



some of their father's ashes. "Picturing him sending a diamond of my dad's ashes to the mailbox where it's one of those rural places where there are all these open boxes for all these farms ... It was so heavy and sad and angering, but it was also so hilarious and so ridiculous. So disconnected-feeling. Just the lack of fucks given." Their father never asked to be a diamond. Annie's mental health was fragile. She worried about money for groceries. It was hard to interact with somebody for whom money meant everything but also so little. "Like, either you aren't realizing or you are not caring about this whole situation here," she said. By "whole situation," she meant her life. "You're willing to spend $5,000—for each one—to make this thing that was your idea, not Dad's, and you're wanting to send that to me instead of sending me $300 so I can have food security. What?"

1 1 26 30K

Annie Altman @anniealtman108 · Aug 23

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms Privacy Cookies Accessibility US TIDA Ads info More ... © 2026 X Corp.

Munger Tolles a... @MTO350

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts

Follow

'ts, Annie | to me instead of sending me $300 so I can have food security. What?" | do? In M asked ar

1 | 1 | 26 | 30K

**Annie Altman** @anniealtman108 · Aug 23
.....

> **Annie Altman** @anniealtman108 · Oct 27, 2024
> I too was recently diagnosed with Ehlers-Danlos Syndrome, also hEDS.
>
> I've had a very different experience receiving support. I started sex work while houseless and having my dead Dad's money in ...

2 | 3 | 124 | 30K

**Annie Altman** @anniealtman108 · Aug 23
❤️ #rememberjerryaltman #whatwouldgrandmado

> **Annie Altman** @anniealtman108 · Aug 22
> Please know that I have two active cases.
>
> Both are publicly filed and available to read.
>
> Trust case: 25SL-PR02320 ...

1 | 1 | 26 | 23K

**Annie Altman** @anniealtman108 · Aug 23
Hey @elonmusk what's up

> **Annie Altman** @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...



21. In the years following Decedent's death the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset, however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of the trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/[illegible].

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

4 | 2 | 26 | 19K

**Annie Altman** @anniealtman108 · Aug 22
Beautiful @elonmusk

And also you'd get the full appreciation you crave and deserve if you spent 1% of your wealth on using said amazing products to please create systems for equitable distribution of food banks and community gardens!!!!!

#muskfoodbanks
#muskcommunitygardens

anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloha** 🐉 @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

**Annie Altman**
17.7K posts
Follow

you spent 1% of your wealth on using said amazing products to please create systems for equitable distribution of food banks and community gardens!!!!!

#muskfoodbanks
#muskcommunitygardens

> **Elon Musk** @elonmusk · Aug 22
> The greatest privilege of my life is being able to work with incredible people to create amazing products

6 | 13 | 264 | 99K

**Annie Altman** @anniealtman108 · Aug 22
You're so so smart, please train-autist the fuck out and create the equitable food distribution systems that humanity desperately needs ❤️ @elonmusk

3 | 6 | 95 | 20K

**Annie Altman** @anniealtman108 · Aug 22
If you have any of these bullshits too, please comment them here or DM to me




2 | 8 | 81 | 13K

**Annie Altman** @anniealtman108 · Aug 22

> **Annie Altman** @anniealtman108 · May 8, 2024
> So how many of these do I need to collect?
>
> Hypothetically, could I turn these into some kind of card game?



You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'aloh** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow



4 · 1 · 25 · 17K

**Annie Altman** @anniealtman108 · Aug 22
Once again ❤️

> **Annie Altman** @anniealtman108 · Jun 2
> Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.
>
> I do have a Phantom wallet:
> 5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

2 · 24 · 15K

**Annie Altman** @anniealtman108 · Aug 22
Please know that I have two active cases.

Both are publicly filed and available to read.

Trust case: 25SL-PR02320

Childhood case: 4:25-cv-00017-ZMB

> **Annie Altman** @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)


8:49

8 · 117 · 463 · 50K

**Annie Altman** @anniealtman108 · Aug 22



youtube.com
Help Annie Get Legal Support To Defend Jerry ...
❤️
#rememberjerryaltmanhttps://www.gofundm...

4 · 19 · 14K

**Annie Altman** @anniealtman108 · Aug 21
Thank you to the defense lawyer who was willing to be human at my deposition Tuesday. ❤️

3 · 4 · 117 · 7.2K

**Annie Altman** @anniealtman108 · Aug 21





X
Home
Explore
Notifications 7
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post




**Annie Altman** @anniealtman108 · Jun 12, 2025
Replying to @anniealtman108
@elonmusk promise you'd have more public support than however much he's been scaring you since 1999

1 · 15 · 10K

**Annie Altman** @anniealtman108 · Aug 21
It didn't!!!!!

**Annie Altman** @anniealtman108 · Jul 7, 2025
Replying to @elonmusk
Will this comment get deleted too

10 · 9.5K

**Annie Altman** @anniealtman108 · Aug 21
........

**Annie Altman** @anniealtman108 · Jul 22, 2025
Honestly dude I'd be way more okay if you shared my petition already, thanks x.com/elonmusk/statu...




Decision Maker: ELEON MUSK

**The Issue**

Elon Musk, you've shown signs you still [illegible] some humanity before, please show it [illegible] Are you really going to let Peter Thiel co[illegible] the PayPal Mafia and world narrative lik[illegible] Are you really going to be controlled by [illegible] same guy since X.com in 1999? Quit bei[illegible] scared of a bully, and use your money a[illegible] influence powers for good. Release the [illegible] files, yesterday.

Report a policy violation

Annie Altman
Petition Starter

1 · 29 · 9.3K

**Annie Altman** @anniealtman108 · Aug 21
Where did he go

**Annie Altman** @anniealtman108 · Sep 19, 2025
Bring back Elon "go fuck yourself" Musk ❤️
x.com/AmberWoods100/...

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloh̶i** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108

where did he go

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

**Annie Altman** @anniealtman108 · Sep 19, 2025
Bring back Elon "go fuck yourself" Musk ❤️
x.com/AmberWoods100/...

2 | 10 | 8.2K

**Annie Altman** @anniealtman108 · Aug 21
Remember when you showed signs of a soul @elonmusk

**Annie Altman** @anniealtman108 · Oct 12, 2025
Replying to @AdrianDittmann
What happened to this guy 😭




1 | 3 | 27 | 7.8K

**Annie Altman** @anniealtman108 · Aug 21
Dude how many fake rivalries do you have @elonmusk

**Elon Musk** @elonmusk · Aug 21
Replying to @alx
Cuban seriously looks like a butch lesbian

1 | 1 | 15 | 6.7K

**Annie Altman** @anniealtman108 · Aug 21
@mcuban why do men

2 | 3 | 3.6K

**Annie Altman** @anniealtman108 · Aug 21
Will donate $1 to you each to go on a date @mcuban @elonmusk

**Annie Altman** @anniealtman108 · Aug 21
Replying to @elonmusk and @alx
You two could date then? Or is he another fake rivalry of yours?

1 | 1 | 8 | 6.4K

**Annie Altman** @anniealtman108 · Aug 21
Hey everyone, one of the dudes who enables destructive behavior says it's okay!!

**Paul Graham** @paulg · Aug 21
There may not be many people left in 10 years who can write, or want to read, things longer than a page or two. But there will be at least a few of us, and we'll be a powerful club.

6 | 36 | 6.2K

**Annie Altman** @anniealtman108 · Aug 20
❤️ "our might is tenfold in connection" ❤️

**Annie Altman** @anniealtman108 · Nov 1, 2025
"We hold tight to our right to protect, and we know our might is tenfold in connection. Our elders hold them bright lights, we

Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... ...
@MTO350

**Annie Altman** Follow
17.7K posts

Annie Altman @anniealtman108
❤️ "our might is tenfold in connection" ❤️

> **Annie Altman** @anniealtman108 · Nov 1, 2025
> "We hold tight to our right to protect, and we know our might is tenfold in connection. Our elders hold them bright lights, we protect them."
> - #risingappalacia

1 · 7 · 6K

**Annie Altman** @anniealtman108 · Aug 20
Thank you for being real men ❤️

> **Jason Bassler** @JasonBassler1 · Aug 18
> Peter Thiel can run, but he can't hide.
>
> A squad of Gandalf's held a banner that said "You Shall Not Pass" at the door of his new home in Buenos Aires.




3 · 7 · 95 · 8.1K

**Annie Altman** @anniealtman108 · Aug 20
I am not suicidal, nor on any kind of drug I could overdose on.

> **Existential Crisis Parade** @crisis_parade · Aug 20
> Replying to @anniealtman108
> Please specifically post that you are not suicidal nor on any kind of drug you could overdose on. I'm so sorry you're having to deal with this

9 · 146 · 2K · 41K

**Annie Altman** @anniealtman108 · Aug 20
Make Gandalf Great Again ❤️

> **Jason Bassler** @JasonBassler1 · Aug 18
> Peter Thiel can run, but he can't hide.
>
> A squad of Gandalf's held a banner that said "You Shall Not Pass" at the door of his new home in Buenos Aires.




1 · 58 · 5.5K

**Annie Altman** @anniealtman108 · Aug 19

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow




1 58 5.5K

- Home
- Explore
- Notifications 7
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · Aug 19
"A gang of Argentinian Gandalfs" 😹😻😹😻😹😻😹😻

> **RT Intl** @RT_on_X · Aug 18
> A gang of Argentinian Gandalfs protest against Palantir in front of Peter Thiel's house in Buenos Aires
>
> They unfurled a banner that reads 'YOU SHALL NOT PASS, YOU MOTHERF*CKER'




2 12 147 7K

**Annie Altman** @anniealtman108 · Aug 19
First police report I ever made.

> **Annie Altman** @anniealtman108 · Aug 10, 2024
> My long term home was broken into one month after these tweets.



Annie Altman @anniealtman... · 11/13/21
I experienced sexual, physical, emotional, verbal, financial, and technological abuse from my biological siblings, mostly Sam Altman and some from Jack Altman.

(2/3)

69 483 575

Annie Altman @anniealtman... · 11/13/21
I feel strongly that others have also been abused by these perpetrators. I'm seeking people to join me in pursuing legal justice, safety for others in the future, and group healing. Please message me with any information, you can remain however anonymous you feel safe.

(3/3)

7 47 228




7 194 2.8K 67K

**Annie Altman** @anniealtman108 · Aug 19




anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloh̲i** 🐉 @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Annie Altman

17.7K posts

Follow


to me "mysteriously" - you know who it was.

I love my life.

5 | 31 | 284 | 10K

**Annie Altman** @anniealtman108 · Aug 19
If any harm ever comes to me "mysteriously" - you know who it was.

I love my life.

200 | 1.6K | 13K | 2M

**Annie Altman** @anniealtman108 · Aug 18
BREAKING: we already knew this

> **Patrick Webb** @Patrickwebb · Aug 18
> BREAKING: Jeffrey Epstein likely had every major U.S. politician on video doing something terrible to a child, according to former CIA officer David Robert Steele.

13 | 560 | 6K | 68K

**Annie Altman** @anniealtman108 · Aug 18
That's why it's "two wings, one bird"

1 | | 46 | 2.4K

**Annie Altman** @anniealtman108 · Aug 16
😻😻 #caturday





1 | 3 | 59 | 3.8K

**Annie Altman** @anniealtman108 · Aug 16
No better sales person than a pathological liar.

Unclear why people think that means they're smart.

2 | 12 | 71 | 3.5K

**Annie Altman** @anniealtman108 · Aug 14
Well damn okay Melody Beattie call me out calmly and kindly whydontcha

| | 4 | 3K

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

**Annie Altman** @anniealtman108 · Aug 14
Well damn okay Melody Beattie call me out calmly and kindly whydontcha
4 · 3K

**Annie Altman** @anniealtman108 · Aug 14
Feminist in the sense that men are supposed to take out the trash, literally and metaphorically 😇
2 · 22 · 3.2K

**Annie Altman** @anniealtman108 · Aug 14
And reader, perhaps that's the silver lining of how my PTSD will forever be all mine...

> **•Souls•** @OSoulsie · Aug 14
> They can read your mind
> and steal your thoughts...

9 · 4.1K

**Annie Altman** @anniealtman108 · Aug 14
Happy 8th born day, podcast, I love you ❤️ #allhumansarehuman

> **Annie Altman** @anniealtman108 · Feb 22
> All Humans Are Human Podcast 🥊❤️
>
> Streaming on all the platforms since 2018 #allhumansarehuman
> x.com/eroticacid/sta...




2 · 6 · 4K

**Annie Altman** @anniealtman108 · Aug 14




podcasts.apple.com
All Humans Are Human
Philosophy Podcast · Studying hard to take life much less seriously. Welcome to the podcast ...

3 · 1.1K

**Annie Altman** @anniealtman108 · Aug 13
There's no arguing with truth.

That's why predators attempt to silence survivors from speaking the truth, and create bullshit distractions from the truth.
1 · 15 · 69 · 3.2K

**Annie Altman** @anniealtman108 · Aug 13
Bring back healthy public shame ❤️

anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi 🐉 @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow
annealtman108

truth, and create bullshit distractions from the truth.
1 · 15 · 69 · 3.2K

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Aug 13
Bring back healthy public shame ❤️

> Annie Altman @anniealtman108 · Jun 18, 2024
> #bringbackhealthypublicshame
>
> Shame the dipshit groping people
>
> Shame the dipshit littering...

1 · 39 · 3.8K

Annie Altman @anniealtman108 · Aug 13
If I'm unsure whether or not I'm right, I'm not arguing.

If I'm sure I'm right, I'm not not arguing.
1 · 22 · 2.2K

Annie Altman @anniealtman108 · Aug 13
Bring back public shame for predators ❤️

> Annie Altman @anniealtman108 · Aug 13
> Collective, allowed feminine rage is healing Mother Nature.
> Thank you for men masculine enough to understand.

8 · 33 · 3.3K

Annie Altman @anniealtman108 · Aug 13
Survivor, let yourself be angry ❤️

> Annie Altman @anniealtman108 · Aug 13
> Collective, allowed feminine rage is healing Mother Nature.
> Thank you for men masculine enough to understand.

4 · 31 · 2.1K

Annie Altman @anniealtman108 · Aug 13
Collective, allowed feminine rage is healing Mother Nature. Thank you for men masculine enough to understand.
6 · 30 · 6.8K

Annie Altman @anniealtman108 · Aug 13
HELL TO THE FUCK YES BRANDI ❤️ @IamBrandiCarlil



youtube.com
Brandi Carlile - Uninvited (Newport Folk Fest 2...
Since so many of you asked.... Here's my full totally unhinged versio...

3 · 2.8K

Annie Altman @anniealtman108 · Aug 13
Love you @EasyStarAllStar




Munger Tolles a...
@MTO350

You might like

Forgotten Door
@ForgottenDoor
Follow

Norma Iris Roman
@antonio1787
Follow

'alohi
@babylohi
Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350




From youtube.com

1 · 2.7K

**Annie Altman** @anniealtman108 · Aug 13




> **Annie Altman** @anniealtman108 · Aug 12
>
> 
>
> Bummer dude @frostedjake415

1 · 23 · 3.4K

**Annie Altman** @anniealtman108 · Aug 13
Funny how the original posts about this always get deleted… wonder why…

> **Annie Altman** @anniealtman108 · Nov 4, 2023
> And then "coincidentally" the @Wikipedia page was updated t.co/clxpTNFMh8

1 · 4 · 24 · 3.5K

**Annie Altman** @anniealtman108 · Aug 13
Thank you for listening ❤️

> **Thyme** @thethymehascome · Feb 2, 2018
> Replying to @sama
> I like her perspective.

2 · 11 · 2.9K

**Annie Altman** @anniealtman108 · Aug 13
……..


+972 MAGAZINE
SUPPORT US
'Lavender': The AI machine directing

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloĥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

+972 MAGAZINE
SUPPORT US

# 'Lavender': The AI machine directing Israel's bombing spree in Gaza

The Israeli army has marked tens of thousands of Gazans as suspects for assassination, using an AI targeting system with little human oversight and a permissive policy for casualties, +972 and Local Call reveal.

By Yuval Abraham
April 3, 2024

**Annie Altman** @anniealtman108 · Feb 3, 2024



@OpenAI 's @Wikipedia page November 2021 vs today

"... that benefits humanity as a whole."

1 · 7 · 33 · 4K

**Annie Altman** @anniealtman108 · Aug 13

False @Wikipedia edits can be really scary, in my personal experience

**Annie Altman** @anniealtman108 · Dec 1, 2023

Orwellian to be repeatedly deleted off someone's Wikipedia page. x.com/runningcritter...

1 · 15 · 2.4K

**Annie Altman** @anniealtman108 · Aug 13

Still wondering

**Annie Altman** @anniealtman108 · Aug 28, 2024

Who was the PR team who made everyone having access to food, water, and shelter called socialism and/or communism?

Same PR team who made people believe that capitalism cannot coexist with everyone having access to food, water, and shelter?

9 · 2.2K

**Annie Altman** @anniealtman108 · Aug 13

Retweet

**Annie Altman** @anniealtman108 · Dec 8, 2025

Idk just seems like people would be more "yeah this/that new tech is cool and helpful" if technology was first used to equitably distribute food, water, and shelter ("Idk" was a lie I'm sorry I'm not sorry)

4 · 19 · 2.2K

**Annie Altman** @anniealtman108 · Aug 13

❤️ #rememberjerryaltman

**Annie Altman** @anniealtman108 · Oct 9, 2024

Imagine if technology focused on equitably distributing this

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'alohi @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Aug 13
#rememberjerryaltman

Annie Altman @anniealtman108 · Oct 9, 2024
Imagine if technology focused on equitably distributing this planet's abundance of food, and maybe even beaming this mamey sapote pie to you!

Instead it keeps making weapons...



1 2 2K

Annie Altman @anniealtman108 · Aug 13
Amen, Jim

Jim McDermott @JimMcDermott11 · Feb 3, 2018
Replying to @sama
True, all tech is both good and bad. It is our responsibility to use it for good.

3 1.9K

Annie Altman @anniealtman108 · Aug 12
#rememberjerryaltman

Annie Altman @anniealtman108 · Sep 3, 2024
As Dad loved to quote Yoda, "Do or do not, there is no try."

#rememberjerryaltman



Munger Tolles a...
@MTO350

anniealtman108

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Sports · Trending
Nick Wayne
Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow



2 | 8 | 1.8K

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

**Annie Altman** @anniealtman108 · Aug 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Nov 22, 2023
> Replying to @anniealtman108
> Our Dad dying at 67, with known heart conditions, working overtime hours, with a multi-millionaire son, says more about...?

13 | 1.9K

**Annie Altman** @anniealtman108 · Aug 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Feb 3, 2024
> Our Dad was paying rent at an apartment in St. Louis, when he died at 67 of a heart attack. x.com/jaltma/status/...

5 | 1.8K

**Annie Altman** @anniealtman108 · Aug 12
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Feb 1, 2024
> Replying to @nmasc_
> Ask him if he ever raised or gave funds to our Dad.
>
> Jerry Altman died of a heart attack at 67, with known heart conditions, while working overtime hours. His sons, who claime...

10 | 1.8K

**Annie Altman** @anniealtman108 · Aug 12
Hi!!!!! Allegedly :)

> **Annie Altman** @anniealtman108 · Jul 23, 2024
> Can you imagine the guilt for someone paid to track me, and watch me live in poverty and illness? ~hypothetically~

1 | 10 | 1.7K

**Annie Altman** @anniealtman108 · Aug 12
Memories✨

> **Annie Altman** @anniealtman108 · Oct 22, 2023
> Replying to @WSJ and @JoannaStern
> Were you paid to completely ignore my existence and claims?

1 | 6 | 1.7K

**Annie Altman** @anniealtman108 · Aug 12
Lemme go ahead and retweet thrice this month

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

1 | 2 | 22 | 1.8K

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

1 · 2 · 22 · 1.8K

Annie Altman @anniealtman108 · Aug 12
Sometimes I wonder about the people who consistently post unkind and untrue things about me, when there's public records showing the truth. Why are they so unhappy as to take money or whatever to be mean to me?

3 · 3 · 36 · 1.3K

Annie Altman @anniealtman108 · Aug 12
:))))

> Annie Altman @anniealtman108 · Dec 2, 2025
> Because I tweet for the love of the game babe ❤️

5 · 1.6K

Annie Altman @anniealtman108 · Aug 12
Hey @lexfridman

> Annie Altman @anniealtman108 · Mar 18, 2024
> Don't think anything to do with me, our Dad dying at 67 of a heart attack while overworking, or our Dad's money being withheld from me when I was very sick got brought up.

2 · 7 · 1.6K

Annie Altman @anniealtman108 · Aug 12
❤️ #rememberjerryaltman

> Annie Altman @anniealtman108 · Oct 4, 2025
> Happy birthday eve, Dad ❤️ thank you for your guidance and protection. Thank you for teaching me the importance of kindness and happiness. Celebrating you extra this weekend ❤️
>
> #rememberjerryaltman ...

2 · 1.4K

Annie Altman @anniealtman108 · Aug 12
❤️❤️❤️❤️❤️❤️❤️❤️

> Annie Altman @anniealtman108 · Apr 15
> Thank you Dad and Grandma for protecting me from beyond. ❤️

9 · 1.5K

Annie Altman @anniealtman108 · Aug 12
❤️❤️❤️❤️❤️❤️❤️❤️

> Annie Altman @anniealtman108 · Nov 1, 2025
> My Dad is why I talk about equitable basic resource distribution all the time ❤️ #rememberjerryaltman #allhumansarehuman x.com/anniealtman108...

1.3K

Annie Altman @anniealtman108 · Aug 12
Thank you @cb_doge , also my name is Annie ❤️

> DogeDesigner @cb_doge · Aug 12
> Sam Altman's sister just revealed in a new court filing she has PTSD "as a direct and proximate result of Sam Altman sexually abusing her as a child." The abuse started when she was three and continued for years.
> ...

anniealtman108

## You might like

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'aloh @babylohi — Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts

Follow

anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Sam Altman's sister just revealed in a new court filing she has PTSD "as a direct and proximate result of Sam Altman sexually abusing her as a child." The abuse started when she was three and continued for years.
...



6 · 6 · 52 · 1.9K

**Annie Altman** @anniealtman108 · Aug 12
"Wow" - @elonmusk

**Annie Altman** @anniealtman108 · Aug 6
"24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
x.com/anniealtman108...



21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset, however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/1I36vp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

1 · 1 · 12 · 1.6K

**Annie Altman** @anniealtman108 · Aug 12
Hello @mcuban what's good

**Annie Altman** @anniealtman108 · Aug 12
Replying to @mcuban
This Peter Thiel?

Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Munger Tolles a...**
@MTO350

**Annie Altman** Follow
17.7K posts

Hello @mcuban what's good

> **Annie Altman** @anniealtman108 · Aug 12
> Replying to @mcuban
> This Peter Thiel?
>
> youtu.be/Q8XNbBbly3w?is...

1 · 13 · 1.4K

**Annie Altman** @anniealtman108 · Aug 12
❤️❤️❤️❤️❤️❤️❤️❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)




3 · 21 · 1.6K

**Annie Altman** @anniealtman108 · Aug 12
Retweeting twice for August ✨

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

5 · 23 · 1.3K

**Annie Altman** @anniealtman108 · Aug 12
Retweet

> **Annie Altman** @anniealtman108 · Jun 2
> Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.
>
> I do have a Phantom wallet:
> 5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

2 · 1 · 1K

**Annie Altman** @anniealtman108 · Aug 12
Thank you @KatieMiller , also my name is Annie ❤️

> **Katie Miller** @KatieMiller · Aug 12
> 🚨 In a new court filing, Sam Altman's sister admits she suffers from PTSD "as a direct and proximate result of Sam Altman sexually abusing her as a child."
>
> This is the same guy asking you to trust him with super ...



anniealtman108

**You might like**

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications 7
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

**Post**

**Annie Altman** Follow
17.7K posts



7 196 1.7K 39K

**Annie Altman** @anniealtman108 · Aug 12
Wow thank you for acknowledging my existence @elonmusk ❤️

> **Elon Musk** @elonmusk · Aug 12
> Replying to @KatieMiller
> Wow

2 1 23 1.4K

**Annie Altman** @anniealtman108 · Aug 12
Thank you for reminding that I have my own name ❤️

> **Amber Smith** @AmberStands · Aug 12
> Replying to @KatieMiller
> Her name is Annie Altman
> @anniealtman108

13 1.1K

**Annie Altman** @anniealtman108 · Aug 12
Bummer dude @frostedjake415







1 7 5.5K

**Annie Altman** @anniealtman108 · Aug 11
Is the term "computer program" being replaced by "AI"? Seems kind of bogus frankly.

> **Paul Graham** @paulg · Aug 11

**Munger Tolles a...**
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Munger Tolles a... @MTO350 ...

Annie Altman
17.7K posts
Follow

**Annie Altman** @anniealtman108 · Aug 11
Is the term "computer program" being replaced by "AI"? Seems kind of bogus frankly.

> **Paul Graham** @paulg · Aug 11
> Is the term "sales" being replaced by "GTM"? Seems kind of bogus frankly.

6 15 2.2K

**Annie Altman** @anniealtman108 · Aug 11
Well I'm still alive ❤️

LET THE RECORD SHOW I LOVE MY LIFE AND AM HAPPY TO BE ALIVE

> **Being Foolish** @Celadonblues · Aug 11
> Replying to @anniealtman108
> Annie are you ok? are you ok Annie? you've been hit by a smooth criminal 🎶🎶🎶 (but seriously, stay strong)

1 2 26 1.5K

**Annie Altman** @anniealtman108 · Aug 11



You possess the same traits as your brother. His contradiction, his lighter half. I'm so sorry they did this for you. I used to be a pathological liar, your brother is one, he's dangerous. I'm sorry he stole from you. You aren't mentally ill or looking for money, he stole YOUR legacy, not the other way around. Sam is the one going down the hole doing ketamine and cocaine, he's the mentally ill one, not you. And it's because of your mother. Your mother created a stalker. That's what all of the information I found about you, said, your mother enabled a monster, your brother is a monster. Not just because of himself. Elaborate on your mother, help the public paint a full picture. We need a public psychological profile of Sam Altman. This is more valuable information than you know. This



around. Sam is the one going down the hole doing ketamine and cocaine, he's the mentally ill one, not you. And it's because of your mother. Your mother created a stalker. That's what all of the information I found about you, said, your mother enabled a monster, your brother is a monster. Not just because of himself. Elaborate on your mother, help the public paint a full picture. We need a public psychological profile of Sam Altman. This is more valuable information than you know. This might be a wild suggestion, but contact John kiriakou. Seriously. I promise he will work with you, tell your story live. I've listened to his podcast. He's a whistleblower, he went to jail for it, and has an audience CHOCK FULL of the men your brother has an iron fist control over. It's perfectly genuinely.

6 6 52 3.5K

**Annie Altman** @anniealtman108 · Aug 11
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 3, 2024
> Dad died May 25, 2018
>
> This is me finally accessing his Will in September 2019.
>
> Emails removed for privacy, lawyers are public information. ...
>
> Pete--
>
> Please meet my sister Annie.
>
> Could you please send her a copy of Jerry Altman's will? I think you may only have a paper copy, in which case she can send you her mailing address, or if you have a digital copy I'm sure email would be fine.
>
> Thank you,

anniealtman108

**You might like**

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloḩi** 🐉 @babylohi Follow

Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms Privacy Cookies Accessibility US TIDA Ads Info More ... © 2026 X Corp.

Annie Altman 17.7K posts Follow

copy I'm sure email would be fine.

Thank you,

Sam

Last Will & Testament - e-

2 9 1.4K

**Annie Altman** @anniealtman108 · Aug 11
Do they take turns on which one will say the next dumb shit? To distract from whoever said the last dumb shit, and make it look like they have fake rivalries? :)

> **Polymarket** @Polymarket · Aug 10
> JUST IN: Mark Zuckerberg predicts AI will lead to an "abundance of jobs" rather than mass unemployment.

2 3 16 1.6K

**Annie Altman** @anniealtman108 · Aug 11
Podcast turns 8 this week! 🥳#allhumansarehuman

> **Annie Altman** @anniealtman108 · Aug 13, 2025
> Happy 7th birthday, podcast!!!!!!! 🥳🥳🥳🥳🥳🥳🥳
>
> "All Humans Are Human" all the places 🫀 #allhumansarehuman
>
> I'm sorry you've endured so much fuckshit for having open ...






On Sun, Mar 1, 2020 at 7:59 AM <podcastsupport@apple.com> wrote:

Hello Annie

Thank you for contacting us.

I was going over your email, and your podcast lost 10 of its ratings. When I research on your issue, I was able to find the following information: custom to leave a rating for your podcast without leaving a written review. We curre remove ratings when they are not attached to written reviews.

Customer do have the ability to go back and change their ratings, and if the does take a while for it to populate on the storefront.

If you have additional questions related to this request, please reference ca 101035739400.

Best regards,

Noel
Apple Inc.

1 2 10 1.6K

**Annie Altman** @anniealtman108 · Aug 11
Oh really?



Post

Shedrack - e/acc
@MadeByShedrach
Follow back

Wow 😂 this is bad. why is chatgpt denying you are not related to Sam Altman. This is so fucked up

ChatGPT 3.5

Shedrack Abel
Who is Annie Altman

ChatGPT
Annie Altman is a poet and writer known for her introspective and emotionally resonant work. She often explores themes of identity, relationships, and the human experience in her poetry. Her writing style is characterized by its depth and sincerity, drawing readers into a world of raw emotion and self-discovery.

Shedrack Abel
Is she Sam Altman sister

ChatGPT
No, Annie Altman is not related to Sam Altman. Sam Altman is a well-known entrepreneur and investor, while Annie Altman is a poet and writ... ey come from



Post

Sarmacious
@sarmacious

This is even worse.

ChatGPT 3.5

ChatGPT
There doesn't appear to be publicly available info Sam Altman having a sibling named Annie Altma Annie Altman is a private individual or not direct Altman. Without further context or information, it provide more details about Annie Altman in relati

8:25 PM · 4/19/24 From Earth · 209 Views

1 Quote 2 Likes

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350 ...

Annie Altman 17.7K posts Follow




8:25 PM · 4/19/24 From Earth · 209 Views

1 Quote 2 Likes

Annie Altman @anniealtman
Thank you for sharing, means a l
how many other people have thi
record now too ❤️

1

Space and Technology @spaceandtech_ · Aug 10



🚨 Mark Zuckerberg says everyone will have a personal AI agent that understands you, your goals, and everything you care about.

1 4 41 3.3K

Annie Altman @anniealtman108 · Aug 11
You thought I was gonna shut up about getting major orthopedic surgery?

1 8 1.1K

Annie Altman @anniealtman108 · Aug 11
"For heaven's sake, go to hell." -philosopher Frank Ocean

3 14 1.1K

Annie Altman @anniealtman108 · Aug 11
Dare @elonmusk to get @SpaceX Starship functioning properly and take all his friends he has fake rivalries with to Mars, and then stay there forever ✨

1 2 14 1.1K

Annie Altman @anniealtman108 · Aug 11
No one has more alts on #elonstwitter than @elonmusk (fake rivalry ass coward)

1 9 1.1K

Annie Altman @anniealtman108 · Aug 11
Daddy's Girl Forever ❤️ #rememberjerryaltman

Annie Altman @anniealtman108 · Aug 8
Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)




1 2 13 1.5K

Annie Altman @anniealtman108 · Aug 11
Hey @elonmusk did Jared say you can't repost my @gofundme ?

Annie Altman @anniealtman108 · Aug 11
Replying to @elonmusk and @ns123abc
Oh hey @elonmusk what's up

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'aloȟi @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Sports · Trending
Nick Wayne

Sports · Trending
#AEWDynamite
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

Hey @elonmusk did Jared say you can't repost my @gofundme ?

> **Annie Altman** @anniealtman108 · Aug 11
> Replying to @elonmusk and @ns123abc
> Oh hey @elonmusk what's up

2 · 4 · 24 · 2K

**Annie Altman** @anniealtman108 · Aug 11



> youtube.com
> Help Annie Get Legal Support To Defend Jerry ...
> ❤️ #rememberjerryaltmanhttps://www.gofundm...

2 · 460

**Annie Altman** @anniealtman108 · Aug 10
@

> **Annie Altman** @anniealtman108 · Nov 14, 2025
> "A small home filled with laughter is wealthier than a mansion built on fear." - Louise Hay

1 · 13 · 1.3K

**Annie Altman** @anniealtman108 · Aug 10
Nothing has altered my appearance more than telling mean dipshits to fuck off ❤️❤️ (eye masks to cover how tired I am from dealing with their dipshittery)





3 · 69 · 1.7K

**Annie Altman** @anniealtman108 · Aug 10
"The sun'll come out, tomorrow" - me, kinda

2 · 1 · 20 · 1.2K

**Annie Altman** @anniealtman108 · Aug 9
Agree or disagree about Mr. @elonmusk

> **Annie Altman** @anniealtman108 · Aug 9
> Replying to @topkekmaximus
> I find you cowardly, and with fake rivalries

1 · 10 · 1.3K

**Annie Altman** @anniealtman108 · Aug 9
Fuck it's fun to troll @elonmusk on #elonstwitter
x.com/topkekmaximus/...

> This Post is from a suspended account. Learn more

2 · 9 · 1.2K

**Annie Altman** @anniealtman108 · Aug 9

anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

This Post is from a suspended account. Learn more

2 · 9 · 1.2K

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Aug 9
August's monthly retweet

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

2 · 13 · 1.4K

**Annie Altman** @anniealtman108 · Aug 9
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 8
> Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)




1 · 2 · 12 · 1.2K

**Annie Altman** @anniealtman108 · Aug 9
"Annie Cast Now And Then" @tiktok_us

The sun'll come out tomorrow 🌞




1 · 1 · 13 · 1.4K

**Annie Altman** @anniealtman108 · Aug 9
Did he only ask for this link to then hit on me 😭

Munger Tolles a...
@MTO350

anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Annie Altman
Follow

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

1 · 1 · 13 · 1.4K

**Annie Altman** @anniealtman108 · Aug 9
Did he only ask for this link to then hit on me 😭




4 · 39 · 2.4K

**Annie Altman** @anniealtman108 · Aug 9
Like/retweet if you also believe that Humanity and The Internet needs @myspacetom in charge of social media again ✨

#myspacetomforinternetpresident

3 · 1 · 12 · 1K

**Annie Altman** @anniealtman108 · Aug 9
Yes I did post this on #elonstwitter

1 · 1 · 311

**Annie Altman** @anniealtman108 · Aug 9



3 · 1 · 24 · 1.2K

**Annie Altman** @anniealtman108 · Aug 8
Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitch)



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi 🐉** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman
17.7K posts
Follow




15 37 144 52K

**Annie Altman** @anniealtman108 · Aug 8

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

1 13 25 1.8K

**Annie Altman** @anniealtman108 · Aug 8
❤️ #rememberjerryaltman

**Annie Altman** @anniealtman108 · Aug 8
Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitches) youtu.be/bJlyD-wwIE8?is... via @YouTube

3 1 6 1.2K

**Annie Altman** @anniealtman108 · Aug 8

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

1 3 8 280

**Annie Altman** @anniealtman108 · Aug 8
Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full video no glitches) youtu.be/bJlyD-wwIE8?is... via @YouTube



youtube.com
Help Annie Get Legal Support To Defend Jerry ...
❤️
#rememberjerryaltmanhttps://www.gofundm...

1 5 11 5.8K

**Annie Altman** @anniealtman108 · Aug 8

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

3 3 291

**Annie Altman** @anniealtman108 · Aug 8
Still unsure!!!!!

**Annie Altman** @anniealtman108 · Oct 16, 2023
@OpenAI care to comment on why "moderation" would "disable" that link?

Munger Tolles a... @MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloḥi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Sports · Trending
**Nick Wayne**

Sports · Trending
**#AEWDynamite**
Trending with Steven Borden, Christian Cage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

**Annie Altman** 17.7K posts Follow

**Annie Altman** @anniealtman108 · Aug 8
Still unsure!!!!!

> **Annie Altman** @anniealtman108 · Oct 16, 2023
> @OpenAI care to comment on why "moderation" would "disable" that link?
>
> 

3 · 2 · 11 · 2.2K

**Annie Altman** @anniealtman108 · Aug 8
Guessing @elonmusk would have reposted this, if he had the balls to make his own decisions.

> **Annie Altman** @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...
>
> 
>
> 21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.
>
> 22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.
>
> 23. The trust lists shares of Hydrazine as an asset, however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.
>
> 24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.
>
> 25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.
>
> 26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/H36vp.
>
> COUNT I: BREACH OF FIDUCIARY DUTY
> (Failure to inform and provide documents to Annie)
>
> 27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.
>
> 28. Annie is a beneficiary of the Trust.
>
> 29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.
>
> Page 5 of 11

2 · 6 · 16 · 3.8K

**Annie Altman** @anniealtman108 · Aug 8
Hi Peter, hi Jared. Nice puppet you got

5 · 2 · 5 · 751

Q anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

**Annie Altman**
17.7K posts

Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · Aug 8
Hi Peter, hi Jared. Nice puppet you got
2 · 5 · 751

**Annie Altman** @anniealtman108 · Aug 8
How/why is a 54 year old trillionaire almost impressively cowardly
7 · 4 · 35 · 2.6K

**Annie Altman** @anniealtman108 · Aug 8
Dare you to share my @gofundme @elonmusk ! Or did your handlers tell you that you're not allowed?

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

5 · 8 · 11 · 1.3K

**Annie Altman** @anniealtman108 · Aug 8




From youtube.com

1 · 2 · 12 · 2.5K

**Annie Altman** @anniealtman108 · Aug 8
❤️ #rememberjerryaltman

**Annie Altman** @anniealtman108 · Aug 8




2 · 3 · 15 · 2.5K

**Annie Altman** @anniealtman108 · Aug 8

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

1 · 3 · 5 · 617

**Annie Altman** @anniealtman108 · Aug 8

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloha** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350



Jerry Altman, live... Annie Altman needs your ...

1 3 5 617

**Annie Altman** @anniealtman108 · Aug 8




7 4 38 6.2K

**Annie Altman** @anniealtman108 · Aug 8

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

1 3 6 819

**Annie Altman** @anniealtman108 · Aug 8

"25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman."

#rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...



21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset, however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/H36vp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

3 7 16 3.8K

**Annie Altman** @anniealtman108 · Aug 8
🧿❤️ #rememberjerryaltman

anniealtman108

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloհi 🐉 @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Trending in United States
The Region
Music · Trending
21 savage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

3 · 7 · 16 · 3.8K

**Annie Altman** @anniealtman108 · Aug 8
🧿❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...


21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset. However, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/H36vp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

3 · 11 · 1.1K

**Annie Altman** @anniealtman108 · Aug 8
Hello @mcuban! If you're really a humanitarian I'd love to please talk! 💟

> **Mark Cuban** @mcuban · Aug 8
> yahoo.com/news/articles/...

3 · 2 · 8 · 1.3K

**Annie Altman** @anniealtman108 · Aug 8
You and @elonmusk seem like the ones with souls, but I think he's too cowardly

1 · 1 · 3 · 502

**Annie Altman** @anniealtman108 · Aug 7
Whatever youness your abuser uses against you - your kindness, your spirituality - is exactly what defeats them.

1 · 9 · 51 · 2.1K

**Annie Altman** @anniealtman108 · Aug 7
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...


21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset. However, the Trustee did not

Search anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloħi @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow


21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset; however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/H36vp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

1 1 10 1.2K

**Annie Altman** @anniealtman108 · Aug 7
🌿🧿🩸❤️‍🔥🦋🌸🌈❤️‍🔥Strike fear in the heart of an abuser today❤️‍🔥🌈🌸🦋❤️‍🔥🩸🧿🌿

1 10 34 3.5K

**Annie Altman** @anniealtman108 · Aug 7
"He who strikes the first blow admits he's lost the argument."

And you thought I wouldn't ever strike back?

1 10 1K

**Annie Altman** @anniealtman108 · Aug 7
Hello Freemasons what's up why do you exist

3 1 20 1.1K

**Annie Altman** @anniealtman108 · Aug 7
Faith eventually overpowers coercive control.

1 19 1K

**Annie Altman** @anniealtman108 · Aug 7
"Hey Sad Scared Tech Bros" (Hey There Delilah Parody) 2024 #tbt #parody #song #anniealtman #rememberjerryaltman




5 4 26 1.7K

**Annie Altman** @anniealtman108 · Aug 7
Any guesses? :)



Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi 🐉 @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

Any guesses? :)




4 · 4 · 17 · 1.7K

**Annie Altman** @anniealtman108 · Aug 7
✨I inspire manipulative bullies to believe in karma✨

#affirmations #justgirlythings

1 · 10 · 860

**Annie Altman** @anniealtman108 · Aug 7
✨I am as powerful as I am scared of being powerless✨

10 · 1K

**Annie Altman** @anniealtman108 · Aug 7
Hello, my name is Annie Altman and I exist!

> **Annie Altman** @anniealtman108 · May 8, 2024
> So how many of these do I need to collect?
>
> Hypothetically, could I turn these into some kind of card game?
>
> 

1 · 2 · 16 · 1.1K

**Annie Altman** @anniealtman108 · Aug 7
Reminder ❤️

> **Annie Altman** @anniealtman108 · Aug 12, 2025
> "I'm so powerful, I don't need batteries to play" - philosopher @Sia

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman @anniealtman108 · Aug 12, 2025
"I'm so powerful, I don't need batteries to play" - philosopher @Sia

1 · 8 · 1.1K

**Annie Altman** @anniealtman108 · Aug 7
Huh so his rivalry is fake it seems @elonmusk

> Annie Altman @anniealtman108 · Aug 6
> Do we think @elonmusk is too cowardly to repost, or do we think that he has balls? x.com/anniealtman108...

5 · 14 · 2.8K

**Annie Altman** @anniealtman108 · Aug 6
Do we think @elonmusk is too cowardly to repost, or do we think that he has balls?

> Annie Altman @anniealtman108 · Aug 6
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...



21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset; however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/1I36vp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 8 of 11

1 · 2 · 12 · 3.4K

**Annie Altman** @anniealtman108 · Aug 6
Unfollowed that coward and still




You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Trending in United States
The Region
Music · Trending
21 savage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350 ...

Annie Altman
17.7K posts

Follow




2 · 619

**Annie Altman** @anniealtman108 · Aug 6

How about a quote I took a screenshot of the day before my 2021 home invasion




> **KEEZY BABY** @1keezybaby · Aug 3
>
> Quote this with a pic of you from 2021?

2 · 1 · 8 · 2.5K

**Annie Altman** @anniealtman108 · Aug 6

❤️ #rememberjerryaltman

gofund.me/d48fde6c0

> **Annie Altman** @anniealtman108 · Aug 6
>
> "24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."
> x.com/anniealtman108...



21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset, however the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/[illegible]

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'aloḫi @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/I13wp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

1 · 7 · 1K

Annie Altman @anniealtman108 · Aug 6




From gofundme.com

1 · 1 · 2 · 228

Annie Altman @anniealtman108 · Aug 6
"24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman."

21. In the years following Decedent's death, the Trustee and Annie's siblings provided her with small amounts of financial support which were insufficient to meet her needs and insignificant considering the inheritance to which Annie was entitled.

22. Upon information and belief, the Trust was to be partially funded with shares of a company called Hydrazine.

23. The trust lists shares of Hydrazine as an asset, however, the Trustee did not pursue the value of the shares and Annie continues to be unaware of the value of this trust asset.

24. Upon information and belief, Hydrazine owns shares of OpenAI, a company founded by Sam Altman.

25. Upon information and belief, Decedent's investment in Hydrazine was made, in part, to bail Sam Altman out of prior financial troubles, due to prior failed business ventures of Sam Altman.

26. OpenAI is currently valued at $300 billion. *See* Hayden Field and Kate Rooney, *OpenAI Closes $40 Billion Funding Round, Largest Private Tech Deal on Record*, Mar. 31, 2025, https://shorturl.at/I13wp.

**COUNT I: BREACH OF FIDUCIARY DUTY**
**(Failure to inform and provide documents to Annie)**

27. Plaintiff restates paragraphs 1-26 as if more fully set forth herein.

28. Annie is a beneficiary of the Trust.

29. As Trustee of the Trust, the Trustee owes a fiduciary duty to Annie.

Page 5 of 11

Annie Altman @anniealtman108 · Oct 3, 2025
DM for the entire filing

5 · 17 · 45 · 68K

Annie Altman @anniealtman108 · Aug 6

anniealtman108

## You might like

Forgotten Door
@ForgottenDoor
Follow

Norma Iris Roman
@antonio1787
Follow

ʻalohi
@babylohi
Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

5 · 17 · 45 · 68K

**Annie Altman** @anniealtman108 · Aug 6

gofundme.com
Donate to Help Annie Get Legal Support To D...
Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

3 · 7 · 17 · 1.5K

**Annie Altman** @anniealtman108 · Aug 6
Love is a verb, faith is a verb ❤️

> **Nick Hinton** @NickHintonn · Aug 5
> When you love someone, you don't just think about them. You do things for them. Faith is the same way. We don't just think about it. We act on it.

11 · 1.1K

**Annie Altman** @anniealtman108 · Aug 5
"Faith that our actions will lead to a positive result" ❤️

2 · 17 · 1K

**Annie Altman** @anniealtman108 · Aug 5
Abusers target people they know are stronger than they themselves could ever become.

Abusers abuse from their jealousy of strength they cannot create, not with any amount nor any kind of their abusive actions.

1 · 4 · 25 · 1.2K

**Annie Altman** @anniealtman108 · Aug 5
Thank you neighbor blasting "oh baby baby it's a wild world" ❤️

10 · 1K

**Annie Altman** @anniealtman108 · Aug 4
❤️🩸 #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

13 · 1.1K

**Annie Altman** @anniealtman108 · Aug 4
Hello @XMoney how does this work, does this mean @elonmusk sends me money now




anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'aloḥi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

Your assets are safe

Deposit | Send | Request | Transfer

Earnings
Lifetime $0
This month $0

Activity
X +$15

2 | 12 | 1.3K

**Annie Altman** @anniealtman108 · Aug 4
🩸❤️🦋🧿😻



2 | 14 | 1.3K

**Annie Altman** @anniealtman108 · Aug 2
"Weave your actions well into the fabric of your soul
Find your way back home
The map made of the heart
Weave me through the dark"
@trevorhallmusic

7 | 1K

**Annie Altman** @anniealtman108 · Jul 31
❤️❤️❤️❤️❤️❤️❤️❤️






**Annie Altman** @anniealtman108 · Dec 10, 2025

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloha 🐉** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow



Annie Altman @anniealtman108 · Dec 10, 2025
No need to hex when I can pray to my Dad and Grandma to treat you how they see fit.

3 · 31 · 2.2K

Annie Altman @anniealtman108 · Jul 31




Annie Altman @anniealtman108 · Jul 31
Grandma says you deserved it, and you know it was sent from her ✨

3 · 25 · 2K

Annie Altman @anniealtman108 · Jul 31
Grandma says you deserved it, and you know it was sent from her ✨

1 · 12 · 2.8K

Annie Altman @anniealtman108 · Jul 31
"Be careful with me, it's not a threat it's a warning" ❤️

18 · 1K

Annie Altman @anniealtman108 · Jul 31
"Do you know what you're doing? Whose feelings that you're hurting and bruising?"

2 · 19 · 1K

Annie Altman @anniealtman108 · Jul 31
"I know you're all fighting because you're scared and confused. I'm confused too.

The only thing I do know is that we have to be kind. Please, be kind. Especially when we don't know what's going on."

17 · 1K

Annie Altman @anniealtman108 · Jul 31
Used to be scared to sing because some people could hear the pain in my voice. And now it's something I love about my voice, because it's only part of what makes her mine.

1 · 37 · 1.1K

anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloh̲i @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Annie Altman
17.7K posts
Follow

**Annie Altman** @anniealtman108 · Jul 30
Used to be scared to sing because some people could hear the pain in my voice. And now it's something I love about my voice, because it's only part of what makes her mine.

1 | | 37 | 1.1K

**Annie Altman** @anniealtman108 · Jul 30
Thank you to those safe enough to see my most human side (crying and dissociating about everything I've somehow survived) ❤️

2 | | 24 | 1.1K

**Annie Altman** @anniealtman108 · Jul 30
Hi all, thank you for your patience with @fundicoapp 😎

(The previous developer dropped out and ran away with the code, how fun. Hi, if you see this!)

Back on track, stay tuned 😎 #fundico #fundsdistributioncompany

1 | | 5 | 808

**Annie Altman** @anniealtman108 · Jul 30
Any guesses what about




5 | 1 | 16 | 1.4K

**Annie Altman** @anniealtman108 · Jul 30
@netflix

| | 1 | 278

**Annie Altman** @anniealtman108 · Jul 29
Wild that @elonmusk is either so controlled or so ball-less that he still hasn't retweeted this

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

1 | 1 | 7 | 1.2K

**Annie Altman** @anniealtman108 · Jul 29
❤️❤️❤️❤️❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived

Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloḥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts

Follow

X

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Munger Tolles a...
@MTO350

**Annie Altman** @anniealtman108 · Jul 29
❤️❤️❤️❤️❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

1 · 1 · 10 · 892

**Annie Altman** @anniealtman108 · Jul 29
@ psychopaths

> **Annie Altman** @anniealtman108 · Jul 28
> Replying to @karenmitchell__
> Do you think this is connected with their lack of ability to experience love?

3 · 1.2K

**Annie Altman** @anniealtman108 · Jul 29
Jealousy is a disease

> **unusual_whales** @unusual_whales · Jul 28
> AI companies are quietly obtaining rare books, ingesting their contents, and then destroying them, even if they're exceedingly rare, per FORTUNE
>
> **Readers added context**
>
> The article cited is from Futurism, not Fortune.
> futurism.com/artificial-int...
>
> Do you find this helpful? **Rate it**

1 · 12 · 1.2K

**Annie Altman** @anniealtman108 · Jul 29

***Fahrenheit 451*** is a 1953 dystopian novel by American writer Ray Bradbury.[4] It presents a future American society where books have been outlawed and "firemen" burn any that are found.[5] The novel follows the viewpoint of Guy Montag, a fireman who becomes disillusioned with his role of censoring literature and destroying knowledge, eventually quitting his job and committing himself to the preservation of literary and cultural writings.

***Fahrenheit 451***




First edition cover (clothbound)

> **Nick Hinton** @NickHintonn · Jul 28
>
> 
>
> So, AI is being used for book burnings now??

Q anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'aloh̶i** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

annie altman108

X
- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post



So, AI is being used for book burnings now??

4 · 14 · 1.6K

**Annie Altman** @anniealtman108 · Jul 28
Again I do not support any crypto coins!

Do have: a @buymeacoffee, a @phantom wallet for donations, a @gofundme for legal support, an @Etsy shop, a @YouTube channel, a podcast, a poetry book, a @Medium blog, and two covers on @Spotify if you're able to please support ❤️

> **aNate** @NATE9169 · Jul 28
> Replying to @anniealtman108 and @ElonMuskPD
> Annie Altman my heart, do you need a coin made for you my queen?

19 · 11 · 38 · 8.6K

**Annie Altman** @anniealtman108 · Jul 28




From buymeacoffee.com

1 · 3 · 604

**Annie Altman** @anniealtman108 · Jul 28
Still don't know who did this, still eternally grateful for helping my surgery recovery ❤️

> **Annie Altman** @anniealtman108 · May 25
> Thank you more than words for the surprise support on my @buymeacoffee page, two years after I made it!!
>
> Incredibly helpful to have those funds to prepare for ankle surgery, and manage post-op. Thank you thank you thank ...

7 · 1.5K

**Annie Altman** @anniealtman108 · Jul 28
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

5 · 1.2K

**Annie Altman** @anniealtman108 · Jul 28
✨❤️✨❤️ may all abusers overdose on their ketamine today ❤️✨❤️✨

> **Natism** @Natism · Jul 27
> Speak like you're casting a spell 🪄✨

Munger Tolles a... @MTO350

### You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloḥi** @babylohi — Follow

Show more

### What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350 ...

**Annie Altman** 17.7K posts Follow

✨❤️✨❤️ may all abusers overdose on their ketamine today ❤️✨❤️✨

> **Natism** @Natism · Jul 27
> Speak like you're casting a spell 🪄✨

1 · 18 · 132 · 3.8K

**Annie Altman** @anniealtman108 · Jul 28
May @elonmusk pull his head out of his ass ✨

> **Natism** @Natism · Jul 27
> Speak like you're casting a spell 🪄✨

8 · 1K

**Annie Altman** @anniealtman108 · Jul 28
May those who did stimulants with a known abuser be haunted by my Grandma ❤️

May those who block their baby daddy from helping me have another "technical difficulty" performance ✨

> **Natism** @Natism · Jul 27
> Speak like you're casting a spell 🪄✨

2 · 12 · 1.7K

**Annie Altman** @anniealtman108 · Jul 28
What's it like to be controlled by your business investments? x.com/adriandittmann...

> This post is unavailable.

11 · 1.3K

**Annie Altman** @anniealtman108 · Jul 28
Do I need to come out of sex work retirement to pay my legal fees?

(Or are there any pro bono or contingency lawyers with a soul and a spine?)

| | |
|---|---|
| Yes | 46.7% |
| **No** | **53.3%** |

92 votes · Final results

5 · 18 · 61 · 23K

**Annie Altman** @anniealtman108 · Jul 28




From gofundme.com

18 · 45 · 2.6K

**Annie Altman** @anniealtman108 · Jul 28
Almighty, if you're reading this tweet right now, please help me get the support needed to actually rest.

2 · 24 · 1.1K

anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor Follow
- **Norma Iris Roman** @antonio1787 Follow
- **'aloħi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Jul 28
Almighty, if you're reading this tweet right now, please help me get the support needed to actually rest.
2 · 24 · 1.1K

Annie Altman @anniealtman108 · Jul 27
❤️ #justiceforsuchir
❤️ #rememberjerryaltman

> Poornima Rao @RaoPoornima · Jul 27
> Please support Annie Altman . I spoke to her and believe her. I see truth in her eyes and voice. x.com/anniealtman108...

1 · 6 · 1.1K

Annie Altman @anniealtman108 · Jul 27

> Annie Altman @anniealtman108 X.com
>
> Musk Food and Farming Foundation: community gardens and food banks and individuals can apply for funding for FOOD AND FARMING!
>
> @elonmusk you in? Gonna keep trolling you for good if you're gonna keep being # 1 in the Dollars Video Game :)
>
> 12:52 PM · 6/6/26 · **4.3K** Views

> tom henry @tucsontwitchy · Jul 27
> Replying to @anniealtman108 and @elonmusk
> Multiple trillions have already been spent on world hunger.
>
> It wasn't stopped.
> ...

1 · 2 · 12 · 2.4K

Annie Altman @anniealtman108 · Jul 26
Be careful underestimating the loving persistence someone can hold for their deceased.

❤️ #rememberjerryaltman

> Alex Coal @AlexxxCoal · Jul 26
> Satoru paid rent on an empty home for 26 years waiting for police to solve the murder of his wife, Namiko.
>
> He kept the crime scene perfectly preserved for authorities for more than a quarter of a century....

1 · 8 · 1K

Annie Altman @anniealtman108 · Jul 26
"Cause my TV set just keeps it all from being clear"

(On purpose, my friend)
1 · 1 · 756

Annie Altman @anniealtman108 · Jul 26
The best PR for @elonmusk would be to feed everyone!!!!!

Munger Tolles a... @MTO350

anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

1 | 1 | 756

**Annie Altman** @anniealtman108 · Jul 26
The best PR for @elonmusk would be to feed everyone!!!!!

> **tempus fugit** @rustybonesaw · Jul 26
> Replying to @anniealtman108 and @elonmusk
> Yeah but he's really cool okay, he's got like a lot of followers, and you have less followers so you're not as cool, for a man with seemingly unlimited money you'd think he'd hire a better PR firm or someone to help him talk like an actual person who ...

1 | 16 | 1.2K

**Annie Altman** @anniealtman108 · Jul 26
🚀 @elonmusk use your # 1 Money Video Game High Score for tangible good, instead of whining about being disliked from one of your infinite alt accounts challenge :)

> **Annie Altman** @anniealtman108 · Dec 6, 2025
> Musk Food Banks
> Musk Environmental Research
> Musk Biomedical Engineering
> Musk Libraries
> Musk Agricultural Preservation ...

1 | 2 | 10 | 880

**Annie Altman** @anniealtman108 · Jul 26
You being cool and liked is right there dude

1 | 8 | 387

**Annie Altman** @anniealtman108 · Jul 26
Maybe because they believe he could do better.

@elonmusk claims to care about humanity and could end world hunger overnight, yet there are still humans without basic access to food.

> **Kekius Maximus** @Kekius_Sage · Jul 26
> Elon Musk built rockets, created 150,000 jobs, helped the paralyzed, electrified the auto industry, kept Ukraine online and many more. How can anyone hate him?

24 | 2 | 25 | 2.1K

**Annie Altman** @anniealtman108 · Jul 26

> **Annie Altman** @anniealtman108 · Dec 6, 2025
> Musk Food Banks
> Musk Environmental Research
> Musk Biomedical Engineering
> Musk Libraries
> Musk Agricultural Preservation ...

1 | 371

**Annie Altman** @anniealtman108 · Jul 26
Hey, Grandma says "fuck you" ❤️

1 | 4 | 561

**Annie Altman** @anniealtman108 · Jul 26
The tortoise wins the race :)

1 | 7 | 467

**Annie Altman** @anniealtman108 · Jul 26
Nobody bullies people like pieces of shit people. Get a hobby, bullies!!

15 | 632

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Trending in United States
The Region
Music · Trending
21 savage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · Jul 26
Nobody bullies people like pieces of shit people. Get a hobby, bullies!!
15 · 632

**Annie Altman** @anniealtman108 · Jul 26
Rest peacefully, Ross mirror




> **Annie Altman** @anniealtman108 · Jul 26
> Thank you to whoever attempted to curse me and broke my big mirror from ✨Ross Dress For Less✨

3 · 42 · 2.8K

**Annie Altman** @anniealtman108 · Jul 26
Thank you to whoever attempted to curse me and broke my big mirror from ✨Ross Dress For Less✨
2 · 1 · 6 · 3.6K

**Annie Altman** @anniealtman108 · Jul 25
Phil Collins didn't have to give us the Tarzan soundtrack.
2 · 15 · 1K

**Annie Altman** @anniealtman108 · Jul 25
@PhilCollinsFeed
1 · 1 · 249

**Annie Altman** @anniealtman108 · Jul 24
Hey dipshits, #getfucked 🌈

Two months out from orthopedic surgery that some meanies called a "health concern"!



### You might like

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'alohi @babylohi — Follow
Show more

### What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108



9 · 3.9K

**Annie Altman** @anniealtman108 · Jul 24




9 · 113 · 2.9K · 102K

**Annie Altman** @anniealtman108 · Jul 24

"When I choose to see the good side of things, I'm not being naive. It is strategic and necessary. It's how I've learned to survive through everything.
I know you see yourself as a fighter. Well, I see myself as one, too. This is how I fight."

1 · 2 · 14 · 2K

**Annie Altman** @anniealtman108 · Jul 23
🥳 #allhumansarehuman



Hello, how's it going?

Hope all is well.

I have some cool information that might interest you.

Your podcast *All Humans Are Human* has good performance in Apple Podcasts rankings (last 30 days):

- Position 52 in the category Philosophy (United Arab Emirates)
- Position 245 in the category Philosophy (United States)

This data is provided by podstatus.com.

Happy Podcasting!

Carlos,
from Podstatus.

1 · 1 · 7 · 2.2K

**Annie Altman** @anniealtman108 · Jul 23
Same same but different, they say 🌸 #allhumansarehuman



X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloh i** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Annie Altman
17.7K posts
Follow



37 · 1.7K

**Annie Altman** @anniealtman108 · Jul 23
Not huge into electronic music except for @bassnectar's Nina Simone's Feeling Good because holy shit balls

1 · 5 · 1.5K

**Annie Altman** @anniealtman108 · Jul 23
Again, men who simp are the only actually straight men.

5 · 7 · 44 · 5.7K

**Annie Altman** @anniealtman108 · Jul 19
In a surprise to no human, humans want to be humans!

> **S★** @xxyllinn · Jul 19
> I don't want to "download the app" to pay for parking. I don't want to "create an account" to see a menu. I don't want to "provide feedback" on a 30-second interaction. I just want to exist in the physical world without a digital leash.

11 · 92 · 3.9K

**Annie Altman** @anniealtman108 · Jul 19
Can you imagine the karma of calling major orthopedic surgery a "health concern"

> **Annie Altman** @anniealtman108 · May 21
> Made it through surgery, home to the orange nurses I get to be the human for 😭❤️



0:13

1 · 20 · 2.1K

**Annie Altman** @anniealtman108 · Jul 19
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18

Munger Tolles a...
@MTO350

anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Jul 19
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

1 · 11 · 1.1K

**Annie Altman** @anniealtman108 · Jul 19
❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Sep 25, 2023
> Thank you @nymag for acknowledging my existence and experiences.
>
> Thank you for publishing "Jerry Altman," and facts about his health and overworking in the last years of his life....
>
> some of their father's ashes. "Picturing him sending a diamond of my dad's ashes to the mailbox where it's one of those rural places where there are all these open boxes for all these farms ... It was so heavy and sad and angering, but it was also so hilarious and so ridiculous. So disconnected-feeling. Just the lack of fucks given." Their father never asked to be a diamond. Annie's mental health was fragile. She worried about money for groceries. It was hard to interact with somebody for whom money meant everything but also so little. "Like, either you aren't realizing or you are not caring about this whole situation here," she said. By "whole situation," she meant her life. "You're willing to spend $5,000—for each one—to make this thing that was your idea, not Dad's, and you're wanting to send that to me instead of sending me $300 so I can have food security. What?"

1 · 1.1K

**Annie Altman** @anniealtman108 · Jul 19
Hey have you researched about Jeff Thomas?

> **Annie Altman** @anniealtman108 · Jul 19
> Replying to @GENICON
> RIP Jeff Thomas

1 · 1 · 1 · 1.1K

**Annie Altman** @anniealtman108 · Jul 19
Actually very straightforward stuff.

> **Annie Altman** @anniealtman108 · Jul 19
> Replying to @ViraXVespa
> Capitalism in food, water, and shelter. Also education and rehabilitation. When business took over basic human needs, too far. Capitalism in shampoo seems to work fine

8 · 1.3K

**Annie Altman** @anniealtman108 · Jul 18
Well of course I'm still going for the giggle in my prayers

4 · 966

Munger Tolles a...
@MTO350

**You might like**

- Forgotten Door @ForgottenDoor — Follow
- Norma Iris Roman @antonio1787 — Follow
- 'alohi @babylohi — Follow

Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

1.3K

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

**Annie Altman** @anniealtman108 · Jul 18
Well of course I'm still going for the giggle in my prayers
4 · 966

**Annie Altman** @anniealtman108 · Jul 18
And I hope it won't be a long long time
Til Elon opens his fucking eyes
Maybe he doesn't really have tism
Oh no no
A true train autist would have used trains to distribute food to everyone
3 · 3 · 24 · 1.6K

**Annie Altman** @anniealtman108 · Jul 17
Dude you personally could make that future today

> **Elon Musk** @elonmusk · Jul 17
> Replying to @tunguz
> There won't be dollars or scarcity of goods & services for individual consumption in the future

3 · 1 · 12 · 3.5K

**Annie Altman** @anniealtman108 · Jul 17
Orthopedic surgery recovery is a wild, winding process



> **Annie Altman** @anniealtman108 · Jul 16
> 
> She's vertical again occasionally! She has a shoe insert from Long's in her correct-boot-height slipper! x.com/anniealtman108...

1 · 15 · 1.9K

**Annie Altman** @anniealtman108 · Jul 17
nm just an hour of nonverbal time to process some sadness about people choosing to work for a known abuser hbu
1 · 20 · 801

**Annie Altman** @anniealtman108 · Jul 17
Reminder that the end game of psychopathic abuse is to get their target to off themselves.

> **Dr Karen Mitchell PhD** @karenmitchell... · Jul 9

anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloĥi @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Q anniealtman108

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Jul 17
Reminder that the end game of psychopathic abuse is to get their target to off themselves.

> Dr Karen Mitchell PhD @karenmitchell__ · Jul 9
> Some people say narcissists behave like toddlers. They throw tantrums.
> Dark personalities are dangerous, exploitative & sadistic. When they don't get what they want or lose control at worst they can kill somebody. The toddler metaphor is misleading at best, ...

1 · 3 · 28 · 1.8K

Annie Altman @anniealtman108 · Jul 17
Who is more lame?

| | |
|---|---|
| Bullies | 59.3% |
| Employees of bullies | 40.7% |

27 votes · Final results

2 · 4 · 804

Annie Altman @anniealtman108 · Jul 17
"He's a psychopath but he signs my checks"

..... and you wonder why you don't sleep well?

5 · 3 · 48 · 1.5K

Annie Altman @anniealtman108 · Jul 17
Wonder what it's like to work for someone who is a known abuser, sad

1 · 1 · 15 · 907

Annie Altman @anniealtman108 · Jul 17
Grandma says she's just getting started on haunting your dreams ❤️

12 · 785

Annie Altman @anniealtman108 · Jul 17
New bionic ankle minus the scar tissue, what a time to be alive! If you feel guilty for contributing to my homelessness that created more scar tissue, feel guiltier!

1 · 13 · 821

Annie Altman @anniealtman108 · Jul 17
"Matching energy" is letting them harvest your energy, babe

1 · 10 · 859

Annie Altman @anniealtman108 · Jul 16
OR they had a psychopath investing in their business, and chose to appease said psychopath rather than accept what they knew as truth.

> Ryan Daigler - Exposing Narcissist... @Ryan_... · Jul 15
> Stay away from the people who trusted your abuser's narrative about you without even bothering to ask you directly. They weren't looking for the truth.

2 · 6 · 1.1K

Annie Altman @anniealtman108 · Jul 16
Thank you to those who doubted and betrayed me. My Dad is watching you.

#rememberjerryaltman ❤️

> Annie Altman @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived

Munger Tolles a... @MTO350

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'aloḫi @babylohi Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

watching you.

#rememberjerryaltman ❤️

> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

2 · 8 · 1.1K

**Annie Altman** @anniealtman108 · Jul 16
She's vertical again occasionally! She has a shoe insert from Long's in her correct-boot-height slipper!



> **Annie Altman** @anniealtman108 · May 21
> 
> 0:13
> Made it through surgery, home to the orange nurses I get to be the human for 😭❤️

5 · 1 · 36 · 3.9K

**Annie Altman** @anniealtman108 · Jul 16
Bummer @Kekius_Sage

Wonder what changed




1 · 1 · 10 · 4.3K

**Annie Altman** @anniealtman108 · Jul 16
My PT used a cupping device over my ankle scars and the feeling was so strange and painful and helpful and weird beyond words wtf was that

Munger Tolles a...
@MTO350

**You might like**

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'alohi @babylohi — Follow

Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Annie Altman @anniealtman108 · Jul 16
My PT used a cupping device over my ankle scars and the feeling was so strange and painful and helpful and weird beyond words wtf was that
3 | 25 | 2K

Annie Altman @anniealtman108 · Jul 16
War has gotta be the most lame hobby. If only Adolf had painted x.com/AGoldmund/stat...
This post is unavailable.
2 | 16 | 1.6K

Annie Altman @anniealtman108 · Jul 15
Hey has @Spotify hired back enough real humans that I can justify giving them money again yet
6 | 28 | 3.4K

Annie Altman @anniealtman108 · Jul 14
Spite will help you survive the craziest shit :)
6 | 3 | 39 | 1.4K

Annie Altman @anniealtman108 · Jul 14
No. Gossip is feminized and demonized because open conversations about people's actions towards others help create safer communities.

> Natasha Carter @NatashaCL7 · Jul 14
> Do you ever feel like we were better off not knowing how many horrible people existed in the world?

13 | 703 | 3.5K | 60K

Annie Altman @anniealtman108 · Jul 13
How it feels when people tell you that you've been right all along

> ☆ Luxe ☆ @luxeprogressive · Jul 13
> This is going to be a very important reaction image
> x.com/NYCMayor/statu...



3 | 23 | 1.2K

Annie Altman @anniealtman108 · Jul 13
Hello @X @Safety @Support @premium any insights please on this scam?

Munger Tolles a... @MTO350

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Trending in United States
The Region
Music · Trending
21 savage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350 ...

Annie Altman
17.7K posts
Follow

scam?




**LanDor** @LanDor999 · Jul 13
Replying to @anniealtman108
Appears that the harassment campaign is beginning again.

1 · 6 · 13 · 2.1K

**Annie Altman** @anniealtman108 · Jul 12
Huh




7 · 4 · 46 · 1.9K

**Annie Altman** @anniealtman108 · Jul 12
"I have the right to remain silent, but not the ability." - @SenJohnKennedy

1 · 22 · 1.5K

**Annie Altman** @anniealtman108 · Jul 13
Hello @SenJohnKennedy how do I get to please podcast with you?

2 · 459

**Annie Altman** @anniealtman108 · Jul 11
This year, after painful scar tissue built up over years of homelessness and undiagnosed Elhers-Danlos and more, I finally had major ankle surgery.

> **Annie Altman** @anniealtman108 · Mar 27, 2023
> One time, after withholding money our dead Dad left in my name, he offered to send me a diamond made with Dad's ashes (not Dad's plan) to a farm on Big Island I had moved back to because of tendinopathy and PCOS and money from a millionaire "brother" being withheld x.com/PLAYFUL_FUTBOL...

2 · 25 · 2.6K

**Annie Altman** @anniealtman108 · Jul 11

@anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloḥi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman**
17.7K posts
Follow

because of tendinopathy and PCOS and money from a millionaire "brother" being withheld x.com/PLAYFUL_FUTBOL...

2 · 25 · 2.6K

**Annie Altman** @anniealtman108 · Jul 11
So do I release my recordings of reporters apologizing for misjudging me, and sharing that he said I have borderline personality disorder and more on his company property

5 · 1 · 68 · 2.1K

**Annie Altman** @anniealtman108 · Jul 11
No bpd diagnosis ever. Yes ptsd

18 · 525

**Annie Altman** @anniealtman108 · Jul 11
Often I wonder if my Dad's life could have been extended even a little, or simply made more comfortable, if he had been retired.

Instead him and his known heart conditions died, while working more than full time hours and paying rent, at age 67.

#rememberjerryaltman ❤️

3 · 4 · 53 · 2.8K

**Annie Altman** @anniealtman108 · Jul 11
How could someone live with themselves knowing they could have helped their own Dad they claimed to love, and didn't despite all my asking

1 · 7 · 487

**Annie Altman** @anniealtman108 · Jul 10




**Alex Coal** @AlexxxCoal · Jul 10
I was today years old when I realized what The Cranberries song Zombie is actually about.

Inside Irish Music made a great video about it three days ago on @YouTube, give it a watch. ...

2 · 5 · 2K

**Annie Altman** @anniealtman108 · Jul 10
open.spotify.com
Zombie - Single by Annie Altman | Spotify

anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Jul 10

open.spotify.com
Zombie - Single by Annie Altman | Spotify
Annie Altman · single · 2021 · 1 songs

3 · 452

**Annie Altman** @anniealtman108 · Jul 10
Looking for a good bad movie, please recommend? :)

25 · 1 · 10 · 2.7K

**Annie Altman** @anniealtman108 · Jul 10
I love my life and I don't hang out on balconies.

> **Annie Altman** @anniealtman108 · Jul 10
> Replying to @RT_com
> Peter Thiel

1 · 8 · 149 · 3.3K

**Annie Altman** @anniealtman108 · Jul 10
Peer-pressuring (with permission) my fabulous physical therapist to educate other PTs about autism accommodations for Elhers-Danlos patients (apparently we all have the tism)

6 · 763

**Annie Altman** @anniealtman108 · Jul 10
"How did you even survive?!"

My Dad's love and support, sheer dumb luck, and spite.

1 · 26 · 1K

**Annie Altman** @anniealtman108 · Jul 10
Met Connor once when I lived in LA, he seemed really kind and really smart and really sad. He was curious to learn. He was calm off camera and said he put on a show for views. Rest peacefully 🌷❤️

> **Dexerto** @Dexerto · Jul 8
> Fitness YouTuber Connor Murphy has died after drowning in Thailand
>
> 

4 · 3 · 102 · 11K

**Annie Altman** @anniealtman108 · Jul 10
Rest in Peace, Jeff Thomas ❤️ #jeffthomas

> **Clavicular** @Clavicular0 · Jul 10
> Live on Kick !
> With special guest...
>
> 

**Munger Tolles a...**
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow

with special guest...




3 3 2.2K

**Annie Altman** @anniealtman108 · Jul 10
C'mon humans, let's make cool stuff again pleaseeeee

**LeoDaVinciWave** @LeoDaVinciWave · Jul 9
Vintage Sewing Rocker from the 1930s.



1 6 55 1.4K

**Annie Altman** @anniealtman108 · Jul 9
🥰🥰🥰🥰🥰🥰🥰🥰

syrena
The Peter can you feel one singular human feeling Peter can you feel one singular human feeling PETER part ALWAYS gets stuck in my head randomly. i always burst out into singing that part when I'm in the shower or cleaning my house. You literally wrote a bop. So catchy.
6-26 Reply 2

anniealtman108

**You might like**

Forgotten Door
@ForgottenDoor
Follow

Norma Iris Roman
@antonio1787
Follow

ʻalohi 🐉
@babylohi
Follow

Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Annie Altman
17.7K posts

Follow

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

head randomly. i always burst out into singing that part when I'm in the shower or cleaning my house. You literally wrote a bop. So catchy.

6-26 Reply 2

**Annie Altman** @anniealtman108 · Jun 29, 2025




Peter is Watching You (Every Breath You Take parody)

1 5 1.4K

**Annie Altman** @anniealtman108 · Jul 7

There are no angry men allowed in my home. Go run or dig a hole or something

2 8 68 2.3K

**Annie Altman** @anniealtman108 · Jul 6

Me to Peter Thiel (did he like his song parody)




1 6 1K

**Annie Altman** @anniealtman108 · Jul 6

youtu.be/Q8XNbBbly3w?is...

3 931

**Annie Altman** @anniealtman108 · Jul 6

July's monthly retweet hello

**Annie Altman** @anniealtman108 · May 16, 2025

For the record, I am of sound mind, and happy and grateful to be alive.

I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

2 4 32 2.1K

**Annie Altman** @anniealtman108 · Jul 5

Shirts available on @Etsy , link in replies below




Munger Tolles a...
@MTO350

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Annie Altman
17.7K posts
Follow




Annie Altman @anniealtman108 · Jul 5
Reminders:
❤️ nobody knows what we're doing
❤️ bullies are so lame
❤️ bullies need better hobbies
❤️ humanity matters...

1 · 4 · 10 · 1.7K

Annie Altman @anniealtman108 · Jul 5




From etsy.com

5 · 391

Annie Altman @anniealtman108 · Jul 5
Reminders:
❤️ nobody knows what we're doing
❤️ bullies are so lame
❤️ bullies need better hobbies
❤️ humanity matters
❤️ all humans are human

2 · 9 · 51 · 3.1K

Annie Altman @anniealtman108 · Jul 5
Shirts available on @Etsy ! Link in replies below




•Souls• @OSoulsie · Jul 5

Munger Tolles a...
@MTO350

anniealtman108

## You might like

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'alohi @babylohi — Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

anniealtman108




•Souls• @OSoulsie · Jul 5
the mass surveillance system is huge

1 · 1 · 5 · 1.8K

Annie Altman @anniealtman108 · Jul 5




From etsy.com

2 · 441

Annie Altman @anniealtman108 · Jul 5
Yes and so lame, bullies need better hobbies

•Souls• @OSoulsie · Jul 5
the mass surveillance system is huge

1 · 55 · 1.6K

Annie Altman @anniealtman108 · Jul 5
Happy buckwheat sourdough Sunday ✨

(blessed be halleighlujah to find this way to still enjoy bread with my extra sensitive Elhers-Danlos fascia)



1 · 24 · 1.2K

Annie Altman @anniealtman108 · Jul 5
Happy day after loud noises at randomized times day

1 · 14 · 891

Annie Altman @anniealtman108 · Jun 30
Dang am I shadow banned here again @elonmusk

3 · 15 · 1.2K

Annie Altman @anniealtman108 · Jun 30
Send ideas for seated surgery recovery things please! #handmade #humanmade



Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloḥi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts

Follow

#humanmade



3 | 19 | 1.4K

**Annie Altman** @anniealtman108 · Jun 26
Yes I also have a song parody about Pete on my YouTube




2 | 2 | 20 | 1.1K

**Annie Altman** @anniealtman108 · Jun 26




From youtube.com

3 | 765

**Annie Altman** @anniealtman108 · Jun 26
So humanity has still yet to evolve past being The Butter Battle Book 😭

2 | 8 | 859

**Annie Altman** @anniealtman108 · Jun 24
Double dog dare you, it's fun ❤️‍🔥



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**ʻalohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Q anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Jun 24
Double dog dare you, it's fun ❤️



> **Annie Altman** @anniealtman108 · Jun 24
> 
> Hey human, have you made something with your hands lately? 🫀❤️ x.com/anniealtman108...

3 · 20 · 1.6K

**Annie Altman** @anniealtman108 · Jun 24
Is it time yet to talk about the womb envy behind "this new tech is inevitable"

2 · 4 · 17 · 1.4K

**Annie Altman** @anniealtman108 · Jun 24
Tech bros realizing humans are more powerful than tech could ever be (because humans created tech you goobers): x.com/adriandittmann...

> This post is unavailable.

1 · 3 · 17 · 1.5K

**Annie Altman** @anniealtman108 · Jun 24
Keep going!!!! Heart's electromagnetic field and mirror neurons next!!!!

1 · 9 · 694

**Annie Altman** @anniealtman108 · Jun 24
RIP Suchir ❤️ #suchirbalaji

> **Annie Altman** @anniealtman108 · Jun 14
> Replying to @anniealtman108
> I'm heartbroken for those who have also experienced home invasions, especially those that did not survive. Thank you to those who truly care.

1 · 4 · 26 · 2.3K

**Annie Altman** @anniealtman108 · Jun 24
We're watching you too 😸🧿



**You might like**

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**Munger Tolles a...** @MTO350

Annie Altman
17.7K posts

Follow

Q anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post



6 · 29 · 1.2K

**Annie Altman** @anniealtman108 · Jun 24
Thank you to every man who has ever defended and supported a woman.

You are who moves the needle for positive change in this current system.

4 · 2 · 45 · 1.2K

**Annie Altman** @anniealtman108 · Jun 24
Amen, and this is why we often love the construction/mechanic men who also make things with their hands ❤️

> **priscilla** @seashell_luvr · Jun 22
> Be careful around men who are very drawn to artsy colorful women, but seem to carry little sacral/creative energy of their own.

1 · 11 · 1.4K

**Annie Altman** @anniealtman108 · Jun 24
Hey human, have you made something with your hands lately? ❤️



> **Annie Altman** @anniealtman108 · Jun 20
> 
> x.com/anniealtman108...

6 · 1 · 29 · 3.2K

**Annie Altman** @anniealtman108 · Jun 23
Why yes I did get to sit outside with cute dogs today for the first time since ankle surgery 🥰🥳

2 · 11 · 847

**Munger Tolles a...** @MTO350

**You might like**

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Annie Altman
17.7K posts

Follow

**Annie Altman** @anniealtman108 · Jun 23
Why yes I did get to sit outside with cute dogs today for the first time since ankle surgery 🥰🥰

2 · 11 · 847

**Annie Altman** @anniealtman108 · Jun 21
Happy Father's Day, I love you most, thank you for still protecting me is an understatement ❤️❤️❤️❤️ #rememberjerryaltman #daddysgirl

"Good thing one of us was paying attention" - Dad, probably



1 · 3 · 58 · 1.8K

**Annie Altman** @anniealtman108 · Jun 21
Sent to a friend and she's also doing a (3D printing!!) bead craft, so we're bead craft synched ❤️ (this reading may be a sign for you to go do some kind of bead crafting too)

> **Annie Altman** @anniealtman108 · Jun 20
> x.com/anniealtman108...
>
> 

1 · 1 · 22 · 1.1K

**Annie Altman** @anniealtman108 · Jun 21
Wait I literally did this at circus camp

> **1eozim** @1eozinho01 · Jun 15
> Translated from Portuguese
> Him being a neurodivergent dog x.com/abymaelx/statu...

4 · 818

Munger Tolles a...
@MTO350

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts

Follow

Translated from Portuguese

Him being a neurodivergent dog x.com/abymaelx/statu...

4 · 818

**Annie Altman** @anniealtman108 · Jun 21

Will someone please tell me good job for feeding myself three times yesterday (life is so easy and so hard yay)

16 · 1 · 75 · 1.9K

**Annie Altman** @anniealtman108 · Jun 21

Born on my Dad's exact deathiversary, because he knew that otherwise I'd debate whether they were really sent from him ❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · May 21
>
> Made it through surgery, home to the orange nurses I get to be the human for 😭❤️




3 · 2 · 45 · 1.3K

**Annie Altman** @anniealtman108 · Jun 20

If he was actually a Nazi then he wouldn't let people call him that on this here social media platform he owns.

Don't know the guy and nobody is perfect, still this is common sense.

Love,
A Jew

7 · 2 · 16 · 1.3K

**Annie Altman** @anniealtman108 · Jun 20

p.s. please don't leave your children alone around an abuser you're "friends" with only to piss off your baby daddy

> **Annie Altman** @anniealtman108 · Oct 17, 2025
>
> One time this lady attempted to hex me, and ended up giving herself a "technical difficultly" at her own concert 🥳 wonder if she knows I know 🧿

22 · 1.3K

**Annie Altman** @anniealtman108 · Jun 20



@anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow



**Annie Altman** @anniealtman108 · Jun 20
You: telling people not to help me because you're scared for you

Me: learning to hand bead the neckline of a favorite shirt I accidentally stained

1 · 1 · 43 · 4.3K

**Annie Altman** @anniealtman108 · Jun 20



**Annie Altman** @anniealtman108 · Jun 20



x.com/anniealtman108...

13 · 1.3K

**Annie Altman** @anniealtman108 · Jun 20
My guardian angel surgery recovery nurses, so lucky 😍😍❤️❤️



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**ʻalohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
Follow
@anniealtman108




2 · 3 · 77 · 1.9K

**Annie Altman** @anniealtman108 · Jun 20




14 · 1K

**Annie Altman** @anniealtman108 · Jun 20



> **Annie Altman** @anniealtman108 · Jun 20
> You: telling people not to help me because you're scared for you
>
> Me: learning to hand bead the neckline of a favorite shirt I accidentally stained

5 · 59 · 4.1K

**Annie Altman** @anniealtman108 · Jun 20
You: telling people not to help me because you're scared for you

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

**Munger Tolles a...** @MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi 🐉** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

accidentally stained

5 · 59 · 4.1K

**Annie Altman** @anniealtman108 · Jun 20
You: telling people not to help me because you're scared for you

Me: learning to hand bead the neckline of a favorite shirt I accidentally stained

3 · 35 · 6.7K

**Annie Altman** @anniealtman108 · Jun 19
Especially when they defend the abusers, and tell others to ignore their victims. Knowing that abuser is continuing to abuse others, enabler.

> **Annie Altman** @anniealtman108 · Oct 17, 2025
> Women who hang out with men who are known abusers are so confusing, and disappointing.

2 · 2 · 20 · 885

**Annie Altman** @anniealtman108 · Jun 19
Thank you, my Dad will make sure of it ❤️ #rememberjerryaltman

> **K** @Nosysthought · Jun 19
> Replying to @anniealtman108
> Hope thing work out for you, Annie

2 · 581

**Annie Altman** @anniealtman108 · Jun 19
Those lucky enough to know him are aware that he is the one who taught me the importance of love, and equitable basic resource distribution ❤️ #rememberjerryaltman

> **Annie Altman** @anniealtman108 · Jun 18
> ❤️ #rememberjerryaltman
>
> gofund.me/f5cc93b07

2 · 16 · 1.9K

**Annie Altman** @anniealtman108 · Jun 19




1 · 5 · 26 · 813

**Annie Altman** @anniealtman108 · Jun 19
Of course I'm smarter than you. I'm also stupider than you

Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloĥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Annie Altman
17.7K posts
Follow

1 · 5 · 26 · 813

**Annie Altman** @anniealtman108 · Jun 19
Of course I'm smarter than you. I'm also stupider than you.

2 · 4 · 38 · 1.3K

**Annie Altman** @anniealtman108 · Jun 19
Deep in an emotional support muffin baking phase and pretty stoked on it

2 · · 25 · 527

**Annie Altman** @anniealtman108 · Jun 18
My Dad was my family, and his wishes will be respected. ❤️ #rememberjerryaltman

Please help me get legal support to defend my Dad's legacy.

> **Annie Altman** @anniealtman108 · Jun 18
> ❤️ #rememberjerryaltman
>
> gofund.me/f5cc93b07

3 · 7 · 35 · 3.7K

**Annie Altman** @anniealtman108 · Jun 19
@gofundme

· · 3 · 800

**Annie Altman** @anniealtman108 · Jun 18
Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead
Show more

> **Annie Altman** @anniealtman108 · Jun 18
> ❤️ #rememberjerryaltman
>
> gofund.me/f5cc93b07

28 · 71 · 335 · 39K

**Annie Altman** @anniealtman108 · Jun 18

> gofundme.com
> Donate to Help Annie Get Legal Support To D...
> Hello, my name is Annie Altman. My father, Jerry Altman, live... Annie Altman needs your ...

1 · 6 · 12 · 1.9K

**Annie Altman** @anniealtman108 · Jun 18
❤️ #rememberjerryaltman




From gofundme.com

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

anniealtman108

**You might like**

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloh @babylohi Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

Organized by
Annie Altman
$53,088 to goal
Donate now!
Donate to Help Annie Get Legal Support To Defend Jerry Altman's Wish...
From gofundme.com

2 15 48 32K

**Annie Altman** @anniealtman108 · Jun 17
Scar tissue and more out, internal support put in. Last picture shows my real feelings about anesthesia. And the reality of a decade of debilitating ankle pain before I could get this literal support. Thank you to my surgeon and nurses for patiently answering so many questions.
Show more





17 9 102 5.2K

**Annie Altman** @anniealtman108 · Jun 17
"Healing out loud because I nearly died in silence"

3 12 42 5.8K

**Annie Altman** @anniealtman108 · Jun 17
4. Older women

Reminder that all these groups are called "crazy" in some way, because they know the truth. x.com/flowerofthesea...

This Post is from an account that no longer exists. Learn more

2 22 2.4K

**Annie Altman** @anniealtman108 · Jun 17
All this technology and only in person can one share how amazing a Japanese sweet potato and leek soup (cooked in bone marrow broth) tastes and smells 😌





**Annie Altman** @anniealtman108 · Jun 16
Bone Brothed ✅

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloḫi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow



**Annie Altman** @anniealtman108 · Jun 16



Bone Brothed ✅

2 · 42 · 2.2K

**Annie Altman** @anniealtman108 · Jun 16
Did not know this!

This book is amazing, due for a re-read

**maro** @ProofofMaro · Jun 16
Did you know they called it 'artificial intelligence' to avoid using the word cybernetics?




1 · 2 · 30 · 2.5K

**Annie Altman** @anniealtman108 · Jun 16
It's not my fault I'm funnier than you

2 · 9 · 535

**Annie Altman** @anniealtman108 · Jun 16
No commotion could ever be enough for the fashion in Sex and the City

3 · 478

**Annie Altman** @anniealtman108 · Jun 16
Peter is Watching You (Every Breath You Take parody)

Also on the @YouTube



@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Annie Altman
17.7K posts

Follow

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post




**Atexela** @atexela_ · Jun 16
Replying to @anniealtman108 and @paulg
any words about this Annie ?

x.com/Jyhro0x/status...

2 · 2 · 11 · 1.7K

**Annie Altman** @anniealtman108 · Jun 16
"Don't listen to what she's saying about my actions!! She's crazy!!"

1 · 1 · 10 · 399

**Annie Altman** @anniealtman108 · Jun 16
"She's crazy"

Okay would you like to see the police records of the "crazy" things I've experienced

> **Annie Altman** @anniealtman108 · Jun 16
> So true, @paulg
>
> I've experienced: a home invasion with only personal items stolen, phone service shut off remotely, bank hacking, social media hacking, a new ID and passport and debit card stolen ...

4 · 54 · 2.5K

**Annie Altman** @anniealtman108 · Jun 16
So true, @paulg

I've experienced: a home invasion with only personal items stolen, phone service shut off remotely, bank hacking, social media hacking, a new ID and passport and debit card stolen from my mail, my PO Box defaced, and more

> **Paul Graham** @paulg · Jun 16
> One thing you don't realize till you have haters is that haters are also stalkers. They're obsessed with you, and in practice this obsessiveness is more disturbing than the nastiness of what they actually say. It's so creepy.

6 · 2 · 32 · 8.7K

**Annie Altman** @anniealtman108 · Jun 16
Would you like to see the police records to confirm @paulg

7 · 680

**Annie Altman** @anniealtman108 · Jun 16
Bone Brothed ✅



**Munger Tolles a...** @MTO350

@anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

**Annie Altman** @anniealtman108 · Jun 16
Bone Brothed ✅



1 | 1 | 9 | 2.8K

**Annie Altman** @anniealtman108 · Jun 16




2 | 15 | 1.1K

**Annie Altman** @anniealtman108 · Jun 16
Could those very tools not be used in part (directly and indirectly) to help with food distribution? @Starlink @Tesla @SpaceX x.com/youarethechaff...

This Post is from a suspended account. Learn more

2 | 1 | 7 | 670

**Annie Altman** @anniealtman108 · Jun 16
I don't actually hate @elonmusk , I question if he's actually autistic and/or a free agent because he hasn't yet ended world hunger.

Seems even business-wise a smarter move for him to feed people, because then even more people could support his many businesses. x.com/hashjenni/stat...

This post is unavailable.

9 | 3 | 17 | 1.1K

Munger Tolles a... @MTO350

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow
x.com/nashjenn/stat...

This post is unavailable.

9 3 17 1.1K

**Annie Altman** @anniealtman108 · Jun 16
Yes and a shrimp fried that rice x.com/blairewhite/st...

This post is unavailable.

1 1 11 644

**Annie Altman** @anniealtman108 · Jun 16
Cool now feed people @elonmusk please and thank you

> **Anonymous** @YourAnonOne · Jun 15
> JUST IN: Elon Musk's net worth rises to $1.3 trillion.

10 9 39 2.5K

**Annie Altman** @anniealtman108 · Jun 16

> **Annie Altman** @anniealtman108 · May 4
> Replying to @Kekius_Sage
> What if he uses money as a coping mechanism for his ptsd? No one could hurt little Elon again if he could control being the richest man in the world. 💟

4 617

**Annie Altman** @anniealtman108 · Jun 16
Thank you anesthesiologist for kindly and respectfully making fun of me, before and after surgery, about being so ptsd terrified to go under ❤️

> **Annie Altman** @anniealtman108 · May 19
> Surgery is crazy because what do you mean I'm supposed to be naked and unconscious in a room full of people

1 1 34 1.4K

**Annie Altman** @anniealtman108 · Jun 14
June's monthly retweet 🌈✨🍓❤️❤️🦋🌸🌿

> **Annie Altman** @anniealtman108 · May 16, 2025
> For the record, I am of sound mind, and happy and grateful to be alive.
>
> I am finally safely housed for long enough, after a December 2021 home break-in, to focus on my therapies for Elhers-Danlo...

2 2 26 2K

**Annie Altman** @anniealtman108 · Jun 14
Fully aware how these kinds of posts may sound, why do you think I have kept every possible police record and more. Clearly worth it for me to keep posting them, which is why you're reading this now.

4 349

**Annie Altman** @anniealtman108 · Jun 14
This time it was these pumpkin banana muffins 💟😋
#whatwouldgrandmado



Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post



Annie Altman @anniealtman108 · May 8, 2025
"Honoring your ancestors" can be as everyday as making pumpkin bread like your grandma 🧡

2 13 1.1K

Annie Altman @anniealtman108 · Jun 14
Are you happy though

Paul Graham @paulg · Jun 14
How to Earn a Billion Dollars: paulgraham.com/earn.html

1 3 7 1.8K

Annie Altman @anniealtman108 · Jun 14
Face mask Anua, case Kobalt ❤️

(Not pictured: sitting on my knee scooter)




19 949

Annie Altman @anniealtman108 · Jun 14
More art deco please ✨

milkfed @dismalswan · Jun 13

Munger Tolles a...
@MTO350

@anniealtman108

You might like

Forgotten Door
@ForgottenDoor
Follow

Norma Iris Roman
@antonio1787
Follow

'alohi 🐉
@babylohi
Follow

Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · Jun 14
More art deco please ✨

> **milkfed** @dismalswan · Jun 13
> extremely dreamy 4.04ct oval tourmaline with 0.97ct diamonds by gabriela degan
>
> 
> 

8 · 674

**Annie Altman** @anniealtman108 · Jun 14
Caturday everyday 😸



4 · 2 · 42 · 834

**Annie Altman** @anniealtman108 · Jun 14
For sure I'm too sensitive, can sense my uterine lining shedding some of the general anesthesia and pain killers from ankle surgery last month 😭

3 · 10 · 596

**Annie Altman** @anniealtman108 · Jun 14
Happy Gemini season to the Gemini man who ghosted me on my onlyfans, and tinder, and texting. Very impressive to pay to ghost me

> **Genie** @lettersfromjuno · Jun 12
> Surviving a Gemini man, I'm ready to tell my story

10 · 876

**Annie Altman** @anniealtman108 · Jun 14
Too cute the blue collar man who got mad at me for introducing him to his new favorite ice cream, and grabbed my things to carry before I'd even check out

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloȟi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · Jun 14
Too cute the blue collar man who got mad at me for introducing him to his new favorite ice cream, and grabbed my things to carry before I'd even check out

Not cute he'd flirt with all his exes

9 · 855

**Annie Altman** @anniealtman108 · Jun 14
How much global poverty could be solved by billionaires having an emotional support domme

(Is this already happening)

6 · 1 · 34 · 1.6K

**Annie Altman** @anniealtman108 · Jun 14
Hello @elonmusk this is my current best idea for world peace, and the good PR you seem to need right now 🌸

> **Annie Altman** @anniealtman108 · Dec 6, 2025
> Musk Food Banks
> Musk Environmental Research
> Musk Biomedical Engineering
> Musk Libraries
> Musk Agricultural Preservation ...

17 · 669

**Annie Altman** @anniealtman108 · Jun 13
You have free will and you're not putting butter in your rice?

4 · 19 · 665

**Annie Altman** @anniealtman108 · Jun 13
And with you

(Is that what the Catholics say)

> **•Souls•** @OSoulsie · Jun 12
> ur cia agent with u

1 · 1 · 7 · 633

**Annie Altman** @anniealtman108 · Jun 13
OMG a dude played and posted his whole game of virtual chess with Peter Thiel, more people are trolling him for good ❤️🥳

1 · 2 · 21 · 3.2K

**Annie Altman** @anniealtman108 · Jun 13




From instagram.com

3 · 378

**Annie Altman** @anniealtman108 · Jun 13
Hello @elonmusk dare you to buy this human a home with a garden, no strings attached.

As part of your # 1 Money Video Game celebrations?

> **I Dissent** @DissentFu · Jun 12
> I am 52 years old. I have been working since I was 15 years old. I have no savings, no retirement, and will never own a home before I die.

### You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

### What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**I Dissent** @DissentFu · Jun 12
I am 52 years old. I have been working since I was 15 years old. I have no savings, no retirement, and will never own a home before I die.

And there is now a trillionaire.

3 · 4 · 42 · 2.5K

**Annie Altman** @anniealtman108 · Jun 13

> **Annie Altman** @anniealtman108 · Jun 6
> Musk Food and Farming Foundation: community gardens and food banks and individuals can apply for funding for FOOD AND FARMING!
>
> @elonmusk you in? Gonna keep trolling you for good if you're ...

5 · 1.4K

**Annie Altman** @anniealtman108 · Jun 13
My podcast is called "All Humans Are Human" ❤️ streaming everywhere since 2018

The premise: "Hey it's really fun and weird for me to be human, what's it like for you? Please share your info dump on the humaning philosophies you're most passionate about?"
x.com/fw_naetoblaq/s...

> This post is unavailable.

2 · 550

**Annie Altman** @anniealtman108 · Jun 13
Joseph's brothers sold him into slavery, they were jealous he was Dad's favorite.

Joseph survived, and became even more powerful than his brothers were scared of in the first place.

The brothers eventually needed to grovel to Joseph for help.

Forgive, do not forget.

3 · 1 · 21 · 760

**Annie Altman** @anniealtman108 · Jun 13
"Any dream will do" 🌈

2 · 5 · 393

**Annie Altman** @anniealtman108 · Jun 13




> **Annie Altman** @anniealtman108 · Jun 12
> Where is the lovemaxxing ❤️

8 · 666

**Annie Altman** @anniealtman108 · Jun 13

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloȟi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

Where is the lovemaxxing

8 · 666

**Annie Altman** @anniealtman108 · Jun 13
There is also now a crypto donation option on @buymeacoffee

buymeacoffee.com/anniealtman

> **Annie Altman** @anniealtman108 · Jun 2
> Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.
>
> I do have a Phantom wallet:
> 5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

2 · 2 · 10 · 1.3K

**Annie Altman** @anniealtman108 · Jun 12
It would be so cool to have one full week without an in-person and/or virtual harassment. Whoever tampered with my PO Box, was it fun for you?



2 · 33 · 1.1K

**Annie Altman** @anniealtman108 · Jun 12
You met me at a very ice cream cone puff ball earring time of my life 💙



X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

@anniealtman108

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloȟi @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with Amber, #dwts
Trending in United States
The Region
Music · Trending
21 savage
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350



2 · 24 · 1.1K

**Annie Altman** @anniealtman108 · Jun 12
No, I am not a marketing term for a language-learning computer program

> **David Goldsmith** @DavidGolds81962 · Jun 12
> Replying to @anniealtman108
> R u AI

2 · 1 · 17 · 2.4K

**Annie Altman** @anniealtman108 · Jun 12
Where is the lovemaxxing ❤️

2 · 5 · 20 · 1.1K

**Annie Altman** @anniealtman108 · Jun 12
Sometimes vegans are right, this is stupid good 😤



5 · 1 · 40 · 1.9K

**Annie Altman** @anniealtman108 · Jun 12

> frommybowl.com
> Vegan Chocolate Pie (No-Bake) - From My Bowl
> This No-Bake Chocolate Tart is rich, chocolatey & entirely fuss-free! A melt-in-your-mouth ...

1 · 4 · 488

**Annie Altman** @anniealtman108 · Jun 12
Congrats @elonmusk for winning The Money Video Game 🥳

Now what?

2 · 1 · 5 · 730

**Annie Altman** @anniealtman108 · Jun 12

> **Annie Altman** @anniealtman108 · Nov 28, 2025
> Dear @elonmusk ,
>
> If you feed the whole world (which you could do while remaining a billionaire) then those labels would stop (and your businesses would do better because you showed humans your humanity)....

2 · 771

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts

Follow

@anniealtman108

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

If you feed the whole world (which you could do while remaining a billionaire) then those labels would stop (and your businesses would do better because you showed humans your humanity)....

2 · 771

**Annie Altman** @anniealtman108 · Jun 11

Hello @X

Reporting @JFGariepy

In 2018, following his third divorce, Gariépy was the defendant in a guardianship lawsuit over a 19-year-old he was claiming as his fiancée. A doctor said had this woman had autism and "the social and mental maturity of a 10 or 11-year-old child." Gariépy had made contact with the woman online before she decided to travel to North Carolina to see him in July 2016. According to the woman, Gariépy intended to impregnate her. The parents of the teenager won guardianship and returned her home.[14]

In June 2023, Gariépy's partner Élora Patoine (also known as "Mama JF") disappeared, having last been seen in Moncton on June 19, two days after being left at a gas station. Gariépy subsequently announced a deep cleaning of his house. He believed that she left voluntarily (as an act of off-the-grid living) in explaining why he never reported her absence to police. In September/October 2023, she was reported missing.[21][22][23] From October 2024 to at least August 2025, the Royal Canadian Mounted Police was seeking tips from the public to help find Patoine, but have since deleted the website seeking tips.[24]

en.wikipedia.org

Selected works

**Jean-François Gariépy** @JFGariepy · Jun 11
Replying to @anniealtman108
6 children and counting, I definitely spoke to women before. But in fairness to you, you're right, I'm not the talker type.

5 · 4 · 35 · 18K

**Annie Altman** @anniealtman108 · Jun 11

Dude who doesn't understand the basic concepts of yin (darkness, feminine) and yang:

**Jean-François Gariépy** @JFGariepy · Jun 11
Replying to @anniealtman108
Don't fall for the bait above gentlemen, women want you to be truthful in principle, until they realize the full abyssal darkness of reality, then they'll hate you for revealing it to them.

3 · 2 · 5 · 2.6K

**Annie Altman** @anniealtman108 · Jun 11

Surely couldn't be happening...

**Annie Altman** @anniealtman108 · Nov 17, 2025
Wait is Peter Thiel really still using one of Jeffery Epstein's bank accounts?

7 · 20 · 269 · 9.6K

**Annie Altman** @anniealtman108 · Jun 11



You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**ʻaloħi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow




From youtube.com

1 2 3 1.2K

**Annie Altman** @anniealtman108 · Jun 11
It's possible that I've spent a bit too much time praying for Pete to get back to his creative writing

> **Annie Altman** @anniealtman108 · Mar 30
> Looking over my shoulder for Peter Thiel
> 's second book like
>
> 

19 992

**Annie Altman** @anniealtman108 · Jun 11
Men be direct and intentional challenge

8 3 16 4.3K

**Annie Altman** @anniealtman108 · Jun 11
Lived with a diagnosed narcissist for two weeks while homeless. He read to me from his AA handbook as he was relapsing.

> **Ritz** @ridhima_z · Jun 11
> yall never fucked w a true narcissist, that mf had me thinking i was the narcissist 😂

1 3 52 2.3K

**Annie Altman** @anniealtman108 · Jun 11
AGE OF CONSENT WAS WRITTEN BY PREDATORY MEN

"No see this law that other men wrote says it's okay for me as a 39 year old to pick up a 17 year old girl after her algebra test"

> **greyfedora0** @greyfedora0 · Jun 11
> Replying to @anniealtman108
> Once again I will point to the age of consent and just shake my

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloha** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... ···
@MTO350

**Annie Altman** Follow
17.7K posts

"No see this law that other man wrote says it's okay for me as a 39 year old to pick up a 17 year old girl after her algebra test"

**greyfedora0** @greyfedora0 · Jun 11
Replying to @anniealtman108
Once again I will point to the age of consent and just shake my head at you

4 · 4 · 39 · 1.6K

**Annie Altman** @anniealtman108 · Jun 11
Why was a grown man "dating" a teenager

r/HistoricalCapsule
u/zadraaa · 91d
Join

Just 39 year old Jerry Seinfeld and his 17 year old girlfriend circa. 1993



**SNY Knicks** @sny_knicks · Jun 11
Jerry... hello



3 · 5 · 73 · 5.4K

**Annie Altman** @anniealtman108 · Jun 11

raccoonhands999 1h · ❤ by author
how to restore the dignity and personhood of the earth
Reply   Reply with a reel   Hide
1

anniealtman108 10m · Author
@raccoonhands999 composting, gardening, picking up trash, telling her she's pretty and thank you for letting us be here
Reply   Edit

**Annie Altman** @anniealtman108 · Jun 10
Comment a question for my best human answer 🍓❤



4 · 940

**Annie Altman** @anniealtman108 · Jun 11
Any red light recommendations please?

anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'aloha** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

4 · 940

**Annie Altman** @anniealtman108 · Jun 11
Any red light recommendations please?

Ready to upgrade from the chicken heat lamp

> **Annie Altman** @anniealtman108 · Mar 22
> x.com/anniealtman108...
>
> 

10 · 612

**Annie Altman** @anniealtman108 · Jun 11
Knitting and crochet are stim and fidget toys

2 · 19 · 510

**Annie Altman** @anniealtman108 · Jun 11
WHERE DO I GET SOCKS WITHOUT POLYESTER

8 · 2 · 18 · 1.5K

**Annie Altman** @anniealtman108 · Jun 11
"You pay us, we pay you" 😹😹




@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloḥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications 7
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow




25 · 1.3K

**Annie Altman** @anniealtman108 · Jun 10
Comment a question for my best human answer 🌶️❤️




10 · 2 · 18 · 2.9K

**Annie Altman** @anniealtman108 · Jun 10
#aiisamarketingterm #rememberjerryaltman

1 · 1 · 458

**Annie Altman** @anniealtman108 · Jun 10

> **Annie Altman** @anniealtman108 — X.com
>
> Regurgitated Reddit
>
> > **Maia** @maiamindel · 8/23/25
> > Does someone have a good, concise explainer of how AI *works*?
>
> 9:24 PM · 8/24/25 · **1.3K** Views

> **Polymarket** @Polymarket · Jun 10
> JUST IN: Redditor claims he can now "use ChatGPT" in his head & accurately predict what it would say.

1 · 8 · 1.7K

**Annie Altman** @anniealtman108 · Jun 10

> **Annie Altman** @anniealtman108 — X.com

@anniealtman108

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'aloĥi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Annie Altman @anniealtman108 · Jun 10

**Annie Altman** @anniealtman108 X.com

Why did you decide to manufacture global chaos instead of continue your writing aspirations @peterthiel

> **Peter Thiel** @peterthiel · 9/8/14
> from zero to one
> amzn.to/1u6xqLU

8:12 AM · 6/12/25 · **25K** Views

> **BladeoftheSun** @BladeoftheS · Jun 10
> 13 workers left Palantir and issued this statement.
>
> "Palantir is increasingly complicit, normalizing authoritarianism under the guise of a 'revolution' led by oligarchs. We must resist this trend."

8 · 42 · 4.8K

**Annie Altman** @anniealtman108 · Jun 10
"They're like, 'she slept her way there' because that's what some of them do."




1 · 3 · 36 · 1K

**Annie Altman** @anniealtman108 · Jun 10
Answered and then he blocked me lol

> Hi you have a fascinating story
>
> Do you believe there is a romantic love or soulmate out there for you? 7:41 PM

10 · 693

**Munger Tolles a...** @MTO350

### You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

### What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

or soulmate out there for you? 7:41 PM

10 693

**Annie Altman** @anniealtman108 · Jun 10
Wait omg @LisaKudrow in The Comeback omg omg omg

3 511

**Annie Altman** @anniealtman108 · Jun 10
Would suck to be an agent and deal with my autistic level of literal questions and demand avoidance ❤️

1 1 5 632

**Annie Altman** @anniealtman108 · Jun 10
Hey #elonstwitter please help me ratio @AdrianDittmann for funsies? 😇🦋

> **Annie Altman** @anniealtman108 · Jun 10
> Replying to @AdrianDittmann
> x.com/anniealtman108...

1 5 1.2K

**Annie Altman** @anniealtman108 · Jun 10
We live in a world where you can friendly troll for the good of humanity the gajillionaire owner of this app and you're... not...?

(What if he just woke up one day and decided to ensure food access through soup kitchens, food banks, community gardens, and more?)

> **Annie Altman** @anniealtman108 · Jun 10
> tfw I remember that @elonmusk could end world hunger, AND still be number one in the money video game (and probably even make more money from people supporting his companies more for him supporting humanity starting with feeding people): 😌 x.com/AdrianDittmann...

2 3 16 1K

**Annie Altman** @anniealtman108 · Jun 10
tfw I remember that @elonmusk could end world hunger, AND still be number one in the money video game (and probably even make more money from people supporting his companies more for him supporting humanity starting with feeding people): 😌 x.com/AdrianDittmann...

> This post is unavailable.

3 5 8 2.7K

**Annie Altman** @anniealtman108 · Jun 9
"The messiest bitch you know is a man"

(Thank you Internet philosophizers)

12 566

**Annie Altman** @anniealtman108 · Jun 9
JUST IN: Late stage hyper-capitalism finally disintegrates, as people remember that capitalism that blocks other humans from food is not real capitalism but pure evil

> **Kalshi** @Kalshi · Jun 9
> JUST IN: Nvidia is now worth more than India

4 25 882

**Annie Altman** @anniealtman108 · Jun 9

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloḫi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

4 · 25 · 882

**Annie Altman** @anniealtman108 · Jun 9




> **Annie Altman** @anniealtman108 · Nov 28, 2025
> Must be embarrassing to tweet from an alt account that has said horrific things about minors

2 · 7 · 60 · 2K

**Annie Altman** @anniealtman108 · Jun 9
Business Hippie Sun
Quantum Physicist Moon
Jewish Grandma Rising

1 · 6 · 460

**Annie Altman** @anniealtman108 · Jun 9
I so love Louise Hay, and this list



heartlandhealingarts.com
Emotional and Mental Causes of Illness. The L...
(*this page is hosted by my energy healing practice Heartland Healing Arts. If you'd like t...

9 · 452

**Annie Altman** @anniealtman108 · Jun 8
What do they do to men in the Marines that makes them come out like that

4 · 2 · 32 · 1.7K

**Annie Altman** @anniealtman108 · Jun 8
@ my ex

1 · 5 · 601

**Annie Altman** @anniealtman108 · Jun 8
May I name several, and how they're interconnected?

> **Dear Self.** @Dearme2_ · Jun 6
> Name a scam?

1 · 1 · 12 · 584

**Annie Altman** @anniealtman108 · Jun 8
BREAKING: Chaos was the plan.

> **Kalshi Finance** @Kalshi_Finance · Jun 6
> BREAKING: AI replaced over 38,000 jobs in May alone

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

BREAKING: Chaos was the plan

> **Kalshi Finance** @Kalshi_Finance · Jun 6
> BREAKING: AI replaced over 38,000 jobs in May alone

3 · 18 · 141 · 4K

**Annie Altman** @anniealtman108 · Jun 7

> Annie Altman · Host
> **Ask Annie (4th times the charm)**
> 24 tuned in · Jun 7 · 2:05
> Play recording

1 · 335

**Annie Altman** @anniealtman108 · Jun 7

> Annie Altman · Host
> **Ask Annie (3)**
> 96 tuned in · Jun 7 · 31:30
> Play recording

1 · 1 · 358

**Annie Altman** @anniealtman108 · Jun 7

And what mediums are you perhaps wanting to explore more? :)

> **ogrestart** @og_restart · Jun 7
> Replying to @anniealtman108
> What have you found to be your favorite medium? Could be in terms of all art or specifically writing. Has it changed a lot throughout your life? I'm finding myself returning to old styles I found I didn't explore fully these days

1 · 1 · 886

**Annie Altman** @anniealtman108 · Jun 7

> Annie Altman · Host
> **Ask Annie (maybe without a "reconnecting" glitch)**
> 36 tuned in · Jun 7 · 9:06
> Play recording

2 · 325

**Annie Altman** @anniealtman108 · Jun 7

> Spaces
> **Details not available**

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow



1 · 1 · 2 · 345

**Annie Altman** @anniealtman108 · Jun 7
You ready? :)

> **Annie Altman** @anniealtman108 · Jun 6
> What about an "Ask Annie (not a licensed professional, BS in biopsychology minor in dance and a RYT)" Twitter space? x.com/anniealtman108...

1 · 5 · 594

**Annie Altman** @anniealtman108 · Jun 7



0:59

2 · 1 · 9 · 1K

**Annie Altman** @anniealtman108 · Jun 7
Hooray scar tissue surgically removed from my ankle. How fun.

> **Annie Altman** @anniealtman108 · Nov 23, 2022
> It doesn't have to be a wound, it can be a scar 🦋

6 · 600

**Annie Altman** @anniealtman108 · Jun 7
Anyways finally got ankle surgery

> **Annie Altman** @anniealtman108 · Oct 27, 2024
> I too was recently diagnosed with Ehlers-Danlos Syndrome, also hEDS.
>
> I've had a very different experience receiving support. I started sex work while houseless and having my dead Dad's money in ...

1 · 37 · 2.6K

**Annie Altman** @anniealtman108 · Jun 7
Go get 'em, karma 😘

1 · 250

**Annie Altman** @anniealtman108 · Jun 7
Aw look at him coming across empathy for the first time

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloȟi** 🐉 @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a...
@MTO350

Go get 'em, karma 😘

1 · 250

**Annie Altman** @anniealtman108 · Jun 7
Aw look at him coming across empathy for the first time

> **Paul Graham** @paulg · Jun 6
> In office hours with startups I often try to figure out a secret weapon they can use to protect themselves from competitors. Today to my delight I talked to one whose most natural secret weapon was to be genuinely benevolent.

1 · 6 · 543

**Annie Altman** @anniealtman108 · Jun 7
Dad would have thought it's uncreative and dangerous. #rememberjerryaltman

> **Issybeatz** @Issybeatz_ · Jun 7
> untalented people love A.I.

9 · 655

**Annie Altman** @anniealtman108 · Jun 7
Shirt from my first @etsy shop years ago :)



3 · 29 · 1.8K

**Annie Altman** @anniealtman108 · Jun 7
Current Etsy shop here!




From etsy.com

727

**Annie Altman** @anniealtman108 · Jun 7

## You might like

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** @babylohi — Follow

Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

AllHumansAreHuman - Etsy

From etsy.com

727

**Annie Altman** @anniealtman108 · Jun 7
Cool do they wanna come on my podcast #allhumansarehuman

> **•Souls•** @OSoulsie · Jun 6
> ur cia agent and hunter biden know u

5 · 515

**Annie Altman** @anniealtman108 · Jun 6
Come on Elon you can do it, put a little basic resource distribution to it

> **Annie Altman** @anniealtman108 · May 4
> Replying to @Kekius_Sage
> What if he uses money as a coping mechanism for his ptsd? No one could hurt little Elon again if he could control being the richest man in the world. 💟

1 · 4 · 685

**Annie Altman** @anniealtman108 · Jun 6
Musk Food and Farming Foundation: community gardens and food banks and individuals can apply for funding for FOOD AND FARMING!

@elonmusk you in? Gonna keep trolling you for good if you're gonna keep being # 1 in the Dollars Video Game :)

6 · 5 · 13 · 4.4K

**Annie Altman** @anniealtman108 · Jun 6
@cb_doge @Kekius_Sage

625

**Annie Altman** @anniealtman108 · Jun 6
Ask Annie tomorrow at 2 or 5pm PST?

Comment the advice you're seeking here, or come ask it live on the Twitter space tomorrow? :)

> **Annie Altman** @anniealtman108 · Jun 6
> What about an "Ask Annie (not a licensed professional, BS in biopsychology minor in dance and a RYT)" Twitter space?
> x.com/anniealtman108...

1 · 1 · 3 · 562

**Annie Altman** @anniealtman108 · Jun 6
Yes we did somehow survive homelessness, thank you.

Dad's raincoat hanging off the back seat for protection ❤️
#rememberjerryaltman



X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloĥi** @babylohi Follow
Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow



2 · 2 · 105 · 1.7K

**Annie Altman** @anniealtman108 · Jun 6
Wait so the Freemasons like me and that other group dislikes me? Allegedly allegedly

1 · 8 · 410

**Annie Altman** @anniealtman108 · Jun 6
Can you even imagine how lame the guys are who get hired to send direct energy weapons to civilians

1 · 2 · 20 · 879

**Annie Altman** @anniealtman108 · Jun 6
And reader, of course the man presented his "savior" plan that was mainly (only?) for his benefit.

> **Annie Altman** @anniealtman108 · Jun 6
> Replying to @b00gi3
> Genuinely anxious-avoidant of all guys, I like GENTLEmen. Secondly I believe the term for that is "Captain Save a Hoe" (which I can say having done sex work thank you) :)

3 · 7 · 1.4K

**Annie Altman** @anniealtman108 · Jun 6
Good luck, I'm pretty anxious-avoidant

> **boogie** @b00gi3 · Jun 6
> Replying to @anniealtman108 and @Kekius_Sage
> my dreams are coming true you know I'm secretly in love with you right

3 · 8 · 3.9K

**Annie Altman** @anniealtman108 · Jun 6
If I "happen" to lose followers for this it was worth it 🦋

> **Annie Altman** @anniealtman108 · Jun 6
> Replying to @b00gi3 and @Kekius_Sage
> Publicly bragging about making $125,000 (and it not being about the money) to then give you $10 omg is this real 😭

2 · 9 · 1.2K

**Annie Altman** @anniealtman108 · Jun 6
For me, it's talking a lot about my why for hating on a marketing term for a computer program (also it used to say I didn't exist, had different names, and other bullshit)

> **chai** @chaiaurshaivi · Jun 5
> how do i survive in this world as a person who hates AI

2 · 10 · 1.4K

**Annie Altman** @anniealtman108 · Jun 6



X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloĥi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post



Annie Altman @anniealtman108 · May 22
My most me outfits are when I look like the CEO of Business Hippies International

3 3 38 2.3K

Annie Altman @anniealtman108 · Jun 6
❤️ #rememberjerryaltman #daddysgirl




7 3 54 5K

Annie Altman @anniealtman108 · Jun 6




Munger Tolles a...
@MTO350

You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'alohi @babylohi Follow

Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman 17.7K posts Follow




From youtube.com

2 · 2.1K

**Annie Altman** @anniealtman108 · Jun 6
Tattooed for a reason ❤️ #capricorn #stellium



amity @Zodi_Am · Jun 5
Saturn loves me. That's why I never fold.

3 · 1 · 12 · 1.3K

**Annie Altman** @anniealtman108 · Jun 6
What about an "Ask Annie (not a licensed professional, BS in biopsychology minor in dance and a RYT)" Twitter space?

Annie Altman @anniealtman108 · Jun 1
Hey human, would you attend if I had an AMA (silly questions only) Twitter space? 😇

6 · 1 · 15 · 3.1K

**Annie Altman** @anniealtman108 · Jun 6
Fuck it we ball (make cookies)

9 · 418

**Annie Altman** @anniealtman108 · Jun 5
Dare you to self-fund all the farmers then. x.com/AdrianDittmann...

This post is unavailable.

1 · 1 · 7 · 836

**Annie Altman** @anniealtman108 · Jun 2


Annie Altman
@anniealtman108
X.com

Reminder that forced "inevitability" is a tactic used by rapists.

10:36 AM · 5/12/26 · 3.2K Views

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with Amber, #dwts

Trending in United States
The Region

Music · Trending
21 savage

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Annie Altman
17.7K posts
Follow

Reminder that forcing ... is a tactic used by rapists.

10:36 AM · 5/12/26 · **3.2K** Views

**Shibetoshi Nakamoto** @BillyM2k · Jun 2
youtube creators are pivoting to ai bros

fitness bros are pivoting to ai bros

crypto bros are pivoting to ai bros ...

1 · 19 · 1.2K

**Annie Altman** @anniealtman108 · Jun 2
You're welcome, Jessica, for not publicly sharing your children's names.

**Paul Graham** @paulg · Jun 2
It's much more dangerous to offend Jessica than to offend me, because she's more polite and has a better memory for misdeeds. So she can be smiling at someone while simultaneously thinking about the bad thing they did 10 years ago.

4 · 744

**Annie Altman** @anniealtman108 · Jun 2
158. Curious! Let Yourself Be Imperfect, Human With Yaasika // listen now!

Check out Yaasika on IG @ vibr8higher and at youtube.com/vibra8higher ! Support her at buymeacoffee.com/vibr8higher ! Thank you, Yaasika!

#podcast #allhumansarehuman #thehumannie #the10Cs #curiosity




5 · 1 · 6 · 2.1K

**Annie Altman** @anniealtman108 · Jun 2



podcasts.apple.com
158. Curious! Let Yourself Be Imperfect, Hum...
Podcast Episode · All Humans Are Human · June 2 · 1h 19m

**Munger Tolles a...**
@MTO350

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with Amber, #dwts

Trending in United States
**The Region**

Music · Trending
**21 savage**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108




podcasts.apple.com
158. Curious! Let Yourself Be Imperfect, Hum...
Podcast Episode · All Humans Are Human · June 2 · 1h 19m

1 · 2 · 762

**Annie Altman** @anniealtman108 · Jun 2
Please stop asking me to connect myself with memecoins. I do not know enough about crypto to make or promote any coin.

I do have a Phantom wallet:
5NSyEX12k89rFDVb3nRaNrdiJkafuBASfYu5DYHT6Ass

26 · 22 · 44 · 45K

**Annie Altman** @anniealtman108 · Jun 2
Another day another grief about Teavana almost showing that parts of capitalism can be done ethically 😭

1 · 3 · 1K

**Annie Altman** @anniealtman108 · Jun 2
Is he actually into her, or is he gay and/or a pedophile and she weighs 92.5 pounds (and is living out the eating disorder he also has)?

1 · 14 · 2K

**Annie Altman** @anniealtman108 · Jun 2
Hello @instagram @finkd

My accounts have been hacked the past five days.

How's that chatbot security going?

31 · 6 · 26 · 2.9K

**Annie Altman** @anniealtman108 · Jun 1
Apparently @YouTube moved the needle, so not yet eligible to monetize my EnTiRe DeCaDe of videos

**Eligibility**

Showing data as of: May 27, 2026
Learn more

2 video uploads — 3
last 90 days

and one of the following

458 valid public watch hours — 3,000
last 365 days

787 valid public Shorts views — 3M
last 90 days

Some benefits may have additional eligibility criteria

**Annie Altman** @anniealtman108 · Sep 26, 2025
Hi human, 164 more subscribers and I finally pass the 1,000 needed to monetize on @YouTube ! 🥳

Please share and subscribe to support my 8 years of song parodies, song covers, podcasts, yoga, comedy, and more (all ...

1 · 1 · 12 · 2.3K

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

**You might like**

Forgotten Door @ForgottenDoor — Follow
Norma Iris Roman @antonio1787 — Follow
'aloha 🐉 @babylohi — Follow
Show more

**What's happening**

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications 7
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow

needed to monetize on @YouTube

Please share and subscribe to support my 8 years of song parodies, song covers, podcasts, yoga, comedy, and more (all ...

1 · 1 · 12 · 2.3K

**Annie Altman** @anniealtman108 · Jun 1
Is it time yet to talk about how pedophillic power circles create a lack of equitable human resource distribution in order to traffic and abuse more children

11 · 78 · 277 · 24K

**Annie Altman** @anniealtman108 · Jun 1
Not bleeding usually means you're not eating enough

> **Annie Altman** @anniealtman108 · Sep 24, 2025
> Hello ladies, reminder that your period is an indicator of your health. Women biologically hold more fat for protection, please allow yourself to eat. You're beautiful.
>
> Love,...

1 · 13 · 1.7K

**Annie Altman** @anniealtman108 · Jun 1
Hey human, would you attend if I had an AMA (silly questions only) Twitter space? 😇

4 · 1 · 5 · 2.3K

**Annie Altman** @anniealtman108 · Jun 1
Go Florida!!!!!

(Knew I loved @official_flo)

3 · 331

**Annie Altman** @anniealtman108 · Jun 1
All you need is...



> **Annie Altman** @anniealtman108 · May 31
> 
> Reminder that extreme thinness in women is a way for predators to ensure her brain is literally in a glucose deficit to block her clear decision making ❤️

6 · 1K

**Annie Altman** @anniealtman108 · Jun 1
Oh nooooo a sociopath who harmed me was telling people that I'm mentally unwell, whatever will I do

11 · 25 · 199 · 6.7K

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow

Norma Iris Roman @antonio1787 Follow

'alohi @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

**Annie Altman** @anniealtman108 · Jun 1
Oh nooooo a sociopath who harmed me was telling people that I'm mentally unwell, whatever will I do

11 · 25 · 199 · 6.7K

**Annie Altman** @anniealtman108 · Jun 1
This wasn't me, again.

Someone hacked into my @instagram (this weekend, and again last night) and edited the bio of that account, with a memecoin I didn't make.

> **whashywash** @whashywash · May 31
> Replying to @anniealtman108
> yo annie, there is a memecoin in the bio of your fundico app, did you make it?




10 · 2 · 21 · 3.5K

**Annie Altman** @anniealtman108 · Jun 1
1. It's not about money for money-addicts, it's about power and control
2. Avoidance of their own shadows is the main objective

> @omgsidewalks · May 31
> SERIOUS QUESTION: I just really want to know what these billionaires' end game is. They take away jobs, replace everything with AI, inflation goes up, healthcare costs increase, and no one can afford rent or food.
> ...

1 · 7 · 44 · 1.4K

**Annie Altman** @anniealtman108 · Jun 1
Hey human, reminder that you exist in a biological vessel that requires nutrients and caloric fuel to survive. Love you, go feed yourself 🫀❤️



Munger Tolles a...
@MTO350

Search

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow



1 · 1 · 16 · 841

**Annie Altman** @anniealtman108 · Jun 1
(And cook your rice with some coconut oil)

1 · 411

**Annie Altman** @anniealtman108 · May 31
"The cruelest punishment for cruel people has always been themselves."

1 · 3 · 20 · 2.1K

**Annie Altman** @anniealtman108 · May 31
Reminder that extreme thinness in women is a way for predators to ensure her brain is literally in a glucose deficit to block her clear decision making ❤️



8 · 9 · 53 · 7.1K

**Annie Altman** @anniealtman108 · May 31
"For me it was never about money, but solving problems for the future of humanity." - @elonmusk x.com/AdrianDittmann…

This post is unavailable.

2 · 3 · 16 · 2K

**Annie Altman** @anniealtman108 · May 30
Hi all, this isn't me.

@fundicoapp is my account, this account is someone else using the old account name I had t.co/0R55mLFVpu

This Post is from an account that no longer exists. Learn more

7 · 1 · 4 · 1.7K

**Annie Altman** @anniealtman108 · May 30
Hi all, this isn't me.

@fundicoapp is my account, this account is someone else using the old account name I had t.co/NEoLFaOSPQ

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow

**Norma Iris Roman** @antonio1787 Follow

**'alohi** 🐉 @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

**Annie Altman**
17.7K posts

Follow

**Annie Altman** @anniealtman108 · May 30
Hi all, this isn't me.

@fundicoapp is my account, this account is someone else using the old account name I had t.co/NEoLFaOSPQ

This Post is from an account that no longer exists. Learn more

2 · 629

**Annie Altman** @anniealtman108 · May 30
Hi all, this isn't me.

@fundicoapp is my account, this account is someone else using the old account name I had x.com/distributefund...

This Post is from an account that no longer exists. Learn more

2 · 4 · 712

**Annie Altman** @anniealtman108 · May 29
Homemade fancy hot chocolate, and no angry men allowed even in the driveway.



3 · 1 · 21 · 7.1K

**Annie Altman** @anniealtman108 · May 27
x.com/merlinscapital...


Annie Altman
@anniealtman108
X.com

"AI" is a marketing term and "AGI" is a manipulative hoax, pass it along 🗣️

2:23 PM · 3/2/24 · **45K** Views

This Post is from a suspended account. Learn more

1 · 9 · 65 · 11K

**Annie Altman** @anniealtman108 · May 27
Have you guys seen all those CIA lady's TikToks about her Freemason baby daddy

9 · 3 · 136 · 25K

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'aloħi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

←
**Annie Altman**
17.7K posts
Follow

**Annie Altman** @anniealtman108 · May 27
Have you guys seen all those CIA lady's TikToks about her Freemason baby daddy

9 · 3 · 136 · 25K

**Annie Altman** @anniealtman108 · May 27
Not if but when 🌈

> @_sorrengailll · May 26
> Lowkey wanna see AI crash the same way NFTs did 😭

3 · 30 · 1.6K

**Annie Altman** @anniealtman108 · May 27
I don't know about you, but my life was forever impacted by this happening.







> BI TIM @OrevaZSN · May 26
> I don't know about you, but my life was perfectly fine before AI.

15 · 71 · 1.5K · 259K

**Annie Altman** @anniealtman108 · May 27
Both personally and professionally

1 · 49 · 17K

**Annie Altman** @anniealtman108 · May 26
❤️ #rememberjerryaltman






1 · 24 · 1.3K

**Annie Altman** @anniealtman108 · May 26
Wish you a blessed Jerry Altman's 8th deathiversary, and 5th birthday for the twin cats he sent ❤️❤️❤️❤️❤️❤️❤️❤️

#rememberjerryaltman

1 · 22 · 1K

**Annie Altman** @anniealtman108 · May 26
Happy fifth birthday to my family ❤️❤️❤️❤️❤️

Search: anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'aloḥi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

1 · 22 · 1K

**Annie Altman** @anniealtman108 · May 26
Happy fifth birthday to my family ❤️❤️❤️❤️❤️

> **Annie Altman** @anniealtman108 · May 21
> Made it through surgery, home to the orange nurses I get to be the human for 😭❤️
>
> 
> 0:13

1 · 44 · 1.5K

**Annie Altman** @anniealtman108 · May 26
1. Do I get an award?
2. Why?




3 · 18 · 1.1K

**Annie Altman** @anniealtman108 · May 25
"Your focus is the sunlight that decides which parts of your life bloom" - Louise Hay

1 · 1 · 15 · 1.2K

**Annie Altman** @anniealtman108 · May 25
Thank you more than words for the surprise support on my @buymeacoffee page, two years after I made it!!

Incredibly helpful to have those funds to prepare for ankle surgery, and manage post-op. Thank you thank you thank you!!!! 😭😭😭😭❤️❤️❤️❤️

4 · 2 · 17 · 3.5K

**Annie Altman** @anniealtman108 · May 25



@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post

Munger Tolles a... ···
@MTO350

← **Annie Altman** Follow
17.7K posts

❤️❤️❤️❤️

4 · 2 · 17 · 3.5K

**Annie Altman** @anniealtman108 · May 25




From buymeacoffee.com

1 · 1 · 4 · 1.4K

**Annie Altman** @anniealtman108 · May 25




1 · 15 · 63 · 1.7K

**Annie Altman** @anniealtman108 · May 25
The worst abandonments I've experienced are also why my faith is unfuckwithable. ❤️

2 · 5 · 25 · 1.3K

**Annie Altman** @anniealtman108 · May 25
Hello could we please talk about how fucked up this is, and scary it was to survive, after a home invasion and more?

HELLO MY NAME IS ANNIE ALTMAN I EXIST

> **Tech Mage** 🇺🇦 @WarpSpeed17 · Jan 8, 2025
> Replying to @anniealtman108 and @paulg
> Does Sam Altman have sister?
>
> So who is Katherine Altman :) i thoight his sister is Annie




Search: @anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow

**Norma Iris Roman** @antonio1787 — Follow

**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post




13 · 35 · 287 · 25K

**Annie Altman** @anniealtman108 · May 25
...and who are the HUMANS programming the language-learning computer programs?

> **Sachi Kamiya 幸** @0xsachi · May 24
> What if society becomes governed by AI,
>
> not humans?

1 · 2 · 29 · 1.7K

**Annie Altman** @anniealtman108 · May 24
Promise I'm only a little scary!! ❤️

1 · 4 · 12 · 1K

**Annie Altman** @anniealtman108 · May 24
Are blue collar men often better feminists simply because they can easily lift over 150 pounds?

8 · 1 · 24 · 1.9K

**Annie Altman** @anniealtman108 · May 24
Do predatory fascist white collar men like prepubescent looking women mostly because those men can't lift more than 100 pounds?

5 · 1 · 21 · 1.4K

**Annie Altman** @anniealtman108 · May 24
Did not expect 10k views on this...

Perhaps it's time for @phuckfilosophy's school for men after all...?

> **Annie Altman** @anniealtman108 · May 24
> Hottest things a man can be are safe and reliable

5 · 959

**Annie Altman** @anniealtman108 · May 24
Hey so all your bullshit was taken out through the scar tissue and more removed from my ankle and I'm free now 🦋 good luck dealing with yourself!



Munger Tolles a...
@MTO350

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** 🐉 @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow



6 · 2 · 85 · 3.4K

**Annie Altman** @anniealtman108 · May 24
Yes that's Dragon Tales




1 · 17 · 1K

**Annie Altman** @anniealtman108 · May 24
Hottest things a man can be are safe and reliable

30 · 90 · 389 · 26K

**Annie Altman** @anniealtman108 · May 24
Homemade gummies ❤️‍🔥❤️

(Beet, cherry, and apple juice with honey and gelatin, topped with bee pollen)



Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

@anniealtman108

You might like
Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

What's happening
Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo
Entertainment · Trending
Tatyana
Trending with #dwts, Amber
Entertainment · Trending
Giada
Sports · Trending
Jericho
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a...
@MTO350

Annie Altman
17.7K posts
Follow



21 · 1.1K

**Annie Altman** @anniealtman108 · May 24
Of course it feels good to feel good 🌈
1 · 4 · 15 · 1.5K

**Annie Altman** @anniealtman108 · May 24
One time I dated a guy who laughed wayyyyy too hard about me saying I'm too demand-avoidant to be recruited anywhere
1 · 1 · 28 · 1.4K

**Annie Altman** @anniealtman108 · May 22




**Annie Altman** @anniealtman108 · Apr 20, 2024
If someone says,

"I wish you what you deserve"

And you're scared of instead of excited for your karma? That's ...

1 · 2 · 16 · 2K

**Annie Altman** @anniealtman108 · May 22



anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor Follow
**Norma Iris Roman** @antonio1787 Follow
**'alohi** @babylohi Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a... @MTO350

Annie Altman
17.7K posts
Follow




Annie Altman @anniealtman108 · Dec 10, 2025
No need to hex when I can pray to my Dad and Grandma to treat you how they see fit.

2 · 11 · 1.5K

**Annie Altman** @anniealtman108 · May 22



Annie Altman @anniealtman108 · Apr 1



This healed me AMA 😌

1 · 10 · 1.6K

**Annie Altman** @anniealtman108 · May 22
Shoutout to @_katetolo for probably teaching this, and encouraging him to research women's health more than the current systems. That legacy has already made an impact, for women to see a man put his money where his mouth is and help endometriosis research and more. ❤️

Bryan Johnson @bryan_johnson · May 21
An immortal legacy will never beat being alive.

@anniealtman108

### You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

### What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

put his money where his mouth is and help endometriosis research and more. ❤️

Bryan Johnson @bryan_johnson · May 21
An immortal legacy will never beat being alive.

1 2 20 1.4K

Annie Altman @anniealtman108 · May 22
Good job @bryan_johnson for being smart enough to listen 🌿

3 495

Annie Altman @anniealtman108 · May 22
3/4 of people said yes or maybe 😭

Annie Altman @anniealtman108 · Oct 24, 2025
Would Peter Thiel getting consensually slapped by a dominatrix help global politics?
Show this poll

1 1 13 1.6K

Annie Altman @anniealtman108 · May 22
Back to your regularly scheduled programming of trolling Peter Thiel for good 🌈

Annie Altman @anniealtman108 · Dec 24, 2025
Another day another prayer for Peter Thiel to write another book instead of whatever the fuckshit

2 16 1.3K

Annie Altman @anniealtman108 · May 22
Guess who made it through seven years of constant ankle pain 🦋



3 23 1K

Annie Altman @anniealtman108 · May 22
"If you write about events you can't control, it helps make them bearable."

1 1 12 587

Annie Altman @anniealtman108 · May 22
Never forget the lab partner who calmly told me I was getting impatient with our other lab partners because I expected "everyone to be as efficient" as me. That dude changed my whole life for the better ✨

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Munger Tolles a...
@MTO350

@anniealtman108

## You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloha 🐉 @babylohi Follow
Show more

## What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Annie Altman
17.7K posts
Follow

@anniealtman108

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

**Annie Altman** @anniealtman108 · May 22
Never forget the lab partner who calmly told me I was getting impatient with our other lab partners because I expected "everyone to be as efficient" as me. That dude changed my whole life for the better ✨
1 · 2 · 13 · 544

**Annie Altman** @anniealtman108 · May 22
Pattern interruption ideas:
-combine your clothes in a new way
-walk/drive a route you don't usually take
-make a new meal
1 · 4 · 404

**Annie Altman** @anniealtman108 · May 22
Love lace and silk and fleece 😍 (yes bisexual and yes that's a cat hair)



1 · 11 · 714

**Annie Altman** @anniealtman108 · May 22
No words from an ex bf messed with my head quite like, "so are all of your exes still in love with you?"
1 · 4 · 789

**Annie Altman** @anniealtman108 · May 22
Why do people watch Euphoria when they could instead watch an actually good tv show and then watch actually good porn
6 · 1 · 40 · 1.7K

**Annie Altman** @anniealtman108 · May 22
My most me outfits are when I look like the CEO of Business Hippies International
3 · 1 · 9 · 2.3K

**Annie Altman** @anniealtman108 · May 21
Looking for a podcast editor, please DM!

Having an audio issue with a recent recording, looking for help with this project and potentially future projects!

#allhumansarehuman
57 · 1 · 63 · 3.1K

**Annie Altman** @anniealtman108 · May 21
podcasts.apple.com
All Humans Are Human

You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'aloḥi @babylohi Follow
Show more

What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**Annie Altman** @anniealtman108 · May 21




podcasts.apple.com
All Humans Are Human
Philosophy Podcast · Studying hard to take life much less seriously. Welcome to the podcast ...

1 · 3 · 605

**Annie Altman** @anniealtman108 · May 21

Made it through surgery, home to the orange nurses I get to be the human for 😭❤️



0:13

7 · 5 · 104 · 12K

**Annie Altman** @anniealtman108 · May 21

Reminder that predatory men intentionally create chaos, to prevent their target from resting and thinking clearly.

24 · 524 · 2K · 32K

**Annie Altman** @anniealtman108 · May 22




3 · 24 · 1.1K

Munger Tolles a...
@MTO350

anniealtman108

### You might like

Forgotten Door @ForgottenDoor Follow
Norma Iris Roman @antonio1787 Follow
'alohi @babylohi Follow
Show more

### What's happening

Cashtag with Moomoo
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
Tatyana
Trending with #dwts, Amber

Entertainment · Trending
Giada

Sports · Trending
Jericho

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Annie Altman
17.7K posts

Follow

@anniealtman108

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post




3 · 24 · 1.1K

**Annie Altman** @anniealtman108 · May 21
Hello I've been questioning

> **Ramin Nasibov** @RaminNasibov · May 21
> Funny how nobody's questioning why AI is free.

2 · 16 · 1.8K

**Annie Altman** @anniealtman108 · May 21
Distribute food, water, and shelter. And create systems for the distribution of food, water, and shelter. (Like I've been tweeting at you for years.)

Basic resource distribution minimizes violence more than any other intervention.

> **Kekius Maximus** @Kekius_Maximus · May 21
> if someone handed you one billion dollars tomorrow and said fix one thing for humanity what would you do?

1 · 7 · 33 · 1.8K

**Annie Altman** @anniealtman108 · May 21
Why were we all conditioned to have such a hard time taking it easy

3 · 2 · 17 · 686

**Annie Altman** @anniealtman108 · May 21
Dramatic men

> **soosoorandom** @sluvity____ · May 20
> Women who intentionally created slower, softer lives. What did you remove first?

1 · 37 · 1.8K

**Annie Altman** @anniealtman108 · May 19
Surgery is crazy because what do you mean I'm supposed to be naked and unconscious in a room full of people

6 · 3 · 136 · 7.8K

**Annie Altman** @anniealtman108 · May 19
The doctors and nurses were really kind about it 😭

14 · 894

**Annie Altman** @anniealtman108 · May 15



**You might like**

- **Forgotten Door** @ForgottenDoor — Follow
- **Norma Iris Roman** @antonio1787 — Follow
- **'alohi** 🐉 @babylohi — Follow

Show more

**What's happening**

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**Munger Tolles a...**
@MTO350

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

**Annie Altman**
Follow

Basic resource distribution minimizes violence more than any other intervention.

> **Kekius Maximus** @Kekius_Maximus · May 21
> if someone handed you one billion dollars tomorrow and said fix one thing for humanity what would you do?

1 · 7 · 33 · 1.8K

**Annie Altman** @anniealtman108 · May 21
Why were we all conditioned to have such a hard time taking it easy

3 · 2 · 17 · 686

**Annie Altman** @anniealtman108 · May 21
Dramatic men

> **soosoorandom** @sluvity____ · May 20
> Women who intentionally created slower, softer lives. What did you remove first?

1 · 37 · 1.8K

**Annie Altman** @anniealtman108 · May 19
Surgery is crazy because what do you mean I'm supposed to be naked and unconscious in a room full of people

6 · 3 · 136 · 7.8K

**Annie Altman** @anniealtman108 · May 19
The doctors and nurses were really kind about it 😭

14 · 894

**Annie Altman** @anniealtman108 · May 15



> **Annie Altman** @anniealtman108 · Feb 22
>
> 
>
> Hi Grandma, I love you and miss you ❤️
> x.com/anniealtman108...

1 · 26 · 2.1K

**Annie Altman** @anniealtman108 · May 14
"Loving never game me a home, so I'll sit here in the silence. I found peace in your violence." - @marshmello

1 · 2 · 8 · 801

@anniealtman108

## You might like

**Forgotten Door** @ForgottenDoor — Follow
**Norma Iris Roman** @antonio1787 — Follow
**'alohi** @babylohi — Follow

Show more

## What's happening

**Cashtag with Moomoo**
Tap here. Trade on Moomoo.
Promoted by moomoo

Entertainment · Trending
**Tatyana**
Trending with #dwts, Amber

Entertainment · Trending
**Giada**

Sports · Trending
**Jericho**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.