# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | (1)Dear Survivor, You're safe to cut the cords if you want. You don't ne... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7684800375207005453 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:41:23 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:41:25 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | ocUKW8G1obAHTHfApgmsCz |
| Display Name: | noelle.smith |

PDF REFERENCE #: 3QazBgnmY1iWGncRcFpbuC




Document title: (1)Dear Survivor, You're safe to cut the cords if you want. You don't ne... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7684800375207005453
Capture timestamp (UTC): Wed, 16 Sep 2026 21:41:25 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama 🌷
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 3d ago

Dear Survivor,
You're safe to cut the cords if you want. You don't need to be their heart and their nervous system anymore.
Love,
Annie
❤️

less

original sound - pwr.hungry

7
2
0
Share



Sponsored
Mi piel ha estado necesitando un...
Jessica Vargas
Learn More

Comments | You may like

2 comments

Delta
glad to see you're doing okay 🤍 proud of u
21h ago Reply ♡1

Annie Altman · Creator
Thank you for caring 💖❤️
15h ago Reply ♡0

Hide

Add comment...

Document title: (1)Dear Survivor, You're safe to cut the cords if you want. You don't ne... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7684800375207005453
Capture timestamp (UTC): Wed, 16 Sep 2026 21:41:25 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (2)Timeline cleanse ☐ \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7683238511079656717 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:44:30 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:44:32 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | q1kQuVmQmsEsLf1Mq76gXT |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama 🌷 — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




14
0
1
Share

Document title: (2)Timeline cleanse ☐ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7683238511079656717
Capture timestamp (UTC): Wed, 16 Sep 2026 21:44:32 GMT




Document title: (2)Timeline cleanse ☐ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7683238511079656717
Capture timestamp (UTC): Wed, 16 Sep 2026 21:44:32 GMT

PageVault

| | |
|---|---|
| Document title: | (2)Michael Jackson "Will You Be There" Free Willy VCR Rewind \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7682589117837823245 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:47:12 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:47:14 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | xyzW7atYit2Mx3yw9tzLcj |
| Display Name: | noelle.smith |

PDF REFERENCE #: i9ZnoYHbodMZ3rDnHrQn7T

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages 1
- Activity 1
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dyljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 9-7

Probably what inspired my obsession with the word "human" ❤️ #fyp #imonlyhuman #freewilly #michaeljackson

**Michael Jackson "Will You Be There" Free Willy VCR Rewind**

Remembering Michael Jackson's "Will You Be There" performance from Free Willy, inspired by rewinding the VCR.

Keywords: Michael Jackson "Will You Be There",Free Willy performance,VCR rewind,iconic performance,music inspiration

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound - pwr.hungry

65

2

1

Share

Document title: (2)Michael Jackson "Will You Be There" Free Willy VCR Rewind | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7682589117837823245
Capture timestamp (UTC): Wed, 16 Sep 2026 21:47:14 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 9-7

Probably what inspired my obsession with the word "human" ❤️ #fyp #imonlyhuman #freewilly #michaeljackson

Michael Jackson "Will You Be There" Free Willy VCR Rewind

Remembering Michael Jackson's "Will You Be There" performance from Free Willy, inspired by rewinding the VCR.

Keywords: Michael Jackson "Will You Be There",Free Willy performance,VCR rewind,iconic performance,music inspiration

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound - pwr.hungry

65
2
1
Share



Sponsored

Nếu như ko thử thì thật sự em k biết tới hãng...

TuiThyNèeee

Learn More

Comments | You may like

1 comment

Shoobydooby

I was about to ask if you had a husband now...but you're a girl. I don't actually want you to have a husband. Have a wife.

6d ago Reply ♡1

Add comment...

Document title: (2)Michael Jackson "Will You Be There" Free Willy VCR Rewind | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7682589117837823245
Capture timestamp (UTC): Wed, 16 Sep 2026 21:47:14 GMT

PageVault

| | |
|---|---|
| Document title: | (2)#stitch with @justine_p #thatssoraven \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7682588327094062349 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:50:09 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:50:11 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 6KT2Mm18UCX3SEWC6NmeVN |
| Display Name: | noelle.smith |

PDF REFERENCE #: 3Stuo14Nj29BLnxhFrBrDt




Document title: (2)#stitch with @justine_p #thatssoraven | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7682588327094062349
Capture timestamp (UTC): Wed, 16 Sep 2026 21:50:11 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 9-7
#stitch with
▶ 7681871786304130317
#thatssoraven
less

13
1
0
Share



Sponsored
This cozy set is SO soft, comfy, and true t...
Suki ✨
Learn More

Comments You may like

1 comment

LaMamideG
😂😂😂
6d ago Reply ♡ 0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (2)#onthisday \| on this day \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7682164561365060878 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:52:54 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:52:56 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | so6RWqrQGjVHTMXt1kS35Z |
| Display Name: | noelle.smith |

PDF REFERENCE #: sqkPKLRhdfvhusZKX9eRGr




Document title: (2)#onthisday | on this day | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7682164561365060878
Capture timestamp (UTC): Wed, 16 Sep 2026 21:52:56 GMT

- George Carlin

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




40
3
4
1

Annie Altman · 9-5
#onthisday

Comments You may like

3 comments

Anti-fascist Auntie
I will forever regret missing my chance to go see him back in the day bc $75 sounded expensive back then 😩
9-6 Reply ♡ 0

Rainbow Unicorn Sparkles
OH😳
9-6 Reply ♡ 0

Eh.
I spy rfk...
6d ago Reply ♡ 0

Add comment...

Document title: (2)#onthisday | on this day | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7682164561365060878
Capture timestamp (UTC): Wed, 16 Sep 2026 21:52:56 GMT

| | |
|---|---|
| Document title: | (2)It's up to them ☐ ☐ #caturday \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7682164436190203150 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:55:32 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:55:36 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | csCPivTHrSfB4AbZ1o2zZ3 |
| Display Name: | noelle.smith |

PDF REFERENCE #: 7pCbegDeXbBk6Nn72abmDd




Document title: (2)It's up to them ☐ ☐ #caturday | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7682164436190203150
Capture timestamp (UTC): Wed, 16 Sep 2026 21:55:36 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
eliralIo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Sponsored
loose ends by @noyzfragrance...
casa de lobos perfumery
Learn More

Comments | You may like

7 comments

Anti-fascist Auntie
its has to be a chill doggo, like, a smaller one, one that will eventually think that it is a cat lol
9-5 Reply ♡2

Annie Altman · Creator
Big doggggggg
9-6 Reply ♡1

Anti-fascist Auntie
I love big doggos but my cat would literally move out if I got a big one 😭
9-6 Reply ♡0

Audrey P
😂😂😂
9-6 Reply ♡0

Hide

user8675017693472
Yes!
9-6 Reply ♡2

Annie Altman · Creator
.....!!!!!
9-6 Reply ♡0

Hide

Rainbow Unicorn Sparkles
Orange cat behavior + doofy derpy dog sounds fantastic
9-6 Reply ♡0

Add comment...

Document title: (2)It's up to them ☐ ☐ #caturday | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7682164436190203150
Capture timestamp (UTC): Wed, 16 Sep 2026 21:55:36 GMT

PageVault

| | |
|---|---|
| Document title: | (2)August 30th: On This Day in History \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7680070559614504205?image_index=4 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 21:58:10 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 21:58:13 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | vJprXRcvHPVddG1vqzZfes |
| Display Name: | noelle.smith |

PDF REFERENCE #: rVz9pKeF32T5miTS5RNQdQ

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Electronically Filed - ST LOUIS COUNTY - June 20, 2025 - 04:03 PM

**25SL-PR02320**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
PROBATE DIVISION
STATE OF MISSOURI

| | |
|---|---|
| ANN FRANCIS ALTMAN,<br>Plaintiff,<br><br>vs.<br><br>CONNIE FRANCIS GIBSTINE,<br>Serve [redacted]<br><br>Defendant,<br><br>and<br><br>PARKSIDE FINANCIAL BANK & TRUST,<br>Serve a[redacted]<br><br>SAMUEL HARRIS ALTMAN,<br>Serve a[redacted]<br><br>MAX HAROLD ALTMAN,<br>Serve at:[redacted]<br><br>JACK EDWARD ALTMAN,<br>Serve at:[redacted]<br><br>Interested Partie | Case No.<br><br>Jury Trial Demanded |

Not an Official Document

PETITION

COMES NOW, Plaintiff Ann ! rancis Altman, and for her Petition against Defendant Connie Francis Gibstine, states as follows:

Annie Altman · 8-31

#onthisday https://www.courts.mo.gov/fv/c/Petition.PDF?courtCode=21&di=30477202

August 30th: On This Day in History

Explore historical events that happened on August 30th, commemorating a specific day in history.

Keywords: on this day,August 30,historical events,this day in history

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

9
0
1
Share

Document title: (2)August 30th: On This Day in History | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7680070559614504205?image_index=4
Capture timestamp (UTC): Wed, 16 Sep 2026 21:58:13 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Serve [redacted]

Defendant, )

and )

PARKSIDE FINANCIAL BANK & TRUST, )
Serve a[redacted]

SAMUEL HARRIS ALTMAN, )
Serve a[redacted]

MAX HAROLD ALTMAN, )
Serve at:[redacted]

JACK EDWARD ALTMAN, )
Serve at:[redacted]

Interested Parti )

PETITION

COMES NOW, Plaintiff Ann ! rancis Altman, and for her Petition against Defendant Connie Francis Gibstine, states as follows:

Annie Altman · 8-31

#onthisday https://www.courts.mo.gov/fv/c/Petition.PDF?courtCode=21&di=30477202

August 30th: On This Day in History

Explore historical events that happened on August 30th, commemorating a specific day in history.

Keywords: on this day,August 30,historical events,this day in history

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

9

0

1

Share




Sponsored

Wearing size medium for extra baggy look...

Angela May

Learn More


Comments | You may like

Start the conversation

Add comment...

Document title: (2)August 30th: On This Day in History | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7680070559614504205?image_index=4
Capture timestamp (UTC): Wed, 16 Sep 2026 21:58:13 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (2)#cattok #catsarereikimasters \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7680054991070973198 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:00:44 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:00:47 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 9pbbFDBZu8aGigkerHnqnG |
| Display Name: | noelle.smith |

PDF REFERENCE #: teerws64npMBGSqCNNaXNk

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dyljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




10
2
0
Share

Document title: (2)#cattok #catsarereikimasters | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7680054991070973198
Capture timestamp (UTC): Wed, 16 Sep 2026 22:00:47 GMT

Page 1 of 2

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama 🌷
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




10
2
0
Share




Sponsored

And the inside is lined so it DOESNT itch 😮‍💨

SunLeopard

Learn More


Comments | You may like

2 comments

taupebunny
My cat did a flop bc she heard you and thought it was me 😺😹
8-31 Reply ♡ 0

Christopher
Tis a kyoot citty.
9-2 Reply ♡ 0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (2)#onthisday #fyp \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7675987979378248974 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:03:35 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:03:40 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | kWRS7gUX3foGvgDHGWpq84 |
| Display Name: | noelle.smith |

PDF REFERENCE #: rcqrKy2jFhGfAADJ8qDbFi




Document title: (2)#onthisday #fyp | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7675987979378248974
Capture timestamp (UTC): Wed, 16 Sep 2026 22:03:40 GMT




Document title: (2)#onthisday #fyp | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7675987979378248974
Capture timestamp (UTC): Wed, 16 Sep 2026 22:03:40 GMT

PageVault

| | |
|---|---|
| Document title: | (2)#praying #cover #kesha @Kesha ❤ \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7675987849933606158 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:06:20 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:06:23 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | pUaPRaTk79LzdfQhwyrq6m |
| Display Name: | noelle.smith |

PDF REFERENCE #: c9SsUXQv2vDSfy6nFJCEN4




Document title: (2)#praying #cover #kesha @Kesha ❤ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7675987849933606158
Capture timestamp (UTC): Wed, 16 Sep 2026 22:06:23 GMT




Document title: (2)#praying #cover #kesha @Kesha ❤ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7675987849933606158
Capture timestamp (UTC): Wed, 16 Sep 2026 22:06:23 GMT

PageVault

| | |
|---|---|
| Document title: | (2)A woman's life is precious \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7675631655075253518 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:08:48 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:08:50 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | 2kEYw4RRnb1yPHFWKoQqL2 |
| Display Name: | noelle.smith |

PDF REFERENCE #: tn9sz6vGddgUWJibAyUTdy

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

If any harm ever comes to me "mysteriously" - you know who it was.

I love my life.

59
8
2
2

Annie Altman · 6-10

If any harm ever comes to me "mysteriously" - you know who it was.

I love my life.

**A woman's life is precious**

This is a cautionary tale from a woman who cherishes her life and warns of potential harm.

Keywords: life is precious,cautionary tale

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

Document title: (2)A woman's life is precious | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7675631655075253518
Capture timestamp (UTC): Wed, 16 Sep 2026 22:08:50 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity postgameclarityy
lilly | young mama lillygrace_034
Eli Rallo elirallo
phillipsfambam phillips_fambam
dylanjordan dylljordan
View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 8-19

If any harm ever comes to me "mysteriously" - you know who it was.

I love my life.

A woman's life is precious

This is a cautionary tale from a woman who cherishes her life and warns of potential harm.

Keywords: life is precious,cautionary tale

This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

2

2




Sponsored

Cushion
@sheshine_usa01...
Greisy Ruiz

Learn More


Comments | You may like

8 comments

Anti-fascist Auntie
stay safe and pls always take care




8-19 Reply ♡5

kali hides money
who is this about?
8-19 Reply ♡0

wkskhsbwbh
she's sam Altman's sister...
8-19 Reply ♡7

Hide

taupebunny
I'm sad to see this, but not surprised. Sending love and safety 💚
8-23 Reply ♡0

Rainbow Unicorn Sparkles
we love you Annie! and we know.
8-21 Reply ♡0

fall
Love you Annie, be safe💕
8-19 Reply ♡0

EmbracingYourGreatness
It's time to disappear for awhile for your own safety. Do you have a safe place to go? Btw fellow survivor here
8-19 Reply ♡0

maddieehq
❤️
1h ago Reply ♡0

Add comment...

Document title: (2)A woman's life is precious | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7675631655075253518
Capture timestamp (UTC): Wed, 16 Sep 2026 22:08:50 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 8-19

If any harm ever comes to me "mysteriously" - you know who it was.

I love my life.

A woman's life is precious

This is a cautionary tale from a woman who cherishes her life and warns of potential harm.

Keywords: life is precious,cautionary tale

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

2

2



Sponsored

Just in time for fall weather. Cozy and...

JajoFinds

Learn More

Comments          You may like

8 comments

Anti-fascist Auntie
stay safe and pls always take care




8-19 Reply ♡5

kali hides money
who is this about?
8-19 Reply ♡0

wkskhsbwbh
she's sam Altman's sister...
8-19 Reply ♡7

Hide

taupebunny
I'm sad to see this, but not surprised. Sending love and safety 💚
8-23 Reply ♡0

Rainbow Unicorn Sparkles
we love you Annie! and we know.
8-21 Reply ♡0

fall
Love you Annie, be safe💕
8-19 Reply ♡0

EmbracingYourGreatness
It's time to disappear for awhile for your own safety. Do you have a safe place to go? Btw fellow survivor here
8-19 Reply ♡0

maddieehq
❤️
1h ago Reply ♡0

Add comment...

Document title: (2)A woman's life is precious | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7675631655075253518
Capture timestamp (UTC): Wed, 16 Sep 2026 22:08:50 GMT

Page Vault

| | |
|---|---|
| Document title: | (1)How Many Times I Listened to Brandi Carlile's "Uninvited" Cover Today \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7673743027436784910 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:11:38 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:11:41 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | wbvAph727tVZg3Z9HiBwwF |
| Display Name: | noelle.smith |

PDF REFERENCE #: aFFgBfrR4R33ckPbmEsb5X

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 8-14

Ask me how many times I've listened to @Brandi Carlile 's Uninvited cover today

**How Many Times I Listened to Brandi Carlile's "Uninvited" Cover Today**

Ask me how many times I've listened to Brandi Carlile's "Uninvited" cover today.

Lead
I've been playing Brandi Carlile's take on "Uninvited" on repeat. It's one of those covers that pulls you in — a voice and arrangement that demand multiple listens.

Why it keeps replaying
- Vocal delivery: Brandi's emotive phrasing and tone make familiar lines feel new. That alone invites another play.
- Arrangement choices: Subtle changes in instrumentation or dynamics reward repeated listening; each replay reveals a detail missed before.
- Emotional resonance: The song's mood aligns with whatever I'm feeling today, so it becomes the soundtrack of the moment.

Favorite moments to listen for
- Opening lines: The way the cover starts sets the tone immediately and hooks you.
- Climactic phrases: Moments where the voice swells or pulls back are especially satisfying and worth replaying.
- Production details: Background harmonies or instrumental fills that appear on repeat listens.

Close / Call to action
How many times have you replayed a favorite cover today? Try counting your plays and note which lines or moments make you restart — sometimes the answer says more about the song than the number itself.

#BrandiCarlile #Uninvited

Keywords: Brandi Carlile Uninvited cover, how many times listened, Uninvited cover reaction, Brandi Carlile replay count, favorite moments Uninvited cover, cover song listening habit, why replay a cover song

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

12
1
1
Share

Document title: (1)How Many Times I Listened to Brandi Carlile's "Uninvited" Cover Today | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7673743027436784910
Capture timestamp (UTC): Wed, 16 Sep 2026 22:11:41 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok

**Annie Altman** · 8-14

Ask me how many times I've listened to @Brandi Carlile 's Uninvited cover today

**How Many Times I Listened to Brandi Carlile's "Uninvited" Cover Today**

Ask me how many times I've listened to Brandi Carlile's "Uninvited" cover today.

Lead
I've been playing Brandi Carlile's take on "Uninvited" on repeat. It's one of those covers that pulls you in — a voice and arrangement that demand multiple listens.

Why it keeps replaying
- Vocal delivery: Brandi's emotive phrasing and tone make familiar lines feel new. That alone invites another play.
- Arrangement choices: Subtle changes in instrumentation or dynamics reward repeated listening; each replay reveals a detail missed before.
- Emotional resonance: The song's mood aligns with whatever I'm feeling today, so it becomes the soundtrack of the moment.

Favorite moments to listen for
- Opening lines: The way the cover starts sets the tone immediately and hooks you.
- Climactic phrases: Moments where the voice swells or pulls back are especially satisfying and worth replaying.
- Production details: Background harmonies or instrumental fills that appear on repeat listens.

Close / Call to action
How many times have you replayed a favorite cover today? Try counting your plays and note which lines or moments make you restart — sometimes the answer says more about the song than the number itself.

#BrandiCarlile #Uninvited

Keywords: Brandi Carlile Uninvited cover, how many times listened, Uninvited cover reaction, Brandi Carlile replay count, favorite moments Uninvited cover, cover song listening habit, why replay a cover song

This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

12
1
1
Share





Sponsored

As a lash cluster girlie... I HAD to try these 😊...

pameluhhhh__

Learn More


Comments | You may like

1 comment

**Christopher**

It's going to be ok.




9-2 Reply ♡ 0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)#onthisday #tbt #peterthiel #fyp \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7673633130472951054 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:14:30 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:14:33 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | gBuL3F9zxSMrk3cZqoraKL |
| Display Name: | noelle.smith |

PDF REFERENCE #: b76CDDjQqQmxu4ZYrFZAT8




Document title: (1)#onthisday #tbt #peterthiel #fyp | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7673633130472951054
Capture timestamp (UTC): Wed, 16 Sep 2026 22:14:33 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 8-13

#onthisday #tbt #peterthiel #fyp

8 · 1 · 2 · Share

Comments | You may like

1 comment

syrena
I'm a leo/Virgo cusp so i'm an exhibitionist but I'm shy
8-14 Reply ♡ 0

Add comment...

Document title: (1)#onthisday #tbt #peterthiel #fyp | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7673633130472951054
Capture timestamp (UTC): Wed, 16 Sep 2026 22:14:33 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)He kinda sucks, allegedly \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7673368987639565582 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:17:27 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:17:31 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | q6hsAuZLrkB8rtmUzkftem |
| Display Name: | noelle.smith |

PDF REFERENCE #: hzNbvJiwBi99EYYh9vniHk




Document title: (1)He kinda sucks, allegedly | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7673368987639565582
Capture timestamp (UTC): Wed, 16 Sep 2026 22:17:31 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More




70
4
8
5

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok


Sponsored
Oh, look. Your dog is doing that elegant,...
Kikki Loves You ...
Learn More

Comments | You may like

4 comments

DevouredSunflower

In 2024 my Discord group did an experiment & our results were so disturbing. When we asked several different AIs "who is Annie Altman?" it told us either you didn't exist or they weren't able answer that question. We would then follow up with "She is Sam Altman's sister, why are you lying?" it always replied some sort of backpedaling & minimizing response. We don't intentionally use AI for anything anymore, but please know you are seen. 💜

8-14 Reply ♡9

Christopher

I love your fire. 🔥🔥🔥 the divine in me greets the divine in you. Never stop!

9-2 Reply ♡1

Luci Kolb

"..Tonight..."

8-13 Reply ♡0

Joka

they think she crazy but she not

6d ago Reply ♡0

Add comment...

Document title: (1)He kinda sucks, allegedly | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7673368987639565582
Capture timestamp (UTC): Wed, 16 Sep 2026 22:17:31 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)Bummer dude @Jake Schroeder \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7673032786462231822?image_index=2 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:20:10 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:20:12 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | oKUUZG4WFDvQWrMXo1ti5G |
| Display Name: | noelle.smith |

PDF REFERENCE #: uHbQSpWzsnqDTG1H8wUZBJ


TikTok
Search
For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More
Following accounts
postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all
Company
Program
Terms & Policies
© 2026 TikTok
Your story 3h
Watch full reel >
frostedjake
1:05
Hey @frostedjake
conradocer commented
I think you should sing about his sister who is all over your comments. Apparently there's some nasty inheritance dispute...
16
1
1
3
Annie Altman · 8-12
Bummer dude @Jake Schroeder

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

**frostedjake** 6m · Author
Intermission
Reply — 4

**frostedjake** 6m · Author
The truth laid bare
Reply — 2

**anniealtman108** 2m
@frostedjake hey Jake, would love to please chitchat 💖
Reply Edit

**anniealtman108** 3m
https://www.gofundme.com/f/help-annie-get-legal-support-to-defend-jerry-altmans-wishes
Reply Share on Threads Edit

**anniealtman108** 3m
So you were a paid distraction?
Reply Share on Threads Edit

Annie Altman · 12
Bummer dude @Jake Schroeder

16 · 1 · 1 · 3



Sponsored
liz valenzuela
Learn More

Comments | You may like

1 comment

syrena
I was in a 6 year relationship with an ai bad gay guy...he is dead now...😈
8-12 Reply — ♡1

Add comment...

Document title: (1)Bummer dude @Jake Schroeder | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7673032786462231822?image_index=2
Capture timestamp (UTC): Wed, 16 Sep 2026 22:20:12 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full vid... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7671813791029497102 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:22:40 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:22:42 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | bcVfZWwAsnX3AD2pLCZQje |
| Display Name: | noelle.smith |

PDF REFERENCE #: eHLwkBVnYFYzoDbroXic2u

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




74
17
13
10

Document title: (1)Help Annie Get Legal Support To Defend Jerry Altman's Wishes (full vid... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7671813791029497102
Capture timestamp (UTC): Wed, 16 Sep 2026 22:22:42 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all

Company
Program
Terms & Policies
© 2026 TikTok

Comments | You may like

16 comments

Boop
It's astounding how greedy Sam is. All that AI money and it still isn't enough. Smh.
8-12 Reply ♡11

HilaryXYZ
I'm so sorry. You've had the bad luck of being born with narcissistic siblings.
8-9 Reply ♡7

jumpinjujubelly
Wow. I'm so sorry for what you've been through. I'm proud of you for speaking up.
8-9 Reply ♡5

Burny
i feel like u leavin some shit out girl 😭 but aight
8-19 Reply ♡1

Finn_TheGoodBoy
For sure
3d ago Reply ♡0

Hide

babs_zone
wishing you stability and peace, and wish i could send more. hoping this finds its way to resources 🕊
8-9 Reply ♡2

Jana Stern
so proud of you
8-12 Reply ♡1

Ruaa
you are a wonderful person I hope you get justice
8-19 Reply ♡0

Rainbow Unicorn Sparkles
this one is working btw!
8-9 Reply ♡4

Anti-fascist Auntie
👀 so they don't want you to know about where their investment firm has what is now YOUR money? intetesting.
8-9 Reply ♡4

Rainbow Unicorn Sparkles
have youever connected with @bekah day
8-9 Reply ♡5

Annie Altman · Creator
Hello @bekah day @Bekah Day Backup !
8-12 Reply ♡1

Hide

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

jumpinjujubelly
Wow. I'm so sorry for what you've been through. I'm proud of you for speaking up.
8-9 Reply 5

Burny
i feel like u leavin some shit out girl 🤣 but aight
8-10 Reply 1

Finn_TheGoodBoy
For sure
5d ago Reply 0

Hide

babs_zone
wishing you stability and peace, and wish i could send more. hoping this finds its way to resources 🕊
8-9 Reply 2

Jana Stern
so proud of you
8-12 Reply 1

Ruaa
you are a wonderful person I hope you get justice
8-10 Reply 0

Rainbow Unicorn Sparkles
this one is working btw!
8-9 Reply 4

Anti-fascist Auntie
👀 so they don't want you to know about where their investment firm has what is now YOUR money? intetesting.
8-9 Reply 4

Rainbow Unicorn Sparkles
have youever connected with @bekah day
8-9 Reply 5

Annie Altman · Creator
Hello @bekah day @Bekah Day Backup !
8-12 Reply 1

Hide

jackie
❤️❤️❤️
8-9 Reply 2

user5620012023660
❤️
8-9 Reply 1

taupebunny
Ah yes the old living in poverty in order to address a lifetime of trauma, sexual violence and HEDS. I also know this one. However shockingly (much like everything else your siblings is involved in)[I edited this and sent you a private message with the more personal stuff] Thank you so much for asking for help. I have been wanting to help you since I heard about you (unfortunately via the news about what sam did). Honestly it enrages me the things youve been through. Thank you for being so vulnerable and also being stronger than your fears. Thank you for making it through all of that, I know you wanted to quit but you didnt!! You anchor an energy on this planet that we all need, it truly tips the scale. The ways I can help are spiritual, I sent a message. Also, I'm sending this video around to my family and friends! You deserve to be seen and heard by everyone!! You did great reading, you have a very calming steady voice🥰💚
8-9 Reply 3

Add comment...

Page Vault

| | |
|---|---|
| Document title: | Help Annie Enforce Jerry Altman's Trust — GoFundMe Legal Support \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7671535724205739278 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:25:19 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:25:24 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | 8LBjTJWGHn1NZcJBgBpzyy |
| Display Name: | noelle.smith |

PDF REFERENCE #: 4rfMAbv2FwjSZArkvujMY6

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




71
16
7
12

Document title: Help Annie Enforce Jerry Altman's Trust — GoFundMe Legal Support | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7671535724205739278
Capture timestamp (UTC): Wed, 16 Sep 2026 22:25:24 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Comments | You may like

16 comments

Trackcake
I. Tell. Everyone. About. You. You will not be erased Annie-you are too good and kind.
8-8 Reply 11

user8675017693472
👏👏👏👏👏
8-8 Reply 1

Hide

Rainbow Unicorn Sparkles
ugh, it stops when you get to the point about the therapy sessions. we will get you justice, annie. I'm not sure what it looks like yet, but keep talking and we will keep amplifying. You WILL receive justice and retribution. As always, you are believed Annie. ❤️
8-8 Reply 7

user8675017693472
Yes, same!
8-8 Reply 2

✨Lovie 🌎❌💙✨
Why does it do this?!?
8-19 Reply 0

Hide

BekahN
Wow... it really does Freeze after you say "relieved for the help." I'm so sorry!
8-8 Reply 5

nina.asma4444
Booost!!!
8-16 Reply 2

kat tenbarge
Boosting ❤️
8-12 Reply 2

Annie Altman · Creator
@Annie Altman: Thank you!! That one glitches on all social medias a few minutes in... reposted next post, will send ❤️
8-12 Reply 1

Hide

Haute Tater
Sending love to you Annie, and telling anyone who will listen. We won't let you be silenced!
8-8 Reply 3

Jana Stern
#justiceforanniealtman
8-12 Reply 1

FederalCatDad
So diabolical your own family is like this. Sorry Annie! Sam will be held accountable one day

Document title: Help Annie Enforce Jerry Altman's Trust — GoFundMe Legal Support | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7671535724205739278
Capture timestamp (UTC): Wed, 16 Sep 2026 22:25:24 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all

Company
Program
Terms & Policies
© 2026 TikTok

talking and we will keep amplifying. You WILL receive justice and retribution. As always, you are believed Annie.
8-8 Reply 7

user8675017693472
Yes, same!
8-8 Reply 2

✨Lovie ❌💙✨
Why does it do this?!?
8-10 Reply 0

Hide

BekahN
Wow... it really does Freeze after you say "relieved for the help." I'm so sorry!
8-8 Reply 5

nina.asma4444
Boooost!!!
8-16 Reply 2

kat tenbarge
Boosting ❤️
8-12 Reply 2

Annie Altman · Creator
@Annie Altman: Thank you!! That one glitches on all social medias a few minutes in... reposted next post, will send ❤️
8-12 Reply 1

Hide

Haute Tater
Sending love to you Annie, and telling anyone who will listen. We won't let you be silenced!
8-8 Reply 3

Jana Stern
#justiceforanniealtman
8-12 Reply 1

FederalCatDad
So diabolical your own family is like this. Sorry Annie! Sam will be held accountable one day.
8-10 Reply 2

Christopher
My dad was a paramedic. That drive our dads had was legendary. Good for you for standing up. Be brave. Be strong. Say it with your whole chest.
9-7 Reply 0

debraleebee3
The video locks up before you're even halfway through. I believe certain people don't want your voice heard. If a certain person doesn't even have empathy for his own sister, it shows ableist across the board. They think he's gonna share with them. Universal basic income, but won't even give his sister her rightful inheritance.
8-8 Reply 4

debraleebee3
Saving by removable disc if you ever want proof of interference with your ability to ask for the public's help.
8-8 Reply 3

debraleebee3
I'm so angry for you. Using digital blocks to social justice, not even allowing you to ask people to share your story is diabolical, and I feel through discovery would be shown as purposeful. It makes me so sad how you've been treated.
8-8 Reply 2

Hide

Add comment...

Document title: Help Annie Enforce Jerry Altman's Trust — GoFundMe Legal Support | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7671535724205739278
Capture timestamp (UTC): Wed, 16 Sep 2026 22:25:24 GMT

PageVault

| | |
|---|---|
| Document title: | Hey Sad Scared Tech Bros (Hey There Delilah Parody) 2024 \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7671102808422092045 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:27:54 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:27:56 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | kt4yuEFMbyZXaWWguGcgNH |
| Display Name: | noelle.smith |

PDF REFERENCE #: aijNmFjKzPTs3sq46grouY


TikTok
Search
For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More
Following accounts
postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all
Company
Program
Terms & Policies
© 2026 TikTok
Annie Altman · 8-7
"Hey Sad Scared Tech Bros" (Hey There Delilah Parody) 2024 #tbt #fyp #anniealtman #rememberjerryaltman
Hey Sad Scared Tech Bros (Hey There Delilah Parody) 2024
Lead
"Hey Sad Scared Tech Bros" is a 2024 parody of "Hey There Delilah" that targets the anxieties and cultural quirks of today's startup and tech founder scene. Marketed with hashtags #tbt, #fyp, #anniealtman, and #rememberjerryaltman, the short musical sketch blends humor and empathy to spotlight tech-world stress in a familiar melody.
Body
What the parody is about
- Uses the tune and structure of "Hey There Delilah" to address common startup themes: burnout, investor pressure, pivoting, and imposter syndrome.
- The phrase "Sad Scared Tech Bros" frames the song's voice as both comedic and sympathetic, riffing on tech-culture stereotypes while acknowledging real anxiety.
21
3
2
Share

Body
What the parody is about
- Uses the tune and structure of "Hey There Delilah" to address common startup themes: burnout, investor pressure, pivoting, and imposter syndrome.
- The phrase "Sad Scared Tech Bros" frames the song's voice as both comedic and sympathetic, riffing on tech-culture stereotypes while acknowledging real anxiety.

2
Share

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama 🌷
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Sponsored
With Christmas right around the corner,...
BT || TIK TOK SHOP
Learn More

Comments
You may like

3 comments

estrela ⭐
own



8-7 Reply ♡1

syrena
This cover is what caught my attention and how I found you and came to know of you. It had nothing to do with Sam Altman. I usually scroll past everyone but I stopped on you.
8-25 Reply ♡1

estrela ⭐
sua voz é linda , não sei inglês , mas ao descobrir o significado em português doeu , sinto muito. Deus te ama .
8-7 Reply ♡0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Remembering August 4th: A Look Back on This Day \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7670445011481234702?image_index=1 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:30:24 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:30:26 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | q8NKXwLRv2aANPdf4FA7xS |
| Display Name: | noelle.smith |

PDF REFERENCE #: ntJ8pkC84xWbQKNj35p91C


TikTok
Search
For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More
Following accounts
postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all
Company
Program
Terms & Policies
© 2026 TikTok
15:01
0.2KB/s
ChatGPT 3.5
Altman.
You
And sisters?
ChatGPT
I couldn't find any information on whether Sam Altman has sisters. It's possible that he does, but if so, they may not be as publicly known as his brother, Max Altman.
You
What does this article say? https://www.businessinsider.com/sam-altman-sister-brothers-husband-parents?amp=
ChatGPT
I can't access specific articles or their
On this day
Aug 4, 2025
Message ChatGPT...
ChatGPT can make mistakes. Consider checking important information.
Annie Altman · 8-5
#onthisday #fyp
Remembering August 4th: A Look Back on This Day
Explore memories and moments from August 4th, 2025, with this 'On This Day' retrospective.
Keywords: On this day,August 4,Throwback
This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok
less
Skyfall - Adele
67
2
1
1

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity postgameclarityy
lilly | young mama lillygrace_034
Eli Rallo elirallo
phillipsfambam phillips_fambam
dylanjordan dylljordan
View all

Company
Program
Terms & Policies
© 2026 TikTok

You

Does he have other siblings? Are they entrepreneurs too?

ChatGPT

As of the latest available information, Sam Altman has one known sibling, Jack Altman. Jack is also an entrepreneur, as mentioned earlier. There is no publicly available information suggesting that Sam Altman has other siblings who are entrepreneurs.

ALT

**On this day**

**Aug 4, 2025**

7:46 PM · 4/19/24 From Earth · **6.9K** Views

**1** Repost **2** Quotes **4** Likes

Annie Altman · 8-5

#onthisday #fyp

Remembering August 4th: A Look Back on This Day

Explore memories and moments from August 4th, 2025, with this 'On This Day' retrospective.

Keywords: On this day,August 4,Throwback

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ Skyfall - Adele

67
2
1
1




Sponsored

#securepayeveryday #trending...

SimplyPippy

Learn More


Comments | You may like

2 comments

woo_

We believe you

8-5 Reply ♡4

woo_

Omg you are the Annie Altman, wow, I would think you would have a lot more followers. You're amazing

8-5 Reply ♡2

Add comment...

Document title: (1)Remembering August 4th: A Look Back on This Day | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7670445011481234702?image_index=1
Capture timestamp (UTC): Wed, 16 Sep 2026 22:30:26 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)□ □ □ □ \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7670444591367163149 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:33:19 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:33:22 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | ds7mBc3R1beFhR6RLSKN8N |
| Display Name: | noelle.smith |




Document title: (1)☐ ☐ ☐ ☐ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7670444591367163149
Capture timestamp (UTC): Wed, 16 Sep 2026 22:33:22 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama 🌷 lillygrace_034
- Eli Rallo eliarallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 8-5
✨💖✨💖

18
0
1
1

Sponsored
I wasn't expecting to love these this much...
Eli⭐
Learn More

Comments | You may like

Start the conversation

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Any guesses what about #fyp @Netflix #netflix #netflixdocumentary #tre... \| netflix \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7668106750108634382 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:36:04 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:36:07 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | nJk9nmWbFQSk251daoCZye |
| Display Name: | noelle.smith |

PDF REFERENCE #: mJ8rY8oHsVzEc9kaa1bxoK




Document title: (1)Any guesses what about #fyp @Netflix #netflix #netflixdocumentary #tre... | netflix | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7668106750108634382
Capture timestamp (UTC): Wed, 16 Sep 2026 22:36:07 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama 🌹
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 7-30

Any guesses what about #fyp @Netflix #netflix #netflixdocumentary #trend

less

♫ On a Mission - Duomo

4

Comments | You may like

14 comments

andria_dsp
Are you the annie Altman sister of the Sam???
7-30 Reply ♡25

Fimm_Magnotta
sí
9-7 Reply ♡0

Hide

yojo
we believe you!!!
7-30 Reply ♡7

LoneStarLeft
Being dramatic?
7-30 Reply ♡1

Annie Altman · Creator
❤️#rememberjerryaltman
7-30 Reply ♡8

Annie Altman · Creator
https://gofund.me/1020a3f6e
7-30 Reply ♡2

ElisariaMoon
Projection
7-30 Reply ♡1

Hide

Planet Clarke
I'm sat and I BELIEVE YOU!!!!!!!
7-30 Reply ♡2

Madisonreesexo
I hope you win this 🤞
8-2 Reply ♡1

The Frequency You Need
Oh I'd tune in!
7-30 Reply ♡1

Jana Stern
CANNOT WAIT
8-1 Reply ♡0

Annie Altman · Creator
https://gofund.me/1020a3f6e ❤️#rememberjerryaltman
7-30 Reply ♡3

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

we believe you!!!
7-30 Reply

LoneStarLeft
Being dramatic?
7-30 Reply 1

Annie Altman · Creator
❤️#rememberjerryaltman
7-30 Reply 8

Annie Altman · Creator
https://gofund.me/1020a3f6e
7-30 Reply 2

ElisariaMoon
Projection
7-30 Reply 1

Hide

Planet Clarke
I'm sat and I BELIEVE YOU!!!!!!
7-30 Reply 2

Madisonreesexo
I hope you win this 🤞
8-2 Reply 1

The Frequency You Need
Oh I'd tune in!
7-30 Reply 1

Jana Stern
CANNOT WAIT
8-1 Reply 0

Annie Altman · Creator
https://gofund.me/1020a3f6e ❤️ #rememberjerryaltman
7-30 Reply 3

jackie
👏👏👏
8-2 Reply 0

syrena
I find your story fascinating, because even with a billionaire brother you still ended up homeless. My husband is a multimillionaire and I ended up homless in Canada in the sex trafficking hub of the world. After my mother died, I was living with my husband overseas. He had just purchased a house outright with cash, complete with a pool, and I had given up the two-bedroom apartment my mother left me because I planned to return to our life together. Since I held residency in one country, I couldn't legally work in my husband's country without risking that residency. My husband promised he would continue paying the rent on my mother's apartment until I packed everything up and returned. Instead, he never paid the rent, leaving me with $6,000 in rental debt. I wasn't overly worried because I knew I was about to receive a $6,000 settlement from a workplace injury through my lawyer, which would cover it. At that point, my niece, who is the same age as me, convinced me not to pay the rent. She urged me to move in with her, keep the settlement money, and help her clean her home and care for her child because she was at risk of losing custody. She promised she would not leave me homeless. This way I wasnt wasting money paying rent on a place i would give up when my husband was ready to have me come home any day now. After only one month, she broke that promise and forced me out. I returned to my husband, hoping to rebuild our life together, but after two months he sent me back to Canada with nowhere to live. Homeless, I was forced to rent rooms from multiple people, (in a housing crisis for the same amount i was paying for the two bedroom apartment my mom left me) some of whom propositioned me for sex or attempted to exploit and traffic me. I was physically and sexually assaulted multiple times in multiple different places because almost 100% of people out there see a vulnerable girl and try to take advantage of that. I was physically ill too btw. I needed to be hospitalized and have a blood transfusion.
7-31 Reply 0

Add comment...

Page Vault

| | |
|---|---|
| Document title: | What Would Grandma Do? AI Is a Marketing Term - Duet with Zach \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7668091296837356814 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:38:57 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:39:00 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | toULar4qrm4rJ4SX7GkA9g |
| Display Name: | noelle.smith |

PDF REFERENCE #: uNmVyRSAKBnbP9FTaL7Krt

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 7-29

#duet with

▶ 7656085100391714062

#Alisamarketingterm #whatwouldgrandmado

What Would Grandma Do? AI Is a Marketing Term - Duet with Zach

Lead
A duet with Zach centers on the idea that "AI is a marketing term" and frames the question "What would grandma do?" as a practical lens for interpreting marketing claims. The clip contrasts industry language with everyday common sense to help viewers judge hype versus real value.

Body
1. Core idea
The phrase "AI is a marketing term" suggests that companies often label features as AI to attract attention. Using the "What would grandma do?" question forces a simpler test: would a straightforward, practical solution satisfy the problem without flashy jargon?

2. Practical checklist
- Ask what problem is being solved: focus on outcome rather than the label.
- Look for clear examples: does the feature demonstrably save time, reduce steps, or improve results?
- Prefer understandable explanations: if a claim can't be explained in plain terms, treat it cautiously.
- Consider trust and familiarity: would someone like grandma feel comfortable using it?

3. How to respond to AI marketing claims
- Request demonstrations or simple before/after scenarios.
- Check for measurable benefits rather than buzzwords.
- Compare to conventional alternatives: is the "AI" approach actually better or just renamed?

Close
Use the "What would grandma do?" test to cut through marketing language and focus on usefulness. When seeing claims that "AI" powers a feature, ask for clear, practical evidence—if it passes the grandma test, it's worth a closer look. What

♫ original sound - SPAM LIKE = BLOCK

14

1

2

Share

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — eliralIo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 7-29

#duet with

▶ 7656085100391714062

#AIisamarketingterm #whatwouldgrandmado

What Would Grandma Do? AI Is a Marketing Term - Duet with Zach

Lead
A duet with Zach centers on the idea that "AI is a marketing term" and frames the question "What would grandma do?" as a practical lens for interpreting marketing claims. The clip contrasts industry language with everyday common sense to help viewers judge hype versus real value.

Body
1. Core idea
The phrase "AI is a marketing term" suggests that companies often label features as AI to attract attention. Using the "What would grandma do?" question forces a simpler test: would a straightforward, practical solution satisfy the problem without flashy jargon?

2. Practical checklist
- Ask what problem is being solved: focus on outcome rather than the label.
- Look for clear examples: does the feature demonstrably save time, reduce steps, or improve results?
- Prefer understandable explanations: if a claim can't be explained in plain terms, treat it cautiously.
- Consider trust and familiarity: would someone like grandma feel comfortable using it?

3. How to respond to AI marketing claims
- Request demonstrations or simple before/after scenarios.
- Check for measurable benefits rather than buzzwords.
- Compare to conventional alternatives: is the "AI" approach actually better or just renamed?

Close
Use the "What would grandma do?" test to cut through marketing language and focus on usefulness. When seeing claims that "AI" powers a feature, ask for clear, practical evidence—if it passes the grandma test, it's worth a closer look. What

♫ original sound - SPAM LIKE = BLOCK

14
1
2
Share

Comments | You may like

1 comment

Adam Salamoun
Cool post!
7-30 Reply ♡ 0

Add comment...

Document title: What Would Grandma Do? AI Is a Marketing Term - Duet with Zach | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7668091296837356814
Capture timestamp (UTC): Wed, 16 Sep 2026 22:39:00 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)Annie Altman (@anniealtman108)'s videos with How Bizarre - OMC \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7666220327919176973?image_index=2 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:41:24 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:41:28 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | a9YznKYbLCr2DPhwABUmHe |
| Display Name: | noelle.smith |

PDF REFERENCE #: ijVY6CF1fUc3mzejxTNEYP


TikTok
Search
For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More
Following accounts
postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all
Company
Program
Terms & Policies
© 2026 TikTok
Post
Sam Altman
@sama
X.com
also roon is my alt
7:14 PM · 2/10/24 · 2.8M Views
545
621
8.3K
441
32
7
3
11
Annie Altman · 7-24
How Bizarre - OMC

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
eliralllo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok


roon @tszzl · 30m
this was a common meme on the internet making fun of libertarians who were weirdly against age of consent laws
1 11 262

Annie Altman · 7-4
How Bizarre - OMC

32
7
3
11

Comments | You may like

7 comments

NADIANNA SOUTHERN
I believe you
7-24 Reply ♡6

Rainbow Unicorn Sparkles
we believe you, annie. and we will tell you that every time you need to hear it!
7-26 Reply ♡2

taupebunny
I cant even imagine what you had to live through unprotected. 🫂 I like following you just to see you shine now💚🌟💫
7-27 Reply ♡0

Sabbs
A child?! I feel sick. People are not angry enough I stg. Protect the children, protect the women and girls, protect fckin everyone from these these predators. 😷
7-25 Reply ♡0

syrena
some people feel obligated & pressured to concent to things they actually don't want to do then later feel disgusting about it and run far away to another Provence... ..and then they meet someone who asks them for concent and they feel so disgusting that they freeze and don't concent to something they actually want to concent to... the world is magical and mysterious that way ✨
7-25 Reply ♡0

debraleebee3
Cannot imagine what you've gone through and the work you've had to do to be in the space you're in now. If my abuser was in a position of power like this, all over the news, everywhere I looked, with people praising him, I can't say I'd be strong enough to overcome it. Love to you Annie.
7-24 Reply ♡0

The DreamBuilder
🙏
0d ago Reply ♡0

Add comment...

Document title: (1)Annie Altman (@anniealtman108)'s videos with How Bizarre - OMC | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7666220327919176973?image_index=2
Capture timestamp (UTC): Wed, 16 Sep 2026 22:41:28 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)Annie Altman (@anniealtman108)'s videos with King of Anything - Sara Bareilles \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7666220055998319885 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:44:03 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:44:07 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | e4SRzRUq6TiLPJtvmJ2csB |
| Display Name: | noelle.smith |

PDF REFERENCE #: b2gD71ysYSmC3teQfhP1eT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 7-24
King of Anything - Sara Bareilles

20
1
1
1

Document title: (1)Annie Altman (@anniealtman108)'s videos with King of Anything - Sara Bareilles | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7666220055998319885
Capture timestamp (UTC): Wed, 16 Sep 2026 22:44:07 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama 🌷
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




20

1

1

1

Comments | You may like

1 comment

Audrey P
Love this song ✨✨✨
7-24 Reply ♡1

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)On This Day: June 30th \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7657301577409006861 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:46:54 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:46:57 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 4 |
| Capture ID: | vPbUdiHjKzDNY2rKeJV1VY |
| Display Name: | noelle.smith |

PDF REFERENCE #: 1m6GpLPK7WdP3on3vSo4Zj

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 6-30

#onthisday

On This Day: June 30th

A look back at significant events that happened on June 30th throughout history.

Keywords: on this day,historical events,June 30

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound -

76
9
1
1

Document title: (1)On This Day: June 30th | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7657301577409006861
Capture timestamp (UTC): Wed, 16 Sep 2026 22:46:57 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 6-30

#onthisday

On This Day: June 30th

A look back at significant events that happened on June 30th throughout history.

Keywords: on this day,historical events,June 30

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound -

Jun 30, 2025

9

1

1

Comments | You may like

9 comments

taupebunny
So glad you're in stable housing. I have EDS too, getting the diagnosis is such a huge step, congrats! Sending healing vibes and hope you arent having pain today💚💚💚
6-30 Reply ♡2

deejbr549
Safety matters. ✌
6-30 Reply ♡1

Kayla Sweet
Winning! Seriously though, I'm happy for you!! Your money never should have been withheld like that. I hope you continue to experience positivity
7-10 Reply ♡0

Intuitive Divine Journey
Congratulations 🎊
7-12 Reply ♡0

Cookies
making biscuits for your happiness



7-24 Reply ♡0

Rainbow Unicorn Sparkles
you deserve this and more.
7-1 Reply ♡1

Jana Stern
Snow flakes before the avalanche
7-10 Reply ♡0

The Frequency You Need
🥰
7-1 Reply ♡0

Worthingtonworksitout
👏👏👏👏👏
7-2 Reply ♡0

Add comment...

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
eliralllo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Annie Altman · 6-30

#onthisday

On This Day: June 30th

A look back at significant events that happened on June 30th throughout history.

Keywords: on this day,historical events,June 30

This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound -

9
1
1

Comments    You may like

9 comments

taupebunny
So glad you're in stable housing. I have EDS too, getting the diagnosis is such a huge step, congrats! Sending healing vibes and hope you arent having pain today💚💚💚
6-30 Reply ♡2

deejbr549
Safety matters. ✌
6-30 Reply ♡1

Kayla Sweet
Winning! Seriously though, I'm happy for you!! Your money never should have been withheld like that. I hope you continue to experience positivity
7-10 Reply ♡0

Intuitive Divine Journey
Congratulations 🎊
7-12 Reply ♡0

Cookies
making biscuits for your happiness



7-24 Reply ♡0

Rainbow Unicorn Sparkles
you deserve this and more.
7-1 Reply ♡1

Jana Stern
Snow flakes before the avalanche
7-10 Reply ♡0

The Frequency You Need
🥰
7-1 Reply ♡0

Worthingtonworksitout
👏👏👏👏👏
7-2 Reply ♡0

Add comment...

Document title: (1)On This Day: June 30th | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7657301577409006861
Capture timestamp (UTC): Wed, 16 Sep 2026 22:46:57 GMT
Page 3 of 3

PageVault

| | |
|---|---|
| Document title: | (1)Send ideas for seated surgery recovery things please! #knitting #han... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7657301399084043533 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:49:49 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:49:53 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | ac9siDgFgWayj2zwD4j9dd |
| Display Name: | noelle.smith |

PDF REFERENCE #: s2qLYSJWrSUUuWPurhoJ5j

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies

© 2026 TikTok



15
0
2
Share

Annie Altman · 6-30

Send ideas for seated surgery recovery things please! #knitting #handbeaded #artsandcrafts #handmade #humanmade

less

original sound - wurricanes

Document title: (1)Send ideas for seated surgery recovery things please! #knitting #han... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7657301399084043533
Capture timestamp (UTC): Wed, 16 Sep 2026 22:49:53 GMT




Document title: (1)Send ideas for seated surgery recovery things please! #knitting #han... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7657301399084043533
Capture timestamp (UTC): Wed, 16 Sep 2026 22:49:53 GMT

PageVault

| | |
|---|---|
| Document title: | (1)Yes I also have a song parody about Pete on my YouTube \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7655802744611081486 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:52:29 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:52:31 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | tweRwpqjsVANEGwuUJcTcH |
| Display Name: | noelle.smith |

PDF REFERENCE #: 9kCEyS3vEk2cEWDorzN5od

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 6-26

Yes I also have a song parody about Pete on my YouTube

less

23
4
2
Share

Document title: (1)Yes I also have a song parody about Pete on my YouTube | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7655802744611081486
Capture timestamp (UTC): Wed, 16 Sep 2026 22:52:31 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dyljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




23
4
2
Share

Annie Altman · 6-26

Yes I also have a song parody about Pete on my YouTube

less

Comments | You may like

4 comments

syrena
The Peter can you feel one singular human feeling Peter can you feel one singular human feeling PETER part ALWAYS gets stuck in my head randomly. i always burst out into singing that part when I'm in the shower or cleaning my house. You literally wrote a bop. So catchy.
6-27 Reply ♡2

Ebony Millgate
Your amazing ! I'm so glad I came across your page ! Please keep spreading your message even if it's getting suppressed on TikTok I'm certain
6-27 Reply ♡1

syrena

6-27 Reply ♡2

Spirit
👍👍👍
6-27 Reply ♡0

Add comment...

Document title: (1)Yes I also have a song parody about Pete on my YouTube | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7655802744611081486
Capture timestamp (UTC): Wed, 16 Sep 2026 22:52:31 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)#fbf #timelinecleanse \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7655802478646119693 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:55:27 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:55:29 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 4C76rbkxmPsh1fH5WH6jFR |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo eliralIo
- phillipsfambam phillips_fambam
- dylanjordan dyljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




10
1
2
Share

Document title: (1)#fbf #timelinecleanse | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7655802478646119693
Capture timestamp (UTC): Wed, 16 Sep 2026 22:55:29 GMT

TikTok

Search

For You

Shop

Explore

Following

Friends

LIVE

Messages

Activity

Upload

Profile

More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company

Program

Terms & Policies

© 2026 TikTok




10

1

2

Share

Comments | You may like

1 comment

Rainbow Unicorn Sparkles
do you grow orchids?
6-28 Reply 0

Add comment...

Page Vault

| | |
|---|---|
| Document title: | (1)#onthisday \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7655023414893219085 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 22:58:22 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 22:58:27 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 3fGccSbv5fhJjdHMBYS8Kf |
| Display Name: | noelle.smith |

PDF REFERENCE #: dGVD38KBPjQsYMGKiynHrB




Document title: (1)#onthisday | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7655023414893219085
Capture timestamp (UTC): Wed, 16 Sep 2026 22:58:27 GMT




Document title: (1)#onthisday | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7655023414893219085
Capture timestamp (UTC): Wed, 16 Sep 2026 22:58:27 GMT

PageVault

| | |
|---|---|
| Document title: | (1)Happy Father's Day, I love you most, thank you for still protecting me... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7653736394522692878 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:01:11 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:01:14 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | tFYwyTNdCnnAQ95U5N1np8 |
| Display Name: | noelle.smith |

PDF REFERENCE #: 6XACsKpfbZjpagd6rBosjK

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-21

Happy Father's Day, I love you most, thank you for still protecting me is an understatement ❤️❤️❤️❤️ #rememberjerryaltman #daddysgirl

"Good thing one of us was paying attention" - Dad, probably

less

♫ Teach Your Children - Crosby, Stills, Nash & Young

23
1
1
1

Document title: (1)Happy Father's Day, I love you most, thank you for still protecting me... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7653736394522692878
Capture timestamp (UTC): Wed, 16 Sep 2026 23:01:14 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
eliralIo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-21

Happy Father's Day, I love you most, thank you for still protecting me is an understatement ❤️❤️❤️❤️ #rememberjerryaltman #daddysgirl

"Good thing one of us was paying attention" - Dad, probably

less

♫ Teach Your Children - Crosby, Stills, Nash & Young

23
1
1
1

Comments | You may like

1 comment

taupebunny
Cutie pie!
6-21 Reply
♡ 0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Remembering Jerry Altman: Honoring a Legacy of Love \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7652818274228489485?image_index=4 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:03:51 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:03:53 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | fDGLqDTLgaJ6VcuH4NHvFr |
| Display Name: | noelle.smith |

PDF REFERENCE #: 1RYJZMPXCoBk5NsD1Srm6Q

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok

Case Number: 25SL-PR02320

In the time without the support my Dad intended for me, I was homeless for more than three years, began survival sex work, and managed Elhers-Danlos Syndrome, PCOS (Polycystic Ovarian Syndrome), PTSD (Post-Traumatic Stress Disorder), and more.

In 2024, St. Louis attorney Mike Gras helped show that the Trust did exist and I now receive monthly payments for my basic needs. These payments, that my Father intended for me to have after his death in 2018, allowed me to: finally have stable housing again after a 2021 home invasion, slowly stop the sex work I had begun for survival, and finally get major ankle surgery after seven straight years (and 12 years since the first walking boot) of pain. I am sharing this from my fourth week of recovery from said ankle surgery, where scar and other tissues were removed and an internal support was attached to my bones.

Annie Altman

#rememberjerryaltman My Dad was my family, and his wishes will be respected

https://gofund.me/1f334d811

Please only help with donations if you're able, and please share this publicly and privately if you're able to help in that way

Thank you for helping me honor my Dad's legacy. Those lucky enough to know him are aware that he is the one who taught me the importance of love, and equitable basic resource distribution

(Song from one of Dad's favorite bands)

Remembering Jerry Altman: Honoring a Legacy of Love

A tribute to Jerry Altman, honoring his legacy of love and equitable resource distribution. Support his memory through donations and sharing.

Keywords: rememberjerryaltman,Jerry Altman legacy,honor father's memory,gofundme donations,equitable resource distribution

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

57

6

4

1

♫ Every Breath You Take - The Police

Document title: (1)Remembering Jerry Altman: Honoring a Legacy of Love | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7652818274228489485?image_index=4
Capture timestamp (UTC): Wed, 16 Sep 2026 23:03:53 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

$14 raised of $104K
1%
1 person donated
Donate
Share

Annie Altman

#rememberjerryaltman My Dad was my family and his wishes will be respected

https://gofund.me/1f334d811

Please only help with donations if you're able, and please share this publicly and privately if you're able to help in that way

Thank you for helping me honor my Dad's legacy. Those lucky enough to know him are aware that he is the one who taught me the importance of love, and equitable basic resource distribution

(Song from one of Dad's favorite bands)

**Remembering Jerry Altman: Honoring a Legacy of Love**

A tribute to Jerry Altman, honoring his legacy of love and equitable resource distribution. Support his memory through donations and sharing.

Keywords: rememberjerryaltman,Jerry Altman legacy,honor father's memory,gofundme donations,equitable resource distribution

This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

Every Breath You Take - The Police

Hi, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25,

57 · 6 · 4 · 1

Comments | You may like

6 comments

**Luke**
The shadow ban is crazy
6-20 Reply ♡7

**Baby pig**
Shadow ban is crazy sis
6-24 Reply ♡6

**nightmare**
I'm so sorry
6-19 Reply ♡3

**DASHA**
БАКАЛАВРИАТ
6-25 Reply ♡0

**debraleebee3**
To understand the psyche, but one of the people orchestrating what you describe on a scale never seen, I learned a little bit about your dad. Everything was about how he was just an extra extra extraordinary regular guy who loved his family. He wanted nothing more than for everyone to have enough. You are a credit to his legacy. I really hope AND we all really need you to raise that money. I've been diagnosed with a softball size tumor in my pelvis. I can't afford to go to the doctor. I know your dad would think that was a tragedy. i'm rooting for you.
6-19 Reply ♡1

**Annie Altman** · Creator
Thank you for learning about my Dad. Prayers for your healing
6-19 Reply ♡1

Hide

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Scar tissue and more out, internal support put in. Last picture shows ... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7652520555400203534?image_index=2 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:06:29 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:06:33 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | g2Ssmnpz86gobrdUETU49B |
| Display Name: | noelle.smith |

PDF REFERENCE #: rJE2ozdUEYqLUXqdN1CPdU

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy
lilly | young mama
lillygrace_034
Eli Rallo
elirallo
phillipsfambam
phillips_fambam
dylanjordan
dylljordan
View all

Company
Program
Terms & Policies
© 2026 TikTok



**Annie Altman** · 6-18

Scar tissue and more out, internal support put in. Last picture shows my real feelings about anesthesia. And the reality of a decade of debilitating ankle pain before I could get this literal support. Thank you to my surgeon and nurses for patiently answering so many questions. Thank you anesthesiologist for kindly and respectfully making fun of me, before and after surgery, about being so ptsd terrified to go under. Thank you friends helping my knee-scootering recovery. Thank you those who believed my body's pain before **#elhersdanlossyndrome** and before I could get scans and surgery ❤️

p.s. yes there's a cover of this song on my YouTube

less

♫ Scars (2020) - Papa Roach

42
4
3
1

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-18

Scar tissue and more out, internal support put in. Last picture shows my real feelings about anesthesia. And the reality of a decade of debilitating ankle pain before I could get this literal support. Thank you to my surgeon and nurses for patiently answering so many questions. Thank you anesthesiologist for kindly and respectfully making fun of me, before and after surgery, about being so ptsd terrified to go under. Thank you friends helping my knee-scootering recovery. Thank you those who believed my body's pain before #elhersdanlossyndrome and before I could get scans and surgery ❤️

p.s. yes there's a cover of this song on my YouTube

less

♫ Scars (2020) - Papa Roach

42
4
3
1

Comments | You may like

4 comments

MistiCart369
I know that pain ALLLL too well. I'm glad you are finally getting a lil relief. Prayers for a speedy recovery ✨🙏
6-18 Reply ♡0

taupebunny
Glad you feel better! I'm having surgery this year for endometriosis and I cannot wait to be on the other side of it.
6-19 Reply ♡0

JakeWeddleComedy
great song
6-18 Reply ♡0

MistiCart369
I'm having surgery at the end of next month. I cannot wait. On my BIG Toe joint. I already had surgery and it's worse than it was before surgery. So now I have tons of scar tissue and arthritis. They're going to fuse it together and I cannot wait for RELIEF 😩
6-18 Reply ♡0

Add comment...

Document title: (1)Scar tissue and more out, internal support put in. Last picture shows ... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7652520555400203534?image_index=2
Capture timestamp (UTC): Wed, 16 Sep 2026 23:06:33 GMT

PageVault

| | |
|---|---|
| Document title: | Gemini Cat's Adorable Overstimulation Moment \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7652177702056676622 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:09:32 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:09:34 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | oXkxXBN8DtdZ3bbdKc5BXc |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 6-17

Promise he wins this, he's a Gemini cat #cuteaggression #cattok

**Gemini Cat's Adorable Overstimulation Moment**

Cats are known for their unique personalities, and this Gemini cat is a perfect example of how astrological signs can manifest in our furry friends. In this delightful video, we witness a charming moment that many cat owners can relate to: a cat that is adorably overwhelmed and in need of a nap after being overstimulated. This is what we refer to as 'cute aggression'.

But what exactly is cute aggression? It's that feeling you get when something is so cute that you feel the urge to squeeze, pinch, or cuddle it tightly. For our Gemini cat, this is exemplified through its quick shifts in energy—traits often associated with Gemini personalities. Known for being curious, adaptable, and sometimes a bit hyperactive, this cat displays a mix of sweet napping moments alongside its playful behavior.

During times of high energy and playfulness, a cat can become overstimulated due to too much excitement or certain types of handling, leading to those cute but chaotic moments. For cat owners, recognizing these signs can help provide comfort and appropriate rest for their pets. It serves as a reminder of the importance of watching our cats' body language and understanding when they need a break.

By embracing these quirky behaviors, we deepen our connection with our pets. Tune in or share your own experiences with cute aggression and the unique traits of different cat personalities! Remember, every moment is a chance to appreciate the wonderful world of our feline companions!

Keywords: Gemini cat behavior, overstimulated cat moments, cute aggression in cats, cat personality traits, feline overstimulation signs

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ son original - Legends_never_die

38
1
1
1

Document title: Gemini Cat's Adorable Overstimulation Moment | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7652177702056676622
Capture timestamp (UTC): Wed, 16 Sep 2026 23:09:34 GMT

TikTok

Search

For You

Shop

Explore

Following

Friends

LIVE

Messages

Activity

Upload

Profile

More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company

Program

Terms & Policies

© 2026 TikTok




Annie Altman · 6-17

Promise he wins this, he's a Gemini cat #cuteaggression #cattok

**Gemini Cat's Adorable Overstimulation Moment**

Cats are known for their unique personalities, and this Gemini cat is a perfect example of how astrological signs can manifest in our furry friends. In this delightful video, we witness a charming moment that many cat owners can relate to: a cat that is adorably overwhelmed and in need of a nap after being overstimulated. This is what we refer to as 'cute aggression'.

But what exactly is cute aggression? It's that feeling you get when something is so cute that you feel the urge to squeeze, pinch, or cuddle it tightly. For our Gemini cat, this is exemplified through its quick shifts in energy—traits often associated with Gemini personalities. Known for being curious, adaptable, and sometimes a bit hyperactive, this cat displays a mix of sweet napping moments alongside its playful behavior.

During times of high energy and playfulness, a cat can become overstimulated due to too much excitement or certain types of handling, leading to those cute but chaotic moments. For cat owners, recognizing these signs can help provide comfort and appropriate rest for their pets. It serves as a reminder of the importance of watching our cats' body language and understanding when they need a break.

By embracing these quirky behaviors, we deepen our connection with our pets. Tune in or share your own experiences with cute aggression and the unique traits of different cat personalities! Remember, every moment is a chance to appreciate the wonderful world of our feline companions!

Keywords: Gemini cat behavior, overstimulated cat moments, cute aggression in cats, cat personality traits, feline overstimulation signs

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ son original - Legends_never_die

38

1

1

1

Comments You may like

1 comment

buck50/50

This is my favorite kind of a cat, stripes orange with a baby pink nose and green eye

6-17 Reply ♡ 0

Add comment...

Page Vault

| | |
|---|---|
| Document title: | (1)So lucky for my surgery recovery nurses ❤ #cattok #catsarereikimaster... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7652176847538556174 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:12:35 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:12:38 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | m5vm9CZ8XbcMmMvDU5yv9h |
| Display Name: | noelle.smith |

PDF REFERENCE #: 9mC9auHs6dF9CuBmZ2q7SP

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-17

So lucky for my surgery recovery nurses ❤️ #cattok #catsarereikimasters

less

37
2
1
Share

Document title: (1)So lucky for my surgery recovery nurses ❤ #cattok #catsarereikimaster... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7652176847538556174
Capture timestamp (UTC): Wed, 16 Sep 2026 23:12:38 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity 1
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama 🌷 lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dyljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-17

So lucky for my surgery recovery nurses ❤️ #cattok #catsarereikimasters

less

37
2
1
Share

Comments | You may like

2 comments

MochiSaysTryMe
💗💗💗
6-17 Reply ♡0

Cakebythepound
❤️❤️❤️❤️❤️❤️❤️
6-19 Reply ♡0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)#ai #fyp #aiisamarketingterm #rememberjerryaltman \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7649483187764202766 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:15:17 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:15:28 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | vTZBvaMgdCvVBg65hvHQj2 |
| Display Name: | noelle.smith |

PDF REFERENCE #: aTuKHQBr1XXSN4gbn4DAJ2

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




26
7
1
1

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-9

#ai #fyp #aiisamarketingterm #rememberjerryaltman

Savage - Megan Thee Stallion

26
7
1
1

Comments | You may like

7 comments

Annie Altman · Creator
Hi hello any questions?
6-10 Reply ♡0

Phlegm
Sending you good juju in your suit 🧞
6-14 Reply ♡0

HassAn Omar
i hope you are successful in all your ventures in this life, and find everlasting peace.
6-10 Reply ♡0

Hide ^

Lexi
How long does it take to drive from Detroit Michigan to the next rally in New York to meet the mayor?
6-16 Reply ♡1

Annie Altman · Creator
Depends on the driver!!
6-17 Reply ♡1

MistiCart369
if you got a ticket MONEY, you could definitely get there faster 😂
6-18 Reply ♡0

Hide ^

stoneworksxx
yeah uhm what is the best type of interspecies friendship? like optimally the objective best one??? like the interspecies friendship that could destroy all the other interspecies friendships because of how potent their friendship is? thanks in advance
6-23 Reply ♡0

Add comment...

Document title: (1)#ai #fyp #aiisamarketingterm #rememberjerryaltman | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7649483187764202766
Capture timestamp (UTC): Wed, 16 Sep 2026 23:15:28 GMT

PageVault

| | |
|---|---|
| Document title: | Annie Altman: Hey Human, Please Eat! \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7648429538107608333 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:18:17 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:18:20 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | cigK4BCCnWfAKkpfB9iZTE |
| Display Name: | noelle.smith |

PDF REFERENCE #: h9ynBZQz9TMfoqwWG9ju11

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-6

Hey human, please eat

**Annie Altman: Hey Human, Please Eat!**

The video features a direct and somewhat unusual appeal: "Hey human, please eat." This simple phrase, delivered with an implied sense of urgency or perhaps gentle persuasion, forms the core message of the content. The creator, identified as Annie Altman (also potentially known by the handle anniealtman108), is behind this peculiar request. The context suggests a piece of short-form content, possibly a sketch or a brief comedic interlude, designed to be engaging and memorable due to its unexpected nature. The call to action, while unusual, is clear: an encouragement for viewers to consume food.

Keywords: annie altman, anniealtman108, hey human please eat, humor, short film, sketch comedy, food encouragement, quirky content

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

26
2
3
1

Document title: Annie Altman: Hey Human, Please Eat! | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648429538107608333
Capture timestamp (UTC): Wed, 16 Sep 2026 23:18:20 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-6

Hey human, please eat

**Annie Altman: Hey Human, Please Eat!**

The video features a direct and somewhat unusual appeal: "Hey human, please eat." This simple phrase, delivered with an implied sense of urgency or perhaps gentle persuasion, forms the core message of the content. The creator, identified as Annie Altman (also potentially known by the handle anniealtman108), is behind this peculiar request. The context suggests a piece of short-form content, possibly a sketch or a brief comedic interlude, designed to be engaging and memorable due to its unexpected nature. The call to action, while unusual, is clear: an encouragement for viewers to consume food.

Keywords: annie altman, anniealtman108, hey human please eat, humor, short film, sketch comedy, food encouragement, quirky content

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

26
2
3
1

Comments | You may like

2 comments

Rainbow Unicorn Sparkles
literally though lmao. it's not funny but your commentary is.
6-7 Reply ♡1

MistiCart369
I have such a bad relationship with food. ESPECIALLY NOW that they poison EVERYTHING ☹
6-18 Reply ♡0

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Rooting for you, survivor ❤ \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7648428421554392333 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:21:08 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:21:10 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | sDKbv2dUW1pU9GALend35J |
| Display Name: | noelle.smith |

PDF REFERENCE #: mG92iWViRmDUewSDwq6wuu

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
eliralio

phillipsfambam
phillips_fambam

dylanjordan
dyljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 6-6
Rooting for you, survivor ❤️
♫ Feeling Good - Nina Simone

19
0
1
4

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 6-6
Rooting for you, survivor ❤️
♫ Feeling Good - Nina Simone

19
0
1
4

Comments
You may like

Document title: (1)Rooting for you, survivor ❤ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648428421554392333
Capture timestamp (UTC): Wed, 16 Sep 2026 23:21:10 GMT

Page 2 of 2

Page Vault

| | |
|---|---|
| Document title: | (1)#rememberjerryaltman #daddysgirl \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7648077770232204557 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:24:06 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:24:10 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 4R8gBxVzaZowoeRKYi8r15 |
| Display Name: | noelle.smith |

PDF REFERENCE #: bJVCfcFbbn55HgobibsrnE

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




10
3
2
Share

Document title: (1)#rememberjerryaltman #daddysgirl | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648077770232204557
Capture timestamp (UTC): Wed, 16 Sep 2026 23:24:10 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Comments

You may like

3 comments

Anti-fascist Auntie
hope you're healing from well from your surgery!
6-16 Reply
0

Rainbow Unicorn Sparkles
weightless ❤️❤️❤️
6-7 Reply
0

MistiCart369
Mary Jane to the Rescue ✨
6-18 Reply
0

Add comment...

Document title: (1)#rememberjerryaltman #daddysgirl | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648077770232204557
Capture timestamp (UTC): Wed, 16 Sep 2026 23:24:10 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)#fbf #fyp \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7648073817985715469 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:27:07 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:27:11 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | h6ihTw9dM4gemDvZ6aMqJe |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — eliralllo
- phillipsfambam — phillips_fambam
- dylanjordan — dyljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Light Makeup

Annie Altman · 6-6

#fbf #fyp

♫ original sound - Annie Altman

87
0
2
1

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




87
0
2
1



Sponsored
Why I love my Shark Glossi 🦈✨ • Smooth...
Evita Sanchez
Learn More


Comments | You may like

Start the conversation

Add comment...

| | |
|---|---|
| Document title: | Love You Madly uke cover cake tutorial 2020 \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7648068685189451021 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:29:49 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:29:53 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 8gx4sk3pmT7BYH3ZYcFEPA |
| Display Name: | noelle.smith |

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




18
1
2
Share

Document title: Love You Madly uke cover cake tutorial 2020 | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648068685189451021
Capture timestamp (UTC): Wed, 16 Sep 2026 23:29:53 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




18

1

2

Share

Comments | You may like

Start the conversation

Add comment...

Document title: Love You Madly uke cover cake tutorial 2020 | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7648068685189451021
Capture timestamp (UTC): Wed, 16 Sep 2026 23:29:53 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)158. Curious! Let Yourself Be Imperfect, Human With Yaasika Check out ... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7646932886511176974 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:32:29 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:32:32 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | k57s8PNqqodCzakScPc5e5 |
| Display Name: | noelle.smith |

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




6
0
0
Share

Annie Altman · 6-2

158. Curious! Let Yourself Be Imperfect, Human With Yaasika

Check out Yaasika on IG @ vibr8higher and at youtube.com/vibr8higher ! Support her at buymeacoffee.com/vibr8higher !

Thank you, Yaasika!

#podcast #allhumansarehuman #thehumannie #the10Cs #curiosity

less

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




6
0
0
Share

Annie Altman · 6-2

158. Curious! Let Yourself Be Imperfect, Human With Yaasika

Check out Yaasika on IG @ vibr8higher and at youtube.com/vibr8higher ! Support her at buymeacoffee.com/vibr8higher !

Thank you, Yaasika!

#podcast #allhumansarehuman #thehumannie #the10Cs #curiosity

less

Sponsored

Consider your cart officially validated! ...

Tracie

Learn More

Comments | You may like

Start the conversation

Add comment...

Document title: (1)158. Curious! Let Yourself Be Imperfect, Human With Yaasika Check out ... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7646932886511176974
Capture timestamp (UTC): Wed, 16 Sep 2026 23:32:32 GMT

PageVault

| | |
|---|---|
| Document title: | (1)Hey human, reminder that you exist in a biological vessel that require... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7646924144625339661 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:35:12 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:35:20 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | p21zAFCCGhRvbawjMXDKCx |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-2

Hey human, reminder that you exist in a biological vessel that requires nutrients and caloric fuel to survive. Love you, go feed yourself 💘❤️
#foodtok #foodlabelsareinterestingandallbutwhatifweputthatenergytowardsfooddistribution

less

♫ What a Girl Wants - Christina Aguilera

21
1
0
Share

Document title: (1)Hey human, reminder that you exist in a biological vessel that require... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7646924144625339661
Capture timestamp (UTC): Wed, 16 Sep 2026 23:35:20 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 6-2

Hey human, reminder that you exist in a biological vessel that requires nutrients and caloric fuel to survive. Love you, go feed yourself 💪❤️
#foodtok #foodlabelsareinterestingandallbutwhatifweputthatenergytowardsfooddistribution

less

♫ What a Girl Wants - Christina Aguilera

21
1
0
Share

Comments | You may like

1 comment

MistiCart369
PLEASE teach me how to eat healthy being a picky eater. Seriously if you have any advice I would take it. I literally have such a bad relationship with food. If I could go without eating and still live the rest of my life I would. lol
6-18 Reply ♡ 0

Add comment...

Document title: (1)Hey human, reminder that you exist in a biological vessel that require... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7646924144625339661
Capture timestamp (UTC): Wed, 16 Sep 2026 23:35:20 GMT

PageVault

| | |
|---|---|
| Document title: | (1)#onthisday #news \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7646621601445711117 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:37:45 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:37:47 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | misXdRXL5JZFwDKbFx6amf |
| Display Name: | noelle.smith |

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok

Some news:
-US still funding a genocide
-US in constitutional crisis
-environmental crisis
-that one sparkly fem baby gay hunter lady got another baby gay
-women discover most men cheat
-new fruit/veg season
-money still a human made tool
-US still funding a genocide

May 31, 2025

50
3
1
1

Annie Altman · 6-2

#onthisday #news

♫ Super Mario Bros. Main Theme (From "Super Mario Bros.") - Geek Music Super Mario Bros. Main Theme (From "Super Mario Bros."

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok

-that one sparkly fem baby gay hunter lady got another baby gay
-women discover most men cheat
-new fruit/veg season
-money still a human made tool
-US still funding a genocide

May 31, 2025

50
3
1
1

Annie Altman · 6-2

#onthisday #news

♫ Super Mario Bros. Main Theme (From "Super Mario Bros.") - Geek Music Super Mario Bros. Main Theme (From "Super Mario Bros."


Sponsored ···
Big bust girls, you know the struggle 😩...
stefy.canela
Learn More

Comments | You may like

2 comments

**Cookies**
section 224 of the proposed NDAA is just.... 😑
6-2 Reply ♡0

**Krispycarebear**
The 4th one was an original sentence I didn't need to read, and it hurts my IQ. Lol, cause idk wtf that means and I will not be researching further...



6-4 Reply ♡0

Add comment...

Document title: (1)#onthisday #news | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7646621601445711117
Capture timestamp (UTC): Wed, 16 Sep 2026 23:37:47 GMT

PageVault

| | |
|---|---|
| Document title: | (1)The most lucky human ☐ ☐ #cattok #catsarereikimasters \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7646621499369032974 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:40:37 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:40:39 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 4sBUnAy5i2aWu5DbH2dZYY |
| Display Name: | noelle.smith |

PDF REFERENCE #: onmTi8H1J2DiGQYyinvB61

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




8
0
1
Share

Document title: (1)The most lucky human ☐ ☐ #cattok #catsarereikimasters | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7646621499369032974
Capture timestamp (UTC): Wed, 16 Sep 2026 23:40:39 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies

© 2026 TikTok



Annie Altman · 6-2

The most lucky human 😸😸 #cattok #catsarereikimasters

less

♫ Next To Me - Emeli Sandé

8

0

1

Share

Comments

You may like

Start the conversation

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)❤ #rememberjerryaltman \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7644103209467907358?image_index=2 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:43:21 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:43:25 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 9g5mx5MQPV6zrE7HTqnbwD |
| Display Name: | noelle.smith |

PDF REFERENCE #: dhrwMCMT4nc39sXDbhF7WV

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-26

❤️ #rememberjerryaltman

33
0
1
Share

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-26

❤️ #rememberjerryaltman

33
0
1
Share

Sponsored



Obsessed with these pants

Elle

Learn More

Comments | You may like

Start the conversation

Add comment...

Document title: (1)❤ #rememberjerryaltman | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7644103209467907358?image_index=2
Capture timestamp (UTC): Wed, 16 Sep 2026 23:43:25 GMT

Page Vault

| | |
|---|---|
| Document title: | (1)What did I do on what lifetime ☐ ☐ #cattok #catsarereikimasters \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7644101566567337247 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:46:24 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:46:26 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | hxwvXSE4auh3YAPcrrngkh |
| Display Name: | noelle.smith |

PDF REFERENCE #: w9Kvc4uiAh39JV7Udd4PDu




Document title: (1)What did I do on what lifetime ☐ ☐ #cattok #catsarereikimasters | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7644101566567337247
Capture timestamp (UTC): Wed, 16 Sep 2026 23:46:26 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 5-26

What did I do on what lifetime 😻😭 #cattok #catsarereikimasters

less

53
2
2
Share




Sponsored

Want your mascara to look longer, fuller and...

darleenkeegan

Learn More


Comments | You may like

2 comments

**Cookies**
I usually gauge someone's personality by how their cat treats them. You seem like a loving cat mom 😊
5-26 Reply ♡2

**taupebunny**
I would die for my kitty bc how do they make our hearts so happpyyyyy???
5-26 Reply ♡1

Add comment...

Page Vault

| | |
|---|---|
| Document title: | (1)Why yes there is an old cover of this song on my YouTube ☐ \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7643593845531348237 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:49:19 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:49:22 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | aoXeKzzqetJ8SqMzrsuwj4 |
| Display Name: | noelle.smith |

PDF REFERENCE #: 7tbZeEuHTjfMdx4oNr63da




Document title: (1)Why yes there is an old cover of this song on my YouTube ☐ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7643593845531348237
Capture timestamp (UTC): Wed, 16 Sep 2026 23:49:22 GMT




Document title: (1)Why yes there is an old cover of this song on my YouTube ☐ | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7643593845531348237
Capture timestamp (UTC): Wed, 16 Sep 2026 23:49:22 GMT

PageVault

| | |
|---|---|
| Document title: | (1)Yes that's Dragon Tales (in my @Cou Cou Intimates ) \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7643340182653062413 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:52:20 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:52:24 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | pomPyEnfshPLMbwEWaehNM |
| Display Name: | noelle.smith |

PDF REFERENCE #: 6dja1RRrupGiREkRFWy9No

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




8
0
0
Share

Document title: (1)Yes that's Dragon Tales (in my @Cou Cou Intimates ) | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7643340182653062413
Capture timestamp (UTC): Wed, 16 Sep 2026 23:52:24 GMT

Page 1 of 2

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




8
0
0
Share

Sponsored

Adidas Handball Spezial Earth Strata...
⭐ 🎀 JillsFinds 🎀 ⭐
Learn More

Comments | You may like

Start the conversation

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)Overcoming Challenges of Being Unhoused for 3 Years \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7643307799568485646 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:55:02 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:55:06 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 3e6GoqErikMppJURVrA9aU |
| Display Name: | noelle.smith |

PDF REFERENCE #: 5kpU2Pkhb2raXs42Q37Fvu

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-24

Thank you to everyone who literally helped me stay alive ❤️

**Overcoming Challenges of Being Unhoused for 3 Years**

A heartfelt journey of resilience while facing health challenges and homelessness. Discover strength and survival techniques. #resilience #homelessness

Keywords: overcoming challenges of homelessness,living unhoused experience,health issues and homelessness,resilience during tough times,survival techniques for unhoused,navigating life with chronic illness,mental health in homelessness,support for the unhoused,personal journey of survival

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound - mark.payton.tiktok

104 · 0 · 0 · Share

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok

**Annie Altman** · 5-24

Thank you to everyone who literally helped me stay alive ❤️

**Overcoming Challenges of Being Unhoused for 3 Years**

A heartfelt journey of resilience while facing health challenges and homelessness. Discover strength and survival techniques. #resilience #homelessness

Keywords: overcoming challenges of homelessness,living unhoused experience,health issues and homelessness,resilience during tough times,survival techniques for unhoused,navigating life with chronic illness,mental health in homelessness,support for the unhoused,personal journey of survival

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ original sound - mark.payton.tiktok

104 · 0 · 0 · Share


Sponsored

You're in control of your score. Register f...

GRE® General Test

Register now

Comments | You may like

Start the conversation

Add comment...

PageVault

| | |
|---|---|
| Document title: | (1)#vanilla #vanillaextract #homemade #homemadefood #youcanjustdothings \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7643305821924789518 |
| Page loaded at (UTC): | Wed, 16 Sep 2026 23:58:03 GMT |
| Capture timestamp (UTC): | Wed, 16 Sep 2026 23:58:05 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | oBKy8FS9x7FpZw2dQW5hRV |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




17
4
2
Share

Document title: (1)#vanilla #vanillaextract #homemade #homemadefood #youcanjustdothings | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7643305821924789518
Capture timestamp (UTC): Wed, 16 Sep 2026 23:58:05 GMT

Page 1 of 2

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 5-24

#vanilla #vanillaextract #homemade #homemadefood #youcanjustdothings

less

17

4

2

Share

Comments | You may like

4 comments

taupebunny
omg that color! I want to make some now!
5-24 Reply ♡1

Annie Altman · Creator
Makes me so happy :) do it!!
5-24 Reply ♡0

Hide

Cookies
homemade vanilla is that easy to make????? this is wonderful
5-24 Reply ♡1

debraleebee3
My wife has a vanilla obsession. It has to be vanilla beans and a particular type. Definitely not gonna show her this because she doesn't have an obsession with cleaning up after herself. 😂
5-24 Reply ♡1

Add comment...

Document title: (1)#vanilla #vanillaextract #homemade #homemadefood #youcanjustdothings | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7643305821924789518
Capture timestamp (UTC): Wed, 16 Sep 2026 23:58:05 GMT

PageVault

| | |
|---|---|
| Document title: | (1)Mental Health and Being Called "Crazy" \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7643304402643701005 |
| Page loaded at (UTC): | Thu, 17 Sep 2026 00:00:52 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 00:00:57 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | aCBWb3KvEMGv2ZGffA47Wr |
| Display Name: | noelle.smith |

PDF REFERENCE #: 6njHxKmZTVZKUJ6WLEJyYp

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo eliralIo
- phillipsfambam phillips_fambam
- dylanjordan dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-24

Because let's talk about your mental health then :)

**Mental Health and Being Called "Crazy"**

A post discussing mental health and addressing the hurtful experience of being called 'crazy.'

Keywords: mental health,crazy,mental health awareness

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ Crazy - Gnarls Barkley & CeeLo Green & Danger Mouse Crazy - Gnarls Barkley & CeeLo Green & Danger Mouse

27
1
1
Share

Document title: (1)Mental Health and Being Called "Crazy" | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7643304402643701005
Capture timestamp (UTC): Thu, 17 Sep 2026 00:00:57 GMT

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity
  postgameclarityy
- lilly | young mama
  lillygrace_034
- Eli Rallo
  elirallo
- phillipsfambam
  phillips_fambam
- dylanjordan
  dylljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-24

Because let's talk about your mental health then :)

Mental Health and Being Called "Crazy"

A post discussing mental health and addressing the hurtful experience of being called 'crazy.'

Keywords: mental health,crazy,mental health awareness

ⓘ This is an AI-generated summary of the content, and is not intended to provide factual context. If you think it may contain an error, please report at: Feedback and help - TikTok

less

♫ Crazy - Gnarls Barkley & CeeLo Green & Danger Mouse Crazy - Gnarls Barkley & CeeLo Green & Danger Mouse

27
1
1
Share

Comments You may like

1 comment

Cookies
I trust you over a billionaire every time
5-24 Reply ♡ 3

Add comment...

Document title: (1)Mental Health and Being Called "Crazy" | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7643304402643701005
Capture timestamp (UTC): Thu, 17 Sep 2026 00:00:57 GMT

Page 2 of 2

PageVault

| | |
|---|---|
| Document title: | (1)#allhumansarehuman #bulliesaresolame \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7643304276034358542 |
| Page loaded at (UTC): | Thu, 17 Sep 2026 00:03:35 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 00:03:36 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | wKx2Jof8pUbkzrNpz2KS6a |
| Display Name: | noelle.smith |

PDF REFERENCE #: fcYS3H4tTycuPvkms3tUu8




Document title: (1)#allhumansarehuman #bulliesaresolame | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7643304276034358542
Capture timestamp (UTC): Thu, 17 Sep 2026 00:03:36 GMT

Page 1 of 2

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
eliralIo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




10
5
1
Share

Sponsored
Easily manage and track employee rides...
Uber
Sign up

Comments | You may like

5 comments

**Jana Stern**
you exist
5-25 Reply ♡1

**maddieehq**
You do exist you're right here!!!
7-7 Reply ♡0

**Cookies**
your voice is heard and there are streamers who are ensuring that you aren't silenced 🙌
5-24 Reply ♡0

**maddieehq**
Annie exists I know her!!
7-7 Reply ♡0

**user6070584074526**
🥰🥰🥰
5-24 Reply ♡0

Add comment...

Document title: (1)#allhumansarehuman #bulliesaresolame | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7643304276034358542
Capture timestamp (UTC): Thu, 17 Sep 2026 00:03:36 GMT

PageVault

| | |
|---|---|
| Document title: | (1)#libra #astrology #jokes \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/photo/7643301628208073997 |
| Page loaded at (UTC): | Thu, 17 Sep 2026 00:06:22 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 00:06:24 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | sJ87QM9dHsMBMEuWJUR7Fv |
| Display Name: | noelle.smith |

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity postgameclarityy
- lilly | young mama lillygrace_034
- Eli Rallo elirallo
- phillipsfambam phillips_fambam
- dylanjordan dyljordan
- View all

Company
Program
Terms & Policies
© 2026 TikTok




11
0
1
1

Document title: (1)#libra #astrology #jokes | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/photo/7643301628208073997
Capture timestamp (UTC): Thu, 17 Sep 2026 00:06:24 GMT

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok




Annie Altman · 5-24

#libra #astrology #jokes

♫ Just the Way You Are - Bruno Mars

11
0
1
1


Sponsored
Comftorable, stylish and perfect for any...
Just Cam
Learn More

Comments | You may like

Start the conversation

Add comment...

Page Vault

| | |
|---|---|
| Document title: | (1)Made it through surgery, home to the orange nurses I get to be the hum... \| TikTok |
| Capture URL: | https://www.tiktok.com/@anniealtman108/video/7642472026648628494 |
| Page loaded at (UTC): | Thu, 17 Sep 2026 00:09:11 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 00:09:14 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 3 |
| Capture ID: | 4iB9c33ZJgQn8JSKF7ynod |
| Display Name: | noelle.smith |

PDF REFERENCE #: hjLUZhBYr7gVpE62aAqz8C

TikTok

Search

- For You
- Shop
- Explore
- Following
- Friends
- LIVE
- Messages
- Activity
- Upload
- Profile
- More

Following accounts

- postgame clarity — postgameclarityy
- lilly | young mama — lillygrace_034
- Eli Rallo — elirallo
- phillipsfambam — phillips_fambam
- dylanjordan — dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 5-21

Made it through surgery, home to the orange nurses I get to be the human for 😵❤️

less

106

7

0

1

TikTok

Search

For You
Shop
Explore
Following
Friends
LIVE
Messages
Activity
Upload
Profile
More

Following accounts

postgame clarity
postgameclarityy

lilly | young mama
lillygrace_034

Eli Rallo
elirallo

phillipsfambam
phillips_fambam

dylanjordan
dylljordan

View all

Company
Program
Terms & Policies
© 2026 TikTok



Annie Altman · 5-21

Made it through surgery, home to the orange nurses I get to be the human for 😩❤️

less

106

7

0

1



Sponsored

Trying out the @Halara_official Plus...

Queso Casanova

Learn More

Comments

You may like

7 comments

Rainbow Unicorn Sparkles
aww, they know. sending healing energy!!
5-22 Reply ♡4

Cookies
have a speedy recovery. the frequency of the kitties purs will help with the healing process 🙌
5-22 Reply ♡5

Amber Khan
Happy to see you recovering ❤️
5-23 Reply ♡1

🌙☁️Sunday
Their purrs are regenerating your cells
5-22 Reply ♡2

conchita
I have 2 oranges and they are great nurses.
5-22 Reply ♡1

S🅐M 🍉
Such sweet babies. We love to see it 🧡
5-22 Reply ♡1

user6070584074526
🥰🥰🥰
5-21 Reply ♡2

Add comment...

Document title: (1)Made it through surgery, home to the orange nurses I get to be the hum... | TikTok
Capture URL: https://www.tiktok.com/@anniealtman108/video/7642472026648628494
Capture timestamp (UTC): Thu, 17 Sep 2026 00:09:14 GMT