# EXHIBIT L

## PUBLIC REDACTED VERSION

**From:** Santos A. Perez, Esq. <sperez@njlawcounsel.com>
**Sent:** Tuesday, September 15, 2026 8:13 PM
**To:** Jonathan Kravis <jonathan.kravis@lskllp.com>; Thomas J. Magee <thomas.magee@heplerbroom.com>; Chen, Hailyn <Hailyn.Chen@mto.com>; Hu, April <April.Hu@mto.com>
**Cc:** Annie Altman <annie.f.altman@gmail.com>
**Subject:** Altman, Plaintiff's IME Update

Counsels,

As a direct and proximate result of your having publicly shamed Ms. Altman, by disclosing on the docket [redacted]

I will forward a note from a physician to you tomorrow morning HST which will shed some light on her ability to appear - or not appear - for the scheduled IME.

You will be updated as I receive more information.

Santos A. Perez, Esq.
The **P**erez **L**aw **F**irm
sperez@NJLawCounsel.Com
sperez@gardenstatelaw.Com

(201)875-2266
Fax: (201)875-3094
http://www.GardenStateLaw.Com
http://www.NJLawCounsel.Com

---

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient please contact the sender at (201)875-2266, or reply by e-mail and destroy all copies of the original message.