# EXHIBIT P

## PUBLIC REDACTED VERSION

**From:** Santos A. Perez, Esq.
**To:** Jonathan Kravis; Thomas J. Magee; Chen, Hailyn; Hu, April
**Subject:** Altman, Sept 13, 2026 Production and Unverified Deficiency Letter Responses
**Date:** Sunday, September 13, 2026 8:50:28 AM
**Attachments:** EMDR Therapy References in Hammoo File.pdf
Justin Seitz Aug 27 2026 emails.pdf
REDACTED LETTER Altman Dated Sept 12 2026, Re August 26 2026 Deficiency Email.pdf

ⓘ External email ❯

Counsels,

1. I have been unable secure plaintiff's verification, and included in my deficiency letter only those responses I have been authorized to disclose, in addition to objections and commentary which require no verification.

2. I am including in this email a partial production of Signal, WhatsApp, and Discord Messages, however a few hundred more documents need to be reviewed for responsiveness.

3. I have also made a voluntary disclosure of investigator Justin Seitz - whom you are most certainly aware of (upon information and belief, his name appeared in other productions). Mr Seitz sent me an unsolicited non-privileged email which I am duty bound to disclose. As such, I've attached the unsolicited email as well as my responses - in full. It is my understanding that although Mr. Mahoney was aware of this investigator - he never contracted with him. I have also separately prepared a 45 page production on Seitz (emails and text messages), however unlike the email I've sent you - it involves the work product privilege as his assistance was in connection with the lawsuit(s). In my tendering this email he sent me, I am not waiving that privilege. However, I will be more than happy to produce same upon receipt by you of satisfactory case law which allows my office to make this production. If you need more non-privileged context, please advise.

4. On the EMDR therapy records - I've included in my missive a deposition excerpt in which plantiff under oath testified she does not remember the name of the EMDR therapist [redacted] I have also included a document which includes all EMDR references in the [redacted] file - and the timeline is consistent - it seems that [redacted] in fact replaced the EMDR therapist [redacted].

5. I have also been unable to secure plaintiff's signature to the school records authorization, as well as her assurances she will attend the IME. As to the latter, we are waiting for an Order from the Court. There is a possibility that this IME may have to be rescheduled and this may be beyond my means to control.

Kind regards,

Santos A. Perez, Esq.
The **P**erez **L**aw **F**irm

sperez@NJLawCounsel.Com
sperez@gardenstatelaw.Com

(201)875-2266
Fax: (201)875-3094
http://www.GardenStateLaw.Com
http://www.NJLawCounsel.Com

-----------------------------------------------------------------------------------------------------------------------------------

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient please contact the sender at (201)875-2266, or reply by e-mail and destroy all copies of the original message.