# EXHIBIT Q

## PUBLIC REDACTED VERSION

# Perez Injury Lawyers

**Santos A. Perez, Esq., NJ, PR**
The Perez Law Firm
sperez@njlawcounsel.com

**MORRIS COUNTY:**
150-152 Speedwell Ave.
Morristown, NJ, 07960
Phone: (973)910-1647
Fax: (973)910-1922

**BERGEN COUNTY**
Phone: (201)875-2266
Fax: (201)875-3094

*September 14, 2026*

Ms. Hailyn Jennifer Chen, Esq.
**Munger, Tolles & Olson LLP**
350 South Grand Avenue, 50th Floor,
Los Angeles, CA 90071-3426
(213) 683-9100
Hailyn.Chen@mto.com

Mr. Thomas J. Magee, Esq.
**HeplerBroom LLC**
701 Market Street, Suite 1400, St.
Louis, MO 63101
(314) 241-6160
thomas.magee@heplerbroom.com

Mr. Jonathan Ian Kravis, Esq.
**Liu Shur Kravis LLP**
607 Fourteenth Street, N.W., Suite 625,
Washington, D.C. 20005
(202) 240-7103
jonathan.kravis@lskllp.com

**RE: Altman v. Altman**
**Docket**: 4:25-cv-00017-ZMB

**Dear Counsels**,

All references in plaintiff's discovery to plaintiff's purported sex work are hereby designated as HIGHLY CONFIDENTIAL under the standing protective order since any references to same are likely to cause emotional injury to plaintiff.

This includes all such references in her deposition transcript, including references of or to [redacted]

The name of this therapist is [redacted], whom plaintiff saw between April-May 2021. The entirety of her file and/or testimony is or will be designated HIGHLY CONFIDENTIAL, and subpoenaed records must reflect same.

If you require an authorization, same shall state explicitly that any discovery obtained will be deemed HIGHLY CONFIDENTIAL.

However, since plaintiff is currently in a heightened emotional state because of your unlawful disclosure - on the public docket - of private statements she made to Dr. Beauchamp, and also because of her pending IME, I would ask that you give me sufficient time to secure her authorization - if at all - to obtain records or that you subpoena same without an authorization as permitted by law, given that the standing protective order adequately protects plaintiff's privacy interests.

Sincerely,
*Santos A. Perez, Esq.*
SANTOS A. PEREZ, ESQ.

SAP/mp
Cc:\\Ms. Ann Altman

Www.NJLawCounsel.Com
sperez@njlawcounsel.com