**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ALTMAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:25-cv-00017 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 13.05**

Defendant Sam Altman, by and through undersigned counsel, respectfully requests leave of Court, pursuant to Eastern District of Missouri Local Rule 13.05, Federal Rule of Civil Procedure 26(c), and the operative protective order in this case, to file under seal the attached Memorandum of Law in Support of Defendant's Motion to Dismiss with attached exhibits.

Defendant seeks leave to file under seal the following documents:

1. Certain portions of the Memorandum of Law in Opposition to Plaintiff's Motion for Protective Order Limiting the Scope and Conditions of Psychiatric Independent Medical Examination;
2. Certain portions of Exhibit A to the Declaration of Jonathan I. Kravis ("Kravis Declaration");
3. Exhibit B to the Kravis Declaration;
4. Certain portions of Exhibit C to the Kravis Declaration;
5. Certain portions of Exhibit I to the Kravis Declaration;
6. Certain portions of Exhibit J to the Kravis Declaration;

7. Certain portions of Exhibit K to the Kravis Declaration;

8. Certain portions of Exhibit L to the Kravis Declaration;

9. Exhibit M to the Kravis Declaration;

10. Exhibit N to the Kravis Declaration;

11. Certain portions of Exhibit O to the Kravis Declaration;

12. Certain portions of Exhibit P to the Kravis Declaration; and

13. Certain portions of Exhibit Q to the Kravis Declaration.

The materials Defendant seeks to seal reference or contain confidential information concerning Plaintiff's (and, in one case, Defendant's) medical, psychiatric, and psychological history. The public's general right of access does not require unrestricted disclosure of every private medical fact appearing in a judicial filing. Accordingly, there is good cause and a compelling interest supporting the requested sealing. *See Abbey v. Hawaii Emps. Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010), *on reconsideration in part* (Feb. 7, 2011) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records."); *Refuerzo v. Sw. Airlines Co.*, No. 22-cv-00868-JSC, 2026 WL 1963110, at *1 (N.D. Cal. July 7, 2026) (finding good cause to seal interrogatory responses and deposition testimony where medical conditions and providers were discussed). Public disclosure of these materials would reveal information obtained through confidential discovery, undermine the operative protective order in this case, and impair the substantial privacy interests of Plaintiff and Defendant.

The confidential nature of the information at issue—Plaintiff's and Defendant's medical information—will not diminish merely with the passage of time. Accordingly, Defendant respectfully requests that the materials identified above remain under seal for the duration of this

matter, subject at all times to Local Rule 13.05 and further order of the Court.

This motion is supported by the accompanying sealed memorandum of law and the unredacted documents for which sealing is requested.

DATED: September 17, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Hailyn J. Chen*

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

LIU SHUR KRAVIS LLP
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

HEPLER BROOM LLC
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212

*Attorneys for Defendant*