**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXPEDITED BRIEFING SCHEDULE**

COMES NOW, Defendant Samuel Altman, by and through his attorneys, for his Motion for Expedited Briefing Schedule, states as follows:

1. Contemporaneously herewith, Defendant is filing a Motion to Dismiss under Federal Rules of Civil Procedure 37(b)(2) and 41(b).
2. The Motion to Dismiss is based on Plaintiff's repeated pattern of violating her discovery obligations and Court orders, which culminated in her failure to attend her independent medical examination yesterday.
3. Under the default briefing schedule, Plaintiff's opposition to the Motion to Dismiss is due on October 1, 2026, and Defendant's reply is due on October 8, 2026.
4. Defendant's deadline to disclose experts and their reports is October 16, 2026.
5. Discovery is scheduled to close in this matter on October 23, 2026.
6. The Court has previously said that it will not move the discovery deadline.
7. If the Motion to Dismiss is denied, the Court will need to adjust the case schedule, including new dates for Plaintiff's IME, disclosure of Defendant's expert reports, the close of discovery, and summary judgment briefing.
8. Good cause therefore exists for expedited briefing, as a prompt resolution of Defendant's motion will allow the Court to revise the case schedule sooner in the event the motion is denied.

WHEREFORE, Defendant Samuel Altman respectfully requests that the Court set the following expedited briefing schedule for his Motion to Dismiss:

- Plaintiff's opposition brief: due September 25
- Defendant's reply brief: due September 30
- Hearing thereafter at the Court's convenience

DATED: September 17, 2026

HEPLER BROOM LLC

By: */s/ Thomas J. Magee*
THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212

LIU SHUR KRAVIS LLP

By: */s/ Jonathan I. Kravis*
JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

MUNGER, TOLLES & OLSON LLP

By: */s/ Hailyn J. Chen*

HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*