**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED BRIEFING SCHEDULE**

## I. <u>INTRODUCTION</u>

Defendant Samuel Altman respectfully requests that the Court exercise its discretion under Local Rule 1.05 to set an expedited briefing schedule for his concurrently filed Motion to Dismiss. Plaintiff's refusal to attend the September 16 independent medical examination (IME), as well as the other conduct set forth in the motion, renders the current case schedule untenable. Even if Plaintiff agrees to reschedule her IME (and that is not certain), the defense experts will not have enough time to complete their reports by the current deadline. In addition, it is becoming increasingly unlikely that Plaintiff will complete her discovery responses by the current discovery cutoff. Therefore, if the Court denies the motion to dismiss, the Court will need to adjust the case schedule, including new dates for Plaintiff's IME, disclosure of Defendant's expert reports, the close of discovery, and summary judgment briefing. Good cause therefore exists for expedited briefing, as a prompt resolution of Defendant's motion will allow the Court to revise the case schedule sooner in the event the motion is denied.

Accordingly, Defendant proposes the following expedited schedule on its motion to dismiss:

- Plaintiff's opposition brief: due September 25
- Defendant's reply brief: due September 30
- Hearing thereafter at the Court's convenience

Defendant respectfully requests that the Court grant expedited briefing here.

## II. <u>BACKGROUND</u>

Concurrently herewith, Defendant is filing a Motion to Dismiss under Federal Rules of Civil Procedure 37(b)(2) and 41(b). That Motion is based on Plaintiff's repeated and willful violations of Court orders and her discovery obligations—which culminated in her decision yesterday not to attend her Court-ordered IME—and seeks the dismissal with prejudice of

Plaintiff's lawsuit. Under the default briefing schedule, Plaintiff's opposition to the Motion is due on October 1, and Defendant's reply is due on October 8, with a decision to follow sometime thereafter.

Discovery in this matter will close on October 23. Should the case continue, the parties have very significant discovery to complete before then, including Defendant's expert disclosure(s) and report(s) and more than a dozen depositions. If the motion to dismiss is denied, the Court will need to adjust the current case schedule to give the defense expert sufficient time to complete their work after Plaintiff's IME.

The deposition of Plaintiff's expert, Dr. Darsi Beauchamp, is currently scheduled for September 28, but the defense cannot take that deposition without Plaintiff's IME. Defendant's disclosure deadline for his experts (who require an IME to render a complete report) is October 16, with depositions the following week. Summary judgment is due November 16.

## III. ARGUMENT

Defendant will suffer severe prejudice should briefing on his Motion to Dismiss not be expedited. Under the default schedule, briefing will be completed just two weeks before the close of discovery—a cut-off date the Court has previously stated it will not move.

This default briefing timeline will not provide Defendant with meaningful relief from the very substantial burden posed by the remaining discovery in this matter—all of which would be futile if the case is dismissed based on Plaintiff's repeated violations. Due to Plaintiff's extreme delay and obstruction in complying with her discovery obligations and Court orders, a very significant amount of discovery remains. The defense has been working diligently to complete this discovery before the Court-ordered October 23 deadline. Upcoming deadlines include:

- *Fact Witness Depositions:* Two depositions are scheduled for next week, including Defendant's on **September 21**. The parties are planning numerous additional depositions for before the close of fact discovery.

- *Expert Disclosures and Reports:* Defendant's expert(s) must be disclosed, along with their report(s), on **October 16**—a deadline that is no longer possible to make due to Plaintiff's decision not to attend her IME, as Plaintiff's IME is critical to the work of the defense experts.

- *Expert Deposition:* The deposition of Plaintiff's expert is currently scheduled for **September 28**. However, the defense cannot take that deposition without Plaintiff's IME.

Without expedited briefing, the defense will need to proceed with all this discovery as scheduled—at very significant cost and under a very tight timeline. Expedited briefing, however, would allow for a decision on a potentially case-ending motion in time to avoid futile discovery.

## IV. CONCLUSION

Defendant accordingly requests that the Court set the following expedited briefing schedule for his Motion to Dismiss, which will allow for resolution of the Motion before most of the remaining discovery deadlines:

- Plaintiff's opposition brief: due September 25
- Defendant's reply brief: due September 30
- Hearing thereafter at the Court's convenience

DATED: September 17, 2026

HEPLER BROOM LLC

By: *Thomas J. Magee* /s/ Thomas J. Magee

THOMAS J. MAGEE #32871(MO)
thomas.magee@heplerbroom.com
HEPLER BROOM LLC
701 Market Street
Suite 1400
St. Louis, MO 63101
Telephone: (314) 480-4212

LIU SHUR KRAVIS LLP

By: */s/ Jonathan I. Kravis*

JONATHAN I. KRAVIS #973780(DC) (*pro hac vice*)
jonathan.kravis@lskllp.com

LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

MUNGER, TOLLES & OLSON LLP

By: *_/s/ Hailyn J. Chen_*
HAILYN J. CHEN #237436(CA) (*pro hac vice*)
hailyn.chen@mto.com
ADEEL MOHAMMADI #343137(CA) (*pro hac vice*)
adeel.mohammadi@mto.com
CORDELL A. BROWN #356447(CA) (*pro hac vice*)
cordell.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU #1684593(DC) (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

DANE P. SHIKMAN #313656(CA) (*pro hac vice*)
dane.shikman@mto.com
MILES W. UNTERREINER #347959(CA) (*pro hac vice*)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*