IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>V.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**PLAINTIFF'S OPPOSITION TO ECF 115 REQUESTING EXPEDITED BRIEFING** |

**P**laintiff Ann Altman respectfully opposes defendant's motion for an expedited briefing schedule for the following reasons:

1. Defendant's deposition is scheduled for September 21, 2026, and will further guide this Court as to the merits - as well as plaintiff's trauma and anxiety which resulted in the missed IME.
2. The transcript of this deposition is necessary for proper briefing, and the expedited schedule will likely prevent the use of defendant's testimony.
3. Defendant's Exhibit N set forth physical symptoms, e.g. n/v/d which led to the missed IME. This issue should be fully and properly briefed prior to dismissal. In a structured, methodical way that avoids causing plaintiff further anxiety.
4. Plaintiff - despite her known, medically supported disabilities (documented by over twenty provers) - is entitled to accommodations of the Americans with Disabilities Act is 42 U.S.C. §§ 12101 et seq, and this will be fully briefed.
5. At this time, such an accommodation is sought - in that the expedited

briefing will cause greater anxiety - just as this Court's prior orders "limiting" her have also caused great anxiety (e.g. the ten page brief limitation and the Court's acceptance of defendant's arguments to avoid extending discovery).

6. As such, it is respectfully requested that this Court deny the expedited briefing request by defendants.

_/s/ Santos A. Perez, Esq._
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Attorney for Plaintiff***
***Pro Hac Vice***

DATED: September 18, 2026