IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>v.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS & CROSS MOTION FOR A PROTECTIVE ORDER**<br><br>**PLAINTIFF ANN ALTMAN AFFIDAVIT OF SEPTEMBER 25, 2026** |

**I, Ann Altman, of full age, do state:**

1. I am Ann Altman, plaintiff in the within matter.

2. I make this affidavit in support of my opposition to defendant's motion to dismiss and in support my cross-motion for a protective order.

3. My primary defense to the missed September 16, 2026 IME is that I was very ill the weekend prior, *through no fault of my own*, which included physical symptoms as well as significant stress exacerbated by having to undergo an IME with a male hired "expert" who has already concluded I am dishonest in an affidavit he filed in my case.

4. The exacerbation of my symptoms began with my recent discovery of a UTI infection and ER visit when I was two years old, which corroborated my abuse allegations, and this stress was compounded and further exacerbated by defendant's unlawful September 10, 2026 disclosure, on the public docket, of private IME-related medical information. They did so to shame me, and caused great grief and substantial and significant stress. See Perez Dec, ¶7.

5. As it was further my understanding that this retained "expert" in a recent affidavit had **concluded - without an examination - that I am dishonest** (by conclusively asserting that "repressed memories" have been "discredited"), I suffered **immense anxiety as the IME date got closer,** said anxiety having **exacerbated stress-related physical symptoms** I had been experiencing the weekend before the IME, which included congestion, nausea, vomiting, and more.

6. These significant symptoms led my treating physician to recommend that I be excused from the IME. Her findings included objective physical symptoms, e.g. "viral syndrome", congestion, EDS flare-up, PCOS flare-up, Surgery Recovery Complications, as well as mental-health related symptoms, e.g. PTSD onset or flare-up, and anxiety. See Exhibits A, C.

7. Having missed the September 16, 2026 IME in Maui, defendants then offered me new IME dates, Sept 24 and Sept 25, which required me to travel to St. Louis.

8. However, as my extensive medical records show, I underwent surgery in May of 2026 to my ankle, and the recovery period (as set forth in a filing in June of 2026), spanned months, thus limiting my mobility and ability to travel.

9. I was accordingly, around September 23, 2026, given notes by my current orthopedists, advising against placing undue stress on my ankle by avoiding travel to St. Louis for the Sept 24 or 25 re-scheduled IME. See Exhibit B (Orthopaedic Note).

10. My primary physician had also, around March 2026, been informed that traveling to St. Louis triggered additional stress as it reminded me of the abuse which took place therein:

    *Has upcoming deposition in St Louis She would like to do virtually instead of in person States* ***having anxiety associated with PTSD at thought of traveling there****.*

    Exhibit H (Tigist Nigatu Mammo, MD , March 16, 2026**)**

11. An additional reason for missing both dates of the "James Hudson, MD, IME" was that I have always further felt **uncomfortable around certain types of men**, as the proofs below depict, and Dr. Hudson was one such type of male professional I could not reasonably feel comfortable with.

12. This aversion towards certain types of "powerful" men was set forth in a note from my physician just prior to the Sept 16 IME, and is corroborated by Karen Hao's **Empire of AI** book, wherein she quotes a dear close acquaintance of mine, Neily Messerschmidt, as having noticed that I feel

uncomfortable around certain types of men. See Exhibit A (Dr. Tgist Note), and Exhibit J (Messerschmidt Quote in Hao Empire of AI Book).[1]

## RELIEF REQUESTED

13. Accordingly, I am respectfully requesting the equivalent, under the rules, of a "**reasonable accommodation"** given my documented, genuine, and objectively verifiable needs.[2]

14. Specifically, that the IME be performed remotely, and that the IME expert be a female physician, who also has not previously set forth pre-conceived conclusions on "repressed memories" - since this conclusion belies the reality of my statements of abuse, and labels me as dishonest - without the required clinical or legal assessments regarding the veracity of my statements and without the benefit of my eight hour deposition video and transcript.

## THE UTI ISSUE RECENTLY IDENTIFIED BY MY IME EXPERT, AS WELL AS DEFENDANT'S ATTEMPTS TO PUBLICLY SHAME ME ON SEPTEMBER 10, 2026, CAUSED IMMENSE STRESS JUST PRIOR TO THE DEFENSE IME

15. About a week prior to the defense IME, my plaintiff IME expert had informed me that she discovered in my records a UTI infection I had when I

---

[1] Although not confirmed, it is likely that Ms. Messerschmidt will be formally named as a witness in this case.

[2] While I understand that the American With Disabilities Act does not bind the federal judiciary, I am aware that this Court may fashion a remedy under Rules 26 and 35 which offer such "accomodations" in light of my documented medical history.

was two years old, which necessitated a visit to the emergency room (ER).

16. The discovery of this infection caused immense stress, since it corroborated my memories of abuse when I was two years old, as set forth in my August 18, 2026 deposition and in my answers to interrogatories.

17. Subsequently, just days before the IME, on September 10, 2026, defendants attempted to **publicly shame me** by disclosing, on the public docket, private IME-related medical information. They did so to shame me, and caused great grief and substantial and significant *additional* stress. See Perez Aff, ¶7.

## THIS COURT'S DENIAL OF THE PROTECTIVE ORDER PROTECTIONS I SOUGHT, FURTHER EXARCERBATED THE STRESS AND LED TO PHYSICAL SYMPTOMS

18. First, my records clearly indicate that my PTSD symptoms can be triggered by stressful events, for example.:

**JoMarie Tyrrell, LMFT CSAC** - in a note of January 2022 indicated that "*The client described a history of extreme emotional reactivity when stresses occur in [her] life.*" See Exhibit S.

19. And Rebecca Ishida, LMFT on October 17, 2019 said that I *"exhibited signs of anxiety when discussing [my] emotions."* and on August 21, 2019 she noted that "*signs of anxiety are present when financial topics arise."* Exhibit I.

20. These records show that **my PTSD symptoms can be exacerbated by**

**stressful events**.

21. One such stressful event, related to litigation, concerned **an affidavit** filed by the designated defense IME expert, Dr. Hudson, around September 3, 2026, in which he asserted that **"repressed memories" have been discredited**. See Exhibit E (Hudson Affidavit).

22. I interpreted this affidavit as suggesting that, **without examining me**, Dr. Hudson *will* conclude that I am dishonest, or that I posses a mental health-related condition which affects my ability to be truthful.

23. Even more troubling, he would do so without watching the entirety of my August 18, 2026 eight-hour deposition video.

24. **I became anxious, because I questioned the need for an examination if Dr. Hudson has already "decided" what he will say in his report.**

25. After this incident, just before the defense IME, I then discovered that this Court reduced my protective order brief size to only ten pages, and this also caused additional stress just prior to the Sept 16 IME, since **it seemed to follow along the patterns I suffered at the hands of defendant - silencing my voice**.

26. This Court then, days before the IME, also **denied my protective order protections, did not reference my request for knitting, and did not exclude sexual history from the IME**.

27. **Knitting is important to me. I knitted during my entire eight-hour deposition, and it helps reduce my anxiety**. I was worried the Court did not properly consider this.

28. These events, individually and collectively, caused **additional stress just before the IME,** and exacerbated my PTSD symptoms.

**29. In summary, days before the IME my PTSD symptoms had been triggered by my discovery of a UTI infection (with an ER visit) when I was two, by the reckless disclosure by defendants on the public docket of my private confidences, by this Court's limitation of "my voice" (ten page brief limitation), by this Court's denial of my protective order including my request to limit inquiry of sexual history, and by this Court's not specifically permitting that I knit during this emotional event.**

30. This overwhelming stress resulted in physical symptoms, and a telehealth visit with Dr. Tgist Mammo, MD, since I could not drive due to distressed mobility issues as well as the onset of vomiting.

## PROOFS OF MY MEDICAL ISSUES AND OF MY AVERSION TOWARDS "CONTROLLING" MEN

31. My personal physician, Dr. Tgist Mammo, M.D., wrote letter just prior to the September 16, 2026 IME, wherein she recommended, in relation to the defense IME, as follows:

> *She also has a chronic medical condition which causes her to feel uncomfortable and unsafe seeing a male provider alone. Any*

> *accommodations that you can provide to assist patient in seeing a female provider would be greatly appreciated.*

Exhibit A.

32. In other records around that same date, Dr. Mammo stated, in relation to the IME, that I:

> *report[s] worsening PTSD symptoms after recent initial IME exam… States as part of course case she is involved in Reports found out thata second IME has been requested by her brother's lawyers. She states she does not feel comfortable and feels unsafe seeing a male provider alone for this exam and is requesting a female provider instead.She also is requesting accomodation with virtual exam due to increase in fatigue due to combination of worsening PTSD and current viral illness.*

Exhibit C.

33. Before she wrote this note, I had informed Dr. Tgist Mammo that I did not feel comfortable around the male IME physician Dr. James Hudson. I did not state that I could not be seen by *other* male doctors - for treatment (as opposed to for a litigation-related IME), since as stated in this affidavit **I feel uncomfortable *only* around certain *types* of men** (those who control or seek power).

34. At her deposition, Dr. Mammo indeed stated [redacted] See Exhibit K.

35. As to Dr Mammo's statement in her note about "*worsening PTSD symptoms after recent initial IME exam*", this referred to my discovery of a UTI

infection I had when I was two, which my plaintiff IME expert found, which necessitated a visit to the emergency room (ER), and which corroborated my memories of abuse when I was two years old, as set forth in my August 18, 2026 deposition and in my answers to interrogatories.

36. The discovery of this UTI infection caused me great stress and anxiety just before the defendant's IME with Dr. James Hudson.

## PRIOR MEDICAL HISTORY CORROBORATES MY NEEDS

37. My **prior medical history** corroborates my assertions (above) that I am prone to the stress resulting from this litigation if not provided with a **reasonable accommodation, or equivalent relief under Rules 26 and 35**.

38. My primary physician, Dr. Tgist Mammo, MD, in her records thus has said that at a recent encounter in or about August of 2026, the following diagnoses were either observed or formulated:

- Ehlers-Danlos syndrome (HCC (HHS) - Primary
- Left ankle pain, unspecified chronicity
- Chronic pain of right ankle
- Recent urinary tract infection
- Encounter for medication counseling
- Hx of physical and sexual abuse in childhood

See Exhibit C.

39. I have also treated extensively, since my adolescence, for generalized anxiety and depression, and in 2021 a clinician (JoMarie Tyrrell, LMFT) diagnosed me with PTSD resulting from the sexual abuse.

40. The medical records are extensive, and span decades. *Some* of the providers and records are as follows (these are just a few of more than one dozen providers):

i. **Teresa Flynn, PhD**: Treatment in 2018-2019 (various dates). Among other observations she made, she mentions that I had "*lots of panic attacks at a young age*". See Exhibit M.

ii. **Sophie Ben-Hammoo**, **PsyD**: Nineteen visits in 2021, discussed my PTSD

iii. **Rebecca Ishida, LMFT:** 03/05/2019 through 01/05/2021 - "*combination of low-level depression and anxiety*", "*depressive symptoms and anxiety are significantly impacting her interpersonal relationships*", Persistent Depressive Disorder Generalized Anxiety. Exhibit I.

iv. **JoMarie Tyrrell, LMFT CSAC** - 07/21/2021 through 01/19/2022. detailed report saying my PTSD was caused by Sam's abuse. Also indicated in a note of January 2022 that "*The client described a history of extreme emotional reactivity when stresses occur in his/her life.*" See Exhibit S.

v. **Dr. Steven Tee, M.D.**: (Jan to March 2021) noted PTSD in 2021 from Childhood Trauma, noted that "*She presnt forf [sic] follow up of her ptsd hence she is doing better with her therapist Ben Hamoon…*".

**vi.** **Dr. Shaun Chang, M.D. -** May 2026 Ankle Surgery, Surgeon Exhibit N

vii. **Debbie Spates,** LMFT, 2022-2023, discussed preverbal sex abuse, PTSD, gestalt therapy.

viii. **Dr. Katherine Kreusser, MD**, pediatrician from birth to circa my 18th birthday, prescribed Zoloft, and found a UTI infection when I was two years old, which led to an emergency room visit, and which I deemed to corroborate the sexual abuse.

41. Provider **Rebecca Ishida, LMFT,** whom I saw at various times including

from 2019 to 2020, set forth observations of my emotions which she acquired through direct observation at her clinic:

i. Rebecca Ishida, LMFT on 3/5/2019:

*Annie reports experiencing low-level depression and anxiety, stating that she feels "overwhelmed" and appears to have difficulty managing her emotions.....Annie also reports physical pain in her foot, which she believes affects her mobility and contributes to her stress levels. ...Annie is exhibiting symptoms consistent with low-level depression and anxiety ....The physical pain in her Achilles heel may be exacerbating her emotional state, likely leading to increased frustration and affecting her overall quality of life....*

ii. Rebecca Ishida, LMFT on 3/20/2019 (anxiety in relationship)

*Annie's ongoing symptoms of depression and anxiety are affecting her ability to build and maintain relationships.*

iii. Rebecca Ishida, LMFT on 8/21/2019 (anxiety with certain topics)

*Signs of anxiety are present when financial topics arise.*

iv. Rebecca Ishida, LMFT on 9/4/2019 (anxiety when manipulated)

*Annie shows signs of distress when recounting this situation and the call from the woman who was handling the 401K disbursement.*

v. Rebecca Ishida, LMFT on 10/17/2019

*she exhibited signs of anxiety when discussing her emotions.*

See Exhibit I for these Ishida Records.

42. My **aversion towards "powerful men" who control others** is evidenced in

the book *Empire of AI*, were the author Karen Hao cites my dear friend and confident, **Neily Messerschmidt, who is a former tech industry leader at companies**, as follows:

> *"She was not comfortable around certain men," Messerschmidt remembers. "I know someone that's been abused when I see them. She would basically ask to be out of meetings when certain men were around. She would stand off to the side when they were in the room.*

See Exhibit J.

43. This aversion was also documented by my personal physician, Dr. Tgist Mammo, at Exhibits A, C.

## THE RESCHEDULED IME IN St. LOUIS: ANKLE SURGERY OF MAY 2026 AND GENERAL INABILITY TO TRAVEL

44. Having missed the September 16, 2026 IME in Maui, Defendants then offered to conduct the IME in St. Louis, on September 24 or 25 but this, too, was medically impossible.

45. My **orthopaedic doctor** on September 23, 2026 thus authored a note indicating I could not travel for the rescheduled IME in St. Louis:

> *The patient was treated today at All Access Ortho Maui for her bilateral ankles. She is limited with repetitive walking and standing activities due to her current symptoms and should minimize these activities as much as possible, especially for the next 4-6 weeks.*

Exhibit B.

46. And my primary physician had also said, on March 16, 2026 that travel to St. Louis, the place where the abuse took place, can trigger my PTSD symptoms:

*Has upcoming deposition in St Louis She would like to do virtually instead of in person States having anxiety associated with PTSD at thought of traveling there.*

Exhibit H (Tigist Nigatu Mammo, MD , March 16, 2026**)**

47. Further, I had informed this Court on June 12, 2026, that I had recently (in May 2026) undergone ankle surgery, for a chronic long-standing ankle and mobility issue, and that recovery would take months:

> *This operation occurred on May 15, 2026, after over a decade of ankle pain. The major part of the recovery is at least six weeks without any weight bearing, and then at least six weeks in a walking boot. Physical therapy includes my ankle and knee and more.*

See Exhibit F.

48. On July 17th, 2026, I also advised this Court that ZOOM format was more accommodating of my physical and emotional PTSD-related needs:

> *I respectfully request that my Deposition scheduled for August 17th, 2026 at 9am take place via ZOOM.*

See Exhibit G.

49. The May 2026 surgery is evidenced in the medical records at Exhibit N.

## ADDITIONAL DECLARATIONS - DIARY ISSUE AND TWEETS PRIOR TO SEPTEMBER 2026 IME

50. Defendants have been asking for a diary referenced ten years ago, from my van, while I was homeless.

51. Having relocated nearly forty times during that period, I do not have possession of that diary and believe it may be in my progenitor's home.

52. The defendants also referenced tweets I made just prior to the September 16, 2026, suggesting that the tweets prove I wasn't sick.

53. In fact, I only tweeted a handful of times, since **tweeting is therapeutic,** and more significantly, I did state in one tweet that I had the flu:




54. Defendants did not disclose this tweet to the Court.

## CONCLUSIONS

55. For the foregoing reasons, I respectfully seek the Rule 26 and 35 equivalent of a **reasonable accommodation, specifically** the use of zoom for my engagements, and a female IME expert to reduce my anxiety and PTSD symptoms caused by "controlling" men.

56. I respectfully also seek an expert who has not concluded that I am dishonest *prior* to examining me and prior to reviewing my records, including my eight hour deposition video.

I swear or affirm that the foregoing statement by me are true. I am aware that if same are willfully false, I may be subject to punishment.

Ann Altman

Ann Altman, Plaintiff

DATED: September 25, 2026