Mālama I Ke Ola HEALTH CENTER

MALAMA I KE OLA HEALTH CENTER KHAO ADULT
670 A WAIALE RD
WAILUKU HI 96793-2376
808-871-7772

September 16, 2026

**Name:** Annie Altman
**DOB:** 1/8/1994

To Whom It May Concern:

Annie Altman is a patient under my medical care. Please excuse her absence from her meeting on 09/17/2026 due to an acute illness.

She also has a chronic medical condition which causes her to feel uncomfortable and unsafe seeing a male provider alone. Any accommodations that you can provide to assist patient in seeing a female provider would be greatly appreciated.

If you have any question please call the office at 808-871-7772

Sincerely,

Tigist Mammo, MD
MALAMA I KE OLA HEALTHCARE CENTER- OOKA
Electronically Signed by: Tigist Mammo, MD

MyChart® licensed from Epic Systems Corporation© 1999 - 2026