ALL ACCESS ORTHO
Maui

**MEDICAL EXCUSE FORM**

Date of Service: 9/23/26

Patient name: Ann Altman

The patient was treated today at All Access Ortho Maui for her bilateral ankles. She is limited with repetitive walking and standing activities due to her current symptoms and should minimize these activities as much as possible, especially for the next 4-6 weeks.

Mahalo,

**BRITTNI HOE, PA-C** **DR. GARY BLUM, MD**

All Access Ortho Maui
30 Kupaoa Street, Suite 203
Makawao, HI 95768
P: (808) 727-8410
F: (808) 727-8415