# Altman, Ann

MRN: 23561457

**Telemedicine** 9/15/2026
Malama I Ke Ola Health Center
OOKA Adult

Provider: Tigist Nigatu Mammo, MD (Internal Medicine)
Primary diagnosis: Viral syndrome
Reason for Visit: TH- Paperwork

## Progress Notes

Tigist Nigatu Mammo, MD (Physician) • Family Medicine

Ann Altman
TH appt Epic video 12 min
Reports fatigue,congestion,body aches,n/v/d this week
Has only been able to keep down small piece of toast today
States symptoms feel similar to when had Norovirus
Also worried about possibly having COVID
Has been staying away from other people,resting at home

Reports recent stress& illness causing increased fatigue.

Also reports worsening PTSD symptoms after recent initial IME exam
States as part of course case she is involved in
Reports found out that a second IME has been requested by her brother's lawyers.
She states she does not feel comfortable and feels unsafe seeing a male provider alone for this exam and is requesting a female provider instead.She also is requesting accomodation with virtual exam due to increase in fatigue due to combination of worsening PTSD and current viral illness.

Requesting an excuse letter to postpone exam in 2 days and also for above accommodations.

Encouraged continue supportive care measures at home
Will call clinic back as needed

| | Diagnosis | Plan |
|---|---|---|
| 1. | **Viral syndrome** | |
| 2. | Posttraumatic stress disorder | |
| 3. | Ehlers-Danlos syndrome (HCC (HHS) | |

Electronically signed by Tigist Nigatu Mammo, MD at 9/15/2026 5:00 PM

## Other Notes

All notes

Progress Notes from Cheryl Malasig, RN (Family Medicine)

## Instructions

AVS - Outpatient (English Snapshot) - Automatic Snapshot taken 9/15/2026

## Additional Documentation

SmartForms: HCN TELEHEALTH AUDIO-ONLY VISIT ADVANCED

## Communications

No questionnaires available.

### Orders Placed

None

### Medication Changes

As of 9/15/2026 4:59 PM

None

### Medication List at End of Visit

As of 9/15/2026 4:59 PM

[redacted]

## Visit Diagnoses

Primary: **Viral syndrome** B34.9
Posttraumatic stress disorder F43.10
Ehlers-Danlos syndrome (HCC (HHS) Q79.60

Mālama I Ke Ola
HEALTH CENTER

**MALAMA I KE OLA HEALTH CENTER-OOKA**
**808-871-7772**
**Fax: 808-495-4641**

---

**Date:** 9/14/26
**Time:** 7:44 PM

**From:** Tigist Nigatu Mammo, MD
**Phone Number:** 808-871-7772
**Fax Number:** 808-495-4641

---

**To:** Venture Physical Therapy - KWMC
221 Pi'ikea Ave.
KIHEI HI 96753
**Fax Number:** 866-465-8155

**Comments:**

---

**PLEASE CALL 808-871-7772 IF THERE IS ANY PROBLEM IN TRANSMISSION**

**Confidential and Privileged**

Protected Health Information (PHI) is personal and sensitive information related to a person's healthcare. It is being printed or faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to maintain it in a safe, secure, and confidential manner. Re-disclosure without additional patient consent or as permitted by law is
prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient; you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the United States Postal Service. Thank you.

This is not a referral. This document is designed to facilitate the continuity of patient care between organizations.

## Altman, Ann "Annie" #23561457 (DOB:01/08/1994 32 y.o. F)

### Demographics

[redacted]

### Active Insurance as of 8/28/2026

[redacted]

### Referral Details

| Referred By | | Referred To |
|---|---|---|
| Tigist Mammo, MD<br>1881 Nani Street<br>WAILUKU HI 96793<br>Phone: 808-871-7772<br>Fax: 808-495-4641<br>Email: tmammo@ccmaui.org | Diagnoses: Left ankle pain, unspecified chronicity<br>Order: Referral To Physical Therapy<br>Pr Office/Outpatient New High Mdm 60 Minutes<br>Reason: Specialty Services Required | **VENTURE PHYSICAL THERAPY - KWMC**<br>221 Pi'ikea Ave.<br>KIHEI HI 96753<br>Phone: 808-633-4480<br>Fax: 866-465-8155 |
| Comment: Requesting Venture PT, Maura (whom she already sees for hypermobile EDS) | | |
| Tigist Mammo, MD<br>1881 Nani Street<br>WAILUKU HI 96793<br>Phone: 808-871-7772<br>Fax: 808-495-4641<br>Email: tmammo@ccmaui.org | Diagnoses: Ehlers-Danlos syndrome (HCC (HHS)<br>Order: Referral To Genetics<br>Pr Office/Outpatient New High Mdm 60 Minutes<br>Reason: Specialty Services Required | Queen's Medical Center-Genetics<br>1329 Lusitana St Ste 506<br>HONOLULU HI 96813<br>Phone: 808-686-4780<br>Fax: 808-686-2138 |
| Comment: Please send to Queens Genetics(pt already being seen there for other concerns) | | |

### Encounter Diagnoses

| ■ | Comments |
|---|---|
| **Ehlers-Danlos syndrome (HCC (HHS)** - Primary | |
| **Left ankle pain, unspecified chronicity** | |
| **Chronic pain of right ankle** | |
| **Recent urinary tract infection** | |
| **Encounter for medication counseling** | |
| **Hx of physical and sexual abuse in childhood** | |

### Problem List

| | Noted |
|---|---|
| **Anxiety** | 9/22/2016 |
| **Chronic pain** | 7/26/2023 |

## Problem List (continued)

| | Noted |
|---|---|
| **Chronic pain of right ankle** | 10/17/2024 |
| **Current smoker** | 9/22/2016 |
| **Dysmenorrhea** | 9/22/2016 |
| **Family history of breast cancer** | 2/17/2025 |
| **Family history of heart disease** | 10/17/2024 |
| **Hx of physical and sexual abuse in childhood** | 8/28/2026 |
| **Hyperlipidemia** | 10/7/2022 |
| **Hypermobile Ehlers-Danlos syndrome (HCC (HHS)** | 10/17/2024 |
| **Pain in right knee** | 3/19/2021 |
| **Pain of right hip joint** | 3/19/2021 |
| **Polycystic ovarian syndrome** | 12/30/2020 |
| **Posttraumatic stress disorder** | 1/6/2021 |
| **Prolonged depressive adjustment reaction** | 1/6/2021 |
| **Well woman exam** | 9/15/2025 |

## Current Medications

[redacted]

| | Noted | Reactions |
|---|---|---|

[redacted]

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Tigist Nigatu Mammo, MD** | **PCP - General** | Internal Medicine | Admissions | 10/9/24 | |

## Social History

[redacted]

**None**

## Laboratory Test Results

**None**

## Imaging Results

**None**

## Immunizations

No immunizations on file.