**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017 |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DR. JAMES I. HUDSON, M.D., SC.D**

I, James I. Hudson, M.D., Sc.D., declare as follows:

1. I am a board-certified psychiatrist with more than four decades of clinical and academic experience. I received my M.D. from Tufts University School of Medicine in 1979 and completed my psychiatry residency at McLean Hospital in Belmont, Massachusetts, in 1983. I also hold a Doctor of Science degree in epidemiology and a Master of Science degree in biostatistics from the Harvard School of Public Health. I have been a member of the faculty of Harvard Medical School since 1983 and have served at the rank of full Professor of Psychiatry at Harvard Medical School since 2006. I have been treating patients as a staff psychiatrist at McLean Hospital since 1983. My clinical and research work has addressed a full range of psychiatric disorders, including trauma-related conditions. My scientific publications have included papers specifically examining the effects of childhood sexual abuse, the discredited theory of "repressed" and "recovered memories," the concept of dissociative amnesia, and numerous other psychiatric issues. Overall, I am the author of more than 500 peer-reviewed scientific communications, including articles, chapters, reviews, proceedings of meetings, and