## 03/16/2026 - Telemedicine in Malama I Ke Ola Health Center KHAO Adult (continued)

### Clinical Notes (continued)

Electronically signed by Jhay Roxell Grande, MA at 3/16/2026 1:29 PM

**Tigist Nigatu Mammo, MD at 3/16/2026 1130**

Author: Tigist Nigatu Mammo, MD | Service: Family Medicine | Author Type: Physician
Filed: 3/16/2026 1:29 PM | Encounter Date: 3/16/2026 | Status: Signed
Editor: Tigist Nigatu Mammo, MD (Physician)

Ann Altman
TH appt Epic video 10min
Denies acute concerns
Continue to work with PT
States making progress
Requesting note to assist her to remain in Maui for continued tx
Has upcoming deposition in St Louis
She would like to do virtually instead of in person
States having anxiety associated with PTSD at thought of traveling there
Also concerned that it could interfere with planned surgery per Orthopedics & impede the progress she is making with PT
States ok to mail letter to her once completed

| | Diagnosis | Plan |
|---|---|---|
| **1.** | **Anxiety** | |
| 2. | Posttraumatic stress disorder | |
| 3. | Hypermobility of joint | |
| 4. | Other chronic pain | |

Electronically signed by Tigist Nigatu Mammo, MD at 3/16/2026 1:29 PM

### Flowsheets

**Custom Formula Data**

| Row Name | 03/16/26 1227 |
|---|---|
| [redacted] | |