Neily Messerschmidt, a former tech industry leader at companies such as Sony who now oversees a wellness division for an organic farm network, met Annie shortly after she moved to the Bay Area in 2016 and worked for a time with the network during her embrace of healthy eating. Over the years, Messerschmidt became a motherly figure as Annie severed ties with her biological family. "Sam carried AI into the world just like he actually treated his young sister," Messerschmidt says. "He's just over there thriving, and his sister's falling through the cracks."

---

In late 2020 and early 2021, after Annie estranged herself from the family, she began to experience devastating flashbacks of childhood sexual abuse. In sessions from July 2021 to January 2022 with a new trauma therapist on Maui, the notes chronicle the crisis that Annie went through with the involuntary memories, including intense questioning about her identity. From fifteen sessions, the therapist wrote down her diagnostic impressions: generalized anxiety, PTSD, and a personal history of sexual abuse in childhood.

The notes didn't reference a specific abuser. But around that time, Annie began regularly calling Messerschmidt, who herself had been raped at nineteen and had noticed early on in her interactions with Annie at the organic farm network the telltale signs of someone with a history of abuse. "She was not comfortable around certain men," Messerschmidt remembers. "I know someone that's been abused when I see them. She would basically ask to be out of meetings when certain men were around. She would stand off to the side when they were in the room."

In intense, emotional conversations, Annie described to Messerschmidt her sudden flashbacks: In these childhood memories, Messerschmidt remembers Annie told her, it was Sam who had repeatedly climbed into her bed, sometimes with Jack, and molested her.

It is important to note that it's often difficult to prove decades later whether alleged childhood sexual abuse happened, or the details of such abuse. What is known from psychology is one common pattern that some abuse victims suffer: The victim's brain blocks out any memory of it until a trigger—perhaps puberty, becoming sexually active, or new unwanted sexual advances—involuntarily resurfaces it, a therapist I consulted with says. The body remembers the trauma, even if the mind doesn't. As Annie got deeper into sex work, she may have suddenly been facing a rush of triggers.

In detailing Annie's experiences of her flashbacks, as told to Messerschmidt and as reflected in part in the notes of her trauma therapist, the intent is not to determine exactly