**Santos A. Perez, Esq. <sperez@njlawcounsel.com>**

# Altman, Meet and Confer Letter of September 10, 2026, Plaintiff's Topics

**Santos A. Perez, Esq.** <sperez@njlawcounsel.com> Mon, Sep 14, 2026 at 12:18 PM
To: "Hu, April" <April.Hu@mto.com>
Cc: <thomas.magee@heplerbroom.com>, <jonathan.kravis@lskllp.com>, <Hailyn.Chen@mto.com>

Ms. Hu,

1. Plaintiff was incommunicado during the entire weekend. While Rosh Hashanah may have been part of the reason - it is more likely that the extreme stress from your office's publicly filing her statements to her expert caused or meaningfully contributed to this stress.

2. As such - I was unable to secure either her assurances for the IME, or her signatures for the authorization or the verification.

3. I believe both sides have more meaningful discovery to explore, however.

4. On the defense side, I am ready to prioritize a production of Justin Seitz or Kennedy Chappel documents, and I will do so at the earliest opportune moment — meaning this week. These documents are key documents to prove -- or disprove -- your abuse of process claim. To my knowledge - the only communication I've encountered where these investigators "advised" plaintiff was the email I disclosed, which explains why I chose to do so. I would prefer if you would forward case law which allows me to make this production (of email communications)- since it encompasses pre-litigation work product. The email that I forwarded was not prepared in anticipation of litigation.

5. On the plaintiff's side, we will prioritize the August 2021 text message issue, and I am hopeful we can come to an agreement here, too. Specifically, that if defendant's deposition testimony does not satisfactorily explain the disappearance of the records, or sheds no light or is evasive on the nature of the treatment Mr. Altman sought, then we will meet and confer and address potential further discovery on the issue - including subpoenas and/or a deposition of Dr. Korman.

6. As to the defense IME, by email dated Sept 13, 2026 I advised you that plaintiff may not appear - in subsequent emails I set forth the reasons why - your Sept 11 2026 public disclosures of statements she made to her expert. These were not only referenced publicly - causing plaintiff extreme grief - but were also presented without proper context. This resulted in my inability to properly communicate with my client to resolve the purported deficiencies. **It thus appears that you have grounds to allow for a slight postponement of this IME**. And if you do not, and plaintiff does not appear, we can conference this after September 21, as per my suggestion below, followed by proper briefing and motions. It should be noted - I have the full intention of creating a detailed record on this issue, as it may result in dismissal.
Please note - I will kindly request that you focus on discovery that matters - the ones above - and that you accept my September 11 missive on the diary and Weil issues, until such time as the defendant's deposition concludes - after which we can package all grievances together for one comprehensive meet and confer regarding issues to resolve as discovery winds down

As to the plaintiff's deposition designation issue - I am willing to postpone same for that post-Sept 21 meet and confer.

I believe this proposal properly structures and balances forthcoming litigation, and is in the best interests of both sides.

**I do, however, emphasize that rescheduling the IME is in the interests of all parties, and request that you do so in light of your Sept 11, 2026 disclosures on the public docket (which have not been sealed - and which the press is likely in receipt of).**

Kind regards,

Santos A. Perez, Esq.
The **P**erez **L**aw **F**irm
sperez@NJLawCounsel.Com
sperez@gardenstatelaw.Com

(201)875-2266
Fax: (201)875-3094
http://www.GardenStateLaw.Com
http://www.NJLawCounsel.Com

---

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient please contact the sender at (201)875-2266, or reply by e-mail and destroy all copies of the original message.