## 08/28/2026 - Telemedicine in Malama I Ke Ola Health Center OOKA Adult (continued)

**Clinical Notes (continued)**

Annie is 32 y.o. a female in room TH [redacted]

[redacted]

History of tendon and nerve surgery on the right ankle.
Currently doing physical therapy once a week.

**Visit Vitals**

| | |
|---|---|
| OB Status | Having periods |
| Smoking Status | Never |

Refills needed today: No
Pharmacy Verified: Yes
Paperwork needed today: No
If yes, type of paperwork: N/A

[redacted]

Depression screening was performed and reveals evidence of depressive symptoms.

[redacted]

Data saved with a previous flowsheet row definition

[redacted]

Electronically signed by Jhay Roxell Grande, MA at 8/28/2026 4:05 PM

**08/28/2026 - Telemedicine in Malama I Ke Ola Health Center OOKA Adult (continued)**

**Clinical Notes (continued)**

**Tigist Nigatu Mammo, MD at 8/28/2026 1415**

| | | |
|---|---|---|
| Author: Tigist Nigatu Mammo, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 8/28/2026 4:05 PM | Encounter Date: 8/28/2026 | Status: Signed |
| Editor: Tigist Nigatu Mammo, MD (Physician) | | |

Ann Altman
TH appt Epic video 25 min

Right ankle surgery
Continues to follow with Ortho

Left ankle pain
Attributes to compensation after recenjt surgey
Referrals to PT placed today

Independent medical exam needed
For court case
Regarding childhood abuse
She will check with her therapist

[redacted]

| | Diagnosis | Plan |
|---|---|---|
| **1.** | **Ehlers-Danlos syndrome (HCC (HHS)** | **Referral to Genetics** |
| 2. | Left ankle pain, unspecified chronicity | Referral to Physical Therapy |
| 3. | Chronic pain of right ankle | |
| [redacted] | | |
| 6. | Hx of physical and sexual abuse in childhood | |

**06/04/2026 - Telemedicine in Malama I Ke Ola Health Center KHAO Adult (continued)**

**Clinical Notes (continued)**

Care team Start: 300pm
Care team Stop: 305pm
MD Start:
MD Stop:

Annie is 32 y.o. a female in room TH who is here for No chief complaint on file.

Denies acute concerns today
Labs completed

Orthopedics surgery
Last seen: last week

[redacted]

Depression screening was performed and reveals evidence of depressive symptoms.

[redacted]

Data saved with a previous flowsheet row definition

**No data to display**

[redacted]

## 04/23/2026 - Office Visit in Malama I Ke Ola Health Center KHAO Adult

### Reason for Visit

**Chief Complaint** *[last edited by Jhay Roxell Grande, MA on 4/23/2026 1507]*

- Pre-op Exam

**Visit Diagnoses** *[last edited by Tigist Nigatu Mammo, MD on 5/13/2026 1148]*

- **Pre-op exam (primary)**
- Chronic pain of right ankle
- Hypermobile Ehlers-Danlos syndrome (HCC (HHS)
- Hyperlipidemia, unspecified hyperlipidemia type
- Posttraumatic stress disorder

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Tigist Nigatu Mammo, MD | Tigist Nigatu Mammo, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Malama I Ke Ola Health Center KHAO Adult | 670 A Waiale Rd<br>Wailuku HI 96793-2376 | 808-871-7772 | 808-495-4641 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN** |

### Medication List

**Medication List**

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

None

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Cheryl Malasig, RN at 4/23/2026 1445**

Author: Cheryl Malasig, RN Service: Family Medicine Author Type: Registered Nurse
Filed: 5/13/2026 11:51 AM Encounter Date: 4/23/2026 Status: Signed
Editor: Cheryl Malasig, RN (Registered Nurse)

Annie is 32 y.o. a female in room 3 who is here for Pre-op, Genetic Testing

Scheduled for right ankle soft tissue surgery
May 15, 2026, with Dr. Shaun Chang at Queen's.

## 04/07/2026 - Telemedicine in Malama I Ke Ola Health Center OOKA Adult (continued)

**Clinical Notes (continued)**

Author: Tigist Nigatu Mammo, MD Service: Family Medicine Author Type: Physician
Filed: 4/7/2026 3:46 PM Encounter Date: 4/7/2026 Status: Signed
Editor: Tigist Nigatu Mammo, MD (Physician)

Ann Altman
TH appt Epic video 7min
=Reports Orthopedic provider Dr Chang planning surgery
May be here in Maui or in Oahu
Unsure of date yet
Will let us know if will be in Oahu
So Referral Dept can assist with travel
=States has Queens Genetics appt for family hx breast cancer in June
=Requesting to try to get testing for vascular Ehlers Danlos at Queens
States they told her if we retry they may be able to help her
If she is unable to get testing there states will try through Veritas
Asking if letter can be written in that case that can assit her to get testing covered

Electronically signed by Tigist Nigatu Mammo, MD at 4/7/2026 3:46 PM

**Tigist Nigatu Mammo, MD at 4/7/2026 1430**

Author: Tigist Nigatu Mammo, MD Service: Family Medicine Author Type: Physician
Filed: 4/7/2026 3:49 PM Encounter Date: 4/7/2026 Status: Signed
Editor: Tigist Nigatu Mammo, MD (Physician)

Called and spoke with Queens Genetics Screening& Counseling Dept
They state they will not accept a new/updated referral for EDS

Electronically signed by Tigist Nigatu Mammo, MD at 4/7/2026 3:49 PM

**03/16/2026 - Telemedicine in Malama I Ke Ola Health Center KHAO Adult (continued)**

**Clinical Notes (continued)**

Electronically signed by Jhay Roxell Grande, MA at 3/16/2026 1:29 PM

**Tigist Nigatu Mammo, MD at 3/16/2026 1130**

Author: Tigist Nigatu Mammo, MD    Service: Family Medicine    Author Type: Physician
Filed: 3/16/2026 1:29 PM    Encounter Date: 3/16/2026    Status: Signed
Editor: Tigist Nigatu Mammo, MD (Physician)

Ann Altman
TH appt Epic video 10min
Denies acute concerns
Continue to work with PT
States making progress
Requesting note to assist her to remain in Maui for continued tx
Has upcoming deposition in St Louis
She would like to do virtually instead of in person
States having anxiety associated with PTSD at thought of traveling there
Also concerned that it could interfere with planned surgery per Orthopedics & impede the progress she is making with PT
States ok to mail letter to her once completed

| Diagnosis | Plan |
|---|---|
| 1. **Anxiety** | |
| 2. Posttraumatic stress disorder | |
| 3. Hypermobility of joint | |
| 4. Other chronic pain | |

Electronically signed by Tigist Nigatu Mammo, MD at 3/16/2026 1:29 PM

**Flowsheets**

**Custom Formula Data**

| Row Name | 03/16/26 1227 |
|---|---|
| [redacted] | |

## 01/12/2026 - Telemedicine in Malama I Ke Ola Health Center KHAO Adult (continued)

**Other Orders (continued)**

[redacted] Date of service 06-24-2026

**Windward Orthopaedic Group, Inc.**

**Patient Name:** Ann Altman
**Patient DOB:** 01/08/1994
**Visit Date:** 06/24/2026

Diagnosis at Today's Visit:
S93.439A-845.03 Ankle syndesmosis disruption, Active
M25.879-719.87 Impingement of posterior part of ankle, Active
M25.371-718.87 Right ankle instability, Active

Procedures Performed:
99024 POSTOP FOLLOW-UP VISIT

No orders were ordered with this visit.

No medications were prescribed this visit.

ASSESSMENT: Postop follow up

PLAN:
The patient is a very pleasant 32F who comes in today for her 6-week postoperative visit following right ankle surgery. I reviewed her exam findings and clinical course. She has continued to make good progress in the interim since her last appointment. She will progress to WB in her CAM boot in clinic today. She was also referred to PT to work on ankle ROM and gentle strengthening exercises. She will return to clinic in 4 weeks when I am next in Maui and will be transitioned into a lace up ankle brace at her next appointment. She will stop taking her ASA for DVT ppx. I will remain available for any questions she has in the interim.

FU 4 weeks

- stop ASA 81mg BID
- WBAT in CAM boot
- PT referral
- transition to lace up ankle brace @ next appt

cc:

Instructions Given to Patient:

Shaun B Chang MD

Printed on 6/25/2026 by La    Page 2 of 2