Attorneys seeking an expert for a particular case are encouraged to call 949-723-2211 for a free consultation about the issues in the case and the experts who might best address those issues.

If you already know the name of a particular PD&A expert suitable for your case, click on the expert's name below to send an e-mail. Please do not reveal any privileged information until a conflict check has been completed. Please note that PD&A experts are licensed in a variety of jurisdictions in the U.S. and Canada.

DEFENDANT'S EXHIBIT 166

Click on a name below to send that expert an email message.

### Forensic Psychiatry

Park Dietz, MD, MPH, PhD, President
James Ballenger, MD
Eugene Beresin, MD
Bennett Blum, MD
John Bradford, MB, ChB
Peter Collins, MD, MCA
Connor Darby, MD
Graham Glancy, MB, ChB
James Hudson, MD
Brian Keefe, MD
Carolina Klein, M.D.
Stuart Kleinman, MD
James Knoll, MD
Avram Mack, MD
Daryl Matthews, MD, PhD
Andrew Nanton, MD
Alan Newman, MD
Kevin Nowrangi, MD
Melissa Piasecki, MD
Harrison Pope, MD
William Reid, MD
Renee Sorrentino, MD
Sheila Wendler, MD

### Forensic Pathology

Judy Melinek, MD
George R. Nichols II, MD
Barbara C. Wolf, MD

### Forensic Neurology

Ryan Darby, MD
David Griesemer, MD
Douglas Hyder, MD
Arthur Kowell, MD

### Correctional Medicine

Joseph Fowlkes, MD

### Criminal Behavior, Interviewing, & Security

Stephen A. Carter, MA, MBA (FBI ret.)
James Clemente, JD (FBI ret.)
Bob Farley, MS
Michael A. Ferstl (US Marshal ret.)
April Gould, PhD, MPH
Douglas S. Hart, MBA (FBI ret.)
Kenneth Lanning, MS (FBI ret.)
Lynn Mattice
Theresa McCahey
Gregg McCrary, MA (FBI ret.)
Blake McConnell, MA (FBI ret.)
James McNamara, MS (FBI ret.)
Ray Mey, MA (FBI ret.)
Jana Monroe (FBI ret.)
Alan Orlob
Ronald Walker, MA (FBI ret.)
Leeanne Whitwell (former US Capitol Police)

### Forensic Psychology

Shawnté Alexander, EdD, LCPC
Michael Bourke, PhD
Joel Dvoskin, PhD
Tina Garby, PsyD
Emily Gottfried, PhD
Jill Hayes, PhD
Kirk Heilbrun, PhD
Elizabeth Loftus, PhD
Daniel A. Martell, PhD
Dan Murrie, PhD
Erin Nelson, PsyD
Christina Pietz, PhD
Jessica Postil, PsyD
Luis Rosell, PsyD
Janine Shelby, PhD
Patricia A. Zapf, PhD

### Forensic Social Work

Monica Applewhite, PhD
Deanna Bedell, MSW, ACSW, LICSW
Adam Brown, PhD, MSW
Pat Gleason-Wynn, PhD, LCSW, RN-BC
Jane Hickerson, PhD, LCSW
Peter Lehmann, PhD, LCSW
Erin Perry, MSW, LCSW
Joan Rycraft, PhD, ACSW
Maria Scannapieco, PhD, MSW
Janet I. Warren, DSW

### Forensic Nursing

Lana Chase, APRN, BC
Joanne Mettler, ARNP
Michelle Ortiz, RN

### Pharmacology & Toxicology

Bradford O. Brooks, PhD
Hallam Gugelmann, MD, MPH
Dan Repplinger, MD
Vina Spiehler, PhD, DABFT

### Attorney Expert Witnesses

Gregg McClain, JD
Nicole Cooper, JD
Dan White, JD

### Juvenile Justice

Nick Costales
Andrew Nanton, M.D.
Jennifer Torchia

## Subscribe to PD&A's Newsletter

Sign up to receive information on breaking news commentary, research, and articles about leading experts.

Email Address | SUBMIT

We respect your privacy.

2906 Lafayette Ave.
Newport Beach, CA 92663

© Park Dietz & Associates, 1996 - 2023. All rights reserved.