MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR., P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG, P.C.
GINGER D. ANDERS, P.C.
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER, P.C.
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
BRIDGET M. FITZPATRICK, P.C.
ANDREW T. RADSCH
DANE P. SHIKMAN
J. MAX ROSEN
JEREMY S. KREISBERG, P.C.
XIAONAN APRIL HU, P.C.
NICOLE M. HOWELL
SAMUEL H. ALLEN
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
EDUARDO A. GONZÁLEZ
LIAM GENNARI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
KEVIN HAN YANG
CORDELL A. BROWN
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
JIN NIU
SHUYU SUN
REBECCA M. HO
SASHA YUSUF
KEVIN CHIU
NICOLE R. ALLICOCK
SHANNON E. EAGEN
KAITLYN M. RUBCICH
JAKE TODD
ANGELA A. URIBE
ANDREW J. SLOTTJE
CYNTHIA Y. LONG
GRACE I. REHAUT
JOSEPH TROY YOUNG
SEAN ST. CHARLES
ANDREW L. FENNING
ANASTASIA THATCHER
JACOB M. GHANDOUR
CLAREANNE R. GOSCHKE
ABIGAIL H. SHIM
BRANDON HALLETT THOMAS
ROBERT W. MEYER
NATALIE A. LEIFER

*OF COUNSEL*
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
TERESA A. REED DIPPO
DAVID T. RYAN
LAURA M. LOPEZ
ELIZABETH R. DYER

SEE MTO.COM FOR JURISDICTIONS OF ADMISSION

August 29, 2026

Writer's Direct Contact
(213) 683-9548
(213) 593-2848 FAX
hailyn.chen@mto.com

**VIA EMAIL**

Santos A. Perez
150-152 Speedwell Ave.
Morristown, NJ 07960
sperez@njlawcounsel.com

Lynann Nicely
lynannn2@aol.com
calendar-la@veritext.com

**Re: *Ann Altman v. Samuel Altman*, Case No. 4:25-CV-17-ZMB, United States District Court for the Eastern District of Missouri**

Counsel:

Pursuant to Sections 5 and 8(b) of the Stipulated Protective Order entered in the above-referenced matter on April 30, 2025, Defendant Sam Altman designates the following page and line numbers of the August 18, 2026, deposition of Plaintiff Ann Altman as "Confidential"[1]:

**Material Designated "Confidential":**

| Page / Line Beg | Page / Line End |
|---|---|
| 35:23 | 49:3 |

[1] Please note that Defendant has downgraded the confidentiality designation from "Highly Confidential," as stated at the conclusion of Plaintiff's deposition.

| Page / Line Beg | Page / Line End |
|---|---|
| 49:23 | 50:12 |
| 51:17 | 63:9 |
| 63:23 | 79:1 |
| 79:11 | 83:2 |
| 83:12 | 89:20 |
| 91:7 | 106:16 |
| 106:25 | 107:5 |
| 108:3 | 115:16 |
| 118:4 | 122:7 |
| 123:6 | 132:19 |
| 133:8 | 134:15 |
| 134:23 | 135:14 |
| 136:6 | 136:21 |
| 137:10 | 138:10 |
| 143:1 | 143:23 |
| 144:3 | 146:2 |
| 147:5 | 176:17 |
| 177:15 | 179:1 |
| 179:25 | 187:5 |
| 188:10 | 189:3 |
| 189:17 | 190:11 |
| 191:2 | 200:15 |
| 202:14 | 202:24 |
| 203:4 | 203:10 |
| 204:25 | 206:5 |
| 207:13 | 207:15 |
| 208:2 | 210:17 |
| 211:5 | 211:8 |
| 211:22 | 239:14 |
| 240:5 | 241:2 |
| 242:20 | 259:10 |
| 265:13 | 265:23 |
| 267:10 | 269:25 |
| 270:15 | 271:6 |
| 273:16 | 274:7 |
| 275:9 | 276:25 |
| 282:6 | 282:15 |
| 283:17 | 300:17 |
| 302:12 | 302:24 |
| 304:8 | 304:20 |
| 305:15 | 305:20 |

| Page / Line Beg | Page / Line End |
|---|---|
| 309:22 | 310:15 |
| 311:2 | 317:16 |
| 318:24 | 319:25 |
| 320:5 | 321:5 |

Defendant also designates Exhibits 2, 3, 4, 5, 6, 7, 9, and 10 as "Confidential." Exhibit 11 will retain the confidentiality designation applied at the time of production. Please contact me directly if you have any questions.

Sincerely,

*/s/ Hailyn J. Chen*

Hailyn J. Chen