IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Ann Altman
PLAINTIFF

v.

Sam Altman
DEFENDANT

Civil Action

NO. 4:25-cv-00017-ZMB

Hon. Zachary M. Bluestone, USDJ

**PLAINTIFF'S CROSS MOTION FOR PROTECTIVE ORDER**

Plaintiff Ann Altman, by and through undersigned counsel, **Santos A. Perez**, pursuant to Federal Rules of Civil Procedure 26(b) and 26(c), and in accordance with Rule 35, respectfully moves for entry of a protective order as per the relief requested in the attached brief.

*Plaintiff's Cross-Motion for a Protective Order is supported by the brief, arguments, affidavits, and exhibits submitted concurrently herewith in Plaintiff's Response in Opposition to Motion to Dismiss at Docket Entry No.120*

*/s/ Santos A. Perez, Esq.*
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Attorney for Plaintiff***
***Pro Hac Vice***

DATED: September 25, 2026