## Rule 3.04(A) CERTIFICATION

Pursuant to E.D. Mo. Local Rule 3.04(A), Plaintiff's counsel hereby certifies that sincere, good-faith efforts were made to resolve this discovery dispute without court intervention, but counsel were unable to reach an accord.

Given the Court's expedited briefing schedule, numerous provider depositions that occurred this week, and the deposition of Defendant in San Francisco which required extensive travel and time-zone constraints, a formal telephonic or in-person conference was impracticable. However, Plaintiff's counsel previously reached out to Defendant's counsel via electronic mail to explicitly request the exact relief sought herein—namely, the amicable rescheduling of the Plaintiff's Independent Medical Examination (IME)—as set forth in detail in the accompanying Perez Certification dated September 25, 2026.

Defendant's counsel declined to accommodate the request and instead proceeded with the pending Motion to Dismiss, necessitating the filing of this Cross-Motion for a Protective Order.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on September 25, 2026, the foregoing was served electronically via ECF on all parties of record, and unredacted copies of the motion were served via email.

DATED: September 25, 2026

*/s/ Santos A. Perez, Esq.*
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Attorney for Plaintiff***
***Pro Hac Vice***