IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>v.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Protective Order Limiting the Scope and Conditions of Agreed Psychiatric Independent Medical Examination.

Having considered the Motion and the record, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. Plaintiff shall submit to the psychiatric independent medical examination conducted by __________ on ____________, 2026.
2. Plaintiff shall be allowed to knit while being examined.
3. The IME may be conducted via ZOOM if there are travel or stress-related constraints.
4. The IME shall be recorded by video and audio, and a copy of the video forwarded to plaintiff's counsel forthwith at the conclusion of the IME and contemporaneously with the production of the report - at no cost to plaintiff's counsel.
5. Defendant shall identify before the examination the scope, manner, and conditions of the IME and shall forward the CV of the examiner to plaintiff.
6. There shall be no examination or inquiry into material covered by FRE 412.

SO ORDERED this _____ day of ________________, 2026.

_______________________________________
Honorable Judge Zachary M. Bluestone, USDJ