# Perez Injury Lawyers

**Santos A. Perez, Esq., NJ, PR**
The Perez Law Firm
sperez@njlawcounsel.com

**MORRIS COUNTY:**
150-152 Speedwell Ave.
Morristown, NJ, 07960
Phone: (973)910-1647
Fax: (973)910-1922

**BERGEN COUNTY**
Phone: (201)875-2266
Fax: (201)875-3094

*September 29, 2026*

**Honorable Judge Zachary M. Bluestone, USDJ**
U.S. District Judge,
United States District Court for the Eastern District of Missouri,
Thomas F. Eagleton U.S. Courthouse,
111 South 10th Street, Chambers 14.82,
St. Louis, MO 63102

**RE: Altman v. Altman**
**Docket**: 4:25-cv-00017-ZMB

**Dear Honorable Judge Zachary M. Bluestone, USDJ**,

Concerning this Court's ruling dismissing a significant and pivotal motion for a protective order at ECF 124, I respectfully make the following observations to be discussed on October 2, 2026:

1. Exhibit D of the protective order motion encompasses a letter dated September 14, 2026 ***specifically requesting a meet and confer regarding the issue of the missed IME*** - and proper resolution of same. I've enclosed a copy of same.
2. On that same day, a meet and confer was held, followed by a joint submission at ECF 105.

3. Notably, the ECF 105 ***joint submission did not reference the motion to dismiss*** - as defendants filed same in violation of the meet and confer requirements.
4. Moreover - the ECF 105 joint submission, at "plaintiff's position" regarding the discovery extension issue - raised the issue of the missed IME, and requested an extension precisely because of same.
5. It is respectfully submitted that if the plaintiff's motion for a protective order is deficient because of her failure to abide by the CMO - so too is the defendant's motion.

Respectfully Submitted.

Sincerely,
*Santos A. Perez, Esq.*
SANTOS A. PEREZ, ESQ.

SAP/mp
Cc:\\all parties of record via
Cc:\\Ms. Ann Altman