IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>V.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**NOTICE REGARDING THE NEED FOR PLAINTIFF'S DISCOVERY EXTENSION TO NOVEMBER 30, 2026** |

Your Honor,

I enclose as Exhibit A an email of today from one of the testing companies utilized by the plaintiff's expert. As I had previously suggested to counsels, which is now confirmed, they require a Court order to release the raw data - e.g. questions and/or answers used in assessments - at the risk of the report being deemed inadmissible in whole or in part if the questions/answers are not produced.

I respectfully submit that defendants have been insisting that we attempt to obtain the records from the testing companies via phone or email communications, although on Oct 2, 2026 they were clearly informed that a Court order was required.

As such, plaintiff's discovery end date should be set to November

30, 2026, as per one of the proposed orders forwarded to chambers this morning.

Respectfully submitted.

*/s/ Santos A. Perez, Esq.*
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Attorney for Plaintiff***
***Pro Hac Vice***

DATED: October 5, 2026