**From:** EdITS Customer Service <service@edits.net>
**Sent:** Monday, October 5, 2026 4:29 PM
**To:** Dr. Darsi Beauchamp, LPC Ph.D.
**Cc:** John B. Mullahy
**Subject:** Re: HELP

Dr. Beauchamp,

Thanks for reaching out. In short, for us to release any test items, we require a judge-signed court order. We are primarily concerned with our copyrighted materials ending up in the public record, so a protective order is required. The items themselves and any testimony about them must be sealed.

Any court orders or subpoenas can be sent to us at service@edits.net.

Here is the full text of our general test release policy:

> EdITS adheres to the following ethical standards with regard to release and sale of our assessment material. The distribution of psychological, employment, or educational test materials is subject to the Standards for Educational and Psychological Testing and the Ethical Practices Code of the American Psychological Association.
>
> We grant permission to release raw score to stanine conversion data and raw score to percentile conversions only to qualified individuals. The original answer sheets contain copyright protected test items and as such may not be reproduced. We do not however, retain copyright to the item responses. If a counselor deems it appropriate, he or she may release item responses to a qualified individual.
>
> If the tests are released it must be under court order and sealed and only released to an individual qualified to interpret the tests, no copies may be made, and any testimony about the tests must be sealed. The tests must be returned to the counselor who administered the tests following the conclusion of the legal case.
>
> We understand that from time to time a counselor may be requested by court proceedings to provide test results, should this occur, we request that the court issue a protective order prohibiting parties from making copies of the material, only release results to qualified professionals and return material to the counselor providing the assessments at the end of the proceedings.

Regards,
Andrew

**EdITS LLC**
***Educational & Industrial Testing Service***
PO Box 7234, San Diego, CA 92167
(800) 416-1666 | www.edits.net

On October 5, 2026 at 12:32 PM, Dr. Darsi Beauchamp, LPC Ph.D. (dbeauch95@gmail.com) wrote:

Dear Service department:

I was hired to do an IME and as the expert, I am being asked to provide the questions to the test the client responded to during the assessment. I have explained that I do not have access, and it is copyrighted material and you are the owners of that material. Opposing counsel is intending to send a subpoena to your company. Can you please explain if you have a legal department that may handle the request, not from me, but from the opposing counseling what your regulations are in regards to this kind of unprecedented request.

Thank you
Darsi Beauchamp