**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to E.D. Mo. L.R. 12.01(F), I, Laura Politi, move for admission pro hac vice to represent Plaintiff Ann Altman in this action. In support, I submit the following information:

I, Laura Politi, am in good standing in the Texas bar, which is the only state I am a member of, and am not suspended or disbarred from any bar. Texas is the state of my primary practice. A Certificate of Good Standing issued by the State Bar of Texas on October 15, 2026 is attached as Exhibit A and submitted as other proof of good standing under E.D. Mo. L.R. 12.01(F).

I do not reside in the Eastern District of Missouri, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

I respectfully request that the Court grant this motion and admit me pro hac vice for the purpose of representing Plaintiff Ann Altman in this action.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct, and has been submitted on October 16, 2026, the foregoing was served electronically via ECF on Hailyn Chen, Cordell Brown, April Hu, Miles Unterreiner, Thomas Magee, Jonathan Kravis, Dane Shikman, Adeel Mohammadi, Counsel for Defendant Sam Altman.

Executed on October 15, 2026.

Exhibits attached: Exhibit A: *TexasbarCert Office of the Chief Disciplinary Counsel*

Exhibit B: *The Supreme Court of Texas Certification*

/s/ Laura Politi
Laura Politi
State Bar No. 24140175 (TX)
Politi Law PLLC
PO Box 80093
Austin, Texas 78708
Telephone: 512-402-2869
Email: politi.laura1@gmail.com
Applicant for admission pro hac vice

Exhibit A: *TexasbarCert Office of the Chief Disciplinary Counsel*

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 15, 2026

Re: Laura Grace Politi, State Bar Number 24140175

To Whom It May Concern:

This is to certify that Laura Grace Politi was licensed to practice law in Texas on April 15, 2024, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

Exhibit B: *The Supreme Court of Texas Certification*

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Laura Grace Politi**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 15th day of April, 2024.

I further certify that the records of this office show that, as of this date

**Laura Grace Politi**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of October, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9295C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.