# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
---oOo---

ANN ALTMAN,
Plaintiff,
vs. No. 4:25-cv-00017-ZMB
SAM ALTMAN,
Defendant.
________________________________/

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SAM ALTMAN
SAN FRANCISCO, CALIFORNIA
MONDAY, SEPTEMBER 21, 2026

STENOGRAPHICALLY REPORTED BY:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 648352

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

---oOo---

ANN ALTMAN,

Plaintiff,

vs. No. 4:25-cv-00017-ZMB

SAM ALTMAN,

Defendant.

________________________________/

Videotaped Deposition of Sam Altman, taken on behalf of the Defendants, on Monday, September 21, 2026, at Munger, Tolles & Olson, LLP, 560 Mission Street, 27th Floor, San Francisco, California, beginning at 9:09 a.m., and ending at 5:09 p.m., before me, ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~ License No. 9830.

A P P E A R A N C E S:

COUNSEL FOR PLAINTIFF:
THE PEREZ LAW FIRM
By: SANTOS A. PEREZ, Esq.
150 Speedwell Avenue
Morristown, New Jersey 07960
973.910.1647
sperez@njlawcounsel.com

FOR THE DEFENDANT:
MUNGER, TOLLES & OLSON LLP
By: JONATHAN KRAVIS, Esq.
By: DANE P. SHIKMAN, Esq.
560 Mission Street, 27th Floor
San Francisco, California 94105
214.651.5000
dane.shikman@mto.com

ALSO PRESENT: Ryan Jones, Videographer

---oOo---

09:10 Shikman.

09:10 THE VIDEOGRAPHER: Will the court reporter
09:10 please identify themselves and swear in the witness.

STENOGRAPHIC REPORTER: Per AB 3252:

My name is Andrea Ignacio. I am a California licensed stenographer, No. 9830. I am a code-compliant reporter. I will be producing a transcript stenographically and it is automatically admissible in Court.

SAM ALTMAN,
having been sworn as a witness
by the Certified Shorthand Reporter,
testified as follows:

EXAMINATION

BY MR. PEREZ:

09:10 Q Good morning, Mr. Altman. As you know, I
09:10 represent your sibling, Annie Altman. I'm going to
09:11 give you a few instructions regarding this deposition.
09:11 Now, you have been deposed previously;
09:11 correct?
09:11 A Correct.
09:11 Q You're familiar with the format; correct?
09:11 A Correct.

A I have a question.
Q You can't ask questions.
A It's a logistics question.
What is that camera doing?
Q It doesn't matter.
MR. KRAVIS: Well, I'll just -- let me just note for the record that Mr. Perez and I spoke about this before the deposition started. And Mr. Perez assured me that the iPhone that is mounted on the tripod is not recording this deposition.
MR. PEREZ: It's not recording, no.
MR. KRAVIS: Right.
MR. PEREZ: Not recording.
THE WITNESS: Okay.
MR. KRAVIS: Okay.
MR. PEREZ: You can ask your attorney that I know the protective order more than anyone else in this case.
Now, I'll move on.
THE WITNESS: Could you please restate the question.
MR. KRAVIS: Well, hold on. Hold on.
Is there -- is there a question pending?
MR. PEREZ: Can you read the last question, Andrea.

DECLARATION UNDER PENALTY OF PERJURY

I, Sam Altman, do hereby certify under penalty of perjury that I have read the foregoing transcript of my remote deposition, taken on September 21, 2026, that I have made such corrections as appear noted herein in ink; initialed by me; that my testimony contained herein, as corrected, is true and correct.

Dated this ____ day of _____________, 2026, at ____________________________.

___________________________________

SIGNATURE OF WITNESS

CERTIFICATE OF STENOGRAPHIC REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the remote foregoing hybrid deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 09-24-2026

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830