# EXHIBIT 3

# Perez Injury Lawyers

**Santos A. Perez, Esq., NJ, PR**
The Perez Law Firm
sperez@njlawcounsel.com

**MORRIS COUNTY:**
150-152 Speedwell Ave.
Morristown, NJ, 07960
Phone: (973)910-1647
Fax: (973)910-1922

**BERGEN COUNTY**
Phone: (201)875-2266
Fax: (201)875-3094

*August 30, 2026*

Ms. Hailyn Jennifer Chen, Esq.
**Munger, Tolles & Olson LLP**
350 South Grand Avenue, 50th Floor,
Los Angeles, CA 90071-3426
(213) 683-9100
Hailyn.Chen@mto.com

Mr. Thomas J. Magee, Esq.
**HeplerBroom LLC**
701 Market Street, Suite 1400, St.
Louis, MO 63101
(314) 241-6160
thomas.magee@heplerbroom.com

Mr. Jonathan Ian Kravis
**Liu Shur Kravis LLP**
607 Fourteenth Street, N.W., Suite 625,
Washington, D.C. 20005
(202) 240-7103
jonathan.kravis@lskllp.com

**RE: Altman v. Altman**
**Docket**: 4:25-cv-00017-ZMB

**Dear Counsels**,

Kindly note that the producing party of plaintiff's deposition, Ann Altman, has chosen not designate the deposition as confidential or highly confidential.

Respectfully, any attempts by anyone else to designate my client's public deposition as "confidential" is ultra vires - as only the producing party may make such a designation. Any such attempts shall there be deemed to be in bad faith.

For your reference, herein the stipulated protective order language you cite to make an unlawful designation of confidentiality:

> *5. Definition of Confidential Discovery Material. Any* ***Producing Party*** *may designate any Discovery Material as "Confidential" under the terms of this Stipulation if such Producing Party* ***in good faith*** *believes that such Discovery Material contains non-public, confidential, proprietary, personal, or commercially sensitive information that requires the protections provided in this Stipulation ("Confidential Discovery Material").*

See Stipulated Protective Order of April 30, 2025, ECF 28.

As you are not the "producing party", you are not authorized to make such a designation of confidentiality.

**By analogy, my office would be unable to designate Mr. Altman's deposition transcript as confidential - or the untruthful statements he has made regarding my client's mental health - which were produced in your discovery. Kindly advise if you agree and this shall serve as an objective basis to resolve this issue**

Kind regards.

Sincerely,
*Santos A. Perez, Esq.*
SANTOS A. PEREZ, ESQ.

SAP/mp
Cc:\\Ms. Ann Altman