# EXHIBIT 7

PageVault

| | |
|---|---|
| Document title: | (8) Annie Altman on X: "Thank you for the kind and supportive comments ❤❤❤❤❤" / X |
| Capture URL: | https://x.com/anniealtman108/status/2108657309522219375 |
| Page loaded at (UTC): | Tue, 13 Oct 2026 21:03:03 GMT |
| Capture timestamp (UTC): | Tue, 13 Oct 2026 21:03:07 GMT |
| Capture tool: | 11.8.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 2 |
| Capture ID: | fzpdBaGgimuYA4KJPhgtKs |
| Display Name: | noelle.smith |

X

Home
Explore
Notifications
Follow
Chat
Calls
Grok
History
Creator Studio
Premium
Profile
More

Post

Munger Tolles a... @MTO350

## Post

**Annie Altman** @anniealtman108

Thank you for the kind and supportive comments ❤️❤️❤️❤️❤️

> **Annie Altman** @anniealtman108 · Oct 2
> First Hour of My Deposition - Ann Altman v Sam Altman 4:25-cv-00017-ZMB




8:34 PM · Oct 9, 2026 · **17K** Views

30 · 198 · 2.2K · 109

Relevant · View quotes

Post your reply · Reply

**Jase** @_Jase_C_ · Oct 10
@anniealtman108 we love you annie. You're very brave 🫂
3 · 104

**KEZEINK** @kezeink · Oct 9
I can't even tell you how brave you are. I'm sure you don't need me to tell you.
10 · 323

**Doge Daddy** @D0ge_Daddy · Oct 11
We support you! ❤️
2 · 11

**Danielle Ashley** @DaniielleAshley · Oct 10
❤️❤️❤️
1 · 127

🦀 @johnhimjac30 · Oct 9
Powerful woman. Thank you for setting a great example for survivors.
6 · 213

**hope now peace** @newhopenow3 · Oct 9
We stand with you.  Be strong, but be careful.  There are a lot of unscrupulous jerks in this world.
4 · 228

**Jordan Lamonte III** @jlamontelll · Oct 10
Get his ass.
2 · 120

**isabelle** @ificationism · Oct 10
We love you Annie please never give up
2 · 90

**sohame** @songihanme · Oct 10
Keep going Annie
2 · 139

**Stefan Larsen** @KearnuLarsen · Oct 10
Have you ever provided proof of any of your claims?
49

**NWWhoDat** @nwould4love · Oct 10
Whatever you need Darlin, you let us know. I am so so sorry for what you've been through. And I hope you are feeling the support from all of us!
2 · 146

**Maki** @colonelrukia96 · Oct 10
May you be protected and safe. Victims will no longer be shamed into silence! Stay strong! You can do this!
1 · 80

**Say**✨ @sayray47 · Oct 10
Been listening to your podcast with @jakeshieldsajj tonight. Going to listen to this next. Thank you for being such a bright light <3
1 · 94

Search

### Relevant people

**Annie Altman** @anniealtman108 · Follow
All Humans Are Human Podcast 🫀 HumAnnie10Cs 🧬 @phuckfilosophy 🚹 @fundicoapp 🎁

### What's happening


**Novig is Just Sports**
Deposit $10, Get $50 in Trade Credits
Promoted by Novig


Trending in California
**Bank of America**

Entertainment · Trending
**Final Destination**

Food · Trending
**Taco Tuesday**

Show more


Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

| | |
|---|---|
| Document title: | (8) Annie Altman on X: "First Hour of My Deposition - Ann Altman v Sam Altman 4:25-cv-00017-ZMB https://t.co/LObAe24CrP" / X |
| Capture URL: | https://x.com/anniealtman108/status/2106171694633414881 |
| Page loaded at (UTC): | Tue, 13 Oct 2026 21:04:08 GMT |
| Capture timestamp (UTC): | Tue, 13 Oct 2026 21:04:10 GMT |
| Capture tool: | 11.8.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 2 |
| Capture ID: | rmgbZWkGiuiEFUxu6W1QD4 |
| Display Name: | noelle.smith |

X

Home

Explore

Notifications

Follow

Chat

Calls

Grok

History

Premium

Profile

More

Post

Munger Tolles a... @MTO350

## Post

**Annie Altman** @anniealtman108

First Hour of My Deposition - Ann Altman v Sam Altman 4:25-cv-00017-ZMB




11:57 PM · Oct 2, 2026 · **1.6M** Views

245 1.4K 7.3K 3.1K

Relevant View quotes

Post your reply Reply

**Annie Altman** @anniealtman108 · Oct 2
Grateful to share this and also upset to once again have my voice blocked, as there are another 7 hours I consented to have been released in August.

Gave my deposition on August 18, and gave permission for it to be fully released 10 days after per the protective order. Currently
Show more

25 223 1.9K 104K

**Annie Altman** @anniealtman108 · Oct 3
Wearing my Dad's fleece ❤️

14 14 992 47K

**Remmelt Ellen** 🔴 @RemmeltE · Oct 3
Annie is wearing her dad's fleece.

Jerry Altman had a known heart condition, but was overworking. Annie pleaded Sam to help their father's retire. Sam never did. Then their father died of heart failure.

Jerry left a trust to support Annie if she struggled with income. Sam
Show more




> **Annie Altman** @anniealtman108 · Jun 18
> Hello, my name is Annie Altman. My father, Jerry Altman, lived from October 4, 1950 until May 25, 2018. He loved sports, music, thrift shopping, and seeing his loved ones happy. I often wished and asked for him to be retired, especially due to his known heart conditions. Instead x.com/anniealtman108...

21 197 1.1K 46K

**JHoliday** @JulieHoliday08 · Oct 3
Her having anxiety and PTSD while dealing with a patronizing female attorney has to be enraging.
The restraint Annie has to display so she doesn't give them ammo to call her crazy, is honorable.

10 313 16K

**Xoxo** @chicfryrice · Oct 4
I see you are trying to regulate in the video. Good job. I'm sorry you went through that. Justice will be served! Keep fighting.

1 2 19 1.6K

Search

### Relevant people

**Annie Altman** @anniealtman108 Follow
All Humans Are Human Podcast 🫀 HumAnnie10Cs 🧬 @phuckfilosophy ⚕️ @fundicoapp 🎁

### What's happening

**Novig is Just Sports**
Deposit $10, Get $50 in Trade Credits
Promoted by Novig

Trending in California
**Bank of America**

Entertainment · Trending
**Final Destination**

Food · Trending
**Taco Tuesday**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

| | |
|---|---|
| Document title: | (8) Annie Altman on X: "“Nothing about this is comfortable” (Why do you think I’m wearing my Dad’s fleece, and doing EMDR bilateral stimulation with knitting and butterfly tapping)" / X |
| Capture URL: | https://x.com/anniealtman108/status/2106555177994187162 |
| Page loaded at (UTC): | Tue, 13 Oct 2026 21:11:03 GMT |
| Capture timestamp (UTC): | Tue, 13 Oct 2026 21:11:07 GMT |
| Capture tool: | 11.8.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 2 |
| Capture ID: | 2Bwndwa69YPGcELKTAxqd4 |
| Display Name: | noelle.smith |

X

Home

Explore

Notifications

Follow

Chat

Calls

Grok

History

Premium

Profile

More

Post

Munger Tolles a... @MTO350

## Post

**Annie Altman** @anniealtman108

“Nothing about this is comfortable”

(Why do you think I’m wearing my Dad’s fleece, and doing EMDR bilateral stimulation with knitting and butterfly tapping)

> **Annie Altman** @anniealtman108 · Oct 2
> First Hour of My Deposition - Ann Altman v Sam Altman 4:25-cv-00017-ZMB




1:21 AM · Oct 4, 2026 · **37.9K** Views

36 · 120 · 1.2K · 117

Relevant · View quotes

Post your reply · Reply

**Poornima Rao** @RaoPoornima · Oct 4
You are very brave
2 · 4 · 38 · 8.2K

**$A®∀ɦ** @s4hvm · Oct 4
You will be written into history books my dear. Stay strong.
11 · 998

**Pauline Vos** @vanamerongen · Oct 4
You’re a badass
158

**Ben** @handmethemic_ · Oct 4
It couldn’t possibly be comfortable to file a sexual abuse lawsuit against a sibling let alone a sibling who has been catapulted to the forefront of AI - you’re either completely nuts or it’s true. People say the same thing about Jesus. You’re in good company.
1 · 20 · 1.1K

**Kristin Leavitt** @Kristin6942 · Oct 4
Tapping your chest to be able to breathe is s special kind of personal hell. That kind of anxiety, unless personally felt, can not be explained. Because these are scars that are on the inside, they are hard for people to understand. I pray you get the kind of peace you deserve❤️
12 · 424

**Bacchus** @meccarchitect · Oct 4
Imagine being a billionaire AI overloard and making your sister go through this
1 · 5 · 135

**Paco Webster** @paco_webster · Oct 4
I keep thinking of how effective a weapon knitting needles can be...
1 · 3 · 347

**Kristin Leavitt** @Kristin6942 · Oct 4
I bet nothing about that situation was comfortable! Keep talking!❤️
2 · 468

**TeeKay** @TeeKaySt · Oct 4
I thought you handled yourself beautifully.
1 · 286

**jesse🇺🇸 ' zeal overcometh all.'** @lvedogdeadlion · Oct 4
To give you courage.
85

**Xoxo** @chicfryrice · Oct 4
Good job!!
1 · 401

**Ascend** @MatrixAscender · Oct 4
your bro is a bit of a degenerate ey?




Search

### Relevant people

**Annie Altman** @anniealtman108 Follow
All Humans Are Human Podcast 🫀 HumAnnie10Cs 🧬 @phuckfilosophy 🎁 @fundicoapp 🎁

### What’s happening

**Novig is Just Sports**
Deposit $10, Get $50 in Trade Credits
Promoted by Novig

Sports · Trending
**Saka**
Trending with Merino, Lille

Entertainment · Trending
**Rob Lowe**
Trending with James Franco

Sports · Trending
**Brugge**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Page Vault

| | |
|---|---|
| Document title: | (8) Annie Altman on X: "Grateful to share this and also upset to once again have my voice blocked, as there are another 7 hours I consented to have been released in August. Gave my deposition on August 18, and gave permission for it to be fully released 10 days after per the protective order. Currently" / X |
| Capture URL: | https://x.com/anniealtman108/status/2106171780671177208 |
| Page loaded at (UTC): | Tue, 13 Oct 2026 21:13:06 GMT |
| Capture timestamp (UTC): | Tue, 13 Oct 2026 21:13:08 GMT |
| Capture tool: | 11.8.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 2 |
| Capture ID: | 9eLCxfP5BRc79RMNLFnzBG |
| Display Name: | noelle.smith |

## Post

**Annie Altman** @anniealtman108 · Oct 2
First Hour of My Deposition - Ann Altman v Sam Altman 4:25-cv-00017-ZMB




245 · 1.4K · 7.3K · 1.6M

**Annie Altman** @anniealtman108

Grateful to share this and also upset to once again have my voice blocked, as there are another 7 hours I consented to have been released in August.

Gave my deposition on August 18, and gave permission for it to be fully released 10 days after per the protective order. Currently still only allowed to share this first 40 minutes.

Please know that I have two active cases. Both are publicly filed and available to read. This deposition was for my childhood case.

Trust case: 25SL-PR02320
Childhood case: 4:25-cv-00017-ZMB

11:57 PM · Oct 2, 2026 · **104.2K** Views

25 · 223 · 1.9K · 123

Relevant · View quotes

Post your reply · Reply

**VOID** @VoidStateKate · Oct 4
Why wasn't the rest of the video released??
1 · 796

**Shannon Joy** @ShannonJoyRadio · Oct 4
That's terrible Annie. Not sure if you do interviews but I would be happy to amplify your story. ❤️🙏😢
2 · 361

**8ʌᴉʇɔ∀** @8VITCA · Oct 3
In Annie we trust everybody else can fuck off.
5 · 903

**Dan Bilzerian for President** @ElectBilzerian · Oct 3
Fan account
honest Q, do you find abuse / sexual abuse to be prevalent in jewish homes?
1 · 3 · 851

**whisperingcandle** @whisperingcandl · Oct 3
@grok can you please briefly explain what is going on between Annie and Sam?
1 · 1.5K

**Birdiebird** @Askcake1 · Oct 3
Annie, I watched the whole thing, and honestly, it breaks my heart that you've had to go through all of this. Sam can block your voice all he wants, but the truth always finds its way out eventually. Please stay strong. Many, many humans support you.❤️
3 · 38 · 2.1K

**ivy** 💫 @iamivyangel · Oct 3
hey Annie ❤️ proud of you for continuing to fight for yourself after everything. i watched the first 40 minutes. what reason was given to block posting the rest? and do you have the rest of the footage? i hope it's ok to ask and if you cannot respond i understand 💗
21 · 2.7K

**Bryan** @cpbypass · Oct 3
Be strong 🫡
12 · 1.9K

**Max** @Mightymadmaxx · Oct 3
I am very interested in seeing the other parts. I didn't know they were blocking your voice, thanks for posting 🙏.
11 · 1.4K

**JFKs_Ghost** @SkipsLegDays · Oct 4

### Relevant people

**Annie Altman** @anniealtman108 · Follow
All Humans Are Human Podcast 🫀 HumAnnie10Cs 🧬 @phuckfilosophy 🎁 @fundicoapp 🎁

### What's happening

**Novig is Just Sports**
Deposit $10, Get $50 in Trade Credits
Promoted by Novig

Sports · Trending
**Saka**
Trending with Merino, Lille

Entertainment · Trending
**Rob Lowe**
Trending with James Franco

Sports · Trending
**Brugge**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.