# EXHIBIT 14

**From:** Deel N <deels.novak@gmail.com>
**Sent:** Wednesday, October 14, 2026 9:32 AM
**To:** Chen, Hailyn
**Subject:** Make better choices

ⓘ External email ❯

For nothing more than financial gain, you have debased yourself and helped to the cycle of assault and abuse by the most powerful and predatory in our society to further go unpunished. I hope you struggle to sleep.
I'm sure as a woman you've suffered and stayed quiet. Your willingness to so quickly forget that and bow and serve a man so clearly working towards our collective destruction (AND A RAPIST) is despicable.
The actions of yourself and others who share your values help to preserve the status quo and I hope that you will one day see the harm your lack of morals cause.
There are plenty in the world who have built a life from truly helping those who need, and at anytime in life you could have made the decision to be one of them. Hell, working at McDonalds is a more righteous and morally responsible path than striving to be Chief of emotional warfare for the billionaire class.
You are the Epstein class I hope you realize. Obviously you don't deserve the punishment for the rapist but why is the rapist not being punished? Maybe it's because of all that great work you did to make partner! Congratulations on doing the closest thing one can do to selling their soul. And if this is being screened by some paralegal or secretary, quit ur job and stop idealizing a morally bankrupt lifestyle.
Sent from my iPhone