# EXHIBIT 16

| | |
|---|---|
| Document title: | Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth : r/videos |
| Capture URL: | https://www.reddit.com/r/videos/comments/1wwx0mu/sam_altmans_sister_have_just_released_footage_of/?captcha=1 |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:18:34 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:18:39 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 28 |
| Capture ID: | 23ZPqXNhZ2QpwJtUMf5jEt |
| Display Name: | noelle.smith |

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/videos • 12d ago
u/This_is_User

# Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth




17K | 1.7K | Share

Reasonable_Sky2477 • Ad

Ready to FIRE? Before you pull the trigger..

Learn More finp4l.com



Join the conversation

Sort by: Best | Search Comments

**shellee8888** • 12d ago

Is she still within the statute of limitations?

89 | Reply | Award | Share | ...

**hornwalker** • 12d ago

On March 20, 2026, U.S. District Judge Zachary Bluestone dismissed standalone sexual assault and battery claims because the statute of limitations expired in 2008, though he allowed certain claims to proceed under Missouri's specific statutory pathway for childhood abuse. In April 2026, Annie Altman's lawyers withdrew from the case.

7 | Reply | Award | Share | ...

**This_is_User** OP • 12d ago

It's still ongoing. The lastes development is a defence motion to dismiss the case based on plaintiffs inability to attend a scheduled medical examination.

The sister is claiming that she had a medical emergency that prevented the attendance and she has stated a wish that it be a woman who does the examination.

This here i the latest docket entry wherein the defendant legal team argues for a dismissal:
https://storage.courtlistener.com/recap/gov.uscourts.moed.217171/gov.uscourts.moed.217171.126.0.pdf

3 | Reply | Award | Share | ...

2 more replies

## New to Reddit?

Create your account and connect with a world of communities.

Continue with Google
Continue with Email
Continue with Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/videos • 4d ago
**Zelenskyy "When our strikes reached Yandex's...**
40K upvotes · 1.3K comments


r/videos • 5d ago
**Trump to his supporters: "I could say the stupidest...**
17K upvotes · 764 comments


r/videos • 4d ago
**Talarico on Ken Paxton continuing to avoid a...**
14K upvotes · 345 comments


r/videos • 3d ago
**Ken Paxton exposed for partying with fugitive...**
13K upvotes · 376 comments


r/videos • 11h ago
**Fox News host cuts Pete Buttigieg interview short...**
9.5K upvotes · 749 comments


r/videos • 3d ago
**Pete Hegseth ADMITS HE LIED about Iran war death...**
9.3K upvotes · 218 comments


r/videos • 1d ago
**The precise moment new White House press...**
9.1K upvotes · 1.2K comments


r/videos • 1d ago
**Pete Hegseth Heckled by Angry Protesters During ...**
7.6K upvotes · 299 comments


r/videos • 7d ago
**Jon Ossoff for Georgia U.S Senate accuses Mike...**
7.3K upvotes · 386 comments


r/videos • 2d ago

ed.217171.126.0.pdf

3 Reply Award Share ···

2 more replies

33 more replies

**This_is_User** OP • 12d ago • Edited 12d ago

You can skip to around the 10 minute mark for the questions.

Pretty ~~eerie~~ peculiar to see her knitting and tapping her chest as Sam's lawyers question her.

She states in the notes under the video that she expect to release up to 7 hours more of the deposition this month.

EDIT: If you are curious you can see the case files here:
https://www.courtlistener.com/docket/69520118/altman-v-altman

EDIT2: A bit strange, but in the redacted files dated aug 29 you can actually read some of the questions and answers from the bookmark notes:
https://storage.courtlistener.com/recap/gov.uscourts.moed.217171/gov.uscourts.moed.217171.92.4.pdf

The notes mentions something about "Teddy Bear Pancake To cover her mouth" and toys that was allegedly used to abuse her. There is also mentioning of abuse in "Big Girl Bed" and about abuse before she was an infant before the age of 1...

1.2K Reply Award Share ···

**Relative-Pirate-3913** • 12d ago

can you explain what you mean by "eerie"? it may be giving off an impression you didn't intend

28 Reply Award Share ···

**This_is_User** OP • 12d ago

Sorry, English is not my first language. Eerie in the sense that it signals something that seems off. Does that makes sense? It's not meant as a negative, more like a impartial observation.

26 Reply Award Share ···

12 more replies

169 more replies

**copperdomebodhi** • 12d ago

New Yorker did a deep dive on Altman. Spoke to more than 100 people who know or knew him. Half of the quotes are euphemisms for "He's a liar."

5.3K Reply 7 Share ···

322 more replies

**neutrophil41** • 12d ago

The ridiculously repetitive questions about her preparation for this deposition would have sent me before they ever even got into it

1.2K Reply Award Share ···

65 more replies

**LuckeyEgg** • 12d ago

I met Sam almost a decade ago when I was living in SF. The whole valley runs on snake oil so it's not unusual in that environment to encounter sociopaths, but I remember coming away from that meeting feeling like I had truly met a man with no soul. It was utterly spooky in person.

By contrast, I feel like Zuck gets a lot of flack online for being a robot, but he's actually a surprisingly personable guy when the cameras aren't on him.

402 Reply 1 Share ···

21 more replies

**u/HoltBooks** • Ad ···

There are 5M households with $5M+ net worth—and most don't work in finance. We're told the path to wealth runs through Wall Street or big tech. Economists spent 10 years proving that's



Reddit, Inc. © 2026. All rights reserved.

7.3K upvotes · 386 comments

r/videos • 2d ago
**Jon Ossoff Confronts Rep Mike Collins: "You want to...**
6.9K upvotes · 146 comments


r/videos • 2d ago
**The Trump admin keeps ignoring judges' orders....**
6.8K upvotes · 832 comments


r/videos • 5d ago
**Military source reveals some soldiers 'morally...**
6.1K upvotes · 622 comments


r/videos • 3d ago
**President Trump on federal agents raiding Rep. Ilhan...**
5.9K upvotes · 1.2K comments


r/videos • 2d ago
**BREAKING: Kimberly Guilfoyle RESIGNS as...**
5.5K upvotes · 611 comments


r/videos • 6d ago
**Elon Musk belongs in prison. Alex Gibney on his...**
4.7K upvotes · 123 comments


r/videos • 3d ago
**BREAKING: Federal agents search Rep. Ilhan Omar's...**
4.5K upvotes · 1.2K comments


r/videos • 6d ago
**President Trump thanked Putin for oil deal to releas...**
4.3K upvotes · 786 comments


r/videos • 4d ago
**Abdul El-Sayed says Democrats must win the...**
3.9K upvotes · 150 comments


r/videos • 3d ago
**Trump's new Press Secretary ends nervous...**
3.6K upvotes · 783 comments


r/videos • 1d ago
**President Trump claims that there was a planned...**
3.6K upvotes · 426 comments


r/videos • 3d ago
**Trump at 10/12 Ohio rally:**


Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

u/HoltBooks • Ad

There are 5M households with $5M+ net worth—and most don't work in finance. We're told the path to wealth runs through Wall Street or big tech. Economists spent 10 years proving that's wrong. This book breaks down how pass-through firms channel massive income directly to...




us.macmillan.com
Learn More

**NamasteMotherfucker** • 12d ago

To be a billionaire, it really helps to be a sociopath.

40 Reply Award Share ···
4 more replies

**Darkhallows27** • 12d ago

It's always the ones you most suspect

1.3K Reply Award Share ···
11 more replies

**PomegranateHot9916** • 12d ago

billionaire felt 1 lawyer wasn't enough to he sent 3.
and they literally spent most of this 40 minute video just trying to get under her skin.
gross behaviour. but that is lawyers for you.

remember kids, the legal system is a game, it is not justice.

67 Reply Award Share ···
1 more reply

**namonite** • 12d ago

Has this dude like commented on this at all??

53 Reply Award Share ···
27 more replies

**VisMortis** • 11d ago

The world is really just ran by the absolute worst people, isn't it?

18 Reply Award Share ···

**maringue** • 12d ago

Families and communities protect abusers without potentially *billions* of dollars in financial incentives ALL THE TIME.

So just imagine what that much money would do here.

15 Reply Award Share ···

**jamesneysmith** • 12d ago

This line of questioning is painful. Are all depositions this redundant and seemingly meaningless for so long?

115 Reply Award Share ···
12 more replies

**protipnumerouno** • 12d ago

My god everyone running that country is a bunch of sexual deviants?

110 Reply Award Share ···
6 more replies

**ChickenChaser5** • 12d ago

r/videos • 3d ago
Trump at 10/12 Ohio rally: "I don't do this with men...
3.5K upvotes · 313 comments



r/videos • 2d ago
Trump is Breaking the Law to Help Russia. Why?
3.4K upvotes · 409 comments




r/videos • 4d ago
Trump: "I could say the stupidest things and you'...
3.2K upvotes · 218 comments



r/videos • 2d ago
Jon Ossoff confirmed at Georgia U.S Senate 2026...
3.2K upvotes · 428 comments



r/videos • 12h ago
GOP Rep. Andy Harris threatens a student...
3.1K upvotes · 199 comments



VIEW POST IN
Français
Português (Brasil)
简体中文
繁體中文
Русский
日本語
Tiếng Việt
हिन्दी
See more

r/videos
Join
/r/videos
Reddit's main subreddit for videos. Please read the sidebar below for our rules.
Public

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

6 more replies

**ChickenChaser5** • 12d ago

Oh no, does that mean hes going to be president now...

46 Reply Award Share ···

**Hydr0flask** • 12d ago

Spent a fair amount of time with her in an educational environment before covid. She was very kind - one of the people that brought the group together, very supportive, great to talk to. Been following this for a bit, it's all pretty sad.

105 Reply 4 Share ···

**j0eg0d** • 12d ago

This isn't about Sam Altman. Ann Altman said she was abused by each of her siblings. Mostly by Sam and sometimes Jack. I absolutely believe her.

113 Reply Award Share ···

14 more replies

**2003tide** • 12d ago • Edited 11d ago

Sam Altman used to be a peice of shit, he still is, but he used to be too.

25 Reply Award Share ···

**quagmirranseye** • 12d ago

Im fucking positive Sam was abused by their father and Sam began doing it to Annie. I doubt we will ever see consequences though. I wish Annie all the best :( bring your brother down, it wont save us but there will be one less predator out there.

203 Reply Award Share ···

29 more replies

**ChiefStrongbones** • 12d ago

Sam Altman's counterclaim:

> Defendant Sam Altman has never sexually abused his sister. Sadly, the Complaint is not the first time that Plaintiff has made these hurtful and untrue claims. Rather, Plaintiff has made false accusations against her family members—including her brother Sam Altman—when her demands for money and other assistance were not met. For years, Sam Altman and other members of Plaintiff's family have provided her with monthly financial support, as well as offers to assist with medical expenses, housing, and employment. Based on concerns about Plaintiff's mental health, her family has felt the need to be deliberate and thoughtful about the support they provide her. When her family refused her demands for greater and unrestricted financial assistance out of concern for her wellbeing, Plaintiff began posting on social media false accusations that Sam Altman—the wealthiest individual member of her family—sexually abused her as a child. This lawsuit is just one more attempt by Plaintiff to use false accusations of sexual abuse to extort her family into providing her with greater and greater financial support without regard for her family members' concerns about how best to support her, including through placing compassionate guardrails around such financial support in light of her mental health condition.

160 Reply Award Share ···

62 more replies

**DeadSol** • 12d ago

Fuck Sam Altman. He is going to bring about the end of humanity. Him and Peter Thiel both.

27 Reply Award Share ···

2 more replies

**KieferSutherland** • 12d ago

She has an uphill battle. The entire family, even the mom who is a doctor, say she is unwell. She had a history of mental issues.

I'm not saying it's impossible. I'm not saying doctors haven't protected their children before. Just makes it more unlikely.

200 Reply Award Share ···

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

I'm not saying it's impossible. I'm not saying doctors haven't protected their children before. Just makes it more unlikely.

200 Reply Award Share ···

93 more replies

**Just3nCas3** • 12d ago

People don't call him Scam Altman for no reason, just follow his business career, lying to investors and overhyping garbage is all he does. Pretty sure he suffers from AI psychosis too, 'We're gonna build a Dyson sphere in ten year.' bitch we can't even build basic infrastructure in this country. Sounds like he's getting programmed back by trying to vibe code science. He's a bad person who now has a permanent hype man, llms are the worst thing to happen to ceos, it just made there trend chasing decisions even worst.

25 Reply Award Share ···

**ImfromtheFuture2056** • 12d ago

Situations like this are so tough man. I remember a post from the other day about a mom who said her pathological lying daughter falsely accused her husband of SA. The entire Reddit thread was basically already comfortable with concluding the dad was guilty or defaulted to side with the daughter despite the mom saying it's not true and the daughter had mental health issues.

I had an ex who suffered from BPD who falsely accused me and her parents immediately knew she was lying. To them, she was a pathological liar and they knew this behavior from her childhood. I still got detained and escorted in handcuffs in front of our neighbors. Lost my job and had to go to court. In the end, she was admitted to a psychiatric ward. She permanently messed up my life and it still has a lasting impact on my personal relationships, world view, self confidence, and finances.

The whole time, it was because she was sleeping with some older men for money instead of showing up to work.

99 Reply Award Share ···

**Zeestars** • 12d ago

I've seen both sides of this.

A daughter who was not believed by her mother, because he couldn't possibly with the other sister in there and why would he single her out and not the sister. Yeah, he was sexually assaulting her.

And a woman who said her boyfriend beat and SA'd her for revenge. He did not but got found guilty. She bragged about it later and then also tried it with her next bf too.

11 Reply 1 Share ···

**theboomboy** • 12d ago

That really sucks... I hope your situation improves over time

7 Reply Award Share ···

13 more replies

**VectorJones** • 12d ago

I have no problem believing the lot of these tech fascist fucks are all disgusting pervs who get off on abuse. It's written all over everything they do.

76 Reply Award Share ···

14 more replies

**paxinfernum** • 12d ago

These are "recovered" memories from what I understand, and both a doctor and her family say she has mental health issues.

And before someone says that means she was molested, look up the junk science of recovered memories. The stuff she describes like having memories of being molested when she was a baby is classic recovered memories crap.

36 Reply Award Share ···

3 more replies

[deleted] • 12d ago

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

[deleted] • 12d ago

[deleted] • 12d ago

**truesy** • 12d ago

may be downvoted into oblivion, but it's not just sam altman who is saying this isn't true, his entire family (mother, other siblings) have stated this is not true, and that his sister has had ongoing mental health issues, has refused treatment, and she has had financial demands that have increased over time.

it's a bit more complicated than a one-sided story. lot of comments here speak like y'all know some kind of truth, but it seems way murkier than that. i'm not saying it isn't true, or that it is true. more that i don't know, and i don't think y'all know either.

627 Reply 8 Share ···

**Do-it-for-you** • 12d ago

I've only known 1 person who's a victim of SA as a child, and her family also covered it up, they weren't rich or famous, just working class people, and her family still covered it up.

It's not hard to imagine a family with a breadwinner like Sam would try to cover it up, especially if it meant they can continue to be financially well off if they're on his side (as well as the usually reasons families cover it up).

28 Reply Award Share ···

2 more replies

**Pleasant-Future5818** • 12d ago

My husband's sister was raped by their older brother and the family did the exact same thing. Circled wagons. He was too young at the time to do anything, but he knew it was happening.

Yes she has mental health issues today and has refused treatment as well - she has mental health issues from being raped and has refused treatment because it was also being forced on her by the same people calling her a liar.

Later it was investigated by a social worker and corroborated by my husband and so her older brother was found to be guilty and charged, but her mother insists to this day it never happened, and that if it did happen, she wanted it (she was 6 when it began).

This is not uncommon.

397 Reply 7 Share ···

32 more replies

**CharlesLeRoq** • 12d ago

This isn’t uncommon though. Families are often in denial and can circle their wagons against someone threatening to disrupt the family unit by making such accusations. This is why childhood sexual trauma is often kept secret.

In this case, the family has every incentive to discredit Altman’s sister. He’s literally a billionaire; the favoured son; the man who has made his parents very comfortable in their retirements.

All of those things about her having mental heath issues (which could also be a sign of trauma) and increased demands could well be true, but the family’s denials don’t really complicate the case as much as your comment suggests

584 Reply 10 Share ···

85 more replies

**THEfogVAULT** • 12d ago

Adam Savage of MythBusters went through almost exactly this situation as well, but because people are inclined to like him he was believed. People don't like Sam so they will likely assume anything terrible said about him is true regardless of lack of physical evidence, single victim and no supporting witness statements, decades of time having elapsed in the meanwhile etc. Not saying it's true or false - just that to the internet hivemind, not being liked is almost tantamount to an automatic guilty plea in the eyes of the public.

27 Reply Award Share ···

6 more replies

27 Reply Award Share ···

6 more replies

**ancientfruitjunkie** • 12d ago

Idk dude. There's a reason many family members don't believe when rape and other sexual assault happens in their family. I imagine everyone's first instinct is to deny everything. Also, what better victim than one who is mentally ill? Altman is a smart dude. Hell for all we know the parents could've developed a dislike for their daughter over the years for how much care they had to provide her.

Families like this are always willing to hide things. We'll just have to see.

58 Reply 1 Share ···

4 more replies

**rknki** • 12d ago

An abusive child is more likely to come from abusive parents, just saying.

42 Reply Award Share ···

1 more reply

**Theman227** • 12d ago

And so does the family of nearly every murderer, rapist, arsonist, and criminal in the history of law:

"MY SON WOULD NEVER DO THAT!!" "OMG MY FATHER WOULD NEVER!!" "My sister wouldn't DARE say such a thing!!"...

Literally the most common reactions from family members when one of them does something cruel or terrible that they didnt expect.

Shit, want a grade A example?? Woody Allen...

38 Reply 1 Share ···

2 more replies

**chickenlittle2014** • 12d ago

This is why the courtroom systems exists, vast majority of people just go I don't like this person, any bad thing about them is true, or the opposite I like this person anything bad is untrue.

13 Reply Award Share ···

**Ask_If_Im_Dio** • 12d ago

Yes, families with skeletons in their closet often deny incidents like this to avoid "rocking the boat"

After all, it's safer for them to deny that crimes like this happened than to have people asking "how could the parents let this happen?" and turning a critical eye to the rest of the family. Doubly so if the perpetrators of these crimes have money or social influence that can benefit the family if they side against the victim

8 Reply Award Share ···

**Platform_collapse** • 12d ago

Yeah, but like, that's what some distant family of mine did when the dad was SAing the daughter for years. They all said she was crazy and it never happened. Eventually the evidence was to strong and he got caught but the family still denied it.

Sam Altman is a piece of crap so I'm not going to put any effort into figuring this out and will just put it on the pile of shit I already dislike him for.

16 Reply Award Share ···

**Pancakefriday** • 12d ago

This is so common it's insane. Especially in rich families, the goal is to protect the family reputation (read: sons) so that they can bring the family more wealth. The women are often thrown under the bus to that end. Doesn't matter if it's a wife, sister, random girl, and the *go to move* is to claim mental health issues. In past days, insanity. Before then hysteria. Before then...

You get the picture.

9 Reply Award Share ···

**DarthTempi** • 12d ago

On the other hand, the family's money source is primarily from the accused rapist Sam Altman, so they would be incentivized to lie. Also, many abusers are good at covering

Reddit, Inc. © 2026. All rights reserved.

Reddit, Inc. © 2026. All rights reserved.

**DarthTempi** • 12d ago

On the other hand, the family's money source is primarily from the accused rapist Sam Altman, so they would be incentivized to lie. Also, many abusers are good at covering tracks.

11 Reply Award Share ···

**FunkyPleasance** • 12d ago

as others have said, not at all uncommon for family members to stick by an abuser.

9 Reply Award Share ···

**SpicyDragoon93** • 12d ago

Or like in many cases the family don't want to deal with the shame or scandal especially since the defendant is a billionaire they're reliant on/leech off of.

8 Reply Award Share ···

**What_a_fat_one** • 12d ago

And they definitely have no motivation for making the billionaire in their life happy and she has a motivation for pissing him off?

6 Reply Award Share ···

**thegracelesswonder** • 12d ago

Yes because families NEVER cover up abuse. 🙄

13 Reply Award Share ···

1 more reply

**Doowoo** • 12d ago

Yeah, i think we should wait for the court to judge in this case, as nobody actually really knows what went on, in this subreddit atleast ?

2 Reply Award Share ···

**NefariousnessNeat679** • 12d ago

Family knows which side the bread is buttered on. It's EXTREMELY common for the family to deny everything even when their livliehood isn't at stake.

5 Reply Award Share ···

**2Rhino3** • 12d ago

Most people instantly believe her claims whether true or not because 1. There is an inclination to believe all accusers, which isn't necessarily a bad thing but as we all know people can and do lie, plus 2. The confirmation bias of believing "This guy is a piece of shit so yeah, duh, him raping his sister tracks"

I haven't looked into this story much but if as you're saying Sam Altman & the entire rest of the family are saying these claims aren't true then I'm inclined to believe they most likely aren't & this is unfortunately a money play by the sister, but ultimately who knows for sure. I'm not going to automatically assume guilt and crucify the guy when this whole situation is so murky.

15 Reply 1 Share ···

44 more replies

**weaponsgradepotatoes** • 12d ago • Edited 12d ago

And Rosemary Kennedy was lobotomized and hidden by her family for decades.

Sam is one of the wealthiest people in the world, and poised to become even wealthier. People have lied for a lot less.

No one in this thread knows shit about fuck all.

4 Reply Award Share ···

**firewhisper76** • 12d ago

I was sexually abused by my sisters, my parents knew and still told me and anyone I tried to tell that I was lying due to mental instability. So while I do not know I'm not going to say the family backing him is any sort of proof

5 Reply Award Share ···

3 more replies

**bolbi_jack** • 12d ago

It is extremely common, probably even the most common, that the family behaves that way in proven cases.

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**bolbi_jack** • 12d ago

It is extremely common, probably even the most common, that the family behaves that way in proven cases.

3 Reply Award Share ···

**Ok_Chance3225** • 12d ago

How would the rest of the family even know that doesn't prove shit

4 Reply Award Share ···

**Chimmychimm** • 12d ago

Might be because they are being paid? She might have mental health issues because her brother raped her for years?

4 Reply Award Share ···

56 more replies

**cosmicdurian420** • 12d ago

I've watched and read a lot of her expressions, and I believe her.

Familial abuse almost always has the same pattern - the individual who speaks up inside the family system will be invalidated and ejected.

40 Reply 1 Share ···

**TheTerribleRiver** • 12d ago

omfg... i was molested as a kid by a family member... this happened to me! i didn't know this was a thing. WOW. you know, i've just generally felt like "all that family did was close ranks on me" and like not a single one of them were there for me... i am guessing they blame my mom thinking she put shit in my head... and its like, "ok, but what about the stuff like... our family friend's husband telling you not to leer at my friends at my birthday party? what about the fact you tried to marry a minor after mom divorced you in your 40s?" like there's plenty of stuff that doesn't involve me but there are witnesses outside of mom... like even if mom had implanted memories in my head that don't actually exist (like just devil's advocating my own life here)... what about these other things? she couldn't have put memories in their heads.

but yeah... i usually watch things like this to see the similarities and differences between me and other people's experiences... and I guess I just never realized that we all have the same experience with the side of the family that created the harm in the first place. with my alleged perp... his cousin runs a very large economy (retired recently)... like the Jerome Powell of that country... so I'm sure that doesn't help... like probably best to just pretend i'm dead and move on.

oh well... whatever karma all us victims have, no matter the crime, may we all be done with it and not spend another fucking lifetime in this cycle.

4 Reply Award Share ···

2 more replies

1 more reply

**LWalke** • 12d ago

Empire of Ai by Karen Hao is an amazing book that has a surprising amount of coverage on this topic. I'd highly recommend reading it if you have an interest in the development of AI or it's ambassadors, especially the darker aspects of them.

18 Reply Award Share ···

1 more reply

**Swimming-Dot-3363** • 12d ago

Where is the full video?

4 Reply Award Share ···

5 more replies

**jwuliger** • 12d ago

Epstein Class FTL

4 Reply Award Share ···

**JimmyKerrigan** • 12d ago

**JimmyKerrigan** • 12d ago

Let's see, a gigantically rich sociopath is right and his mentally ill sister is wrong because their family says so? And WHO gains the most financially if not her family?

People siding with the wealthy male son is just as big a red flag as her maybe having mental illness. And women used to be lobotomized by their rich and powerful families for telling the truth.

Just saying.

30 Reply 1 Share ···

**aflockofbleeps** • 12d ago

See rosemary kennedy

8 Reply Award Share ···

1 more reply

**Enaliss** • 12d ago

Any basic training on this tells us people with these illnesses are at a far greater risk for abuse of any kind. Being young/4 under is also one of them

5 Reply Award Share ···

1 more reply

**Frozehn** • 10d ago

You need to stop using the Internet man

2 Reply Award Share ···

3 more replies

**someroastedbeef** • 12d ago

ITT: innocent until proven guilty unless it's people we despise

27 Reply Award Share ···

9 more replies

**taughtbytragedy** • 12d ago

He's a successful Elizabeth Holmes. I wonder how many CEOs are just out there lying about

8 Reply Award Share ···

4 more replies

**Cl0wnL** • 12d ago

FYI:

Her mother and other brothers have denied Annie's accounts and publicly defended Sam. They say she has serious mental-health problems.

The family also apparently financially supports her and that she continues to demand more money from them, and that this might be related to that because the claim is for punitive monetary damages

She's accused family members of hacking her Wi-Fi, shadow banning her from the internet, all sorts of those sorts of things

67 Reply 1 Share ···

**132739** • 12d ago

Much as I hate Altman and want to give potential victims the benefit od the doubt, my understanding is that the source of her claims are "recovered memories" from hypnotherapy as an adult, and those are basically always bullshit.

50 Reply Award Share ···

3 more replies

**Helpful_Key_9962** • 12d ago

where is that information available? Difficult to get the entire picture on this one.

8 Reply Award Share ···

**Krogsly** • 12d ago

Fiv everything you said could also be behavior of a family supporting the billionaire to

Reddit, Inc. © 2026. All rights reserved.

8 Reply Award Share

**Krogsly** • 12d ago

Fiy everything you said could also be behavior of a family supporting the billionaire to stay on his good side.

56 Reply Award Share

14 more replies

**justtosendamassage** • 12d ago

Got a link at least? Sheesh

8 Reply Award Share

**queen_ravenx** • 12d ago

serious mental health problems often stem from childhood abuse fwiw

7 Reply 1 Share

4 more replies

**ArmadilloFit652** • 12d ago

more money for what ?

2 Reply Award Share

[deleted] • 12d ago

15 more replies

**nopunchespulled** • 12d ago

So that was 40 mins and all they did was confirm she had made statements?

3 Reply Award Share

**redditoranno** • 12d ago

There we goooo, I knew I did not like nor trust his face from the get go.

3 Reply Award Share

**distelfink33** • 12d ago

Sociopath/Psychopath/Antisocial Personality Disorder

3 Reply Award Share

**StevenS757** • 11d ago

Oh good, the company responsible for the end of the world is being run by a pedophile sociopath. And nothing can be done about it apparently

3 Reply Award Share

**throwawydoor** • 11d ago

If there aren't any medical records i dont see how this is fair. Its he said she said. But just the 41 minutes is making the plaintiff seem credible. I was expecting a crazy person trying to scam. When so many years have passed, name and shame is really the only option.

3 Reply Award Share

**bbusiello** • 12d ago

Sadly, nothing is going to happen to Altman. Look at the uproar when he was booted from OpenAI?

You know when some shit will go down? When he "Elizabeth Holmes'" the whole situation and then it's safe to go after the guy who fucked over billions upon billions in investments.

You wanna see this girl get justice? OpenAI has to go down in flames... then a bunch of greedy mofos won't have any excuses not to turn on the guy.

It's all about the money.

26 Reply Award Share

**listerbmx** • 12d ago

It's *always* about the money

5 Reply Award Share

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**listerbmx** • 12d ago

It's *always* about the money

5 Reply Award Share ...

4 more replies

**Phrophetsam** • 12d ago

I still think the fact that "Altman" (Alternative to Man) is an evil, sociopath whose aims will ultimately destroy humanity and replace it with AI is a Kojima kinda plotpoint.

9 Reply Award Share ...

**ManoloCatastrophe** • 12d ago

Little known fact but AI stands for Altman Incest.

17 Reply Award Share ...

**YAMMYYELLOW** • 12d ago

sorry but according to the recent executive order it is now SI (Sam Incest)

4 Reply Award Share ...

**tamikaflynnofficial** • 12d ago • Edited 12d ago

The motion to dismiss that's currently pending in the suit, stating she hasn't complied with her discovery obligations and failed to show up to a 9/16 medical examination, seems like it might result in a dismissal, at least to me. (Idk eighth circuit law but technically neither do Sam's fancy lawyers who are all from CA or DC) It wouldn't be a dismissal on the merits, but (perhaps unfortunately for those with trauma) you do have to comply with those obligations to proceed in civil court. The close of discovery is 10/23 and it's gonna look like bad faith to not show up to a medical examination so close to that cutoff, even if the reasons were entirely legit. Who knows, the court might be cautious and say dismissal is too much and impose other sanctions, but it does seem like the reasons she didn't go to the 9/16 examination are slightly contrived, given her counsel covering his ass to Sam's lawyers by saying he repeatedly communicated to Annie the consequences of not showing up would be likely dismissal of the case.

However, the briefing from MTO on the issue is pretty mean spirited and seems unnecessarily petty, like mentioning her social media posts and taking extra care to mention her ankle surgery was elective (like, elective as in not emergency...? That's most surgeries). Lots and lots of petty efforts to make her seem unhinged and crazy that aren't super necessary to do if the judge already thinks she's doing bad faith discovery blocking. Seems like a really dirty fight and drag-out mess all around. If nothing else, Sam Altman is probably still an asshole for taking that type of approach here

5 Reply Award Share ...

**mybotanyaccount** • 12d ago

Damn billionaires are the worst people!

5 Reply Award Share ...

**szjones** • 12d ago

what on earth, how did only one person mention the crochet?

5 Reply Award Share ...

**pdzbw** • 12d ago

what about it ?

2 Reply Award Share ...

4 more replies

**Abel_Skyblade** • 12d ago

As much as I hate Sam Altman this seems like a stretch. I would love if this actually brings him down. But Annie really did a disservice to her case by basically publishing all her life all over tumblr and OnlyFans. If you go and read it it makes her seem like a greedy family member looking for a payday.

Like Im not even saying that she is lying; But the evidence doesnt looks like its gonna be enough. In the end hopefully justice prevails. Wether that is Sam getting convicted or the suit getting dropped we'll see.

9 Reply Award Share ...

3 more replies

Reddit, Inc. © 2026. All rights reserved.

suit getting dropped we'll see.

9 Reply Award Share ···

3 more replies

**TriggerHydrant** • 12d ago

It's so fucked because people who go 'she has serious mental health issues even her family says so'.

Oh, you know, maybe the being abused for years caused mental health issues and now when these people speak up they get called crazy. See how that catch-22 works? It's fucking dark and people rather not talk or think about it but this shit happens way more than most people think.

6 Reply Award Share ···

**grilledcheesy11** • 12d ago

Gross

4 Reply Award Share ···

**sabedo** • 12d ago

its par the course for the administration and this country

4 Reply Award Share ···

**Pickupyoheel** • 12d ago

She seems mentally unwell. Just because Sam Altman is a douche bag, doesn't mean what she says is true.

More like she's upset she's no longer funded, and her gfoundme is hilarious.

4 Reply Award Share ···

**pallen123** • 12d ago

I believe her. He has a vast history of lying and she seems to have none, plus little incentive for bringing this clearly painful and very uncomfortable lawsuit. The incentives are the tell.

4 Reply Award Share ···

**WhereMyWeirdosAt** • 12d ago

Seems to be a reoccurring theme among "techbros"

8 Reply Award Share ···

**Joyride84** • 12d ago

Yikes. I really hope this gets a fair hearing in court. If he's guilty, throw the book at him!

That said, it is interesting that this is only happening now that he is worth a lot of money.

6 Reply Award Share ···

**le_gazman** • 12d ago

She’s been saying it for at least a decade

6 Reply Award Share ···

3 more replies

**Serious-Version9414** • 12d ago

You don’t think Sam stole open ai to gate keep it from exposing himself do you? That’s crazy right?

18 Reply Award Share ···

1 more reply

**sasquatch_melee** • 12d ago

If only they had actually managed to throw him out successfully

2 Reply Award Share ···

**Logintheroad** • 12d ago

Nothing will happen to him. People will dox here. Sam will continue to make billions and his

Reddit, Inc. © 2026. All rights reserved.

**Logintheroad** • 12d ago

Nothing will happen to him. People will dox here. Sam will continue to make billions and his world will continue turning. Unfortunately.

**CarpetPure7924** • 12d ago

Can't wait for this to result in absolutely nothing ☹️

2 Reply Award Share ...

**Mission-Read2464** • 11d ago

this is insufferable

2 Reply Award Share ...

**Tzeig** • 11d ago

**Busy_Honeydew_2619** • 8d ago

What if she's a psychopath too and lying? She doesn't seem genuine to me.

2 Reply Award Share ...

1 more reply

**robbob19** • 12d ago

Innocent until proven guilty? I'd like to believe he's as creepy as he looks, but social justice is not justice

10 Reply Award Share ...

19 more replies

**MtnMaiden** • 12d ago

Til: there's a statue of limitations on abusing kids

Wtf

4 Reply Award Share ...

**SammaVaco** • 12d ago

For anyone interested in the content of the video: It's just a bunch of legal throat-clearing. It ends right before the actual questioning begins.

3 Reply Award Share ...

**unconceivables** • 12d ago

I'm no fan of Sam Altman at all, but everything about this deposition is just weird and wrong on so many levels. I think that family just produced some messed up kids.

**warcomet** • 12d ago

ofcourse all the weirdos are perverts and pedos, did Mark Zuckerberg have a sister? we all know Elon has a thing for his mom..

**Beneficial_Trick6672** • 12d ago

If you expect anyone who came to money and power without much external help to be normal then you are wrong.

Inheritance billionaires surprisingly can be more normal than super high achievers.

Super high achievers thinks of themselves as half-gods. Better than anyone else.

**A-Sh1t_sh0w** • 12d ago

She is traumatized, and just watch how she tried to keep herself as calm as possible. It takes courage for her to speak up. Good for her for getting the truth out there.

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

**A-Sh1t_sh0w** • 12d ago

She is traumatized, and just watch how she tried to keep herself as calm as possible. It takes courage for her to speak up. Good for her for getting the truth out there.

3 Reply Award Share ···

**Extension_Volume_501** • 11d ago

Opinions dont matter in court but they will matter on the first Tuesday in November. That's what's important. Make sure you vote and in the meantime, dont get distracted by rumors and stupid internet stuff like this Altman family junk.

3 Reply Award Share ···

**theboomboy** • 12d ago

On one hand, innocent until proven guilty

On the other, he's guilty of many immoralities already, and I don't care if this specific one is true if it can get him to be stopped. Of course, he's replaceable in the ai world, but they should know they can and will be dealt with

He's one of the biggest anti-truth people nowadays (as in, his company is creating the ultimate convincing liars that have no value for truth), so I don't think we should care about truth when it comes to stopping him. In the case of people like him, the ends justify the means

8 Reply Award Share ···

**EstablishmentLate532** • 12d ago

> On the other, he's guilty of many immoralities already, and I don't care if this specific one is true if it can get him to be stopped. Of course, he's replaceable in the ai world, but they should know they can and will be dealt with

That's messed up and detrimental to real victims when your belief in rape accusations is tied to political expediency.

15 Reply 1 Share ···

**Efficient_Cost_7436** • 12d ago

This is such an insane take. Basically trump-level delusional

10 Reply Award Share ···

1 more reply

**multi_io** • 12d ago

Holy sh*t did you just say that the Government should just convict Sam Altman on made up charges if there's no other way to get him arrested and thrown in jail?

"On one hand, innocent until proven guilty" -- great. I don't see how there could be another "hand" to that, but to each their own I guess.

8 Reply Award Share ···

5 more replies

20 more replies

**Excellent-Duty3927** • 12d ago

So Annie Altman made a whole sob story on Medium that she had to start only fans and everything is fault of other people that didn't want to pay for her an adult person to not have to work despite them having cash, this is the most ridiculous thing I have seen and clearly an attempt at cash grab

6 Reply Award Share ···

1 more reply

**paranoid_human0id** • 12d ago

Its so fucking insane how low decoupling the internet has become. Theres NO EVIDENCE for any of this. Sam denies it, the family denies it, she is notably mentally unwell. That doesnt mean he didnt do it, but the idea you should take it as fact and use it to slander this guy is based totally on him being part of the bad guy squad in your mind

3 Reply Award Share ···

1 more reply

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

3 Reply Award Share ···

1 more reply

**Chuzwuz** • 11d ago

He looks like a sister nudger

3 Reply Award Share ···

**Tricky_Helicopter911** • 12d ago

Kim & Kory Sr. of RHOA, son had videos on his phone "having penetrative sex with a family member under the age of 12", his younger sister, and they sent the little girl to Kroy Sr.'s

5 Reply Award Share ···

**FcUhCoKp** • 12d ago

Supposedly Sam started sexually assaulting her at age 3, when he was 12. At ages 5 - 6, she was showing signs of mental distress. Hmm, she gives a plausible explanation, with no counter explanation, why a 6 yr old would want to kill themself.

5 Reply 1 Share ···

**dkangx** • 12d ago

Wow, amazing the amount of shills defending Sam Altman in here. Almost like it's fake because what kind of real human would defend Sam Altman not just for the likely real rapes of his sister but also his AI company destroying the environment, human intelligence and the government.

6 Reply Award Share ···

**RareElevator6402** • 12d ago

It is disturbing how many people are abusing children. Something is so broken

2 Reply Award Share ···

**SupportQuery** • 12d ago

I don't know Sam Altman, he appears to be a douche, he may also be a rapist, but... can we stop reflexively assuming allegations are the fucking gospel truth? FFS.

4 Reply Award Share ···

[deleted] • 12d ago

[deleted] • 12d ago

[deleted] • 12d ago

[deleted] • 12d ago

**EmptyBodybuilder7376** • 12d ago

Nordic OP detected.

1 Reply Award Share ···

> **This_is_User** OP • 12d ago
>
> Hey, at least I have improved somewhat since I wrote this banger of a title! Police officers rescue kidnap and torture victim Kala Brown from mass murderer while she is still in chains inside a storage container (2016)
>
> 2 Reply Award Share ···

**SuperBeeboo** • 12d ago

Don't believe this

7 Reply Award Share ···

**MrLeville** • 12d ago

Who could have forseen this? seemed like such a nice guy

5 Reply Award Share ···

Reddit, Inc. © 2026. All rights reserved.

Who could have forseen this? seemed like such a nice guy

5 Reply Award Share ···

**Fun-Grab-9337** • 12d ago

Christ I am so over this era of knowing everyone's fucking business whether I asked or not.

4 Reply Award Share ···

**goodtrackrecord** • 12d ago

Then stop looking for it.

0 Reply Award Share ···

14 more replies

**Backieotamy** • 12d ago • Edited 12d ago

Trumps pardon of Altman will just be a small taste of the pedo-pardons coming just before he leaves office.

**I know its state level conviction, still wont be surprised.

4 Reply Award Share ···

**TilikumHungry** • 12d ago

What pardon are you referring to? Sam Altman does not have a presidential pardon

43 Reply Award Share ···

4 more replies

**round-earth-theory** • 12d ago

Trump couldn't pardon this. It's not something that would be tried in federal court. It's a state crime that the state would prosecute.

4 Reply Award Share ···

3 more replies

**DeepSleepr** • 12d ago

the fact other family members also denying and saying she just suffers mental health is very concerning, almost like "our boy is a top CEO and raking all the money than you do SO SHUT YOUR MOUTH GIRL"

3 Reply Award Share ···

**Hogs_of_war232** • 12d ago

Or... He really didn't abuse her? This is my first time seeing anything about this but what would it take for you to doubt her story?

33 Reply Award Share ···

2 more replies

**Chieffelix472** • 12d ago

So if your mentally unwell sister claimed this about you and you denied it and your family denied it, and doctors denied it, you'd want the internet to be on her side?

Wow interesting.

55 Reply Award Share ···

19 more replies

**Jahobes** • 12d ago

Or the most likely situation. She is mentally unwell and untreated and she has been refused money until she gets treated.

18 Reply Award Share ···

**thr3sk** • 12d ago

I mean it is a little suspicious and I hope this gets investigated fully, but it's also plausible that she legitimately does have underlying mental health issues and is making this up for whatever reason, for instance to try to get settlement money.

9 Reply Award Share ···

2 more replies

**End3rWi99in** • 12d ago

Reddit, Inc. © 2026. All rights reserved.

2 more replies

**End3rWi99in** • 12d ago

Or that's actually just what's going on here. It seems you're trying to wrap the logic into a way that suggests the only outcome is Sam being a rapist.

2 Reply Award Share ···

**ArmadilloFit652** • 12d ago

or she lying WOW I KNOW CRAZY XDDDDDDDDDDDDDDD

3 Reply Award Share ···

**Embarrassed_Many_668** • 12d ago

Yes but also he is gay so like why would he do this! People be all about its about pwoer dynamics and etc but also its a sexual thingy and he is like super gay

3 Reply Award Share ···

8 more replies

**Slight_Low_3375** • 12d ago

He's got the rest of us in his sights now. I despise these tech scumbags.

2 Reply Award Share ···

**outsidebtw** • 12d ago

.. and OA employees voted to have him back. Paints a thousand pictures, lol

2 Reply Award Share ···

**ihearnosounds** • 12d ago

Is every chief executive a sociopathic sex predator?

1 Reply Award Share ···

**FacepamL** • 12d ago

many institutions that make up society are rape factories yes

2 Reply Award Share ···

**FunkyPleasance** • 12d ago

you dont get that kind of power without being ok walking over other people

2 Reply Award Share ···

**ADapperOctopus** • 12d ago

I like to tell people that serial killers haven't disappeared, they've just transitioned into ceo and political positions so they can do even more damage.

1 Reply Award Share ···

**yulbrynnersmokes** • 12d ago

How much money does she want?

2 Reply Award Share ···

**Corey307** • 12d ago

Pennies basically.

3 Reply Award Share ···

**goodtrackrecord** • 12d ago

She's suing for $75k. His value worth is over $3 Billion.

2 Reply Award Share ···

**CT0292** • 12d ago

This is why I don't get it. She only wants like 75 grand or something.

If I were in his shoes I would have her in a new house with a new car and she wouldn't have to work a day in her life.

Same with the other siblings and parents and cousins and shit. Every skeleton in every closet is staying put and we all getting new closets in new houses.

You may have been a bad sibling as a kid. But you can be a good one as an adult.

But then again maybe it is all a lie. Or maybe he's a psychopath and feels no guilt or

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

You may have been a bad sibling as a kid. But you can be a good one as an adult.

But then again maybe it is all a lie. Or maybe he's a psychopath and feels no guilt or remorse for anything.

2 Reply Award Share ···

1 more reply

**bacon_flap** • 12d ago

Clearly unstable

2 Reply Award Share ···

**tehCharo** • 12d ago

Maybe from the 9 years of abuse she suffered?

2 Reply Award Share ···

1 more reply

**goodtrackrecord** • 12d ago • Edited 12d ago

This video is not a hour, and is largely various questions suggesting "are you medicated?"

Her chest tappings and knitting are real therapeutic tools which lend credibility that she's telling the truth and thinks on several levels but also detests being in this situation at all. Even though I'm put off why "my dad's fleece" is so important to her, I am starting to believe her accusations from this video alone. If she's lying, she's a master at acting.

It's easy to write off any woman as "crazy" or "unhinged" but the effort put into a claim like this is brutal.. and one has to ask why all of her brothers were so incredibly successful but she's sidelined tiktoking songs and working at coffee shops. Sam Altman is the oldest sibling in his family, and the oldest is often the abuser.

I think this post rounds up good questions:
https://www.reddit.com/r/BetterOffline/comments/1sdva1d/annie_altmans_sexual_abuse_claims_are_entirely/

Edit: She's suing a billionaire for $75k. I definitely believe her.
https://www.documentcloud.org/documents/25481571-ann-altman-vs-sam-altman-sexual-abuse-lawsuit-complaint/

1 Reply Award Share ···

**cynicmusic** • 12d ago

yikes. why doesn't he just pay her off? if i was rich I'd pay off my entire family and friend network and tell them to keep hush about any abuse in either direction. abuse goes both ways is the thing.

3 Reply 1 Share ···

3 more replies

**AccurateJerboa** • 12d ago

> Quoting from the Intelligencer article - "Annie does not exist in Sam’s public life. She was never going to be in the club. She was never going to be an Übermensch. She’s always been someone who felt the pain of the world. At age 5, she began waking up in the middle of the night, needing to take a bath to calm her anxiety. By 6, she thought about suicide, though she didn’t know the word."

What the fuck? Being suicidal and having to take baths to calm down at she 5 and 6 are HUGE, textbook signs of sexual abuse. Jesus

5 Reply Award Share ···

**AllSteelHollowInside** • 12d ago • Edited 12d ago

> Her chest tappings and knitting are real therapeutic tools which lend credibility that she's telling the truth and thinks on several levels but also detests being in this situation at all.

Contrived pseudo intellectual drivel. Any rational human, even dealing from PTSD, doesn't need to stim to be involved in boring litigation. There's a million explanations for her acting this way that aren't "she's a really smart and patient victim who is being really brave right now". Like, god i don't know, maybe she's deflecting all mental illness claims because it's overwhelmingly obvious she has deep rooted psychological issues not brought upon by a so-called molestation claim.

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

really brave right now". Like, god i don't know, maybe she's deflecting all mental illness claims because it's overwhelmingly obvious she has deep rooted psychological issues not brought upon by a so-called molestation claim.

Everything you say is just a leap in conclusion. The oldest is always the abuser. Claimed like that is in any way a meaningful levvy against Sam Altman. Brilliant. Tell the judge that, tell the judge a sob story about her feeling inferior to her brothers. Brilliant. Want to make sexual abuse claims? Then actually comply with reasonable investigation inquiries on it. Oh, that's right, my other mental illnesses have nothing to do with the specific one Sam caused. So you can't inquire onto anything else. As if there's nothing suspicious in such a stance.

5 Reply Award Share ···

3 more replies

**MrPBH** • 12d ago

I've seen a few depositions and they all go this way. Tons of nitpicky questions to pin the defendant down so they can't change their answers later at trial.

Though this particular lawyer seems to be doing everything in her power to make Ann seem sympathetic and herself a heartless monster. I hope Sam Altman's legal team doesn't plan on playing this video at trial or they're going to lose the jury. The particular back and forth about "comfort" in the beginning was so alien and cruel; like Ms. Chen was mocking Ann Altman.

2 Reply Award Share ···

3 more replies

**NightOfTheLivingHam** • 12d ago

Honestly one look at altman and his recent actions is more than enough to give her validity. I couldnt imagine being related to him. It would be hell on earth.

2 Reply Award Share ···

**SamKhan23** • 12d ago

I don't know, the video analysis you're doing just feels like armchair analysis. Like do you think you could alternatively know when a rape victim is lying off of a video?

Like I always see people talk about how they "can pick out liars and truthers" and they are just always the people that fall for manipulation or delusions (which I am not saying the sister is, btw). It feels like lip reading and confirmation bias

3 Reply Award Share ···

2 more replies

1 more reply

**imminentjogger5** • 12d ago

**troveofcatastrophe** • 12d ago

What? We were talking about all your friends being liars. Whose comment history? Not yours except the NSFW part. Not mine. You claim to like studies, CEO's have more sociopaths, followed by lawyers, than any other group of people. It's why I thought perhaps you worked in one of those fields.

Scroll down to the table and it'll make perfect sense.

https://psychologyfor.com/1-in-5-ceos-are-psychopaths-study-finds/

1 Reply Award Share ···

**Jealous-Cupcake1557** • 12d ago

I know the abuse is awful, but are we just going to ignore the grammar in that headline?

1 Reply Award Share ···

**PeacefulDays** • 12d ago

As the walls close in on Sam I wonder if the people who invested in him will let him do it himself or simply make it look like he did.

1 Reply Award Share ···

**fckr44d1t** • 12d ago

are they using cameras from the 90s?

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**fckr44d1t** • 12d ago

are they using cameras from the 90s?

1 Reply Award Share ···

**NadeshikoEatingPasta** • 12d ago

how convenient

**Practical-Proof-2707** • 12d ago

Guys should I sample this to make a prod tag?

**Ok-Lead-4285** • 12d ago

wicked ups badman

1 Reply Award Share ···

**DazzlingRutabega** • 12d ago

If you go to watch the video the first 20m can be skipped unless you want to see them ask her banal questions about if she is comfortable enough to give an accurate testimony and answer their questions.

1 Reply Award Share ···

**nthexwn** • 12d ago

Humanity is so deeply flawed that we keep allowing people like this to rise to the top and worship them as thought leaders.

I wish the media would never have latched onto Sam Altman as the spokesperson for AI. They should have gotten over their socially stratified fear of the genius engineers he's surrounded by, and given voice to those people instead. They did the real work. They have the best understanding of the technology, the philosophy, the morals, and the consequences. They were guiding this in the right direction before he took over. Their lack of business acumen is precisely what would have made them the right people to shepherd AI development and policy.

Instead, we now we have a global economic bubble built on lies and false promises. We have unmitigated safety concerns. We have a corporate arms race moving so quickly that regulations will never catch up. Nobody even wants AI anymore because it's so obviously being directed at making money and not at improving our lives. I don't even care if he's been good at his job, because that was not a job humanity ever needed somebody to do.

I'd like to think these accusations will bury Sam Altman. Unfortunately, at this point it's too late. Besides, we'd just center some other finance douchebro and keep the celebrity news cycle going anyway, because humanity is primitive like that.

1 Reply Award Share ···

**sneakysnek20r** • 12d ago

Fucking hell. That would be awful

1 Reply Award Share ···

**Far-Sentence6655** • 12d ago

Most Boston's of early childhood abuse often recover memories later in life. Are you a qualified diagnostician?

1 Reply Award Share ···

**skinnyminnesota** • 11d ago

*has

1 Reply Award Share ···

**Lulka117** • 11d ago

It be your own people

**bbillbo** • 11d ago

1 Reply Award Share ...

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

**bbillbo** • 11d ago

Sam recently hired Schumer's daughter to lobby for OpenAI. He's in the club.

**Scaleofthesystem** • 11d ago • Edited 11d ago

My heart really goes out to her. Theres a moment where she acknowledges the fluorescent lights bother her but she was ok. The empathy in me was there - for her any anyone like her. Humanity's compassion over centuries has been used and taken advantage of but remains our biggest strength as humans. Its the reason why we can repair relationships and bridge difference.

There is a path forward where understanding exists. Coexistence could be beautiful.

**nickname2short** • 11d ago

Not gonna lie, i thought this was r/DeadSpace

**Medisha123** • 11d ago

Hmmm shocking development. Poor girl if true tho

**LynxDangerous7205** • 10d ago

,, 15)7⁷

**Extension-Smell8126** • 10d ago

Q I don't know qqq but I think it's

**pabmendez** • 12d ago

I'm leaning towards she is doing this for money

**No-Tap5570** • 12d ago

whatever sociopathism is, it tends to run in families

just sayin'

**troveofcatastrophe** • 12d ago

Do we know if he has given her money in the past and how much? I just can't imagine being a gazillionare and not sharing it with my siblings.

**Gordopolis_II** • 12d ago

Altman and his family have stated that they have been providing her support for years, paying her bills, housing, and providing her with employment opportunities.

In addition to that she receives a monthly annuity payment from her fathers estate that is expected to continue for the remainder of her life.

It doesn't sound like she has ever been able to support herself financially.

1 more reply

**buttscratcher3k** • 12d ago

**fekul0** • 12d ago

He kind of gives me that vibe. Anybody who talks like Sam Altman is essentially an anime

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**fekul0** • 12d ago

He kind of gives me that vibe. Anybody who talks like Sam Altman is essentially an anime villain.

1 Reply Award Share ···

**droppedketchuppacket** • 12d ago

I believe he's a psychopath

1 Reply Award Share ···

**Ok-Replacement9595** • 12d ago

Be sure to inform every one everything you see his name in a headline on reddit. I have been for months.

Sam Alyman raped his sister.

2 Reply Award Share ···

**shitposting97** • 12d ago • Edited 12d ago

She looks and sounds mentally ill. I'm sure Altman is guilty of a lot of things but on sexual abuse of his sister… guess we'll see.

2 Reply Award Share ···

1 more reply

**Hairybristols** • 8d ago

I thought he was gay....i suppose that doesn't mean he couldn't have sexually abused his sister...especially if it was about power and domination. If she is making it up, it makes you wonder why? She could be/have been mentally ill and still telling the truth...easier to dismiss her by labelling her mentally ill

1 Reply Award Share ···

**Reasonable-Copy8341** • 11h ago

What I see here is a relatively weaker person up against a relatively very powerful person on her word about sexual abuse as a child. I am inclined to believe her claims of abuse by her older brother Sam Altman. She has nothing to lose but her crochet needles.

(and btw, the crochet is a mechanism to manage stress, and she was extremely focused on that as well as answering clearly, calmly and consistently.

1 Reply Award Share ···

**michiganstrange** • 12d ago

No woman of sound or unsound mind wants to do any part of reporting rape and abuse and there are firm statistics on the majority of these types of abuse being severely underreported to substantiate that.

-2 Reply 1 Share ···

**non_person_sphere** • 12d ago

False reports of rape do happen. Which isn't to downplay how underreported rapes are statistically.

6 Reply Award Share ···

4 more replies

**DrFossil** • 12d ago

Aside from this particular case, there have been numerous proven cases of women making false accusations for one reason or another.

The line of thinking you're following has led to the unjust destruction of many people's lives.

Let's maybe step back and let justice run its course before assuming guilt.

12 Reply Award Share ···

1 more reply

**Frankensteins_Moron5** • 11d ago

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

1 more reply

**Frankensteins_Moron5** • 11d ago

Does it matter? Nothing will happen to him and he will die fat and happy surrounded by people that love him regardless of anything else

1 Reply Award Share ···

**Able_Horse_8593** • 12d ago

Not to rain on the parade, but plenty of people with mental illness were molested as children. The knitting, the looking away, the quiet answers, well, just saying....

-1 Reply Award Share ···

**MikeKrombopulos** • 12d ago

Ok?

5 Reply Award Share ···

**pinecedare31** • 12d ago

It is horrible to listen to the slow torture Sam Altman's sister is being put through by Sam Altman's attorney. My heart goes out to her.

1 Reply Award Share ···

**[deleted]** • 12d ago

**mikebosscoe** • 12d ago

The odds are stacked against her, though, considering how much money he has. It's one hundred percent speculation, but regarding her family defending him and pointing out her mental issues, wouldn't getting goosed by your brother potentially cause that?

1 Reply Award Share ···

**BiscuitGoose** • 11d ago

She's doing EMDR tapping to self-soothe

1 Reply Award Share ···

**AvEptoPlerIe** • 12d ago

Illiterate title

0 Reply Award Share ···

**Gordopolis_II** • 12d ago

I don't think releasing this really helps her case. She seems genuinely mentally ill.

0 Reply Award Share ···

**CanIEvenRightNow** • 12d ago

Is somebody who had their leg broken and permanently walks with a limp "physically ill"?

Physical and mental trauma changes people, calling them ill is certainly not an attempt at understanding the nuanced reality of the issue.

-1 Reply Award Share ···

**prettybluefoxes** • 12d ago

He's a pos. he's always been a pos.
He co-opted the occupier mentality he so admires.

That's mine i own that, I'll take it by force.

0 Reply Award Share ···

**spaceocean99** • 12d ago

Super sad. But I guarantee the guy is never held accountable.

0 Reply 1 Share ···

**Jaded-Engineeer** • 12d ago

I'd wager 99% of comments aren't even aware Sam is gay, yet will hold such strong

Reddit, Inc. © 2026. All rights reserved.

**Jaded-Engineeer** • 12d ago

I'd wager 99% of comments aren't even aware Sam is gay, yet will hold such strong positions. Glad humans figured out the whole witch trial thing.

-2 Reply Award Share ...

**Veasna1** • 11d ago

Can't possibly be bi.

1 Reply Award Share ...

1 more reply

**benson134679** • 12d ago

**Shot-Arugula8264** • 12d ago

**perko12** • 12d ago

**conniefrancis** • 12d ago

Eww

0 Reply Award Share ...

**DocStockton** • 12d ago

Idk why this popped up in my feed, but is she wearing northface and knitting during a trial or something?

0 Reply Award Share ...

**AIBotnmbr99** • 12d ago

**Sean_VasDeferens** • 12d ago

**krissper** • 12d ago

Never judge a book by its cover. I think here you probably should.

-2 Reply Award Share ...

**AllSteelHollowInside** • 12d ago

Plenty of shit to bag on Sam for that isn't his mentally deranged sister making bogus claims after being dropped by two law firms for being an unreliable client, the least of which is knitting in the middle of a case like a deranged child.

-2 Reply Award Share ...

**Ok_Study_1403** • 12d ago

Ugh. Poor girl is dissociating. This is so sad.

-2 Reply Award Share ...

**chilly-fingers** • 12d ago

this reeks of a bullshit money grab.

-3 Reply Award Share ...

**FeliksJD** • 12d ago

1. Learn proper grammar.
2. I believe it only because Altman is gay.

-1 Reply Award Share ...

**Ok-Lead-4285** • 12d ago

this is why i use grok i am morally superior

-1 Reply Award Share ...

this is why I use grok I am morally superior

-1 Reply Award Share ···

**Downvotesohoy** • 12d ago

Horrible. But I guess it will be extremely hard to prove anything since it happened so many years ago. Like, unless there are witnesses or footage.

What an ordeal for both of them to go through, if nothing comes of it.

-1 Reply Award Share ···

**BeginningBuyer8378** • 12d ago

ofc Reddit sides with the documented mentally ill person for their own good lmao

-1 Reply Award Share ···

**succlor** • 12d ago

Who are either of these people. Am I just supposed to know what a Sam Altman is?

-2 Reply Award Share ···

**NotFredRhodes** • 12d ago

Google is free. He's the co-founder and CEO of OpenAI. He's one of the most powerful people in the world. So yeah, on this occasion, you probably should know who he is.

3 Reply Award Share ···

**Khodysays** • 11d ago

**Salina_EsTitties** • 12d ago

Isn't he gay though....

-3 Reply Award Share ···

**JMPesce** • 12d ago

Ah, the Kevin Spacey defense, very bold

2 Reply Award Share ···

**bramletabercrombe** • 12d ago

Shawkshank response: have to be human to be gay

2 Reply Award Share ···

**AnotherHavanesePlz** • 12d ago

**maria_la_guerta** • 12d ago • Edited 12d ago

**critiquemypic** • 12d ago

**erstwhile_estado** • 12d ago

**tmoss18** • 12d ago

**Santarini** • 12d ago

Sam Altman 100% abused this poor woman

-2 Reply Award Share ···

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

Reddit, Inc. © 2026. All rights reserved.

-1 Reply Award Share ···

**BeginningBuyer8378** • 12d ago

ofc Reddit sides with the documented mentally ill person for their own good lmao

-1 Reply Award Share ···

**succlor** • 12d ago

Who are either of these people. Am I just supposed to know what a Sam Altman is?

-2 Reply Award Share ···

**NotFredRhodes** • 12d ago

Google is free. He's the co-founder and CEO of OpenAI. He's one of the most powerful people in the world. So yeah, on this occasion, you probably should know who he is.

3 Reply Award Share ···

**Khodysays** • 11d ago

**Salina_EsTitties** • 12d ago

Isn't he gay though....

-3 Reply Award Share ···

**JMPesce** • 12d ago

Ah, the Kevin Spacey defense, very bold

2 Reply Award Share ···

**bramletabercrombe** • 12d ago

Shawkshank response: have to be human to be gay

2 Reply Award Share ···

**AnotherHavanesePlz** • 12d ago

**maria_la_guerta** • 12d ago • Edited 12d ago

**critiquemypic** • 12d ago

**erstwhile_estado** • 12d ago

**tmoss18** • 12d ago

**Santarini** • 12d ago

Sam Altman 100% abused this poor woman

-2 Reply Award Share ···

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

**[deleted]** • 12d ago

Reddit, Inc. © 2026. All rights reserved.

| | |
|---|---|
| Document title: | Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth : r/PoliticalVideo |
| Capture URL: | https://www.reddit.com/r/PoliticalVideo/comments/1wwzfjz/sam_altmans_sister_have_just_released_footage_of/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:21:47 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:21:52 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 4 |
| Capture ID: | miNn1J4jAJ19jpkYZ4vpi8 |
| Display Name: | noelle.smith |

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/PoliticalVideo • 12d ago
u/Ok_Crazy1195

r/videos • 12 days ago

**Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth**




17K upvotes · 1.7K comments

4 | 1 | Share

thesakbrandgroup • Ad

35+ Years of Heritage Craft

View More

thesak.com



Join the conversation

Sort by: Best | Search Comments

AutoModerator App MOD • 12d ago • Stickied comment

**New to Reddit?**

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue with Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/PoliticalVideo • 6d ago
**What do Republicans think about Trump's second...**

26 upvotes · 19 comments

r/PoliticalVideo • 1d ago
**GOP Politican Blames Democrats For Diesel...**

22 upvotes · 3 comments

r/PoliticalVideo • 3d ago
**Trump rally crowd chants "USA" as they beat up a protester**
13 upvotes · 5 comments

r/PoliticalVideo • 4d ago
**Susan Dell in 2011**

13 upvotes · 9 comments

r/PoliticalVideo • 6d ago
**'He Thinks Working People Are a Joke': Ken Paxton Floats Social...**
11 upvotes · 2 comments

r/PoliticalVideo • 3d ago
**Donald Trump in 2004: Democrats Are Better for...**

9 upvotes · 1 comment

r/PoliticalVideo • 2d ago
**Luke Thomas discusses the new Israeli documentary...**

5 upvotes · 2 comments

r/PoliticalVideo • 3d ago
**Ken Paxton EXPOSED on House Hunters**

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago
**Trump voters react to skyrocketing gas prices**

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago


Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago
**'Hail Satan' prayer sparks uproar at city council...**

3 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**Snarky Politico Guy - Topic**

2 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**James Talarico DESTROYED the bill forcing teachers to post the Ten...**
2 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**Trump's FBI raids Rep. Ilhan Omar's apartment in DCi**
2 upvotes · 1 comment

r/PoliticalVideo • 5d ago
**American Morality**
2 upvotes · 1 comment

r/PoliticalVideo • 5d ago
**Why are There so Many Failed Executions?**


2 upvotes · 1 comment

r/PoliticalVideo • 7d ago
**Cliff Cash Comedy**
2 upvotes · 1 comment

r/PoliticalVideo • 2h ago
**JD Vance has some nerve**
1 upvote · 1 comment

r/PoliticalVideo • 23h ago
**NYT Journalist Sarah Lyall**
1 upvote · 1 comment

r/PoliticalVideo • 2d ago
**Rep. Collins mentions donor who met Epstein donated to Sen. Ossoff, Oss...**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**Video 9 October 2026 - ICE out of The Bronx**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**GZERO Media**
1 upvote · 1 comment

r/PoliticalVideo • 4d ago
**Tucker's 10-Step Plan for National Slopulism**
1 upvote · 1 comment

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/PoliticalVideo • 5d ago

**Why are There so Many Failed Executions?**




2 upvotes · 1 comment

r/PoliticalVideo • 7d ago

**Cliff Cash Comedy**

2 upvotes · 1 comment

r/PoliticalVideo • 2h ago

**JD Vance has some nerve**

1 upvote · 1 comment

r/PoliticalVideo • 23h ago

**NYT Journalist Sarah Lyall**

1 upvote · 1 comment

r/PoliticalVideo • 2d ago

**Rep. Collins mentions donor who met Epstein donated to Sen. Ossoff, Oss...**

1 upvote · 1 comment

r/PoliticalVideo • 3d ago

**Video 9 October 2026 - ICE out of The Bronx**

1 upvote · 1 comment

r/PoliticalVideo • 3d ago

**GZERO Media**

1 upvote · 1 comment

r/PoliticalVideo • 4d ago

**Tucker's 10-Step Plan for National Slopulism**

1 upvote · 1 comment

r/PoliticalVideo • 6d ago

**Jordan Klepper Sits Down with a January 6er Who Wants a Refund | T...**

1 upvote · 1 comment

r/PoliticalVideo • 6d ago

**Aaron Parnas**

1 upvote · 1 comment

r/PoliticalVideo • 6d ago

**Understanding mass public shootings - the media...**



1 upvote · 2 comments

**r/PoliticalVideo** Join

**Political Videos**

A great place for video content of the political kind. Politics through videos.

Public

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

Page Vault

| | |
|---|---|
| Document title: | First hour of deposition, Ann Altman v Sam Altman : r/TrueAnon |
| Capture URL: | https://www.reddit.com/r/TrueAnon/comments/1wyn4xb/first_hour_of_deposition_ann_altman_v_sam_altman/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:23:12 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:23:15 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 4 |
| Capture ID: | tma9QAcDdnu9SxnimE6cAJ |
| Display Name: | noelle.smith |

reddit | r/TrueAnon | Search in r/TrueAnon | Sign Up | Log In

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/TrueAnon • 10d ago
u/FruitFlavor12
NSFW

# First hour of deposition, Ann Altman v Sam Altman

x.com Open

129 | 25 | Share

Join the conversation

Sort by: Best | Search Comments

**FruitFlavor12** OP • 10d ago
Context: https://www.independent.co.uk/news/world/americas/sam-altman-sexual-assault-sister-annie-abuse-lawsuit-b2950916.html
36 Reply Share

**constant--questions** • 10d ago
His voice/the way he talks definitely makes him come across as some kind of pervert
80 Reply Share

> **onitram52** • 3d ago
> He kinda sounds like tony hinchcliffe
> 3 Reply Share

**countsmarpula** • 10d ago • Edited 10d ago
Tech bros are so damaged. I wonder if AI is like a library meant to survive the apocalypse when these nerds and the Epstein class blow it all up to be some weird kind of immortal

Edited for tiny typo
37 Reply Share

> **TriG_** • 10d ago
> Perhaps they took the Foundation series to heart. Buncha Hari Seldon wannabe's
> 10 Reply Share
>
> > **countsmarpula** • 10d ago
> > Oh shit
> >
> > Yet compelling
> > 5 Reply Share

**Wagner_Group_USA** • 10d ago
This guy needs to be in a labor camp
16 Reply Share

**fluufhead** • 10d ago
wow great post bud. I'm totally gonna watch this with zero context.
6 Reply Share

> **FruitFlavor12** OP • 10d ago
> In the deposition she explains how Sam Altman repeatedly raped her as a girl.
> 75 Reply Share
>
> > **Sparrighitti** • 10d ago
> > Will say that would have been nice title context. Absolutely horrifying
> > 8 Reply Share
> >
> > **fluufhead** • 10d ago

**New to Reddit?**
Create your account and connect with a world of communities.
Continue with Google
Continue with Email
Continue with Phone Number
By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/stupidpol • 6mo ago
**Sam Altman's home targeted in second attack**
123 upvotes · 36 comments


r/LateStageCa... • 10mo ago
**What Sam Altman Doesn't Want You To Know**
840 upvotes · 33 comments


r/stupidpol • 6mo ago
**Sam Altman May Control Our Future—Can He Be...**
27 upvotes · 44 comments


r/ProgressiveHQ • 8mo ago
**Sam Altman just betrayed the US, he threw America...**
103 upvotes · 28 comments


r/stupidpol • 1y ago
**Sam Altman Says If Jobs Gets Wiped Out, Maybe They Weren't Even "Rea...**
97 upvotes · 35 comments

r/TrueAnon • 3d ago
**Based**
1.1K upvotes · 36 comments


r/TrueAnon • 5d ago
**Yafa, Palestine, before the zionists built Tel Aviv on...**
950 upvotes · 31 comments


r/TrueAnon • 4d ago
**Shoutout to the mod team for providing what is now...**
926 upvotes · 201 comments


r/TrueAnon • 2d ago
**YOU FUCKCARS POSTING GRAD STUDENT BICYCLE...**
888 upvotes · 255 comments


r/TrueAnon • 5d ago

Document title: First hour of deposition, Ann Altman v Sam Altman : r/TrueAnon
Capture URL: https://www.reddit.com/r/TrueAnon/comments/1wyn4xb/first_hour_of_deposition_ann_altman_v_sam_altman/
Capture timestamp (UTC): Fri, 16 Oct 2026 03:23:15 GMT

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

Will say that would have been nice title context. Absolutely horrifying

8 Reply Share ···

**fluffhead** • 10d ago

I see. appreciate the context. turns out i'm still not gonna watch it.

2 Reply Share ···

**OtherwiseSeat9233** • 10d ago

I think it's about him molesting her when she was a child

88 Reply Share ···

**goodiereddits** • 10d ago

UM, CONTEXT? [rape trial]

28 Reply Share ···

**countsmarpula** • 10d ago

2 seconds with the link will illuminate

8 Reply Share ···

**countsmarpula** • 10d ago

Are you 19?

16 Reply Share ···

**fluffhead** • 10d ago

even worse i'm old and had two (2) beers earlier

-2 Reply Share ···

**FruitFlavor12** OP • 10d ago

Allegedly he raped and SA her from age 3 when he was 12

57 Reply Share ···

**[deleted]** • 10d ago

**[deleted]** • 10d ago

888 upvotes · 255 comments

r/TrueAnon • 5d ago
Russian diesel sold to americans that are giving...

849 upvotes · 81 comments

r/TrueAnon • 7d ago
Eyup Lovely commemorated in Gaza f...

749 upvotes · 58 comments

r/TrueAnon • 2d ago
Sen. John Fetterman Attended Just 16% Of His...

692 upvotes · 39 comments

r/TrueAnon • 3d ago
Generational sex pest Jerry Seinfeld responds to pro-...

679 upvotes · 123 comments

r/TrueAnon • 4d ago
Dagestanis debating Batman's lack of...

582 upvotes · 49 comments

r/TrueAnon • 10h ago
The blowback is gonna be like 9/11 times a million

559 upvotes · 164 comments

r/TrueAnon • 2d ago
Dark Woke? We doin' Drunk Woke now.

550 upvotes · 99 comments

r/TrueAnon • 2d ago
Saudi Arabia signed a defense deal with Pakista...

543 upvotes · 65 comments

r/TrueAnon • 6d ago
LOLOLOLOL, NEOCONS ON SUICIDE WATCH

541 upvotes · 145 comments

r/TrueAnon • 3d ago
ICYMI: We defeated fascism in the West today
516 upvotes · 68 comments

r/TrueAnon • 4d ago
New interview method, larp as a rabbi and IDF soldier...

516 upvotes · 30 comments

r/TrueAnon • 6d ago
USA diesel situation is so bad, they desanctione...


Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/TrueAnon • 2d ago
Dark Woke? We doin' Drunk Woke now.

550 upvotes · 99 comments

r/TrueAnon • 2d ago
Saudi Arabia signed a defense deal with Pakista...

543 upvotes · 65 comments

r/TrueAnon • 6d ago
LOLOLOLOL, NEOCONS ON SUICIDE WATCH

541 upvotes · 145 comments

r/TrueAnon • 3d ago
ICYMI: We defeated fascism in the West today
516 upvotes · 68 comments

r/TrueAnon • 4d ago
New interview method, larp as a rabbi and IDF soldier...

516 upvotes · 30 comments

r/TrueAnon • 6d ago
USA diesel situation is so so bad, they desanctione...

513 upvotes · 82 comments

r/TrueAnon • 4d ago
never go full jacobin

510 upvotes · 207 comments

r/TrueAnon • 4d ago
Mamdani could never

508 upvotes · 25 comments

r/TrueAnon • 5d ago
comrades, i am pleased to report
489 upvotes · 64 comments

r/TrueAnon • 3d ago
Would you believe me if I told you that this is Saudi...

485 upvotes · 85 comments

r/TrueAnon Join
TrueAnon
This subreddit is for fans of the TrueAnon Podcast.
patreon.com/TrueAnonPod
Restricted

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

| | |
|---|---|
| Document title: | Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth : r/PoliticalVideo |
| Capture URL: | https://www.reddit.com/r/PoliticalVideo/comments/1wwzfjz/sam_altmans_sister_have_just_released_footage_of/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:24:26 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:24:31 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 4 |
| Capture ID: | qC9DRnbjU2zVzeCjumWpsG |
| Display Name: | noelle.smith |

Reddit, Inc. © 2026. All rights reserved.

r/PoliticalVideo • 12d ago
u/Ok_Crazy1195

r/videos • 12 days ago

**Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth**




17K upvotes · 1.7K comments

4 | 1 | Share

Join the conversation

Sort by: Best | Search Comments

AutoModerator App MOD • 12d ago • Stickied comment

**New to Reddit?**
Create your account and connect with a world of communities.
Continue with Google
Continue with Email
Continue with Phone Number
By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/PoliticalVideo • 6d ago
**What do Republicans think about Trump's second...**

26 upvotes · 19 comments

eileenfisherny • Ad
**Clothes for this era—and all the ones after it.**

eileenfisher.com Learn More

r/PoliticalVideo • 1d ago
**GOP Politican Blames Democrats For Diesel...**

22 upvotes · 3 comments

r/PoliticalVideo • 3d ago
**Trump rally crowd chants "USA" as they beat up a protester**
13 upvotes · 5 comments

r/PoliticalVideo • 4d ago
**Susan Dell in 2011**

13 upvotes · 9 comments

r/PoliticalVideo • 6d ago
**'He Thinks Working People Are a Joke': Ken Paxton Floats Social...**
11 upvotes · 2 comments

r/PoliticalVideo • 3d ago
**Donald Trump in 2004: Democrats Are Better for...**

9 upvotes · 1 comment

r/PoliticalVideo • 2d ago
**Luke Thomas discusses the new Israeli documentary...**


5 upvotes · 2 comments

r/PoliticalVideo • 3d ago
**Ken Paxton EXPOSED on House Hunters**

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago

reddit

r/PoliticalVideo × Search in r/PoliticalVideo

Sign Up Log In ···

- Home
- Popular
- News
- Explore

RESOURCES

- About Reddit
- Advertise
- Developer Platform
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press

- Best of Reddit

- Reddit Rules
- Privacy Policy
- User Agreement
- Your Privacy Choi...
- Accessibility

Reddit, Inc. © 2026. All rights reserved.

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago
**Trump voters react to skyrocketing gas prices**

3 upvotes · 1 comment

r/PoliticalVideo • 4d ago
**'Hail Satan' prayer sparks uproar at city council...**

3 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**Snarky Politico Guy - Topic**

2 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**James Talarico DESTROYED the bill forcing teachers to post the Ten...**
2 upvotes · 1 comment

r/PoliticalVideo • 3d ago
**Trump's FBI raids Rep. Ilhan Omar's apartment in DCi**
2 upvotes · 1 comment

r/PoliticalVideo • 5d ago
**American Morality**
2 upvotes · 1 comment

r/PoliticalVideo • 5d ago
**Why are There so Many Failed Executions?**

2 upvotes · 1 comment

r/PoliticalVideo • 7d ago
**Cliff Cash Comedy**
2 upvotes · 1 comment

r/PoliticalVideo • 2h ago
**JD Vance has some nerve**
1 upvote · 1 comment

r/PoliticalVideo • 23h ago
**NYT Journalist Sarah Lyall**
1 upvote · 1 comment

r/PoliticalVideo • 2d ago
**Rep. Collins mentions donor who met Epstein donated to Sen. Ossoff, Oss...**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**Video 9 October 2026 - ICE out of The Bronx**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**GZERO Media**

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/PoliticalVideo • 5d ago
**Why are There so Many Failed Executions?**




2 upvotes · 1 comment

r/PoliticalVideo • 7d ago
**Cliff Cash Comedy**
2 upvotes · 1 comment

r/PoliticalVideo • 2h ago
**JD Vance has some nerve**
1 upvote · 1 comment

r/PoliticalVideo • 23h ago
**NYT Journalist Sarah Lyall**
1 upvote · 1 comment

r/PoliticalVideo • 2d ago
**Rep. Collins mentions donor who met Epstein donated to Sen. Ossoff, Oss...**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**Video 9 October 2026 - ICE out of The Bronx**
1 upvote · 1 comment

r/PoliticalVideo • 3d ago
**GZERO Media**
1 upvote · 1 comment

r/PoliticalVideo • 4d ago
**Tucker's 10-Step Plan for National Slopulism**
1 upvote · 1 comment

r/PoliticalVideo • 6d ago
**Jordan Klepper Sits Down with a January 6er Who Wants a Refund | T...**
1 upvote · 1 comment

r/PoliticalVideo • 6d ago
**Aaron Parnas**
1 upvote · 1 comment

r/PoliticalVideo • 6d ago
**Understanding mass public shootings - the media...**



1 upvote · 2 comments

**r/PoliticalVideo** Join

**Political Videos**
A great place for video content of the political kind. Politics through videos.
Public

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

Page Vault

| | |
|---|---|
| Document title: | Sam Altman's sister just released the first hour of her deposition against him : r/ OpenAI |
| Capture URL: | https://www.reddit.com/r/OpenAI/comments/1wx0slz/ sam_altmans_sister_just_released_the_first_hour/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:27:17 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:27:22 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 17 |
| Capture ID: | kzVT87E72Qcbs5NqFoQrvF |
| Display Name: | noelle.smith |

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/OpenAI • 12d ago
u/People_Change_

# Sam Altman's sister just released the first hour of her deposition against him

News




1.2K 754 Share

Spectrum_Official • Ad

Get your new Android™ Phone with Google Gemini and save $960 at Spectrum.

Shop Now spectrum.com




Join the conversation

Sort by: Best Search Comments

**TerribleFault7929** • 12d ago

I am going to need timestamps

172 Reply Award Share ···

**People_Change_** OP • 12d ago

TBH nothing too notable to timestamp in this first hour of the deposition. A lot of formalities and admin stuff. When the next hour is released it will be getting more into the interesting parts of the case.

39 Reply Award Share ···

1 more reply

**WithoutReason1729** App • 12d ago

GPT summary/key points of the transcript. Transcribed with Whisper

---

The transcript ends at **41:35**, just as questioning about the alleged abuse begins.

- **00:00–05:49 — Opening formalities:** Introductions, oath, and deposition ground rules.
- **06:52–09:27 — Comfort and procedural disagreement:** Altman explains that knitting is soothing; attorneys disagree over preliminary questioning.
- **09:27–15:39 — Other litigation and preparation:** She mentions her father's trust case and deposition preparation; her attorney raises repeated privilege objections.
- **15:39–16:48 — Home-security concerns:** She says someone is watching her home because she fears another home invasion.

## People also ask about

Summary of Sam Altman's sister's deposition
Latest news about OpenAI
OpenAI safety concerns
Information on AI whistleblowers
Future applications of AI in healthcare

## New to Reddit?

Create your account and connect with a world of communities.

Continue with Google
Continue with Email
Continue with Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/videos • 12d ago
**Sam Altman's sister have just released footage of h...**
17K upvotes · 1.7K comments



r/law • 2y ago
**Sam Altman's sister files sexual abuse lawsuit...**
74 upvotes · 56 comments



r/BetterOffline • 6mo ago
**Annie Altman's sexual abuse claims are entirely plausible. Why, and why...**
174 upvotes · 230 comments

r/antiai • 4mo ago
**AI bro defends Sam Altman r*ping his sister**
391 upvotes · 125 comments



AD ···



Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

trust case and deposition preparation; her attorney raises repeated privilege objections.

- **15:39–16:48 — Home-security concerns:** She says someone is watching her home because she fears another home invasion.
- **17:22–20:02 — Fitness to testify:** She describes postoperative ankle pain but confirms she can testify accurately.
- **20:05–25:56 — Complaint and discovery documents:** She affirms her complaint, says she has never seen the initial disclosures, and clarifies which interrogatory materials she reviewed.
- **25:56–29:41 — Missing verifications:** Attorneys discuss unsigned verifications on supplemental responses.
- **29:41–34:44 — Social media:** She discusses follower counts and fluctuations, describing her posts as an authentic but partial account of her life.
- **34:51–40:42 — Additional filings:** She confirms preparing or reviewing further discovery responses and her answer to the counterclaim.
- **40:42–41:35 — Abuse questioning begins:** Counsel introduces the subject; the transcript ends before substantive testimony.

41 Reply Award Share ···

**People_Change_** OP • 12d ago

Thank you!

9 Reply Award Share ···

4 more replies

**troughue** • 12d ago

Knitting begins at 5:58

230 Reply Award Share ···

46 more replies

2 more replies

**WeWillBeOkay** • 12d ago

People seem to have a hard time understanding that part of the complications with a situation like this is that if someone experiences ongoing childhood sexual trauma, they seriously increase their chances of behavioral disorders.

So when you think, “Oh, she’s insane; this is all bullshit,” that could either be totally correct or direct evidence to the contrary.

Which is pretty wild.

73 Reply 4 Share ···

**People_Change_** OP • 12d ago

Exactly. Bit of a catch 22, but i'd air on the side of anyone making the claims and not just write them off because they're a bit quirky. We've all got stuff going on, especially if theres a complicated history of family trauma.

2 Reply Award Share ···

7 more replies

20 more replies

**thestillwind** • 12d ago
Top 1% Commenter
What happened ?

5 Reply Award Share ···

**People_Change_** OP • 12d ago

That's what they're trying to figure out. Accusation is that Sam essentially molested his sister when they were kids.

9 Reply Award Share ···

2 more replies

**billbuild** • 12d ago

A person posted a video to the internet and we’re using a website to discuss it.

26 Reply Award Share ···

4 more replies




r/ShitAIBrosSay • 7mo ago
**Sam Altman Thanks Programmers for Their...**
1.1K upvotes · 199 comments



r/antiai • 6mo ago
**ChatGPT CEO Sam Altman raped his sister when he...**
107 upvotes · 26 comments



r/AIdaily_news • 11d ago
**OpenAI CEO Sam Altman told POLITICO’s Decoded...**
20 upvotes · 124 comments




r/antiai • 6mo ago
**Sam Altman has released a blog responding to what's been happening**
264 upvotes · 109 comments

AD ···



r/OpenAI • 1y ago
**Sam Altman discusses the mysterious death of his...**
53 upvotes · 60 comments



r/Tunisia • 3y ago
**Does anyone know Gattouz0 ?**
258 upvotes · 236 comments

r/Feminism • 11d ago

Reddit, Inc. © 2026. All rights reserved.

26 Reply Award Share ...

4 more replies

**CovidWarriorForLife** • 12d ago

I'll be honest i think sam is a sociopath and a terrible human being but this girl hits every lying trigger in my brain

406 Reply 1 Share ...

**MaxwellHowl** • 12d ago

I have a crazy sister who made up a lot of crazy stories about her childhood and my parents that were all untrue. She tried to have my dad arrested.

She gives off those same vibes to me.

103 Reply Award Share ...

6 more replies

**BethanyHipsEnjoyer** • 12d ago

Since she's his sister, and everybody calling Sam a sociopath, maybe she is the same thing given how closely they share genetics, lol.

108 Reply Award Share ...

9 more replies

**IdRatherBeBitching** • 12d ago

I mean, both can be true, right?

Altman can be a piece of shit and so can his sister.

65 Reply Award Share ...

1 more reply

40 more replies

**u/anthropic-ai** • Ad

Hand Claude the whole social post, landing page, or layout. It does the work. You keep, edit, or steer any piece.

Learn More claude.com




**_x_oOo_x_** • 12d ago

I'm not from America but please tell me this is not how normal legal depositions go? Are these top tier lawyers representing Annie and Sam here? Their behaviour, especially that of Heiling (?) seems highly unprofessional, abrasive and hostile, while her own lawyer Mr Pérez (?) seems to have submitted documents that weren't properly reviewed and signed by her? In some cases she looks like it's the first time she sees the document at least in the format it's presented? What is going on here? And then Heiling asks her questions she can't possibly know the answer to and sometimes her lawyer objects, sometimes he doesn't, sometimes she is then asked the same thing again and her lawyer doesn't object.. Is any of this even going to be admissible? Seems almost like a skit except it's potentially also tragic at the same time...

23 Reply Award Share ...

**Quiet-Curve1449** • 12d ago

When there's a lot of money involved, sometimes it attracts attorneys that are "characters" instead of substantive.

21 Reply Award Share ...

1 more reply

2 more replies

**arcanepsyche** • 12d ago

People calling her crazy for knitting and ignoring the allegations themselves are really showing their true colors.

9 Reply Award Share ...

**People-Change** OP • 12d ago

258 upvotes · 236 comments

r/Feminism • 11d ago
**[SA Warning] Sam Altman's sister have just released footage of her...**
174 upvotes · 4 comments

r/beermoneyph • 14d ago
**Mga Side Hustle na Personal Kong Na-Test —...**

270 upvotes · 50 comments

r/OpenAI • 2y ago
**OpenAI boss Sam Altman denies sexual abuse...**

115 upvotes · 203 comments

r/OpenAI • 2mo ago
**Sam Altman declared dead by Google. He is survived...**

172 upvotes · 54 comments

r/OpenAI • 6mo ago
**New Yorker published a major investigation into...**

4K upvotes · 327 comments

r/AIdaily_news • 22d ago
**Sam Altman calls for "Extreme Care" with...**

28 upvotes · 35 comments

r/technology • 6mo ago
**18-month New Yorker investigation finds...**

33K upvotes · 673 comments

r/KUWTK • 5y ago
**Did Kim kardashian actually post nude in playboy? Entirely?**
62 upvotes · 66 comments

r/tech_x • 1mo ago
**Sam Altman in a new interview: "in the next 6...**

120 upvotes · 335 comments

r/aiwars • 3mo ago
**guys even if you are an anti or pro we can all agree th...**

341 upvotes · 269 comments

r/popculture • 10d ago
**Andrew Garfield says he stopped using ChatGPT...**

2.1K upvotes · 255 comments

r/aiecosystem • 21d ago
**Sam Altman is warning the world about Sam Altman,...**


Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

showing their true colors.

9 Reply Award Share ···

**People_Change_** OP • 12d ago

Yep. Resorting to an ad hominem is a pretty clear sign of bias.

6 Reply Award Share ···

1 more reply

6 more replies

**ReasonableDefault** • 12d ago

Not to judge, but she seems a little unhinged.

375 Reply Award Share ···

**turbulentFireStarter** • 12d ago
Top 1% Commenter

her entire family has disowned her and distance themselves from her. her demanding money and threatening some kind of retribution if she isnt given it has been going on for years. Even in Empire AI (a book that does not even attempt to veil its hatred for AI in general and OpenAI), the author pretty much dismisses the sister as someone that no one should be giving meaningful credit to.

173 Reply Award Share ···

15 more replies

121 more replies

**RobotIcHead** • 12d ago

I have zero respect for Sam Altman and do think he is dishonest in representing the company he is chairman of and AI in general. However I have zero idea or notion about what could have happened here with his sister. Playing this out in the court of public opinion is terrible for everyone. When there is money involved and a lot of it, venerable people can get used. I genuinely hope the sister is getting help and not getting used. Abusers can be anyone but that does not mean everyone is an abuser.

16 Reply Award Share ···

**seencoding** • 12d ago

ok there are bigger fish to fry here but that's 41 minutes, not an hour

why does it end at 41 minutes, ah because

> 00:41:05,160 --> 00:41:05,880
> All right, Ms. Altman, I'd like to ask you about your sexual abuse allegations, and I understand that this may be very difficult to talk about.

she cliffhangered her own sexual assault deposition! we're doing normal stuff here, aren't we folks

27 Reply Award Share ···

2 more replies

**MrImaBum** • 10d ago

"I think that AI will probably, most likely, sort of lead to the end of the world. But in the meantime, there will be great companies created with serious machine learning." - Sam Altman

5 Reply Award Share ···

2 more replies

**Few_Matter_9004** • 12d ago

She was great in The Big Bang Theory

27 Reply Award Share ···

1 more reply

**NeedleworkerDear5416** • 9d ago

Her lawyer says "its a public deposition" when he asks, and is refused, to ask questions out of order because Altman's attorney noticed the deposition. Altman's attorney is stunned to silence for a second, presumably not quiet knowing how to respond to crazy-talk from the

r/aiecosystem • 21d ago
**Sam Altman is warning the world about Sam Altman,...**

468 upvotes · 56 comments

r/PedroPeepos • 4d ago
**In-depth math behind the Faker 700 Kills record if...**

50 upvotes · 9 comments

r/OpenAI • 7mo ago
**Will Sam Altman ever have peace again on Earth**

1.3K upvotes · 88 comments

r/OpenAI • 1y ago
**Sam Altman, 2015**

369 upvotes · 41 comments

**r/OpenAI** Join

**OpenAI**
OpenAI is an AI research and deployment company. OpenAI's mission is to create safe and powerful AI that...

Show more

Public

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

Her lawyer says "its a public deposition" when he asks, and is refused, to ask questions out of order because Altman's attorney noticed the deposition. Altman's attorney is stunned to silence for a second, presumably not quiet knowing how to respond to crazy-talk from the opposing attorney.

1 Reply Award Share ...

2 more replies

**Ok_Potential359** • 12d ago

This is fucking weird. This only makes her look unhinged.

20 Reply Award Share ...

12 more replies

**willitexplode** • 12d ago

Knitting is such a wild choice during a legal proceeding. Seems so intentionally rude to everyone around her.

46 Reply Award Share ...

**Healthy_Razzmatazz38** • 12d ago

its probably a stress thing, in general when someone is talking about something like this you want them to be as comfortable as you can make them b/c its going to suck for them and if they do a bad job of expressing themselves due to hte stress it hurts everyone.

24 Reply Award Share ...

1 more reply

54 more replies

**PerspectiveOne7129** • 11d ago

**WRX_manning** • 12d ago

Homegirl is unhinged and needs help. Also - makes sense that these two are brother/sister. His whole vibe is just as frenetic and deadeyed, he just has a lot more relevant shit to say, and has trained himself to sound Jobsesque while selling us all down the river. For some reason VC loves this schtick.

9 Reply Award Share ...

1 more reply

**balwick** • 11d ago

"she looks insane" is a wild response to someone knitting.

She is coherent, somewhat clinical, and responding politely. She's autistic and that is so blatantly obvious it almost hurts.

9 Reply 1 Share ...

2 more replies

**_PaulM** • 12d ago • Edited 12d ago

My ex-wife was sexually assaulted by her brother for the first ten years of her life.

She was a fucked up person. Like, royally fucked up. PTSD, anxiety disorders, bipolar disorder, borderline personality disorder.

I would go pick up her medication at the pharmacy and even though I knew the technicians and pharmacists by first name basis they would still not allow the technicians to hand me her medication because the machine would ask for the pharmacist to hand it to me themselves.

"I just wanted to let you know that this is legally the highest dose of this medication that I can give you and I wanted to confirm with you that this is the medication you've been prescribed."

I haven't seen this video, nor do I want to because I'm scared I'm going to relive some sort of dark, twisted period of my life.

I loved that woman to death, but her mental disorders just didn't allow us to be together which breaks my heart because she's the only person I've ever truly loved out of all the people I'd dated... mental disorders suck.

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

I loved that woman to death, but her mental disorders just didn't allow us to be together which breaks my heart because she's the only person I've ever truly loved out of all the people I'd dated... mental disorders suck.

The one thing that I do know though is that my ex-wife was actually very, very bright and a loving and caring person inside the callousness of her mental disorders. A lot of people here are seeing the sister's mental disease as a factor in that she might be lying.

Having lived through it, I was surprised that NO one in my ex-wife's family ever questioned why she was so fucked up. In fact, the fact that Altman's sister appears mentally ill makes it even worse and makes me believe it even more having lived through it myself.

41 Reply 1 Share ···

**People_Change_** OP • 12d ago

So sorry to hear that man, thank you for sharing your experience with us. The effects of abuse like this can be profound on a person and their ability to maintain future relationships. I can't imagine how hard it must feel to fully trust someone close to you after something like that.

8 Reply Award Share ···

2 more replies

4 more replies

**RiuniteOnIce_SoNics** • 10d ago

Wow, I didn't expect so many Sam Altman defenders to show up for this. Is this part of a paid public influence campaign? Or are there really that many people who are ok with sibling rape and incest? What a time to be alive.

4 Reply 1 Share ···

1 more reply

**[deleted]** • 12d ago • Edited 12d ago

Comment removed by moderator

78 Reply Share ···

6 more replies

**juzamjim** • 11d ago

She's mentally ill and should not be internet fodder

1 Reply Award Share ···

**People_Change_** OP • 10d ago

She shared this video herself. The only people treating her like fodder are the Sam bots.

1 Reply Award Share ···

**leon_nerd** • 12d ago

WHY THE FUCK WOULD YOU KNIT AT A DEPOSITION?

0 Reply Award Share ···

**People_Change_** OP • 11d ago

It's like a fidget spinner.

1 Reply Award Share ···

**[deleted]** • 12d ago

Comment deleted by user

Reply Share

3 more replies

**Paleolithic_US** • 10d ago

Why not just be nice to his sister

2 Reply Award Share ···

**Flo_Evans** • 12d ago

ChatGPT summarize.

3 Reply Award Share ···

reddit r/OpenAI Search in r/OpenAI Sign Up Log In ···

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**Flo_Evans** • 12d ago

ChatGPT summarize.

3 Reply Award Share ···

**I_Draw_You** • 12d ago

Are you crazy?

Knit

Did you sign these?

Knitting intensifies

11 Reply Award Share ···

**BrightParty415** • 12d ago

Did she use chat to write it?

3 Reply Award Share ···

**Alive-War-9528** • 11d ago

she's a borderline

3 Reply Award Share ···

**aurisor** • 12d ago

she's crazy

7 Reply Award Share ···

**buttscratcher3k** • 12d ago

It makes a lot of sense what the parents were saying about her mental health and her refusing any treatment, theres nobody backing up what shes saying from their entire extended family either

No evidence, no documented instances or prior complaints. Then you have this video where it all makes sense...

4 Reply Award Share ···

1 more reply

**billbuild** • 12d ago

Or, you know, she's even assaulted and deals with it differently than you may?

1 Reply Award Share ···

8 more replies

**freebytes** • 12d ago

**indiegameplus** • 12d ago

Does anyone else ever find it interesting that these tech moguls always seem to be estranged from their parents? Seemingly anyway or to the public eye. It's like none of them - have ever come out and just nonchalantly introduced their mum/dad, and have been like oh they helped me to get where I am today etc. Pretty indicative of their whole personas imo

4 Reply Award Share ···

**traumfisch** • 12d ago

Daddy issues are running the world rn

20 Reply Award Share ···

8 more replies

**Pretty-Broccoli-465** • 12d ago

Wait, how is this relevant here? Sam Altman made a bunch of joint statements with his mom and brothers. He also went on his sister's podcast in 2018.

8 Reply Award Share ···

**culinaryinterests123** • 12d ago

wtf you talking about Bill gates, Zuckerberg , musk are not estranged from parents. stop making bs up

14 Reply Award Share ···

18 more replies

Reddit, Inc. © 2026. All rights reserved.

stop making bs up

14 Reply Award Share ···

18 more replies

**patriotfanatic80** • 11d ago

Sam Altman isn't estranged drom his parents just his sister. As is the rest of his immediate family.

2 Reply Award Share ···

**asfsdgwe35r3asfdas23** • 12d ago

Silicon Valley has been looking for Autistic/psychopath founders for decades now. Data shows that they achieve better returns for investors. So I don't know why it surprises you that the current generation of CEOs are like this.

2 Reply Award Share ···

1 more reply

**Separate_Welder_682** • 11d ago

i think Musk is fairly close to his sister, brother, mother and cousins...Jobs was kind of close to his adoptive parents and his unrelated sister worked for apple (while still in a garage), but he wasn't the greatest person so he could have thrown her under the bus...

1 Reply Award Share ···

**nutyourself** • 11d ago

Bill gates had a lot of help and care from his mom

1 Reply Award Share ···

**ImposterSyndromeNope** • 11d ago

It seems this sub is full of bots posting positive stuff about Sam and trying to discredit his sister!

1 Reply Award Share ···

**Mindless_Ad5500** • 10d ago

Have you ever noticed that plenty of people in the general public are estranged from their parents? Sometimes it's the parents as well.

1 Reply Award Share ···

**jgainit** • 7d ago

I don't think Sam Altman is estranged from his parents

1 Reply Award Share ···

**EarlyXplorerStuds209** • 7d ago

Tf? No theyre not. If anything their parents roll around in their fame and wealth.

Plus, in altman's case, its the sister thats estraged . Not him. Apparently she's the one who left her whole family.

1 Reply Award Share ···

28 more replies

**WanderWut** • 12d ago

#unexpectedASMR

3 Reply Award Share ···

**retrorays** • 12d ago • Edited 12d ago

keep in mind that half of the responses in this thread are likely openai bots trying to bury her news.

--

lol given some of the comments here I made the bots nagry

4 Reply Award Share ···

**Aranthos-Faroth** • 12d ago
Top 1% Commenter

Keep in mind more than half of the comments that I don't agree with are probably bots

Knowing this makes me feel better about my opinion when I'm inevitably challenged on it by... what can only be a bot

Knowing this makes me feel better about my opinion when I'm inevitably challenged on it by... what can only be a bot

11 Reply Award Share ···

4 more replies

**space_monster** • 12d ago

of course, it's bots when they disagree with you and humans when they don't

6 Reply Award Share ···

2 more replies

**vovap_vovap** • 12d ago

Well, that complete nonsense.

1 Reply Award Share ···

**Lesbian_Skeletons** • 12d ago

This sub, and the AI/tech space in general, has always had a disturbing amount of actual sociopath men that have serious issues with women. They don't care that Sam may have raped his little sister when she was a child, all they see is a woman going after the guy they wish they were. Even if there was video evidence and he confessed they'd probably start saying she was asking for it.

1 Reply Award Share ···

3 more replies

1 more reply

**platistocrates** • 12d ago

why is there so much hate against this woman here in this comment section?

-checks what subreddit we're on-

oh it's r/OpenAI

not at all surprising

4 Reply Award Share ···

**RussianBotOperator** • 12d ago

I hate OpenAI, but this women looks unhinged af.

6 Reply Award Share ···

4 more replies

**Mysterious-Stuff-380** • 11d ago

the bigger shock is there are fans of Sam Altman

2 Reply Award Share ···

**EatThemAllOrNot** • 11d ago

She is obviously mentally ill

2 Reply Award Share ···

**Salt-Specific8814** • 12d ago

Would probably have helped her case if she didnt do the kniting thing

2 Reply Award Share ···

**Jeferson9** • 12d ago

What is she making

2 Reply Award Share ···

**EquivalentHornet4403** • 12d ago

At least she *hopes* she's making money...more than she does from her onlyfans.

5 Reply Award Share ···

3 more replies

**billbuild** • 12d ago

Nothing worse than the slop we make with Sam's software.

Reddit, Inc. © 2026. All rights reserved.

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

3 more replies

**billbuild** • 12d ago

Nothing worse than the slop we make with Sam's software.

1 Reply Award Share ···

**pallen123** • 12d ago

I believe her. As a clinical social worker she strikes me as fairly high functioning, organized and credible, and appears to have no history of lying. Sam on the other hand seems to have an exceptionally long history of being untruthful among peers. Also, she has no incentive for enduring what is clearly an extraordinarily difficult experience.

1 Reply Award Share ···

**veggieturnip** • 12d ago

Bro what? She looks and acts like a sociopath in this video.

2 Reply Award Share ···

22 more replies

**Fus_Roh_Dayumm** • 11d ago

I hope you exercise better judgment at work than you do online.

1 Reply Award Share ···

**BearCub254** • 12d ago

Please. You claim as 'a clinician' yet without hearing any other side, seeing this patient in real life or even knowing her history you have made sweeping judgements on the Internet. Comments like this make it so hard to believe a category of experts especially those from the social sciences. This girl is presenting the classic signs of being a fantasist who makes up crazy stories about their lives. I have a relative who is like this. I feel like a jury will be able to see through her lies. Some expert professions seem wholy influenced by ideology and are impossible to objectively test. Have you searched for any counterarguments? Listened to any third parties? Listened to his side of this?

1 Reply Award Share ···

10 more replies

**ScepticalRaccoon** • 12d ago

8 more replies

**schwartzwhite** • 11d ago

Someone should come up with analysing similarities between Elizabeth Holmes and Sam Altman. That would tell a lot about him

1 Reply Award Share ···

**Apart_Ad_9778** • 11d ago

TLDW? Some background please? I know nothing about it....

1 Reply Award Share ···

**raccoon8182** • 12d ago

She comes across as a con artist ready to get a pay day.

1 Reply Award Share ···

**Psice** • 12d ago

Financial extortion by women... Biggest issue facing any successful man...

-1 Reply Award Share ···

**IronTraditional6593** • 11d ago

The amount of bots and bros that are pro sam Altman on this thread is disturbing and very telling about the state of reddit right now.

1 Reply Award Share ···

**Scared_Range_7736** • 12d ago

Families should stop competing and getting envy about their relatives. This happen so much often.

Home
Popular
News
Explore
RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press
Best of Reddit
Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

**Scared_Range_7736** • 12d ago

Families should stop competing and getting envy about their relatives. This happen so much often.

1 Reply Award Share ···

**EmployFuture5076** • 12d ago

In my opinion, she's inspired by business rivals. It seems like there are forces lurking behind the scenes trying to drag her brother down

1 Reply Award Share ···

**Simple_Usual_588** • 12d ago

God damn; This chick be nuts.

1 Reply Award Share ···

**ShardsOfSalt** • 12d ago

Why is she knitting?

1 Reply Award Share ···

**Fit-Elk1425** • 12d ago

Tbh I think something we need to keep in mind is that what is most important is that no matter what we feel about any of the parties involved in this case, the real issue is this case has gotten a lot of media attention, but isnt actually well substantiated so far from whst we have heard.

1 Reply Award Share ···

**Funny-Employment4109** • 12d ago

Is this girl...special?

1 Reply Award Share ···

**Accomplished_Spell97** • 12d ago

Sam is a piece of shit but I dont think he is this type of a piece of shit.

1 Reply Award Share ···

**Popular_Soil1704** • 11d ago

I mean sometimes a conspiracy is not a conspiracy. Sam Altman, not great guy, arguably ruining the world, but this story never sounded true to me

1 Reply Award Share ···

**BlumpTheChodak** • 11d ago

Is the crocheting a power move?

1 Reply Award Share ···

> **a_tattooedlion** • 10d ago
>
> Self soothing potentially. This woman looks unwell, however I don't discredit everything she says… I think she may have a warped memory of her brother. He's obviously the devil, but I don't know that all she said is the final truth..
>
> This is definitely going to be used negatively. :(
>
> 1 Reply Award Share ···
>
> 1 more reply

**bluecheese2040** • 12d ago

Isn't she totally nuts?

0 Reply Award Share ···

1 more reply

**Ok_Nectarine_4445** • 12d ago • Edited 12d ago

I did a deep dive, or tried to a couple years back. And of course family abuse can be real & hidden etc & covered up. However I found kind of notable that there was really nothing in childhood or teenage years in terms of telling friends, family members, school counselors, therapists, not writing down anything in journals or diaries, no signs of aversion towards that

I did a deep dive, or tried to a couple years back. And of course family abuse can be real & hidden etc & covered up. However I found kind of notable that there was really nothing in childhood or teenage years in terms of telling friends, family members, school counselors, therapists, not writing down anything in journals or diaries, no signs of aversion towards that brother. Would attempt to see socialize with etc.

I think maybe she was kind of maybe ripped off in fathers inheritance somehow. But, basically after Sam did not want to fund a business of hers, then she came out with these allegations.

I just feel, that was kind of notable, that there was nothing in her own words or actions at all and only occurred after she was engaging in prostitution and was refused for business investment that she started saying that.

Maybe she did feel she did deserve more, but to just make so many overtures and want to be around a person during and after the time she said was happening?

I mean, some relatives I did not super like, for whatever reason. I would be reluctant to be around them and avoid them, kind of thing or say to people that I didn't want to have to go events where they would be there, or not super happy about it.

And then, also, when I was older, did kind of call out my parents on, why didn't you give a sh*t about, this this and that!?

I mean, gave excuses and they didn't really care, but I still did express myself. And they kept pushing me to still be "friends and brush it away. Not to the level of doing anything or making a deal out of it, but definitely was apparent I did not like this person or want to be near and tried to avoid them.

-1 Reply Award Share ···

**Previous-Truck-2509** • 12d ago

Let me try to give you some perspective, as someone who is currently married to someone who had been through something similar to what Altman's sister alleges. My wife was homeless with her mom as a child, until CPS put her in the care of one of her step-dads who raped her for years (9y/o to 13 y/o). He would pay kids at her school to spy on her, and aside from the fact that she was also worried what would happen if she tried telling anyone because he threatened her not to, she did finally get the courage to tell an aunt during a 'family' gathering, where they all just looked at her confused and got a bit mad at the step-dad, but then let her go back home with him and never said or did anything about it. Years later she asked them why they didn't do anything and they responded basically the same way - some confusion and then Oops, Sorry. On top of that, considering that from her experience, being taken away from her parents by CPS led to this circumstance, and speaking up would lead to the same circumstance again, it wasn't even clear to her at that age that there would be any benefit. Now, her phenomenology is effectively fractured from the experience, she has extreme C-PTSD (genuinely the only comparison I can make is to WW2 shellshock victims) and is in an almost permanently dissociative state. She was diagnosed with alcoholism at 13 and spiraled into anorexia in her mid-late teens, and avoided even having to consciously process the experience until almost a decade later. To her, the memory of the experience is basically a shadowy and violent out-of-body nightmare that she gets locked into for hours. And the last thing she generally ever wants to do is think about it or talk about it with anyone.

All I can say is, reading Sam Altman's sister's account of what happened to her, it all seems perfectly plausible.

6 Reply Award Share ···

3 more replies

**Wordpad25** • 12d ago

None of these are mutually exclusive with her claims being true.

People with low self esteem or in a bad place in life tend to overlook all kinds of abuse.

Millions of people stay in abslusive relationships for financial or emotional reasons, and abused children definitely dont speak out for fear of not being believed or risk of breaking up a happy family which might really otherwise be happy.

3 Reply Award Share ···

2 more replies

**__fallenangel__** • 12d ago
Top 1% Commenter
she is batshit crazy

-1 Reply Award Share ···

Reddit, Inc. © 2026. All rights reserved.

she is batshit crazy

-1 Reply Award Share ···

**Authentic_Dragon** • 12d ago

I have no clue what this is, because they're only showing documents to each other, but if this is the case of Rape, I feel for this girl. I feel for every woman who's been raped, and then judged, and then treated badly in their courts of law, not believed, accused, made to be a liar, "Unhinged" and so much more. After all, this is a patriarchal, male dominated system and so is their "Justice", and she's facing a psychopath with money and power who buys people. Even average Joe gets away with rape, let alone this dude.

Sister, if you're reading this, if you're here. I'm always with you and all women.

2 Reply Award Share ···

1 more reply

**Hello_I_hate_it** • 12d ago

Men assault more women that people think are “crazy” because no one believes them.

1 Reply Award Share ···

**RiuniteOnIce_SoNics** • 10d ago

It’s pretty clear to me: Sam Altman raped his sister 🤮

1 Reply Award Share ···

**samcornwell** • 12d ago

**[deleted]** • 12d ago

Comment removed by moderator

1 Reply Share ···

**Fit-Dentist6093** • 12d ago

If the general accusation is "Sam was a weird kid" the answer is like "WE KNOW".

2 Reply Award Share ···

**Confucius_said** • 12d ago

She’s nuts.

-2 Reply Award Share ···

**Aranthos-Faroth** • 12d ago
Top 1% Commenter

Whatever about the actual truth she sure damn seems to enjoy being this ‘underdog quiet helpless but now empowered character’

0 Reply Award Share ···

**1010111101111** • 12d ago

dont need to watch it the glasses tell me everything

0 Reply Award Share ···

**Straight-Tea9601** • 12d ago

Is this today's, no fucks given thread? Who is Sam and what about his sister? Thank you Reddit for filling my small brain with useful information

0 Reply Award Share ···

**traumfisch** • 12d ago

This is the OpenAI subreddit, so the identity of the CEO is common knowledge

Don't engage with content you don't care about, otherwise you will be shown more of the same 👍🏻

3 Reply 1 Share ···

**__fallenangel__** • 11d ago
Top 1% Commenter

Sam Altman is best known as the founder of Loopt, a location-based social networking application.

0 Reply Award Share ···

Reddit, Inc. © 2026. All rights reserved.

Reddit, Inc. © 2026. All rights reserved.

Top 1% Commenter

Sam Altman is best known as the founder of Loopt, a location-based social networking application.

0 Reply Award Share ···

**aeternus-eternis** • 11d ago

The incessant knitting is really not helping her case.

Either that or Sam's manipulation/psych control over other humans is far more advanced than we realize. We need a scene of her giving him a shave to confirm.

0 Reply Award Share ···

**thatswhatsheheld** • 12d ago

Ok just out then all un a pot what is this. Who the hell doeas this at a deposition

-1 Reply Award Share ···

**hardworkinglatinx** • 12d ago

**ArcticFoxTheory** • 12d ago

Wtf lol she's trying to hype up her YouTube channel with this. Theres not doubt she is lying and theres no doubt that these two are related.

-3 Reply Award Share ···

**Ok-Attention2882** • 12d ago

Cool words bro. Where's the evidence.

-3 Reply Award Share ···

**buttscratcher3k** • 12d ago • Edited 12d ago

There's no way this is serious 😂

Somehow I know her lawyer goes "remember why you're doing this" and has a newspaper cutout of Sam Altman's networth

what an embarassing waste of everyone's times

-2 Reply Award Share ···

**jeffwadsworth** • 12d ago

She looks unhinged. Not surprised at all.

-1 Reply Award Share ···

**AcePilot01** • 12d ago

Here is a quote for those who would rather not watch:

"My brother wouldn't give me any money he earned doing the same thing everyone else up there does... so we are throwing him under the bus"

That's paraphrasing, but pretty much it. lol

-1 Reply Award Share ···

**MorRobots** • 12d ago

I'm half way into this and shocked at how long the attorney has stayed on this line of question regarding the accuracy of her testimony. Like, yea, it's normal line of question that they do in depositions to ensure they cover their bases, but this is getting into "Oh shit... they are going to try and catch her our in a lie and need to first ensure she's got no outs."

0 Reply Award Share ···

**Field_Of_View** • 12d ago

**CursedAidKit** • 12d ago

Some people should have abortions.

0 Reply Award Share ···

**mpanase** • 11d ago

0 Reply Award Share ···

**mpanase** • 11d ago

rich kid stuff

0 Reply Award Share ···

**jgainit** • 7d ago

This isn't going to go anywhere

0 Reply Award Share ···

**SteveEricJordan** • 12d ago
Top 1% Poster

i know how it is to grow up with psychopathic women like this around me.

-2 Reply Award Share ···

**chronicswag420** • 12d ago

older brothers are abusive like 10% of the time it's crazy.

-1 Reply Award Share ···

**RREEBB2** • 12d ago

https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcS411km4A43hOD_ulwvGAnlUyTpaY4MRJxH9kunWDFwsQGKY2XaD-BDx1A&s

-1 Reply Award Share ···

**No-Security-7518** • 12d ago

omg did you see what happened at 39:05? unbelievable!

-1 Reply Award Share ···

**codeKracker8** • 12d ago

Sam Altman used to be Samantha Altman true story

-1 Reply Award Share ···

**severinks** • 12d ago

**Slow_Rhubarb_8169** • 12d ago

**bagofweights** • 12d ago

So the whole family is mental?

-2 Reply Award Share ···

**Fullmetalx117** • 12d ago

**Strange-Mind5412** • 12d ago

This b*tch is crazy as fuck... who knits during a deposition. Mad ting tong

-2 Reply Award Share ···

**MichelleBarrymoore2** • 10d ago

My god this is boring listen we can save the next gen of people let's just beat the shit outta nerds and put them in their place again

0 Reply Award Share ···

**Low_Shop9155** • 12d ago

**dweebzRaja** • 12d ago

First I read that Gypsy Rose girl who killed her mom probably killed her fiancé and now this... all within 24 hours.

-2 Reply Award Share ···

Reddit, Inc. © 2026. All rights reserved.

0 Reply Award Share ···

**SteveEricJordan** • 12d ago
Top 1% Poster
i know how it is to grow up with psychopathic women like this around me.
-2 Reply Award Share ···

**chronicswag420** • 12d ago
older brothers are abusive like 10% of the time it's crazy.
-1 Reply Award Share ···

**RREEBB2** • 12d ago
https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcS411km4A43hOD_ulwvGAnlUyTpaY4MRJxH9kunWDFwsQGKY2XaD-BDx1A&s
-1 Reply Award Share ···

**No-Security-7518** • 12d ago
omg did you see what happened at 39:05? unbelievable!
-1 Reply Award Share ···

**codeKracker8** • 12d ago
Sam Altman used to be Samantha Altman true story
-1 Reply Award Share ···

**severinks** • 12d ago

**Slow_Rhubarb_8169** • 12d ago

**bagofweights** • 12d ago
So the whole family is mental?
-2 Reply Award Share ···

**Fullmetalx117** • 12d ago

**Strange-Mind5412** • 12d ago
This b*tch is crazy as fuck... who knits during a deposition. Mad ting tong
-2 Reply Award Share ···

**MichelleBarrymoore2** • 10d ago
My god this is boring listen we can save the next gen of people let's just beat the shit outta nerds and put them in their place again
0 Reply Award Share ···

**Low_Shop9155** • 12d ago

**dweebzRaja** • 12d ago
First I read that Gypsy Rose girl who killed her mom probably killed her fiancé and now this... all within 24 hours.
-2 Reply Award Share ···

**[deleted]** • 12d ago
Comment deleted by user
Reply Share

**People_Change_** OP • 12d ago
You think that was intentional and not just her finger resting on her water bottle lid?
2 Reply Award Share ···

Reddit, Inc. © 2026. All rights reserved.

| | |
|---|---|
| Document title: | [SA Warning] Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth. The abuse occured when she was age 3 (1997) till age 12 (2006). Sam Altman was age 12 to 21. : r/Feminism |
| Capture URL: | https://www.reddit.com/r/Feminism/comments/1wy1cst/sa_warning_sam_altmans_sister_have_just_released/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 03:28:15 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 03:28:17 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 4 |
| Capture ID: | ap5Vfd3RFUBQEs5vemvNjA |
| Display Name: | noelle.smith |

Home
Popular
News
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/Feminism • 11d ago
u/Lux_Jay

# [SA Warning] Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth. The abuse occured when she was age 3 (1997) till age 12 (2006). Sam Altman was age 12 to 21.

r/videos • 12 days ago

**Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in their youth**




17K upvotes · 1.7K comments

174 | 4 | Share

Join the conversation

Sort by: Best | Search Comments

**Careful-Crab179** • 10d ago
Another brogrammer with zero conscience or accountability.
29 Reply Award Share ···

**random_actuary** • 10d ago
3????
7 Reply Award Share ···

**Sea_Village3006** • 4d ago
Ffs.
1 Reply Award Share ···

**New to Reddit?**
Create your account and connect with a world of communities.
Continue with Google
Continue with Email
Continue with Phone Number
By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/WelcomeToGil... • 6mo ago
**Sam Altman's sister accusing accusing him of...**

964 upvotes · 29 comments

r/Feminism • 7mo ago
**Sam Altman's sister amends lawsuit accusing...**

291 upvotes · 16 comments

r/Feminism • 2y ago
**OpenAI's Filtering System Silences Sexual Assault Survivors**
27 upvotes · 12 comments

r/Feminism • 2d ago
**As a part Afghan woman i pray everyday for the...**

4.7K upvotes · 551 comments

r/Feminism • 6d ago
**This!!!!**

3.2K upvotes · 37 comments

r/Feminism • 3d ago
**The same women who gave birth to men**

3.1K upvotes · 47 comments

r/Feminism • 6d ago
**That's India for you...**

2.1K upvotes · 60 comments

r/Feminism • 5d ago
**Since we've discussed religion and its role in ant...**

1.8K upvotes · 17 comments

r/Feminism • 5d ago
**Men would never**
1.2K upvotes · 56 comments

r/Feminism • 6d ago
**So some guy on twitter was**


Home

Popular

News

Explore

RESOURCES

About Reddit

Advertise

Developer Platform

Reddit Pro BETA

Help

Blog

Careers

Press

Best of Reddit

Reddit Rules

Privacy Policy

User Agreement

Your Privacy Choi...

Accessibility

Reddit, Inc. © 2026. All rights reserved.

r/Feminism • 6d ago

**So some guy on twitter was ranting that "Women...**



1.2K upvotes · 25 comments

r/Feminism • 2d ago

**Women are reclaiming their 'whore shorts' after Shan...**



1K upvotes · 63 comments

r/Feminism • 6d ago

**Islam is not compatible with Feminism.**

1K upvotes · 190 comments

r/Feminism • 5d ago

**The Scold's Bridle was a tool in Europe used to...**



871 upvotes · 6 comments

r/Feminism • 2d ago

**This new docu series exposing how womens...**



870 upvotes · 53 comments

r/Feminism • 2d ago

**The Healing Vibe ❤️‍🩹**

628 upvotes · 3 comments

r/Feminism • 3d ago

**My thoughts on Shane Gillis' monologue**



556 upvotes · 251 comments

r/Feminism • 3d ago

**"The sperm that won," narrative needs to end**

542 upvotes · 45 comments

r/Feminism • 2d ago

**Fundamental Inventions ▯**

486 upvotes · 11 comments

r/Feminism • 3d ago

**Guess what? I just need to listen to my husband, apparently!**

439 upvotes · 19 comments

r/Feminism • 5d ago

**The Cornell Seven case exposes something deeply disturbing about...**

391 upvotes · 38 comments

r/Feminism • 7d ago

**Boy, 14, who stabbed girl because she refused to date him AVOIDS jail**

359 upvotes · 11 comments

r/Feminism • 4d ago

**If Shane Gillis wants to**



Document title: [SA Warning] Sam Altman's sister have just released footage of her deposition in lawsuit against Sam, who she alleges abused her for almost 9 years in…
Capture URL: https://www.reddit.com/r/Feminism/comments/1wy1cst/sa_warning_sam_altmans_sister_have_just_released/
Capture timestamp (UTC): Fri, 16 Oct 2026 03:28:17 GMT

reddit

r/Feminism Search in r/Feminism

Sign Up Log In

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

Reddit, Inc. © 2026. All rights reserved.

Guess what? I just need to listen to my husband, apparently!
439 upvotes · 19 comments

r/Feminism • 5d ago
The Cornell Seven case exposes something deeply disturbing about...
391 upvotes · 38 comments

r/Feminism • 7d ago
Boy, 14, who stabbed girl because she refused to date him AVOIDS jail
359 upvotes · 11 comments

r/Feminism • 4d ago
If Shane Gillis wants to offend women, he could a...

358 upvotes · 74 comments

r/Feminism • 5d ago
Promising Young Woman and the Cornell Case: Why Real Life Keeps...
343 upvotes · 1 comment

r/Feminism • 5d ago
"Promising Young Men don't rape people" - @morganevelyncook
341 upvotes · 10 comments

r/Feminism • 7d ago
Not the clothes, not the place, and not the time. Then what's the excus...
335 upvotes · 20 comments

VIEW POST IN
Français
Português (Brasil)
简体中文
繁體中文
Русский
日本語
Tiếng Việt
हिन्दी

See more

r/Feminism Join
**Feminism - “the personal is political”**
Welcome to the feminism community! This is a space for discussing and promoting awareness of issues relate...
Show more
Public

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.