# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

COMES NOW Plaintiff, Ann Altman, by and through her attorneys, Mahoney Law Firm, LLC, and for her Second Supplemental Answers and Objections to Defendant's First Set of Interrogatories, states as follows:

1. Identify all Social Media Accounts You have used or operated and all online websites You have used to publish content, repost content, or interact with other individuals or entities, including active and inactive accounts.

ANSWER: **Objection: overbroad and irrelevant as the interrogatory is not narrowly tailored to the claims and defenses in this matter. Subject to said objection, and without waiver of same, Plaintiff has used the following social media accounts: Instagram, X, TikTok, Bluesky, YouTube, Threads, Apple Podcasts, Spotify, allhumansarehuman.com, Seeking Arrangements, and OnlyFans.**

**SUPPLEMENT:**

**By way of further response, Plaintiff identifies the following account profile names for her social media accounts that she has used or uses:**

| | |
|---|---|
| **Instagram:** | **allhumansarehuman; phuckfilosophy; fundsdistributioncompany; thehumannie; humanhumaning** |
| **X:** | **@anniealtman108; @phuckfilosophy; @fundicoapp** |
| **TikTok:** | **@anniealtman108** |
| **Bluesky:** | **@anniealtman108; @fundicoapp** |

| | |
|---|---|
| **Facebook:** | **Annie Altman** |
| **LinkedIn:** | **Annie Altman** |
| **YouTube:** | **AnnieAltman** |
| **Threads:** | **@allhumansarehuman; @phuckfilosophy** |
| **Spotify:** | **anniealtman** |

**RedNote (Xiaohongshu):** **anniealtman**

| | |
|---|---|
| **Seeking Arrangements:** | **phuckfilosophy (account was deactivated by company after one year of no activity)** |
| **OnlyFans:** | **phuckfilosophy** |

**Plaintiff also identifies the following websites used to post content:**

| | |
|---|---|
| **Podcasts and Blogs:** | **Can be found on https://www.allhumansarehuman.com and https://www.allhumansarehuman.medium.com** |
| **lulu.com:** | **Published poetry book, "HumAnnie Grief Poems."** |

Respectfully submitted,

By: */s/ Ryan J. Mahoney*
Ryan J. Mahoney #61489
Leigh M. Perica, #68780
MAHONEY LAW FIRM, LLC
2220 S. State Route 157, Suite 250
Glen Carbon, IL 62034
Telephone: 618-961-8288
Facsimile: 618-961-8289
ryan@themahoneylawfirm.com
leigh@themahoneylawfirm.com

and

By: */s/ Timothy M. Cronin*
John G. Simon, #35231
Timothy M. Cronin, #63383
Nathan S. Perlmutter, #73896
THE SIMON LAW FIRM, P.C.
1001 Highlands Plaza Drive, Suite 300
St. Louis, MO 63110
Telephone: 314-241-2929
jsimon@simonlawpc.com
tcronin@simonlawpc.com
nperlmutter@simonlawpc.com
***Attorneys for Plaintiff***

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon the attorneys of record for all parties to the above cause via email on this 16th day of January, 2026.

/s/ *Angie Rucker*

Thomas J. Magee
HEPLERBROOM LLC
701 Market Street, Suite 1400
St. Louis, MO 63101
thomas.magee@heplerbroom.com

Hailyn J. Chen
Cordell A. Brown
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
hailyn.chen@mto.com
cordell.brown@mto.com

Jonathan I. Kravis
Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001
Jonathan.kravis@mto.com
april.hu@mto.com

Dane P. Shikman
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, California 94105
dane.shikman@mto.com
***Attorneys for Defendant***