IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ann Altman<br>PLAINTIFF<br><br>v.<br><br>Sam Altman<br>DEFENDANT | Civil Action<br><br>NO. 4:25-cv-00017-ZMB<br><br>Hon. Zachary M. Bluestone, USDJ<br><br>**NOTICE REGARDING MOTION TO WITHDRAW AT ECF 143** |

On even date, as today's filings show, an attempted meet and confer scheduled by my office for this morning was cancelled, prior to the admittance of superseding counsel, by plaintiff's personal counsel, Michael Gras, who in violation of several rules of ethics communicated with defense counsels while the undersigned remained counsel of record, without forwarding the communication to my office. This resulted in the premature filing of a motion to amend the protective order by defense counsels, without the required meet and confer.

This constitutes a pattern of interference by Mr. Gras, and the undersigned respectfully requests that this court consider the totality of Mr. Gras's involvement in this case - since prior to the onset of litigation - in its determination regarding the pending motion to withdraw.

*/s/ Santos A. Perez, Esq.*
THE PEREZ LAW FIRM
sperez@njlawcounsel.com
***Withdrawing Attorney for Plaintiff***
***Pro Hac Vice***
DATED: October 16, 2026