**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO SET BRIEFING SCHEDULE AND DEFER RULING ON DEFENDANT'S MOTION TO MODIFY PROTECTIVE ORDER**

COMES NOW Plaintiff Ann Altman, through undersigned counsel, and moves, pursuant to Fed. R. Civ. P. 7(b) and E.D. Mo. Local Rule 4.01(B)–(C), to establish a briefing schedule for Defendant's Motion to Modify Protective Order, filed October 16, 2026. Plaintiff's counsel further requests that the Court defer ruling on Doc. 155 until counsel have completed briefing. In support, states as follows:

1. Defendant and his counsel filed a Motion to Modify Protective Order, Doc. 155, on October 16, 2026. Plaintiff and her counsel respectfully request a reasonable opportunity to review the motion and supporting materials and submit a substantive response before the Court rules.

2. Plaintiff's counsel requests eleven (11) days from today, through October 30, 2026, to file the response in opposition to Defendant's Motion to Modify Protective Order, and file a motion to vacate designation. Plaintiff's counsel proposes that Defendant's counsel may reply within ten (10) days after service of that response. Assuming electronic service of Doc. 155 on October 16 and no superseding order, October 30 is the ordinary response deadline under Local Rule 4.01(B) and Rule 6(a). A response served October 30 would make the reply due November 9, 2026.

3. Plaintiff's counsel intends to file a motion to vacate the confidentiality designation of Plaintiff's deposition. The forthcoming response in opposition will address the designation's relevance to the modification requested in Doc. 155. Plaintiff's counsel respectfully requests that the Court consider that response before ruling on Doc. 155 and reserves the substantive grounds for the intended motion and forthcoming opposition.

4. Plaintiff's counsel has no intent to delay these proceedings. This request seeks an orderly opportunity for counsel for both parties to present their positions within the ordinary briefing periods. Plaintiff's counsel requests prompt consideration of this scheduling motion and that the Court defer ruling on Doc. 155 until briefing is complete.

5. Plaintiff's newly retained counsel requested a meet-and-confer with Defendant's counsel on October 16, 2026, by email. Defense counsel did not confer with Plaintiff's new counsel before filing the Motion to Modify Protective Order. Plaintiff's counsel and Defendant's counsel are scheduled to confer later today, October 19, 2026, and intend to discuss the proposed briefing schedule during that conference.

WHEREFORE, Plaintiff's counsel respectfully requests that the Court allow Plaintiff's counsel eleven (11) days from today, through October 30, 2026, to file the response in opposition to Defendant's Motion to Modify Protective Order; allow Defendant's counsel ten (10) days after service to reply; and defer ruling on Doc. 155 until completion of that briefing. Plaintiff's counsel further requests such other relief as the Court deems appropriate.

Respectfully submitted,

/S/ Laura Politi, Esq. .
Laura Politi
24140175 (TX) (*pro hac vice*)
Politi Law
PO Box 80093
Austin, Texas 78708
512-402-2869
politi.laura1@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 16, 2026, the foregoing was served electronically via ECF on Hailyn Chen, Cordell Brown, April Hu, Miles Unterreiner, Thomas Magee, Jonathan Kravis, Dane Shikman, Adeel Mohammadi, Counsel for Defendant Sam Altman.

/S/ Laura Politi, Esq.