UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-17-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order issued today, the Court **DISMISSES** Plaintiff Ann Altman's claims with prejudice and Defendant Samuel Altman's counterclaims without prejudice.

So ordered this 19th day of October 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE