UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-17-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The matter is before the Court on Plaintiff Ann Altman's Motion to Set Briefing Schedule and Defer Ruling on Defendant's Motion to Modify Protective Order, Doc. 158, and Attorney Santos A. Perez's Motion to Withdraw as Counsel, Doc. 143. For the reasons set forth below, the Court grants both motions, subject to the conditions detailed in this order.

In April 2025, the Court issued a protective order at the joint request of the parties. Doc. 28. Sam now seeks to amend the protective order to require Annie "to certify that she has destroyed all confidential and highly confidential discovery (including all videos and transcripts of her deposition) within three days of dismissal of this case" and to add a provision that "[t]he obligations imposed by this Order shall survive the termination of this action." Doc. 155 at 2. Annie intends to oppose Sam's motion and asks the Court set a briefing schedule and defer ruling on Sam's motion to allow "both parties to present their positions." Doc. 158.

The Court agrees that both parties should have the opportunity to present their positions. *See id.* ¶ 4. Accordingly, the Court grants Annie's motion and adopts her proposed briefing schedule. However, the Court orders that the current protective order will remain in full effect until the Court rules on Sam's Motion to Modify Protective Order. *See* Doc. 155.

Also pending is Attorney Santos A. Perez's Motion to Withdraw as Counsel, Doc. 143, which the Court grants in light of the appearance of substitute counsel. Docs. 147, 151. As such, the Court vacates the status hearing set for tomorrow, October 20, 2026. *See* Doc. 145. However, the Court will not formally terminate Attorney Perez's as counsel in this case until it rules on the protective order. In the meantime, the Court orders Mr. Perez to monitor the docket, retain all discovery currently in his possession, and file a notice briefly describing all such discovery no later than Friday, October 23, 2026.

Accordingly, the Court **GRANTS** Plaintiff Ann Altman's [158] Motion to Set Briefing Schedule and Defer Ruling on Defendant's Motion to Modify Protective Order and adopts her proposed briefing schedule. No later than **October 30, 2026**, Annie must respond to Defendant Samuel Altman's Motion to Modify Protective Order, Doc. 155, and Sam must file any reply no later than **November 9, 2026**. The parties' protective order will remain in effect until the Court issues a ruling on the motion. Finally, the Court **GRANTS** Attorney Santos A. Perez's [143] Motion to Withdraw, effective the date the Court issues a ruling on the protective order. In the meantime, the Court **ORDERS** Mr. Perez to monitor the docket, retain all discovery currently in his position, and file a notice identifying such discovery, no later than **October 23, 2026**.

So ordered this 19th day of October 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE