**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MISSOURI**

**EASTERN DIVISION**

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Plaintiff Ann Altman, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on October 19, 2026, Dkt. 161, dismissing Plaintiff's claims with prejudice.

DATED: November 11, 2026

POLITI LAW

/s/ Laura Politi, Esq.

Laura Politi #24140175 (TX) (*pro hac vice*)
Attorney for Plaintiff Ann Altman
Politi Law
PO Box 80093
Austin, Texas 78708
Telephone: 512-402-2869
Exmail: politi.laura1@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on Tuesday November 11, 2026, the foregoing was served electronically via ECF on Hailyn Chen, Cordell Brown, April Hu, Miles Unterreiner, Thomas Magee, Jonathan Kravis, Dane Shikman, Adeel Mohammadi, Counsel for Defendant Sam Altman.

/s/ Laura Politi, Esq.