**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANN ALTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:25-cv-00017-ZMB |
| | ) | |
| SAMUEL ALTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

This Notice of Appearance is for my appeal, for me to self-represent Pro Se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2026, the foregoing was submitted electronically to the Pro Se email address provided by the Court, and served electronically via email on Jonathan Kravis, Cordell Brown, April Hu, Miles Unterreiner, Dane Shikman, Adeel Mohammadi, Hailyn Chen, Thomas Magee, Counsel for Defendant Sam Altman.

Ann Altman, *Pro Se*

Signed: Ann Altman

Dated: November 23, 2026